```
Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Bpraet@aol.com
```

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF TUSTIN, ESTELLA SILVA, et al.<br><br>    Defendants.<br>_____<br>Consolidated with WENDY LORENA GALACIA RAMIREZ, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF TUSTIN, et al.<br><br>    Defendants.<br>_____ | NO. 8:22-cv-00131 SPG KES<br><br>**JOINT APPENDIX OF OBJECTIONS re JOINT MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Notice of Motion and Joint Motion for Summary Judgment; Joint Appendix of Facts; Joint Appendix of Evidence; Notice of Lodging/Manual Filing of Exhibit "1"; Notice of Lodging [Proposed] Judgment; Proposed Judgment]*<br><br>**DATE:  December 20, 2023<br>TIME:  1:30 p.m.<br>CTRM: 5C** |

    Pursuant to the Court's Standing Order re Motions for Summary Judgment, the parties submit the following Joint Appendix of Objections (JAO):

| Objector | Evidence | Objection (O)/ Response (R) | Ruling |
|---|---|---|---|
| Defendants | Declaration of Scott DeFoe, exhibit "E", Tab 12 | (O) Relevance, *San Francisco v. Sheehan*, 135 S.Ct. 1765, 1777 (2015); Hearsay and Lack of Foundation for any purported training standards or suggested tactics. | |
| Defendants | Declaration of Roger Clark, exhibit "D", Tab 17 | (O) Relevance, *San Francisco v. Sheehan*, 135 S.Ct. 1765, 1777 (2015); Hearsay and Lack of Foundation for any purported training standards or suggested tactics. | |
| | | | |
| | | | |

DATED: October 30, 2023      FERGUSON, PRAET & SHERMAN
　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　By:   /s/   Bruce D. Praet
　　　　　　　　　　　　　　Bruce D. Praet, ATTORNEYS FOR DEFENDANTS

DATED: October 30, 2023      CARRILLO LAW FIRM, LLP
　　　　　　　　　　　　　　　LAW OFFICES OF DALE K. GALIPO

　　　　　　　　　　　By:   /s/ Renee V. Masongsong
　　　　　　　　　　　　　　Dale K. Galipo
　　　　　　　　　　　　　　Renee V. Masongsong
　　　　　　　　　　　　　　Michael S. Carrillo
　　　　　　　　　　　　　　ATTORNEYS FOR THE GARCIA PLAINTIFFS

DATED: October 30, 2023

　　　　　　　　　　　By:   /s/ Jesus Eduardo Arias
　　　　　　　　　　　　　　Jesus Eduardo Arias,
　　　　　　　　　　　　　　ATTORNEYS FOR THE GALICIA PLAINTIFFS

2