| | |
|---|---|
| 1 | Bruce D. Praet SBN 119430 |
| 2 | FERGUSON, PRAET & SHERMAN<br>A Professional Corporation |
| 3 | 1631 East 18th Street<br>Santa Ana, California  92705 |
| 4 | (714) 953-5300 telephone<br>(714) 953-1143 facsimile |
| 5 | Bpraet@aol.com |
| 6 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EMILY GARCIA, et al. | ) | NO. 8:22-cv-00131 SPG KES |
| Plaintiffs, | ) | **DEFENDANTS' NOTICE OF LODGING PROPOSED JUDGMENT re JOINT MOTION FOR SUMMARY JUDGMENT** |
| v. | ) | |
| CITY OF TUSTIN, ESTELLA SILVA, et al. | ) | |
| Defendants. | ) | *[Filed Concurrently with Notice of Motion and Joint Motion for Summary Judgment; Joint Appendix of Facts; Joint Appendix of Evidence; Joint Appendix of Objections; Proposed Judgment]* |
| Consolidated with WENDY LORENA GALACIA RAMIREZ, et al., | ) | |
| Plaintiffs, | ) | **DATE: December 20, 2023**<br>**TIME: 1:30 p.m.**<br>**CTRM: 5C** |
| v. | ) | |
| CITY OF TUSTIN, et al. | ) | |
| Defendants. | ) | |

///

///

1

1  TO: ALL PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that Defendants hereby lodge with the Court a
3  [Proposed] Judgment re Defendants'/Joint Motion for Summary Judgment.

4  Dated: October 30, 2023              FERGUSON, PRAET & SHERMAN
5                                        A Professional Corporation

6
                                  By:        /s/ Bruce D. Praet
7                                       Bruce D. Praet, Attorneys for
                                        Defendants