UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF TUSTIN, ESTELLA SILVA, et al.<br><br>  Defendants.<br>_____<br>Consolidated with WENDY LORENA GALACIA RAMIREZ, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF TUSTIN, et al.<br><br>  Defendants.<br>_____ | NO. 8:22-cv-00131 SPG KES<br><br>**[PROPOSED] JUDGMENT re JOINT MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Notice of Motion and Joint Motion for Summary Judgment; Joint Appendix of Facts; Joint Appendix of Evidence; Joint Appendix of Objections; Notice of Manual Filing/Lodging of Exhibit"*<br><br>DATE:  December 20, 2023<br>TIME:  1:30 p.m.<br>CTRM: 5C |

On _____, 2023, the Court granted Defendants' motion for summary judgment as to all claims, granting Defendants' motion for summary judgment as to:

1. The Garcia Plaintiffs' claims on _____ grounds and granting Defendants' motion for summary judgment as to Plaintiffs' state law claims.  (Dkt. No. 1, Case No. 8:22-cv-00131 SPG KES.)

1

2. The Galicia Plaintiffs' claims on _____ grounds and granting Defendants' motion for summary judgment as to Plaintiffs' state law claims.  (Dkt. No. 1, Case No. 8:22-cv-001619 SPG (KESx).

**GOOD CAUSE APPEARING**, JUDGMENT is entered in favor of Defendants City of Tustin and Officer Estela Silva, and against Plaintiffs Emily Garcia, et al. and Wendy Lorena Galacia Ramirez, et al.

DATED_____

                                        Hon. Sherilyn Peace Garnett
                                        United States District Court Judge