Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
Bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF TUSTIN, ESTELLA SILVA, et al.<br><br>　　　　Defendants.<br>_____<br>Consolidated with WENDY LORENA GALACIA RAMIREZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF TUSTIN, et al.<br><br>　　　　Defendants.<br>_____ | NO. 8:22-cv-00131 SPG KES<br><br>**DEFENDANTS' NOTICE OF MANUAL FILING/LODGING OF VIDEO RECORDING EXHIBITS IDENTIFIED IN THE JOINT APPENDIX OF EVIDENCE AS TABS 2, 11, 15 AND 16 re JOINT MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed Concurrently with Notice of Motion and Joint Motion for Summary Judgment*; *Joint Appendix of Facts; Joint Appendix of Evidence; Joint Appendix of Objections; Proposed Judgment]*<br><br>DATE:  December 20, 2023<br>TIME:   1:30 p.m.<br>CTRM: 5C |

TO: ALL PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

　　　PLEASE TAKE NOTICE that Defendants hereby will manually file/lodge the following video recording in support of the Joint Motion for Summary Judgment:

///

1

1. Tab 2, Defendants' Exhibit "1" to the Declaration of Bruce D. Praet, the critical incident recording documenting this incident.
2. Tab 11, Garcia Plaintiffs' Exhibit "D", the body worn camera (BWC) recording of Officer Joshua Yuhas documenting this incident.
3. Tab 15, Galicia Plaintiffs' Exhibit "B", the body worn camera (BWC) recording of Officer Silvia from a prior incident involving the decedent.
4. Tab 16, Galicia Plaintiffs' Exhibit "C", the body worn camera (BWC) recording of Officer Joseph Cossack from a prior incident involving the decedent.

These exhibits will be used both in support of, and in opposition to, Defendants' Motion for Summary Judgment. Notice of this lodging, inclusive of a thumb drive with a copy of the recordings, was mailed to all parties on October 30, 2023.

Dated: October 30, 2023     FERGUSON, PRAET & SHERMAN
                            A Professional Corporation

                      By:   /s/ Bruce D. Praet
                            Bruce D. Praet, Attorneys for
                            Defendants

DATED: October 30, 2023     CARRILLO LAW FIRM, LLP
                            LAW OFFICES OF DALE K. GALIPO

                      By:   /s/ Renee V. Masongsong
                            Dale K. Galipo
                            Renee V. Masongsong
                            Michael S. Carrillo
                            ATTORNEYS FOR THE GARCIA
                            PLAINTIFFS

///

///

DATED: October 30, 2023

By: _____
Jesus Eduardo Arias,
ATTORNEYS FOR THE GALICIA
PLAINTIFFS

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Cathy Sherman, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On October 30, 2023, I served the foregoing **DEFENDANTS' NOTICE OF MANUAL FILING/LODGING OF VIDEO RECORDING EXHIBITS IDENTIFIED IN THE JOINT APPENDIX OF EVIDENCE AS TABS 2, 11, 15 AND 16 re JOINT MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Luis A. Carrillo<br>Michael S. Carillo<br>CARRILLO LAW FIRM LLP<br>1499 Huntington Drive, Ste. 402<br>South Pasadena, CA 91030<br>626.799.9375 telephone<br>626.799.9380 facsimile | Dale K. Galipo<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Ste. 310<br>Woodland Hills, CA 91367<br>818.347.3333 telephone<br>818.347.4118 facsimile<br>dalekgalipo@yahoo.com |

Jesus Eduardo Arias, Esq.
18000 Studebaker Rd., Ste. 700
Cerritos, CA 90703
jearias@jesuseduardoarias.com

XXX (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

___ (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

___ (State) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 30, 2023, at Santa Ana, California.

                                                  /s/ Cathy Sherman
                                                  Cathy Sherman