1  Jesus Eduardo Arias, Esq. LL.M.  [SBN 293983]
2  LAW OFFICE OF JESUS EDUARDO ARIAS
3  18000 Studebaker Rd. Suite 700
   Cerritos California 90703
4  Email: jearias@jesuseduardoarias.com
   Tel. | 323 815 9450
5  Fax | 323 375 1196
6  Attorneys for Plaintiffs
   Wendy Lorena Galicia Ramirez *and* Kevin Josue Galicia Ramirez
7
8
9  **UNITED STATES DISTRICT COURT**
10 **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors in- interest to Luis Garcia,<br>Plaintiff(s),<br>vs.<br>CITY OF TUSTIN, ESTELA SILVA and DOES 1 through 10, Inclusive,<br>Defendant(s)<br>_____<br>Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al. | CASE NO. 8:22-cv-00131-SPG-KES<br><br>**DECLARATION BY WENDY LORENA GALICIA RAMIREZ (PLAINTIFF) PURSUANT CALIFORNIA CODE OF CIVIL PROCEDURE §377.32 & 377.60(a)** |

        I, WENDY LORENA GALICIA RAMIREZ declare as follows:

**1.** I am over 18 years of age.  I am competent to testify in open Court under oath to the truth of each of the matters asserted in this Declaration.

**2.** I was the wife of Decedent MR. GARCIA AREAS at the time of his death.

**3.** My husband's full name was Luis Manuel Garcia Areas. His date of birth was September 30, 1981. He was born in Jalisco, Mexico. I met him approximately in 1998 in Guadalajara Jalisco Mexico.

4. We married on **NOVEMBER 24, 2000**. The Place of our Marriage was Guadalajara, Jalisco, Mexico. Attached to this Declaration as "Exhibit A" I am including a copy of our Marriage Certificate with a certified Translation.

5. Upon our marriage we cohabitated and lived together as a married spouse couple in the City of Guadalajara, Mexico. During the time we cohabitated we conceived our only son, **KEVIN JOSUE GALICIA RAMIREZ**. Our child "KEVIN" was born within our marriage on **APRIL 1ST 2001**, in the City of Guadalajara, Jalisco, Mexico.

6. To my knowledge and belief, my husband had another relationship while he was working in California, and he had 2 daughters younger than our son Kevin.

7. As the legal wife of the Decedent at the time of his Death, I here exercise my rights to commence this action and proceedings individually, and also as a successor in interest to the Decedent. This pursuant § 377.60 (a) of the California Code of Civil Procedure.

8. My husband died on **August 09, 2021**, in Tustin, California.

9. No proceeding is now pending in California for the administration of the decedent's state. My husband left no assets which may be subject to any Probate Proceedings. No probate proceedings will be initiated upon his Death.

10. I am a decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to the decedent's interest in the action or proceeding.

11. No other persons other than my son KEVIN, Co- plaintiffs CG (a minor), Emily Garcia, and myself have any superior right to commence this action or proceedings for the death of my husband Luis Manuel Garcia Areas.

12. A copy of the death certificate is here attached as "Exhibit B."

13. I declare under penalty of perjury and under the laws of the State of California, and the Laws of the United States that the foregoing is true and correct.

Executed on February 23, 2024

*Wendy Lorena Galicia R.*

_____
WENDY LORENA GALICIA RAMIREZ
PLAINTIFF

**DECLARATION BY PLAINTIFF CCP 377.32**