# EXHIBIT A



United Mexican States  
Marriage Certificate

Electronic ID  
1409800022021001993  
Unique Population Registry Code  
GAAL810930HJCRRS03  
GARW760530MJCLMN05  
State of Registration  
Jalisco  
City of Registration  
San Pedro Tlaquepaque  
Date of Marriage Registration  
24/11/2000

| Office | Book | Number of Certificate |
|---|---|---|
| 0002 | 3 | 00410 |

### Information of Spouses

| LUIS MANUEL | GARCIA | AREAS |
|---|---|---|
| Name(s) | First Last name | Second last name |

| JAMAY, JALISCO | MEXICAN | MALE | 19 |
|---|---|---|---|
| Place of Birth | Nationality | Gender | Age |

| WENDY LORENA | GALICIA | RAMIREZ |
|---|---|---|
| Name(s) | First Last name | Second last name |

| GUADALAJARA, JALISCO | MEXICAN | FEMALE | 24 |
|---|---|---|---|
| Place of Birth | Nationality | Gender | Age |

| Community Partnership |
|---|
| Matrimonial Regimen |

| Margin Annotations | Certification |
|---|---|
| No annotations | This certified copy is issued based on articles 2,5,7, 120 and 121 sections I,II,III,IV,VI,VII, subsection a) of the Civil Registry Law of Jalisco, 4 section II and 6 of its Regulations of the State of Jalisco and 9 of the Law of Advanced Electronic Signature for the State of Jalisco and its Municipalities. The Electronic Signature you have is valid on the date of issue, has legal and probative validity in accordance with the legal provisions on the matter. |

Electronic Signature:

QR Code

Verification Code  
Civil Registry General Director  
314098000220000004100  
Attorney Jesus Mendez Rodriguez

I, TANYA RAMIREZ HEREBY CERTIFY: That the above is an accurate translation of the original attached document in Spanish, and that I am fully competent in both English and Spanish languages. That to the best of my knowledge and under penalty of perjury this translation is true and correct.

*Tanya Ramirez*

Date: 5/27/2022        _____

**Tanya Ramirez**