# EXHIBIT B

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## CLERK-RECORDER

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052021205615
LOCAL REGISTRATION NUMBER: 3202130016661

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | LUIS |
| 2. MIDDLE | MANUEL |
| 3. LAST (Family) | GARCIA – AREAS |
| 4. DATE OF BIRTH | 09/30/1982 |
| 5. AGE Yrs. | 38 |
| 6. SEX | M |
| 7. DATE OF DEATH | 08/09/2021 |
| 8. HOUR (24 Hours) | 1259 |
| 9. BIRTH STATE/FOREIGN COUNTRY | MEXICO |
| 10. SOCIAL SECURITY NUMBER | UNK |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 13. EDUCATION | 06 |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | YES MEXICAN |
| 16. DECEDENT'S RACE | MEXICAN |
| 17. USUAL OCCUPATION | CONSTRUCTION WORKER |
| 18. KIND OF BUSINESS OR INDUSTRY | CONSTRUCTION |
| 19. YEARS IN OCCUPATION | 5 |
| 20. DECEDENT'S RESIDENCE | 1201 WALNUT AVE APT 37 |
| 21. CITY | TUSTIN |
| 22. COUNTY/PROVINCE | ORANGE |
| 23. ZIP CODE | 92780-5700 |
| 24. YEARS IN COUNTY | 20 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | JUANA GARCIA HARIAS, SISTER |
| 27. INFORMANT'S MAILING ADDRESS | 1201 WALNUT AVE APT. 37, TUSTIN, CA 92780-5700 |
| 31. NAME OF FATHER/PARENT – FIRST | JUAN |
| 33. LAST | GARCIA LOZANO |
| 34. BIRTH STATE | MEXICO |
| 35. NAME OF MOTHER/PARENT – FIRST | GRACIELA |
| 37. LAST (BIRTH NAME) | AREAS MARTINEZ |
| 38. BIRTH STATE | MEXICO |
| 39. DISPOSITION DATE | 08/27/2021 |
| 40. PLACE OF FINAL DISPOSITION | CEMENTERIO SAN MIGUEL DE LA PAZ, SAN MIGUEL DE LA PAZ MUNICIPIO DE JAMAY, JALISCO, MX |
| 41. TYPE OF DISPOSITION(S) | TR/BU |
| 42. SIGNATURE OF EMBALMER | JAE P SIMON |
| 43. LICENSE NUMBER | EMB8340 |
| 44. NAME OF FUNERAL ESTABLISHMENT | SCOTT MCAULAY FAMILY NEW OPTIONS FUNERAL SERVICE |
| 45. LICENSE NUMBER | FD1593 |
| 46. SIGNATURE OF LOCAL REGISTRAR | CLAYTON CHAU, MD, PHD |
| 47. DATE | 08/20/2021 |
| 101. PLACE OF DEATH | ORANGE COUNTY GLOBAL MEDICAL CENTER |
| 102. IF HOSPITAL, SPECIFY ONE | ER/OP |
| 104. COUNTY | ORANGE |
| 105. FACILITY ADDRESS | 1001 N TUSTIN AVE |
| 106. CITY | SANTA ANA |
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (A) | PERFORATION OF RIGHT LUNG, LIVER, AND BOTH SIDES OF DIAPHRAGM |
| (B) | STATUS POST THROUGH AND THROUGH GUNSHOT WOUND OF BOTH SIDES OF CHEST |
| 108. DEATH REPORTED TO CORONER? | YES – 21-04728-NG |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. IF FEMALE, PREGNANT IN LAST YEAR? | NO |
| 119. MANNER OF DEATH | Homicide |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE | 08/09/2021 |
| 122. HOUR | 1015 EST |
| 123. PLACE OF INJURY | STREET |
| 124. DESCRIBE HOW INJURY OCCURRED | SHOT BY ON-DUTY POLICE OFFICER WITH HANDGUN |
| 125. LOCATION OF INJURY | IN FRONT OF 15401 WILLIAMS STREET, TUSTIN, CA 92780 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | KELLY M. ESTRADA |
| 127. DATE | 08/18/2021 |
| 128. TYPE NAME, TITLE OF CORONER | KELLY M. ESTRADA, DEP CORONER |

134808

*001283471*

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF ORANGE

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF THE ORANGE COUNTY CLERK-RECORDER.

DATE ISSUED: OCT 05 2021

This copy not valid unless prepared on engraved border displaying seal and signature of Clerk-Recorder.

Hugh Nguyen
HUGH NGUYEN
CLERK-RECORDER
ORANGE COUNTY, CALIFORNIA

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE