Jesus Eduardo Arias, Esq. LL.M.  [SBN 293983]
LAW OFFICE OF JESUS EDUARDO ARIAS
18000 Studebaker Rd. Suite 700
Cerritos California 90703
Email: jearias@jesuseduardoarias.com
Tel. | 323 815 9450
Fax | 323 375 1196
Attorneys for Plaintiffs
Wendy Lorena Galicia Ramirez *and* Kevin Josue Galicia Ramirez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors in- interest to Luis Garcia,<br>Plaintiff(s),<br>vs.<br>CITY OF TUSTIN, ESTELA SILVA and DOES 1 through 10, Inclusive,<br>Defendant(s)<br>_____<br>Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al. | CASE NO. 8:22-cv-00131-SPG-KES<br><br>**DECLARATION BY KEVIN JOSUE GALICIA RAMIREZ (PLAINTIFF) PURSUANT CALIFORNIA CODE OF CIVIL PROCEDURE §377.32 & 377.60(a)** |

I, KEVIN JOSUE GALICIA RAMIREZ declare as follows:

**1.** I am over 18 years of age.  I am competent to testify in open Court under oath to the truth of each of the matters asserted in this Declaration.

**2.** I am a son of the Decedent. My father's full name was Luis Manuel Garcia Areas. His date of birth was September 30, 1981. He was born in the State of Jalisco, Mexico.

**3.** My mother is WENDY LORENA GALICIA RAMIREZ, my parents were

**DECLARATION BY PLAINTIFF CCP 377.32**

married on **NOVEMBER 24, 2000**. I was born on **APRIL 1ST 2001.** Attached to this Declaration as Exhibit A; a copy of my parents' marriage certificate.

**4.** As a son of the Decedent at the time of his Death, I here exercise my right to commence and pursue this legal action, and proceedings individually, and also as a successor in interest to my Deceased father. This pursuant § 377.60 (a) & 377.34 (b) of the California Code of Civil Procedure.

**5.** My father died **August 09, 2021**, in Tustin, California.

**6.** No proceeding is now pending in California for the administration of the decedent's state. My father left no assets which may be subject to any Probate Proceedings. Thus, no Probate proceedings will be initiated upon his Death.

**7.** I am a decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeed to the decedent's interest in the action or proceeding.

**8.** No other persons other than my mother WENDY LORENA, and the co-plaintiffs in this matter, CG (a Minor) & Emily Garcia, also daughters of my father, have any superior right to commence this action or legal proceedings or to be substituted for the decedent in the pending action or proceeding.

**9.** A copy of the death certificate of my father is here attached as Exhibit B.

**10.** I declare under penalty of perjury, under the laws of the State of California, and under the Laws of the United States that the foregoing is true and correct.

Executed on February 23, 2024

_____
KEVIN JOSUE GALICIA RAMIREZ
PLAINTIFF