# EXHIBIT A



**Estados Unidos Mexicanos**

**Acta de Matrimonio**

Identificador Electrónico
14098000220210012893

GAAL810930HJCRRS03
GARW760530MJCLMN05

Entidad de Registro: JALISCO
Municipio de Registro: SAN PEDRO TLAQUEPAQUE
Fecha de Inscripción del Matrimonio: 24/11/2000

| Oficialía | Libro | Número de Acta |
|---|---|---|
| 0002 | 3 | 00410 |

### Datos de las personas Contrayentes

| Nombre(s) | Primer Apellido | Segundo Apellido |
|---|---|---|
| LUIS MANUEL | GARCIA | AREAS |

| Lugar de Nacimiento | Nacionalidad | Sexo | Edad |
|---|---|---|---|
| JAMAY, JALISCO | MEXICANA | HOMBRE | 19 |

| Nombre(s) | Primer Apellido | Segundo Apellido |
|---|---|---|
| WENDY LORENA | GALICIA | RAMIREZ |

| Lugar de Nacimiento | Nacionalidad | Sexo | Edad |
|---|---|---|---|
| GUADALAJARA, JALISCO | MEXICANA | MUJER | 24 |

Régimen Patrimonial: SOCIEDAD LEGAL

**Anotaciones Marginales**
Sin anotaciones marginales.

**Certificación:**
Se extiende la presente copia certificada, con fundamento en los artículos 2, 6, 7, 120 y 121 fracciones I, II, III, IV, VI, VII, inciso a) de la Ley del Registro Civil de Jalisco, 4, fracción II y 6 de su Reglamento del Estado de Jalisco; 9 de la Ley de Firma Electrónica Avanzada para el Estado de Jalisco y sus Municipios. La Firma Electrónica con la que cuenta es vigente a la fecha de expedición; tiene validez jurídica y probatoria de acuerdo a las disposiciones legales en la materia.

A los 30 días del mes de agosto de 2021. Doy fe

**Firma Electrónica:**
bn Vs bH xu dW xs fG 51 bG x8 bn Vs bH wz MT Qw OT gw MD Ay Mj Aw MD Aw ND Ew MH xN QV ND VU xJ Tk 98 Rx VN RU SJ Tk 98 Mz Ag ZG Ug c2 Vw dG II bW Jy ZS Bk ZS Ax OT gx fD Mw IG RI IG 1h eW 8g ZG Ug MT k3 Nn xK QU xJ U0 NP fE pV QU 56 QU xC RV JU T3 xH Ux FD SU VM QX xB Tk Eg U0 9M RU RB RC B8 U1 VO Q0 IP Tg ==

Código de verificación
31409800022000004100

DIRECTOR GENERAL DEL REGISTRO CIVIL
LIC. JESUS MENDEZ RODRIGUEZ

Código QR

SPTJ 512936

United Mexican States  
Marriage Certificate

Electronic ID  
1409800022021001993  
Unique Population Registry Code  
GAAL810930HJCRRS03  
GARW760530MJCLMN05  
State of Registration  
Jalisco  
City of Registration  
San Pedro Tlaquepaque  
Date of Marriage Registration  
24/11/2000

| Office | Book | Number of Certificate |
|--------|------|----------------------|
| 0002   | 3    | 00410                |

Information of Spouses

| LUIS MANUEL | GARCIA | AREAS |
|-------------|--------|-------|
| Name(s) | First Last name | Second last name |

| JAMAY, JALISCO | MEXICAN | MALE | 19 |
|----------------|---------|------|----|
| Place of Birth | Nationality | Gender | Age |

| WENDY LORENA | GALICIA | RAMIREZ |
|--------------|---------|---------|
| Name(s) | First Last name | Second last name |

| GUADALAJARA, JALISCO | MEXICAN | FEMALE | 24 |
|----------------------|---------|--------|----|
| Place of Birth | Nationality | Gender | Age |

| Community Partnership |
|-----------------------|
| Matrimonial Regimen   |

| Margin Annotations | Certification |
|--------------------|---------------|
| No annotations | This certified copy is issued based on articles 2,5,7, 120 and 121 sections I,II,III,IV,VI,VII, subsection a) of the Civil Registry Law of Jalisco, 4 section II and 6 of its Regulations of the State of Jalisco and 9 of the Law of Advanced Electronic Signature for the State of Jalisco and its Municipalities. The Electronic Signature you have is valid on the date of issue, has legal and probative validity in accordance with the legal provisions on the matter. |

Electronic Signature:

QR Code

Verification Code                Civil Registry General Director

314098000220000004100          Attorney Jesus Mendez Rodriguez

I, TANYA RAMIREZ HEREBY CERTIFY: That the above is an accurate translation of the original attached document in Spanish, and that I am fully competent in both English and Spanish languages. That to the best of my knowledge and under penalty of perjury this translation is true and correct.

*Tanya Ramirez*

Date: 5/27/2022                    _____

**Tanya Ramirez**