# EXHIBIT B

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF ORANGE
## CLERK-RECORDER

**STATE FILE NUMBER:** 3052021205615
**LOCAL REGISTRATION NUMBER:** 3202130016661

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/05)

**DECEDENT'S PERSONAL DATA**

1. NAME OF DECEDENT – FIRST (Given): LUIS
2. MIDDLE: MANUEL
3. LAST (Family): GARCIA - AREAS
4. DATE OF BIRTH: 09/30/1982
5. AGE Yrs: 38
6. SEX: M
7. DATE OF DEATH: 08/09/2021
8. HOUR (24 Hours): 1259
9. BIRTH STATE/FOREIGN COUNTRY: MEXICO
10. SOCIAL SECURITY NUMBER: UNK
11. EVER IN U.S. ARMED FORCES?: NO
12. MARITAL STATUS/SRDP: NEVER MARRIED
13. EDUCATION – Highest Level/Degree: 06
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: YES MEXICAN
16. DECEDENT'S RACE: MEXICAN
17. USUAL OCCUPATION: CONSTRUCTION WORKER
18. KIND OF BUSINESS OR INDUSTRY: CONSTRUCTION
19. YEARS IN OCCUPATION: 5

**USUAL RESIDENCE**

20. DECEDENT'S RESIDENCE: 1201 WALNUT AVE APT 37
21. CITY: TUSTIN
22. COUNTY/PROVINCE: ORANGE
23. ZIP CODE: 92780-5700
24. YEARS IN COUNTY: 20
25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

26. INFORMANT'S NAME, RELATIONSHIP: JUANA GARCIA HARIAS, SISTER
27. INFORMANT'S MAILING ADDRESS: 1201 WALNUT AVE APT.37, TUSTIN, CA 92780-5700

**SPOUSE/SRDP AND PARENT INFORMATION**

28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: –
29. MIDDLE: –
30. LAST (BIRTH NAME): –
31. NAME OF FATHER/PARENT – FIRST: JUAN
32. MIDDLE:
33. LAST: GARCIA LOZANO
34. BIRTH STATE: MEXICO
35. NAME OF MOTHER/PARENT – FIRST: GRACIELA
36. MIDDLE:
37. LAST (BIRTH NAME): AREAS MARTINEZ
38. BIRTH STATE: MEXICO

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

39. DISPOSITION DATE: 08/27/2021
40. PLACE OF FINAL DISPOSITION: CEMENTERIO SAN MIGUEL DE LA PAZ, SAN MIGUEL DE LA PAZ MUNICIPIO DE JAMAY, JALISCO, MX
41. TYPE OF DISPOSITION(S): TR/BU
42. SIGNATURE OF EMBALMER: JAE P SIMON
43. LICENSE NUMBER: EMB8340
44. NAME OF FUNERAL ESTABLISHMENT: SCOTT MCAULAY FAMILY NEW OPTIONS FUNERAL SERVICE
45. LICENSE NUMBER: FD1593
46. SIGNATURE OF LOCAL REGISTRAR: CLAYTON CHAU, MD, PHD
47. DATE: 08/20/2021

**PLACE OF DEATH**

101. PLACE OF DEATH: ORANGE COUNTY GLOBAL MEDICAL CENTER
102. IF HOSPITAL, SPECIFY ONE: ER/OP
104. COUNTY: ORANGE
105. FACILITY ADDRESS: 1001 N TUSTIN AVE
106. CITY: SANTA ANA

**CAUSE OF DEATH**

107. CAUSE OF DEATH:
   (A) IMMEDIATE CAUSE: PERFORATION OF RIGHT LUNG, LIVER, AND BOTH SIDES OF DIAPHRAGM
   (B) STATUS POST THROUGH AND THROUGH GUNSHOT WOUND OF BOTH SIDES OF CHEST

108. DEATH REPORTED TO CORONER?: YES
   INTERNAL NUMBER: 21-04728-NG
109. BIOPSY PERFORMED?: NO
110. AUTOPSY PERFORMED?: YES
111. USED IN DETERMINING CAUSE?: YES

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE
113. WAS OPERATION PERFORMED: NO
113A. IF FEMALE, PREGNANT IN LAST YEAR?: NO

**CORONER'S USE ONLY**

119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED...
   MANNER OF DEATH: Homicide
120. INJURED AT WORK?: NO
121. INJURY DATE: 08/09/2021
122. HOUR: 1015 EST
123. PLACE OF INJURY: STREET
124. DESCRIBE HOW INJURY OCCURRED: SHOT BY ON-DUTY POLICE OFFICER WITH HANDGUN
125. LOCATION OF INJURY: IN FRONT OF 15401 WILLIAMS STREET, TUSTIN, CA 92780
126. SIGNATURE OF CORONER / DEPUTY CORONER: KELLY M. ESTRADA
127. DATE: 08/18/2021
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: KELLY M. ESTRADA, DEP CORONER

134808

*001283471*

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF ORANGE

This is a true and exact reproduction of the document officially registered and placed on file in the OFFICE OF THE ORANGE COUNTY CLERK-RECORDER.

**DATE ISSUED:** OCT 05 2021

This copy not valid unless prepared on engraved border displaying seal and signature of Clerk-Recorder.

PBNCO (Rev. 04/19)

Hugh Nguyen
**HUGH NGUYEN**
CLERK-RECORDER
ORANGE COUNTY, CALIFORNIA

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE