# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors-in-interest to Luis Garcia,<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF TUSTIN, ESTELA SILVA and DOES 1 through 10, Inclusive,<br><br>Defendant(s)<br><br>Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al. | Case No. 8:22-cv-00131-SPG-KES<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION OF ROSALIA BECERRA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF C.G. AS SUCCESSOR IN INTEREST TO LUIS GARCIA**<br><br>[*Consent of Nominee*, *377 Declaration* and *Application* filed concurrently herewith] |

[PROPOSED] ORDER GRANTING APPLICATION FOR APPOINTMENT AS GUARDIAN AD LITEM

IT IS HEREBY ORDERED THAT the application of Rosalia Becerra for appointment as guardian *ad litem* for minor plaintiff C.G. is granted.

DATED: February 28, 2024                    UNITED STATES DISTRICT COURT

By: /s/ Karen E. Scott
       Hon. Magistrate Judge Karen E. Scott