1  Bruce D. Praet  SBN 119430
   FERGUSON, PRAET & SHERMAN
2  1631 E. 18th St.
   Santa Ana, CA 92705
3  714.953.5300 telephone
   714.953.1143 facsimile
4  bpraet@aol.com

5  Attorney for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive,<br><br>Defendants.<br>_____<br><br>Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. CITY OF TUSTIN, et al.<br>_____ | Case No: 8:22-cv-00131 SPG KES<br><br>**STIPULATED REQUEST FOR REMOTE APPEARANCES AT STATUS CONFERENCE**<br><br>**DATE: March 27, 2024**<br>**TIME: 3:00 p.m.** |

IT IS HEREBY STIPULATED and respectfully requested by all parties through their respective counsel of record that the Court permit all counsel to appear remotely at the rescheduled Status Conference currently set for March 27, 2024, at 3:00 p.m.  GOOD CAUSE exists for this request for the following reasons:

1. Although all counsel had been available for the originally scheduled date of March 13, 2024, calendaring conflicts exist with respect to the Court's continuation to March 27, 2024, at 3:00 p.m.

2. Counsel for Defendants will be traveling to LAX at the scheduled time for air travel, but could participate by way of telephone.

3. Counsel for Plaintiffs has no objection to defense counsel appearing remotely and would respectfully request equal accommodation for remote appearances.

All counsel will be prepared to address issues, concerns or questions from the Court. Counsel also met and conferred regarding possibly resetting the Status Conference to another date convenient to the Court, however, counsel will be engaged in unrelated trials throughout the majority of April.

DATED: March 13, 2024        FERGUSON, PRAET & SHERMAN
                             A Professional Corporation

                     By:     /s/ Bruce D. Praet
                             Bruce D. Praet, Attorneys for
                             Defendants

DATED: March 13, 2024        LAW OFFICES OF DALE K. GALIPO

                     By:     /s/ Dale K. Galipo
                             Dale K. Galipo, Attorneys for
                             Garcia Plaintiffs

DATED: March 13, 2024        CARRILLO LAW FIRM, LLP

                     By:     /s/ Michael S. Carrillo
                             Michael S. Carrillo, Attorneys for
                             Garcia Plaintiffs

DATED: March 13, 2024        JESUS EDUARDO ARIAS, ESQ.

                     By:     /s/ Jesus Eduardo Arias
                             Jesus Eduardo Arias, Attorneys for
                             Ramirez Plaintiffs

I certify that all counsel whose signatures are represented here have authorized the filing of this stipulation pursuant to LR 5-4.3.4.

  /s/ Bruce D. Praet