Bruce D. Praet  SBN 119430
FERGUSON, PRAET & SHERMAN
1631 E. 18th St.
Santa Ana, CA 92705
714.953.5300 telephone
714.953.1143 facsimile
bpraet@aol.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive,<br><br>Defendants.<br>_____<br><br>Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. CITY OF TUSTIN, et al.<br>_____ | Case No: 8:22-cv-00131 SPG KES<br><br>**[PROPOSED] ORDER re STIPULATED REQUEST FOR REMOTE APPEARANCES AT STATUS CONFERENCE**<br><br>**DATE: March 27, 2024**<br>**TIME: 3:00 p.m.** |

GOOD CAUSE APPEARING, the Court will permit all counsel to appear remotely at the rescheduled Status Conference currently set for March 27, 2024, at 3:00 p.m. The parties are directed to use the Zoom Webinar link provided on the Court's website.

IT IS SO ORDERED.

DATED: March ____, 2024

_____
Hon. Sherilyn Peace Garnett
United States District Court Judge