**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo, Esq. (SBN 70398)
Michael S. Carrillo, Esq. (SBN 258878)
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs* Emily Garcia and C.G.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors-in-interest,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUSTIN, ESTELA SILVA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00131-SPG-KES<br><br>Assigned to:<br>District Judge Sherilyn Peace Garnett<br>Magistrate Judge Karen E. Scott<br><br>**NOTICE OF APPEAL BY PLAINTIFFS EMILY GARCIA AND C.G.**<br><br>[Federal Rules of Appellate Procedure, Rule 4] |

**TO THIS HONORABLE COURT, AND ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiffs EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 18th day of March, 2024.  (Doc. Nos. 77, 78).  A copy of the district court's order on Defendants' and Plaintiffs' respective motions for summary judgment is attached hereto as "Exhibit A."  (Doc. No. 77).  The district court denied Plaintiffs' motion for summary judgment, granted summary judgment as to Plaintiffs' federal claims, and declined to exercise supplemental jurisdiction as to Plaintiffs' state law claims.  Plaintiffs appeal the district court's denial of Plaintiffs' motion for summary judgment and the district court's grant of Defendants' motion for summary judgment with respect to the federal claims on the basis of the second prong of qualified immunity.  A copy of the district court's order closing the case and vacating all deadlines is attached hereto as "Exhibit B." (Doc. No. 78).  Plaintiffs' representation statement is attached hereto as "Exhibit C."

DATED: April 8, 2024         CARRILLO LAW FIRM, LLP

                     By:   *s/ Michael S. Carrillo*
                           Luis A. Carrillo
                           Michael S. Carrillo
                           *Attorneys for Plaintiffs,*
                           EMILY GARCIA and C.G.

DATED: April 8, 2024         LAW OFFICES OF DALE K. GALIPO

                     By:   */s/ Dale K. Galipo*
                           Dale K. Galipo
                           Renee V. Masongsong
                           *Attorneys for Plaintiffs,*
                           EMILY GARCIA and C.G.