# EXHIBIT C

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

**CARRILLO LAW FIRM, LLP**
Luis A. Carrillo, Esq. (SBN 70398)
Michael S. Carrillo, Esq. (SBN 258878)
1499 Huntington Drive, Suite 402
South Pasadena, CA 91030
Tel: (626) 799-9375
Fax: (626) 799-9380

*Attorneys for Plaintiffs,* Emily Garcia and C.G.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors-in-interest,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUSTIN, ESTELA SILVA, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-00131-SPG-KES<br><br>Assigned to:<br>District Judge Sherilyn Peace Garnett<br>Magistrate Judge Karen E. Scott<br><br>**PLAINTIFFS' REPRESENTATION STATEMENT** |

## REPRESENTATION STATEMENT

The following list shows all counsel for the respective parties to the action identified by name, firm, address, and telephone number.  (FRAP 12(b); Circuit Rule 3-2(b)).

**Counsel for Plaintiffs C.G. and EMILY GARCIA:**

| | |
|---|---|
| LAW OFFICES OF DALE K. GALIPO | CARRILLO LAW FIRM, LLP |
| DALE K. GALIPO (SBN 144074) | LUIS A. CARRILLO (SBN 70398) |
| RENEE V. MASONGSONG (SBN 281819) | MICHAEL S. CARRILLO (SBN 258878) |
| 21800 Burbank Boulevard, Suite 310 | 1499 Huntington Drive, Suite 402 |
| Woodland Hills, CA 91367 | South Pasadena, CA 91030 |
| Tel.: (818) 347-3333 | Tel.: (626) 799-9375 |
| Fax: (818) 347-4118 | Fax: (626) 799-9380 |
| E-mail: dalekgalipo@yahoo.com; rvalentine@galipolaw.com | E-mail: Lac4justice@gmail.com; mc@carrillofirm.com |

**Counsel for Defendants ESTELA SILVA and CITY OF TUSTIN:**

FERGUSON, PRAET & SHERMAN
BRUCE D. PRAET (SBN 119430)
1631 E. 18th St.
Santa Ana, CA 92705
Tel.: (714) 953-5300
Fax: (714) 953-1143
E-mail: bpraet@aol.com

**Counsel for Plaintiffs WENDY GALICIA RAMIREZ and JOSUE GALICIA RAMIREZ:**

JESUS EDUARDO ARIAS (SBN 293983)
LAW OFFICE OF JESUS EDUARDO ARIAS
18000 Studebaker Rd., Suite 700
Cerritos California 90703
Tel.: (323) 815-9450
Fax: (323) 375-1196
E-mail: jearias@jesuseduardoarias.com

DATED: April 8, 2024                    LAW OFFICES OF DALE K. GALIPO

                                        By:  */s/ Dale K. Galipo*
                                             Dale K. Galipo
                                             Renee V. Masongsong
                                             Attorneys for Plaintiffs