Jesus Eduardo Arias, Esq. LL.M. | SBN 293983
LAW OFFICES OF JESUS EDUARDO ARIAS
18000 Studebaker Rd. Suite 700
Cerritos California 90703
E| jearias@jesuseduardoarias.com
Tel| 323) 815 9450 Fax| 323) 375 1196
*Attorney for Plaintiffs* Wendy Lorena Galicia Ramirez, and Kevin Josue Galicia Ramirez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA, et al.<br>　　　Plaintiff(s),<br>vs.<br><br>CITY OF TUSTIN, ESTELLA SILVA, et al.<br>　　　Defendant(s)<br><br>Consolidated with WENDY LORENA GALICIA RAMIREZ, et al.,<br>　　　Plaintiffs,<br>v.<br>CITY OF TUSTIN, et al.<br>　　　Defendants | Case No: **8:22-cv-00131 SPG KES**<br><br>Assigned to:<br>District Judge Sherilyn Peace Garnett<br>Magistrate Judge Karen E. Scott<br><br>**NOTICE OF APPEAL BY PLAINTIFFS WENDY GALICIA AND KEVIN GALICIA**<br><br>[Federal Rules of Appellate Procedure, Rule 4] |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　PLEASE TAKE NOTICE that Plaintiffs WENDY LORENA GALICIA RAMIREZ and KEVIN JOSUE GALICIA RAMIREZ**,** hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this

---
NOTICE OF APPEAL
1

action on March 18, 2024. (Dk 77, 78). A copy of the district court's dispositive court order is here attached as "Exhibit A". (Doc. No. 77). The district court denied Garcia Plaintiffs' motion for summary judgment, granted Defendant's motion for summary judgment as to Plaintiffs' federal claims, and declined to exercise supplemental jurisdiction as to Plaintiffs' state law claims. The Galicia Plaintiffs hereby appeal to the district court's grant of the Defendants' motion for summary judgment, with respect to the federal claims on the basis of qualified immunity. A copy of the district court's order closing the case and vacating all deadlines is attached hereto as "Exhibit B". (Doc. No. 78). Plaintiffs' representation statement is attached hereto as "Exhibit C".

Date 04/09/2024

Respectfully Submitted by:
/S/ Jesus E. Arias
Jesus Eduardo Arias LL.M. Esq.
Attorney for Galicia Plaintiffs
Jearias@jesuseduardoarias.com