# EXHIBIT B

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 8:22-cv-00131-SPG-KES Emily Garcia et al v. City of Tustin et al Text Only Scheduling Notice |
| **Date:** | Tuesday, March 26, 2024 3:38:00 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 3/26/2024 at 3:37 PM PDT and filed on 3/26/2024
**Case Name:**     Emily Garcia et al v. City of Tustin et al
**Case Number:**     8:22-cv-00131-SPG-KES
**Filer:**
**WARNING: CASE CLOSED on 03/18/2024**
**Document Number:** 78(No document attached)

**Docket Text:**
**SCHEDULING NOTICE AND ORDER by Judge Sherilyn Peace Garnett. The Order filed at ECF No. [77], closed the case and vacated all deadlines. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (pg) TEXT ONLY ENTRY**

**8:22-cv-00131-SPG-KES Notice has been electronically mailed to:**

Bruce D Praet     bpraet@aol.com, Cludvigson@law4cops.com, csherman@law4cops.com

Dale K Galipo     dalekgalipo@yahoo.com, amonguia@galipolaw.com, blevine@galipolaw.com, CMayne@galipolaw.com, coopermayne@recap.email, evalenzuela@galipolaw.com, hlee@galipolaw.com, jdeleon@galipolaw.com, kslyapich@galipolaw.com, msincich@galipolaw.com, rvalentine@galipolaw.com, slaurel@galipolaw.com, sleap@galipolaw.com

Jesus Eduardo Arias     jearias@jesuseduardoarias.com, calcantar@jesuseduardoarias.com

Luis Allen Carrillo     mc@carrillofirm.com, ac@carrillofirm.com, db@carrillofirm.com, hr@carrillofirm.com, lac4justice@gmail.com, lj@carrillofirm.com, mf@carrillofirm.com

Michael S Carrillo     mc@carrillofirm.com, mike@mikecarrillo.com

Renee V Masongsong     rvalentine@galipolaw.com, amonguia@galipolaw.com, dalekgalipo@yahoo.com, kslyapich@galipolaw.com

**8:22-cv-00131-SPG-KES Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**