# EXHIBIT C

|   |   |
|---|---|
| 1 | Jesus Eduardo Arias, Esq. LL.M. | SBN 293983 |
| 2 | LAW OFFICES OF JESUS EDUARDO ARIAS |
|   | 18000 Studebaker Rd. Suite 700 |
| 3 | Cerritos California 90703 |
| 4 | E| jearias@jesuseduardoarias.com |
|   | Tel| 323) 815 9450 Fax| 323) 375 1196 |
| 5 | *Attorney for Plaintiffs* Wendy Lorena Galicia Ramirez, and |
| 6 | Kevin Josue Galicia Ramirez |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EMILY GARCIA, et al. | ) Case No: **8:22-cv-00131 SPG KES** |
|---|---|
| Plaintiff(s), | ) |
| vs. | ) Assigned to: |
|   | ) District Judge Sherilyn Peace Garnett |
| CITY OF TUSTIN, ESTELLA SILVA, et al. | ) Magistrate Judge Karen E. Scott |
| Defendant(s) | ) **PLAINTIFFS' REPRESENTATION STATEMENT** |
| Consolidated with WENDY LORENA GALICIA RAMIREZ, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| CITY OF TUSTIN, et al. | ) |
| Defendants | ) |

## REPRESENTATION STATEMENT

The following list shows all counsel for the respective parties to the action, identified by name, firm, address, and telephone number. (FRAP 12(b); Circuit Rule 3-2(b)).

---

REPRESENTATION STATEMENT

1

**COUNSEL FOR PLAINTIFFS WENDY GALICIA AND KEVIN GALICIA**

LAW OFFICE OF JESUS EDUARDO ARIAS
Jesus Eduardo Arias | SBN 293983
18000 Studebaker Rd., Suite 700
Cerritos, California 90703
Tel.: (323) 815-9450
Fax: (323) 375-1196
E-mail: jearias@jesuseduardoarias.com

**COUNSEL FOR PLAINTIFFS EMILY GARCIA AND C.G.**

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo | SBN 144074 & Renee V. Masongsong | SBN 281819
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118
E-mail: dalekgalipo@yahoo.com | rvalentine@galipolaw.com

CARRILLO LAW FIRM, LLP
Luis A. Carrillo | SBN 70398 & Michael S. Carrillo | SBN 258878
1499 Huntington Dr., Ste. 402
South Pasadena, CA 91030
Tel: (626) 799-9375 / Fax: (626) 799-9380
E-mail: Lac4justice@gmail.com | mc@carrillofirm.com

**COUNSEL FOR DEFENDANTS ESTELA SILVA AND CITY OF TUSTIN**

FERGUSON, PRAET & SHERMAN
Bruce D. Praet | SBN 119430
1631 E. 18th St.
Santa Ana, CA 92705
Tel 714 953 5300 | Fax 714 953 1143
E-mail: bpraet@aol.com

Date 04/09/2024

Respectfully Submitted by:
/S/ Jesus E. Arias
Jesus Eduardo Arias LL.M. Esq.
Attorney for Galicia Plaintiffs
Jearias@jesuseduardoarias.com