

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



# FILED

APR 10 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Molly C. Dwyer
Clerk of Court

## DOCKETING NOTICE

---

Docket Number:              24-2224
Originating Case Number:    8:22-cv-00131-SPG-KES

Short Title:                Garcia, et al. v. City of Tustin, et al.

---

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

### TIME SCHEDULE ORDER

Docket Number:            24-2224
Originating Case Number:  8:22-cv-00131-SPG-KES

Case Title:               Garcia, et al. v. City of Tustin, et al.

**Monday, April 15, 2024**
Emily Garcia                          Mediation Questionnaire due
C.G.                                  Mediation Questionnaire due

**Monday, April 22, 2024**
Emily Garcia                          Appeal Transcript Order Due
C.G.                                  Appeal Transcript Order Due

**Wednesday, May 22, 2024**
Emily Garcia                          Appeal Transcript Due
C.G.                                  Appeal Transcript Due

**Monday, July 1, 2024**
Emily Garcia                          Appeal Opening Brief Due
C.G.                                  Appeal Opening Brief Due

**Wednesday, July 31, 2024**
City of Tustin                        Appeal Answering Brief Due
Estella Silva                         Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**