# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Tanya Ramirez |
| 2a. Contact Phone Number | 323 490 0643 |
| 3a. Contact E-mail Address | assistant@jesuseduardoarias.com |
| 1b. Attorney Name (if different) | Jesus Eduardo Arias |
| 2b. Attorney Phone Number | 323 633 2655 |
| 3b. Attorney E-mail Address | jearias@jesuseduardoarias.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

Jesus Eduardo Arias, Esq. LL.M.
LAW OFFICES OF JESUS EDUARDO ARIAS
18000 Studebaker Rd. Suite 700
Cerritos, California 90703

**5. Name & Role of Party Represented:** Plaintiffs Wendy Lorena Galicia Ramirez and Kevin Josue Galicia Ramirez

**6. Case Name:** EMILY GARCIA, et al. vs CITY OF TUSTIN, ESTELLA SILVA, et al.

**7a. District Court Case Number:** 8:22-cv-00131-SPG-KES

**7b. Appeals Court Case Number:** 24-2259

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
- [ ] DIGITALLY RECORDED
- [X] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Wil Wilcox

**9. THIS TRANSCRIPT ORDER IS FOR:** [X] Appeal  [ ] Non-Appeal  [ ] Criminal  [X] Civil  [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# | Judge | Proceeding Type / Portion | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/2023 | 41 | SPG | Hearing on Motion(s) for Summary Judgment | ● | ○ | ○ | ○ | ○ | ○ | ● | 3-Day |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 04/19/2024    Signature: /s/Jesus Eduardo Arias

G-120 (06/18)