|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | SEP 16 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>CITY OF TUSTIN and ESTELLA SILVA,<br><br>Defendants - Appellees. | No. 24-2224<br><br>D.C. No. 8:22-cv-00131-SPG-KES<br><br>Central District of California, Santa Ana<br><br>MANDATE |

The judgment of this Court, entered August 08, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT