Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com

Attorney for Defendants City of Tustin, Officer Estella Silva

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest; WENDY LOREN GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Wife) and KEVIN JOSUE GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Son),<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No: 8:22-cv-00131- SPG- KES<br><br>**DEFENDANTS' REQUEST TO APPEAR REMOTELY AT STATUS CONFERENCE** |

　　Defendants respectfully request permission to appear telephonically or via Zoom at the Status Conference, currently scheduled for September 24, 2025, at 1:30 p.m., due to an unavoidable scheduling conflict which requires defense counsel to be in Carson City, Nevada at the time the Court has set for the Status Conference. [See: Declaration of

1  Bruce D. Praet filed concurrently herewith].

2      WHEREFORE, the Defendants respectfully submit this request:

3      1.   That Defendants be permitted to appear remotely at the Status Conference

4  hearing set for September 24, 2025 at 1:30 p.m.

5      2.   That this Court grants any such other relief this Court deems just, equitable

6  proper.

7  DATED: September 19, 2025                  JONES MAYER

8                                        By: _/s/   Bruce D. Praet_

9                                           Bruce D. Praet, Attorneys for Defendants

