Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com

Attorney for Defendants City of Tustin, Officer Estella Silva

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest; WENDY LOREN GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Wife) and KEVIN JOSUE GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Son),<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive,<br><br>    Defendants. | Case No: 8:22-cv-00131-SPG-KES<br><br>**DECLARATION OF BRUCE D. PRAET IN SUPPORT OF DEFENDANTS' REQUEST TO APPEAR REMOTELY AT STATUS CONFERENCE** |

I, Bruce D. Praet, declare:

1. I am an attorney licensed to practice before this and all courts in the State of California and am the attorney of record for Defendants CITY OF TUSTIN and OFFICER ESTELLA SILVA ("Defendants"). Except where expressly stated to the

contrary, I have personal knowledge of the matters set forth herein and would testify if competently to them if called as a witness.

2. Since early June of this year (2025), I have committed to present legal update training to approximately one hundred members of the Carson City Sheriff's Department in Carson City, Nevada, on September 24, 2025. Significant scheduling arrangements have been made by the Sheriff's Department to accommodate this training session, and I have already made the necessary travel arrangements (including flights, hotel and rental car) for this commitment.

3. Although I will be able to arrange a break in the training session to remotely attend the Court's recently scheduled Status Conference, I respectfully request leave of court to attend via Zoom or other remote arrangements as the Court may see fit. In the alternative, I would respectfully request that the Court consider rescheduling the Status Conference to a time mutually available to the Court and all counsel.

I declare under penalty of perjury that the foregoing is true and correct and that I make this Declaration on September 19, 2025, in the City of Fullerton, California.

JONES MAYER

By: /s/  *Bruce D. Praet*
Bruce D. Praet, Attorneys for DEFENDANTS



- 2 -
DECLARATION OF BRUCE D. PRAET IN SUPPORT OF DEFENDANTS' REQUEST TO APPEAR REMOTELY AT STATUS CONFERENCE