# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest; WENDY LOREN GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Wife) and KEVIN JOSUE GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Son),<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive,<br><br>Defendants. | Case No: 8:22-cv-00131- SPG- KES<br><br>**[PROPOSED] ORDER GRANTING COUNSEL FOR DEFENDANTS' REQUEST TO APPEAR REMOTELY AT STATUS CONFERENCE** |

On September 19, 2025, Defendants, City of Tustin and Officer Estella Silva, filed a request permission from the Court to appear telephonically or via Zoom to the Status Conference, currently scheduled for September 24, 2025, at 1:30 p.m., due to counsel's inability to appear in person as a result of a prior out of state commitment.

The Court, having considered Defendants' request, and finding good cause for Defendants to appear remotely, hereby GRANTS and ORDERS as follows:

-1-

**[PROPOSED] ORDER GRANTING COUNSEL FOR DEFENDANTS'
REQUEST TO APPEAR REMOTELY AT STATUS CONFERENCE**

1. The Request for counsel for Defendants to Appear Telephonically or via Zoom to the Status Conference, set for September 24, 2025 at 1:30 p.m. is granted.

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE