**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest; WENDY LOREN GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Wife) and KEVIN JOSUE GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Son),<br><br>       Plaintiffs,<br><br>  v.<br><br>CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive,<br><br>       Defendants. | Case No: 8:22-cv-00131-SPG-KES<br><br>**ORDER GRANTING COUNSEL FOR DEFENDANTS' REQUEST TO APPEAR REMOTELY AT STATUS CONFERENCE**<br>**[ECF NO. 92]** |

On September 19, 2025, Defendants, City of Tustin and Officer Estella Silva, filed a request for permission from the Court to appear telephonically or via Zoom to the Status Conference, currently scheduled for September 24, 2025, at 1:30 p.m., due to counsel's inability to appear in person as a result of a prior out of state commitment.

1 | The Court, having considered Defendants' request, and finding good cause therefor,
2 | hereby GRANTS the request and ORDERS as follows:
3 |     1.  Defendants' Counsel may appear remotely at the Status Conference scheduled for
4 | September 24, 2025, at 1:30 p.m. utilizing the Zoom dial-in information indicated on the
5 | Court's webpage.

**IT IS SO ORDERED.**

Dated: September 22, 2025



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE