UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | SACV 22-00131-SPG-KES | Date: | September 24, 2025 |

| | |
|---|---|
| Title: | Emily Garcia v. City of Tustin et al |

| | |
|---|---|
| Present: The Honorable | **SHERILYN PEACE GARNETT.**, United States District Judge |

| Patricia Gomez | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Michael Carrillo | Bruce Praet – via Zoom |
| Rene Masongsong | |
| Jesus Arias | |

| | |
|---|---|
| Proceedings: | **STATUS CONFERENCE RE NINTH CIRCUIT COURT OF APPEALS MANDATE [90]**<br>**(HEARING HELD)** |

Counsel state appearances.

The Court discusses Ninth Circuit ruling. For reasons stated on the record the claim's that remain to be tried are plaintiff's fourth amendment excessive force under federal law; battery under state law; and negligence under state law based on a theory involving the officer's pre-shooting conduct, as argued in the parties' joint brief on summary judgment.

The Court will issue a written order regarding the parties' summary judgment arguments on Plaintiffs' state law claims. Based on the arguments in the parties' joint brief, (Dkt. No. 38), the Court issues tentative oral rulings on the record regarding the

Plaintiffs' remaining state law claims.

  The Court and parties discuss a new trial date. Given the numerous scheduling conflicts of counsel, the Court sets the jury trial for April 14, 2026, at 8:30 a.m. The pretrial conference is set for April 1, 2026, at 3:00 p.m. The estimated length of trial is 5 to 7 days.

  The parties are ordered to meet and confer and notify the Court by September 29, 2026, whether they can agree on a trial date that is earlier than April 2026.