Luis A. Carrillo, Esq. (SBN 70398)
*Lac4justice@gmail.com*
Michael S. Carrillo, Esq. (SBN 258878)
*mc@carrillofirm.com*
**CARRILLO LAW FIRM, LLP**
1499 Huntington Dr., Ste. 402
South Pasadena, CA 91030
Tel: (626) 799-9375 / Fax: (626) 799-9380

Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF TUSTIN, ESTELA SILVA and DOES 1 through 10, Inclusive,<br><br>Defendant(s)<br><br>Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al. | Case No. 8:22-cv-00131-SPG-KES (consolidated with Case No. 8:22-cv-01619-SPG-KES)<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett*<br>*Magistrate Judge Karen E. Scott*<br><br>**STATUS REPORT RE: TRIAL DATE** |

**TO THIS HONORABLE COURT:**

COME NOW Plaintiffs EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, Plaintiffs WENDY GALICIA RAMIREZ and KEVIN GALICIA RAMIREZ, and Defendants CITY OF TUSTIN and ESTELA SILVA ("the Parties") and hereby notify the Court as follows, pursuant to Dkt. No.

94.

1. Following the Status Conference of this Court on September 24, 2025, the Parties met and conferred regarding the proposed trial date in this case, as directed by this Court and Dkt. No. 94. The Parties discussed counsel's trial schedules and other scheduling conflicts.

2. Despite the Parties' efforts, the Parties were unable to find a trial date earlier than April 14, 2026, that works for all Parties.

3. The Parties are available to begin trial on April 14, 2026. In the abundance of caution, Dale K. Galipo, lead trial counsel for the Plaintiffs, hereby notifies this Court that he also has trials scheduled for April 6, 2026 (*Maccani v. City of Los Angeles*, Case No. 2:24-cv-03265, Hon. Michell W. Court), and April 7, 2026 (*Barnhill v. City of Hemet*, Case No. 5:23-cv-00589, Hon. Jesus G. Bernal).

DATED: September 29, 2025     **JESUS EDUARDO ARIAS ESQ., LL.M.**

By: */s/ Jesus Eduardo Arias*
Jesus Eduardo Arias, Esq.
*Attorney for Plaintiffs* Wendy Lorena Galicia Ramirez and Kevin Josue Galicia Ramirez in related case No. 8:22-cv-01619-SPG-KES

DATED: September 29, 2025     **JONES MAYER**

By: */s/ Bruce D. Praet*
Bruce D. Praet
*Attorneys for City of Tustin and Estella Silva*

DATED: September 29, 2025     **CARRILLO LAW FIRM, LLP**

By: */s/ Michael S. Carrillo*
Luis A. Carrillo
Michael S. Carrillo
*Attorneys for Plaintiffs* Emily Garcia and C.G.

//

DATED: September 29, 2025  **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Renee V. Masongsong*[1]
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiffs* Emily Garcia and C.G.

---

[1] Pursuant to LR 5-4.3.4(a)(2)(i), as the filer of this document, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.