UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WENDY LORENA GALICIA RAMIREZ and KEVIN JOSUE GALICIA RAMIREZ,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>CITY OF TUSTIN and ESTELLA SILVA,<br><br>Defendants - Appellees. | No. 24-2259<br><br>D.C. No. 8:22-cv-00131-SPG-KES<br>Central District of California, Santa Ana<br><br>ORDER |

The previously filed Clerk Orders at docket entries 31 & 34 are hereby vacated.

The Bills of Cost at docket entries 30 & 32 will be addressed by separate order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT