Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com

Attorney for Defendants City of Tustin, Officer Estella Silva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest; WENDY LOREN GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Wife) and KEVIN JOSUE GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Son),<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive,<br><br>Defendants. | Case No: 8:22-cv-00131-SPG-KES (Consolidated with Case No. 8:22-cv-01619-SPG-KES)<br><br>Assigned to:<br>*Honorable Sherilyn Peace Garnett*<br>*Magistrate Karen E. Scott*<br><br>**DEFENDANTS' WITNESS LIST**<br><br><br><br>**Pre-Trial Conference: April 1,2026**<br>**Trial: April 14, 2026** |

Defendants submit the following Witness List for trial:

| Witness's Name, Title & Affiliation | Summary of Testimony | Direct Exam | Cross Exam | Dates of Testimony |
|---|---|---|---|---|
| Estella Silva | Defendant officer will testify to entire contact with decedent prior to, at time of and after shooting | 2 hrs | 1.5 – 2 hrs. | |
| Joshua Yuhas | Tustin police officer will testify to entire contact with decedent throughout incident | 1.5 hrs | 1 hr. | |
| Taylor Babb | Tustin police officer will testify to entire contact with decedent throughout incident | 1.5 hrs | 1 hr. | |
| Hector Frias | Tustin police officer will testify to entire contact with decedent throughout incident | 1.5 hrs | 1 hr. | |
| Robert Handy | Police practices expert will testify regarding tactics and use of force | 2 hrs | 1 – 1.5 hrs. | |
| Vanessa Havro (or other lab technician) ** May not be needed if report stipulated. | OC Crime Lab, Toxicology testing and results | 0.5 hrs | 0.5 hrs. | |

DATED: February 27, 2026

JONES MAYER

By:   /s/ *Bruce D. Praet*
Bruce D. Praet, Attorneys for DEFENDANTS



**DEFENDANTS' WITNESS LIST**