LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
 *dalekgalipo@yahoo.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:  (818) 347-3333
Fax:  (818) 347-4118

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF TUSTIN and ESTELLA SILVA,<br><br>Defendant(s)<br><br>(Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. CITY OF TUSTIN, et al.) | Case No: 8:22-cv-00131 SPG KES<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett*<br>*Magistrate Judge Karen E. Scott*<br><br>**AMENDED JOINT EXHIBIT LIST**<br><br>Pretrial Conference<br>Date: April 1, 2026<br>Time: 3:00 p.m.<br><br>Trial<br>Date: April 14, 2026<br>Time: 8:30 a.m. |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | **PLAINTIFFS' EXHIBITS** | | | | |
| 1. | Ex. 1: Body-Worn Camera Video of Officer Joshua Yuhas (202108091013_WFC1022387_127836891)<br><br>Ex. 1-1: Clip of Yuhas Video (0:00:00 – 0:01:50)<br><br>Ex. 1-2: Clip of Yuhas Video (0:00:00 – 0:01:50) (slow motion)<br><br>Ex. 1-3: Frame by frame of clip of Yuhas Video (0:00:00 – 0:01:50)<br><br>Ex. 1-4: Clip of Yuhas Video (0:00:00 – 0:10:36) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | 402 beyond 01:50, 403; slow-motion violates 20/20 hindsight | | |
| 2. | Screen Stills from the Body-Worn Camera Video of Officer Joshua Yuhas | Joshua Yuhas; Estela Silva; Stip. to Authenticity | | | |
| 3. | Ex. 3: Body-Worn Camera Video of Officer Hector Frias (202108091014_WFC1054309_60599453)<br><br>Ex. 3-1: Clip of Frias Video (0:00:19 – 0:01:43)<br><br>Ex. 3-2: Clip of Frias Video (0:0058 – 0:01:43) | Hector Frias; Estela Silva; Stip. to Authenticity | 402 beyond 01:50, 403; slow-motion violates | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Ex. 3-3: Clip of Frias Video (0:0058 – 0:01:43) (slow motion)<br><br>Ex. 3-4: Frame by frame of clip from Frias Video (0:0058 – 0:01:43)<br><br>Ex. 3-5: Clip of Frias Video (0:00:19 – 0:10:35) | | 20/20 hindsight | | |
| 4. | Screen Stills from the Body-Worn Camera Video of Officer Hector Frias (202108091014_WFC1054309_60599453) | Hector Frias; Estela Silva; Stip. to Authenticity | | | |
| 5. | Ex. 5: Body-Worn Camera Video of Officer Taylor Babb (202108091015_WFC1036096_154027338)<br><br>Ex. 5-1: Clip of Babb Video (0:00:00 – 0:06:37)<br><br>Ex. 5-2 Clip of Babb Video (0:22:29 – 0:31:38) | Taylor Babb; Estela Silva; Stip. to Authenticity | 402 beyond shots, 403 | | |
| 6. | Screen Stills from the Body-Worn Camera Video of Officer Taylor Babb (202108091015_WFC1036096_154027338) | Taylor Babb; Estela Silva; Stip. to Authenticity | | | |
| 7. | Scene Photographs<br><br>7-1:D-000486 | Estela Silva; Maribel Martielli; | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 7-2: D-000487<br><br>7-3: D-000489<br><br>7-4: D-000525<br><br>7-5: D-000527<br><br>7-6: D-000533 | Investigator T. Toth; Stip. to Authenticity | | | |
| 8. | Hospital Photos<br><br>8-1: D-000619<br><br>8-2: D-000622<br><br>8-3: D-000623<br><br>8-4: D-000624 | Stip. to Authenticity; Kevin N. Leon | 402, 403, | | |
| 9. | Officer Processing Photos<br><br>9-1: D-000658 (photo of Taser)<br><br>9-2: D-000659 (photo of Taser)<br><br>9-3: D-000661 (photo of Silva)<br><br>9-4: D-000662 (photo of Silva)<br><br>9-5: D-000663 (photo of Silva)<br><br>9-6: D-000664 (photo of Silva)<br><br>9-7: D-000675 (photo of Silva) | Estela Silva; Joshua Yuhas; Maribel Martielli; Stip. to Authenticity | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 9-8: D-000681 (photo of Silva's firearm) <br> 9-9: D-000682 (photo of Silva's firearm) <br> 9-10: D-000684 (photo of Silva's firearm) <br> 9-11: D-000696 (photo of Silva's Taser) | | | | |
| 10. | Autopsy Photos and Post-Embalming Photos <br><br> 10-1: D-000778 <br> 10-2: D-000779 <br> 10-3: D-000780 <br> 10-4: D-000781 <br> 10-5: D-000783 <br> 10-6: D-000786 <br> 10-7: D-000881 <br> 10-7: D-000882 | Stip. to Authenticity; Aruna Singhania, M.D.; Chelsey R. Covert; Jeannie U. Tran; Melissa D. Ramirez | | | |
| 11. | Photograph of Wooden Stick <br><br> 11-1: D-000912 <br> 11-1: D-000913 <br> 11-1: D-000918 <br> 11-1: D-000920 | Stip. to Authenticity | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 12. | Photographs of Plaintiff C.G. and Decedent<br><br>12-1: P0001<br>12-2: P0002<br>12-3: P0003<br>12-4: P0004<br>12-5: P0005<br>12-6: P0006<br>12-7: P0007<br>12-8: P0008<br>12-9: P0009<br>12-10: P0010<br>12-11: P0011<br>12-12: P0012<br>12-13: P0013<br>12-14: P0014<br>12-15: P0015<br>12-16: P0016<br>12-17: P0017 | Emily Garcia; C.G. | 403 - Cumulative | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 12-18: P0018 | | | | |
| | 12-19: P0019 | | | | |
| | 12-20: P0020 | | | | |
| | 12-21: P0021 | | | | |
| | 12-22: P0022 | | | | |
| | 12-23: P0023 | | | | |
| | 12-24: P0024 | | | | |
| 13. | Photographs of Plaintiff Emily Garcia and Decedent<br><br>13-1: P0025<br>13-2: P0026<br>13-3: P0027<br>13-4: P0028<br>13-5: P0029<br>13-6: P0030<br>13-7: P0031<br>13-8: P0032<br>13-9: P0033<br>13-10: P0034 | Emily Garcia; C.G. | 403 - Cumulative | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 13-11: P0035<br><br>13-12: P0036<br><br>13-13: P0037<br><br>13-14: P0038<br><br>13-15: P0039 | | | | |
| 14. | Interview of Officer Silva<br><br>14-1: Audio<br><br>14-2: Transcript (D-001135 – D001212 | Estela Silva; OCDA Investigator T. Toth | | | |
| 15. | Dispatch Tape (portions heard by Officer Silva) | Estela Silva | | | |
| 16. | CAD event log and notes (identification only) | Estela Silva | | | |
| 17. | DR # 21-5308 – Supplemental 8 Report (Transcription of Officer Yuhas' Body Worn Camera Video) | Tustin PD Detective Charles Carter | 402, parties will stip to certified translation | | |
| 18. | Tustin Police Department General Orders<br><br>418 - Mental Illness Response | Estela Silva | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 19. | Peace Officer Standards and Training ("POST") Learning Domain No. 20 (relevant portions) | Scott DeFoe | 801, hearsay | | |
| 20. | Lab Corp documentation of paternity for Plaintiff C.G. (P0041 | Eric M. O'Neill, Ph.D. or other personnel at Laboratory Corporation of America, P.O. Box 2230 Burlington, NC 27216, 336-584-5171; Emily Garcia; C.G. | | | |
| 21. | Birth Certificate of Plaintiff Emily Garcia (P0040) | Emily Garcia | | | |
| 22. | Autopsy Report | Stip. to Authenticity; Aruna Singhania, M.D. | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 23. | Paramedic records from the Orange County Fire Department | Jeffery Baca or other OCFD member | 402, 403 | | |
| 24. | Medical records from Care Ambulance | Jeffery Baca or other OCFD member | 402, 403 | | |
| 25. | Medical records from Orange County Global Medical Center | Garcia Plaintiffs | 402, 403 | | |
| 26. | Statement of Funeral Goods and Services | Garcia Plaintiffs | 402, 403 | | |
| 27. | Photographs of Decedent with the Galicia Plaintiffs<br><br>10-1<br><br>101-2<br><br>101-3<br><br>101-4<br><br>101-5<br><br>101-6<br><br>101-7 | Galicia Plaintiffs | 402, 403 cumulative | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | 101-8 |  |  |  |  |
|  | 101-9 |  |  |  |  |
|  | 101-10 |  |  |  |  |
|  | 101-11 |  |  |  |  |
|  | 101-12 |  |  |  |  |
|  | 101-13 |  |  |  |  |
|  | 101-14 |  |  |  |  |
|  | 101-15 |  |  |  |  |
|  | 101-16 |  |  |  |  |
| 28. | Video of the wedding of Decedent and Wendy Galicia | Wendy Galicia | 402, 403 cumulative |  |  |
| 29. | Certificate of marriage between Decedent and Plaintiff Wendy Galicia | Wendy Galicia |  |  |  |
|  | 30-200 reserved for Plaintiffs |  |  |  |  |
| **DEFENDANTS' ADDITIONAL EXHIBITS** | | | | | |
| 200 | Tustin PD report 21-2801 | Ofcr. Silva | 801 & 802 – Hearsay |  |  |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 201 | Decedent's CII Rap sheet | | FRE 401, 402, 403, 801, 802 | | |
| 202 | Videos from the body-worn camera of Officer Peterson on 11/13/2020 | | FRE 401, 402, 403 | | |
| 203 | Videos from the body-worn camera of Officer Caiza on 11/13/2020 | | FRE 401, 402, 403 | | |
| 204 | Body-Worn Camera Video of Officer Joshua Yuhas (202108091013_WFC1022387_127836891) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | | | |
| 205 | Screen Stills from the Body-Worn Camera Video of Officer Joshua Yuhas | Joshua Yuhas; Estela Silva; Stip. to Authenticity | | | |
| 206 | Toxicology Report | Vanessa Havro (or other lab technician) | FRE 401, 402, 403 | | |

The Parties have been working together over the last few weeks to finalize this exhibit list; however, due to the conflicting schedules of counsel for the Parties, the Parties reserve their rights to amend this Exhibit List after further meet and confer efforts.

DATED: March 4, 2026  **LAW OFFICES OF DALE K. GALIPO**

By: /s/ *Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiffs* Emily Garcia and C.G.

DATED: March 4, 2026  **JESUS EDUARDO ARIAS ESQ., LL.M.**

By: /s/ *Jesus Eduardo Arias*
Jesus Eduardo Arias, Esq.
*Attorney for Plaintiffs* Wendy Lorena Galicia Ramirez and Kevin Josue Galicia Ramirez in related case No. 8:22-cv-01619-SPG-KES

DATED: March 4, 2026  **CARRILLO LAW FIRM, LLP**

By: /s/ *Michael S. Carrillo*
Luis A. Carrillo
Michael S. Carrillo
*Attorneys for Plaintiffs* Emily Garcia and C.G.

DATED: March 4, 2026  **JONES-MAYER**

By: /s/ Bruce D. Praet
Bruce D. Praet
*Attorneys for City of Tustin and Estella Silva*