LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
  *dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
  *rvalentine@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors-in-interest to LUIS GARCIA<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF TUSTIN and ESTELA SILVA,<br><br>Defendants.<br><br>(Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. CITY OF TUSTIN, et al.) | Case No: 8:22-cv-00131 SPG KES<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett*<br>*Magistrate Judge Karen E. Scott*<br><br>**PLAINTIFFS' AMENDED WITNESS LIST**<br><br><u>Pretrial Conference</u><br>Date: April 1, 2026<br>Time: 3:00 p.m.<br><br><u>Trial</u><br>Date: April 14, 2026<br>Time: 8:30 a.m. |

1

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Tustin PD Officer Estela Silva<br><br>(Defendant) | Will testify as to her response to this incident, her use of force against Decedent, her tactics during the incident, her observations during this incident, and her police training.  Unique in that she is the only officer who fired shots during this incident, and she is a defendant in this case. | 1.5 – 2 hours | 1.0 | |
| Tustin PD Officer Joshua Yuhas | Will testify as to his response to this incident, his use of the Taser against Decedent, his observations during this incident, and his police training.  Unique in that he is the only officer who deployed a Taser during this incident, and his body-worn camera captured the incident. | 1 hour | 0.75 | |
| Tustin PD Officer Taylor Babb | Will testify as to his response to this incident, his observations during this incident, his observations of medical attention provided after the shooting, his observations of Decedent in the ambulance and at the hospital, and his police training.  Unique in that he is one of the only non-party witnesses to this incident, he accompanied Decedent to the hospital in the ambulance after the shooting, and his body-worn camera captured the incident. | 1 hour | 0.75 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Tustin PD Officer Hector Frias | Will testify as to his response to this incident, his observations during this incident, his observations of medical attention provided after the shooting, and his police training. Unique in that he is one of only three non-party witnesses to this incident, and his body-worn camera captured the incident. | 1 hour | 0.75 | |
| Scott DeFoe (Plaintiffs' Expert) | Mr. DeFoe is the Garcia Plaintiffs' Police Practices Expert, who will testify as to police standards and training, his opinions regarding the tactics and use of force in this incident, and other opinions included in his Rule 26 report and made at the time of his deposition. Unique in that he is the Garcia Plaintiffs' only police practices expert. | 1 – 1.25 hours | 1.0 | |
| C.G. (Plaintiff) | Plaintiff, who will testify as to her relationship with her father and observations of her father during his lifetime. | 0.5 hours | 0.5 | |
| Emily Garcia (Plaintiff) | Plaintiff, who will testify as to her relationship with her father and observations of her father during his lifetime. | 0.5 hours | 0.5 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Rosalia Becerra | Guardian ad litem for Plaintiff C.G. and natural mother of Plaintiffs C.G. and Emily Garcia, who will testify as to the Garcia Plaintiffs' relationship with their father | 0.5 hours | 0.5 | |
| Aruna Singhania, M.D.<br><br>Orange County Coroner's Office | Dr. Singhania will testify as to the autopsy he performed of Decedent. | 0.75 hours | 0.5 | |
| Jeffery Baca<br><br>Orange County Fire Authority, Fire Station 72 | Mr. Baca is a paramedic who responded to this incident. He will testify as to Decedent's injuries upon his arrival and any medical treatment he provided or observed being provided to Decedent. Unique in that he was one of the only medical professionals at the scene. | 0.5 hours | 0.5 | |
| Roger Clark<br><br>(Plaintiffs' Expert) | Mr. Clark is the Galicia Plaintiffs' Police Practices Expert, who will testify as to police standards and training, his opinions regarding the tactics and use of force in this incident, and other opinions included in his Rule 26 report and made at the time of his deposition. Unique in that he is the Galicia Plaintiffs' only police practices expert. | 1 hr. | 1.0 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Kevin Galicia (Plaintiff) | Plaintiff, who will testify as to his relationship with his father and observations of his father during his lifetime. | 0.5 hours | 0.5 | |
| Wendy Galicia (Plaintiff) | Plaintiff, who will testify as to her relationship with her husband and observations of her husband during his lifetime. | 0.5 hours | 0.5 | |
| Clifford Blasi* Orange County Fire Authority, Fire Station 72 | Mr. Blasi is a paramedic who responded to this incident. If witness Jeffery Baca is unavailable, Mr. Blasi will testify as to Decedent's injuries upon his arrival and any medical treatment he provided or observed being provided to Decedent. Unique in that he was one of the only medical professionals at the scene. | 0.5 hours | 0.5 | |
| Jeffery Garbaczewski* Orange County Fire Authority, Fire Station 72 | Mr. Garbaczewski is a firefighter who responded to this incident. If witness Jeffery Baca is unavailable, Mr. Garbaczewski will testify as to Decedent's injuries upon his arrival and any medical treatment he provided or observed being provided to Decedent. | 0.5 hours | 0.5 | |
| Andrew Howell* | Mr. Howell is a firefighter who responded to this incident. If witness Jeffery Baca is unavailable, Mr. Howell will testify as to | 0.5 hours | 0.5 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Orange County Fire Authority, Fire Station 72 | Decedent's injuries upon his arrival and any medical treatment he provided or observed being provided to Decedent. | | | |
| Tustin PD Detective Charles Carter*<br><br>c/o Defendants' counsel | If needed, will testify as to his Spanish translation of Officer Yuhas' body-worn camera video.  Unique in that he is the Spanish translator for the Tustin PD. | 0.5 hours | 0.5 | |
| Thomas Toth*<br><br>Orange County District Attorney Bureau of Investigation | Mr. Toth is an investigator with the OCDA. If necessary, he will testify as to his investigation into this case, including as to interviews he conducted, photographs he took, and/or other evidence he processed. | 0.5 hours | 0.5 | |
| Eric M. O'Neill, Ph.D.*<br><br>Laboratory Corporation of America | If necessary, Mr. O'Neill or another representative from LabCorp will testify as to the paternity testing regarding Plaintiff C.G. Plaintiffs reserve the right to | 0.5 hours | 0.5 | |
| Kelly M. Estrada*<br><br>Orange County Coroner's Office | Will testify as to the autopsy of Decedent if the medical examiner who performed the autopsy of Decedent is unavailable. | 0.5 hours | 0.5 | |

*Indicates that witness will be called only if the need arises.

Plaintiffs respectfully reserve their right to amend this witness list to the extent permitted by this Court.

Respectfully submitted,

Dated: March 4, 2026          **LAW OFFICES OF LUIS A. CARRILLO**
                              **LAW OFFICES OF DALE K. GALIPO**

                                   */s/ Renee V. Masongsong*
                                   Dale K. Galipo
                                   Luis A. Carrillo
                                   Michael S. Carrillo
                                   Renee V. Masongsong
                                   *Attorneys for Plaintiffs EMILY GARCIA and*
                                   *C.G.*

          DATED: March 4, 2026

                              By:  */s/ Jesus Eduardo Arias*
                                   Jesus Eduardo Arias, Esq.
                                   Attorney for Plaintiffs Wendy Lorena
                                   Galicia Ramirez and Kevin Josue Galicia
                                   Ramirez in related case No. 8:22-cv-01619-
                                   SPG-KES