Luis A. Carrillo, Esq. (SBN 70398)
*lac4justice@gmail.com*
Michael S. Carrillo, Esq. (SBN 258878)
*mc@carrillofirm.com*
**CARRILLO LAW FIRM, LLP**
1499 Huntington Dr., Ste. 402
South Pasadena, CA 91030
Tel: (626) 799-9375 / Fax: (626) 799-9380

Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

Attorneys for Plaintiffs Emily Garcia and C.G.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY GARCIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF TUSTIN, et al.,<br><br>　　　　Defendants.<br><br>WENDY LORENA GALICIA RAMIREZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF TUSTIN, et al.<br><br>　　　　Defendants. | Consolidated Case No. 8:22-cv-00131-SPG-KES<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett*<br>*Magistrate Judge Karen E. Scott*<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT PLAINTIFFS C.G. AND EMILY GARCIA'S MOTION IN LIMINE NO. 1** |

## DECLARATION OF RENEE V. MASONGSONG

I, Renee V. Masongsong, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiffs Emily Garcia and C.G. ("the Garcia Plaintiffs"). I make this declaration in support of the Garcia Plaintiffs' Motion in Limine No. 1. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as Exhibit "A" is a true and correct copy of the relevant portions of the Deposition of Estela Silva, as taken on March 22, 2023.

I declare under penalty of perjury under that the foregoing that the foregoing is true and correct. Executed on March 4, 2026.

*/s/ Renee V. Masongsong*
Renee V. Masongsong