# EXHIBIT A

```
1                  UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA

3

4   EMILY GARCIA, et al.                  )
                                          )
5              Plaintiffs,                )
                                          )
6              vs.                        ) Case No.
                                          ) 8:22-CV-00131-DOC-KES
7   CITY OF TUSTIN, et al.,               )
                                          )
8              Defendants.                )
    _____)
9   WENDY LORENA GALICIA RAMIREZ, et al., )
                                          )
10             Plaintiffs,                )
                                          )
11  CITY OF TUSTIN, et al.,               )
                                          )
12             Defendants,                )
    _____)
13

14

15

16            REMOTE VIDEOCONFERENCE DEPOSITION OF

17                         ESTELA SILVA

18                   WEDNESDAY, MARCH 22, 2023

19

20

21

22

23  Reported Stenographically By:

24  Jinna Grace Kim, CSR No. 14151

25  Job No.:  446100
```

```
 1                 UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3


 4     EMILY GARCIA, et al.              )
                                         )
 5                   Plaintiffs,         )
                                         )
 6              vs.                      ) Case No.
                                         ) 8:22-CV-00131-DOC-KES
 7     CITY OF TUSTIN, et al.,           )
                                         )
 8                   Defendants.         )
       _____)
 9     WENDY LORENA GALICIA RAMIREZ, et al., )
                                         )
10                   Plaintiffs,         )
                                         )
11     CITY OF TUSTIN, et al.,           )
                                         )
12                   Defendants,         )
       _____)
13

14

15

16          The remote videoconference deposition of ESTELA

17     SILVA, taken on behalf of the Plaintiffs, beginning at 10:04

18     a.m., and ending at 1:40 p.m., on Wednesday, March 22, 2023,

19     before Jinna Grace Kim, Certified Stenographic Shorthand

20     Reporter No. 14151.

21

22

23

24

25
```

```
 1    APPEARANCES OF COUNSEL:

 2
      For the Plaintiffs:
 3
                LAW OFFICES OF DALE K. GALIPO
 4              BY:   DALE K. GALIPO, ESQ.
                BY:   RENEE V. MASONGSONG, ESQ.
 5              21800 Burbank Boulevard, Suite 310
                Woodland Hills, California 91367
 6              Tel:  818-347-3333
                Fax:  818-347-4118
 7              E-mail:  dalekgalipo@yahoo.com
                E-mail:  rvalentine@galipolaw.com
 8

 9              CARILLO LAW FIRM, LLP
                BY:   LUIS A. CARRILLO, ESQ.
10              BY:   MICHAEL S. CARRILLO, ESQ.
                1499 Huntington Drive, Suite 402
11              South Pasadena, California 91030
                Tel:  626-799-9375
12              Fax:  626-799-9380
                E-mail:  lac4justice@gmail.com
13              E-mail:  mc@carrillofirm.com

14
                JESUS EDUARDO ARIAS, ESQ.
15              BY:   JESUS EDUARDO ARIAS, ESQ.
                18000 Studebaker Road, Suite 700
16              Cerritos, California 90703
                Tel:  323-815-9450
17              Fax:  323-375-1196
                E-mail:  jearias@jesuseduardoarias.com
18

19    For the Defendants:

20              FERGUSON, PRAET & SHERMAN
                BY:   BRUCE D. PRAET, ESQ.
21              1361 East 18th Street
                Santa Ana, California 92705
22              Tel:  714-953-5300
                Fax:  714-953-1143
23              E-mail:  bpraet@aol.com

24

25
```

```
 1   example?
 2       A.   The day prior, sir.
 3       Q.   Did you have any information, for example, that the
 4   person was under the influence of drugs or alcohol?
 5            MR. PRAET:  At what point?  When she got the call or
 6   at any point during the call?
 7            MR. GALIPO:  When she got the call is my question
 8   now.
 9            THE WITNESS:  No, sir.
10   BY MR. GALIPO:
11       Q.   Did you have any information that anyone had been
12   physically injured related to this individual?
13       A.   No, sir.
14       Q.   Did you have any information that the person was
15   homeless?
16       A.   No, sir.
17       Q.   The hair color of the individual, the decedent in
18   had the bushes, what color was his hair?
19       A.   Based on the call, or when I contacted him, sir?
20       Q.   When you saw him.
21       A.   He was wearing a beanie at the time.
22       Q.   Was all of his hair covered?
23       A.   When I contacted him, yes.
24       Q.   And what color was the beanie?
25       A.   I believe it was black.
```

```
 1      Q.   Do you know -- did you find out at some point what
 2   color his hair was under the beanie?
 3      A.   I believe it was mainly balding, but it was black.
 4      Q.   Okay.  Would it be at least fair to say that your
 5   understanding now is that the individual did not have blond
 6   hair?
 7      A.   Yes, sir.
 8      Q.   Do you have an estimate, the individual that you
 9   ended up seeing in the bushes, how old he was?
10      A.   Approximately 40.
11      Q.   And any estimate as who his height or weight?
12      A.   Height, approximately 5-8, 5-9, weight, maybe 160 to
13   175, sir.
14      Q.   Do you recall what he was wearing?
15      A.   I believe it was a greenish blue hoodie and jeans.
16      Q.   So when you first go to the location, do you recall
17   if you were the first officer there or another officer
18   arrived at about the same time you did?
19      A.   I was the first officer there, sir.
20      Q.   And did you go to the mobile home park?
21      A.   Yes, sir.
22      Q.   And did you park somewhere near the mobile home park
23   or in the mobile home park?
24      A.   I parked inside the mobile home park, sir.
25      Q.   And who was the next officer to arrive, if you
```

```
 1                        CERTIFICATE

 2                            OF

 3           CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

 4

 5         I, JINNA GRACE KIM, CSR No. 14151, a Certified

 6   Stenographic Shorthand Reporter of the State of California,

 7   do hereby certify:

 8         That the foregoing proceedings were taken before me

 9   at the time and place herein set forth;

10         That any witnesses in the foregoing proceedings,

11   prior to testifying, were placed under oath;

12         That a verbatim record of the proceedings was made

13   by me, using machine shorthand, which was thereafter

14   transcribed under my direction;

15         Further, that the foregoing is an accurate

16   transcription thereof.

17         I further certify that I am neither financially

18   interested in the action, nor a relative or employee of any

19   attorney of any of the parties.

20

21         IN WITNESS WHEREOF, I have subscribed my name, this

22   date:  March 22, 2023.

23

24                          _____
                            Jinna Grace Kim, CSR No. 14151
25
```