-1-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G. by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest, <br><br> Plaintiff(s), <br><br> vs. <br><br> CITY OF TUSTIN and ESTELLA SILVA, <br> Defendant(s), <br><br> Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. CITY OF TUSTIN, et al. | Case No: 8:22-cv-00131 SPG KES <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF OR REFERENCE TO DECEDENT'S DRUG AND ALCOHOL USE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed the Garcia Plaintiffs' Motion in Limine No. 1 to exclude evidence of Decedent's drug and alcohol use, this Court GRANTS Plaintiffs' Motion in Limine No. 2. Any drug and alcohol evidence shall be excluded from the trial of this matter, including but not limited to the following:

1. The post-mortem toxicology report showing that methamphetamine was present in Decedent's blood at the time of the shooting;
2. Evidence of Decedent's prior drug-related offenses;
3. Testimony by any party regarding Decedent's drug and or alcohol use, including but not limited to: testimony from the toxicologist regarding whether Decedent was under the influence at the time of the incident; testimony from any plaintiff regarding Decedent's history of substance abuse; testimony from Officer Silva regarding her prior arrest of Decedent for possession of methamphetamine; testimony by Defendants' expert Robert Handy regarding this prior arrest and any other prior drug-related crimes or intoxication at the time of the incident;
4. Text messages between plaintiffs regarding Decedent's drug use;
5. Hearsay statements regarding Decedent's drug and/or alcohol use in any police reports or medical records.

All Parties shall admonish all witnesses accordingly. Further, no Party shall make any mention that Plaintiffs' Motion in Limine No. 1 was filed.

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE