1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G. by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF TUSTIN and ESTELLA SILVA,<br>Defendant(s),<br><br>Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. CITY OF TUSTIN, et al. | Case No: 8:22-cv-00131 SPG KES<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF OR REFERENCE TO DECEDENT'S CRIMINAL HISTORY** |

-1-

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 Having reviewed the Garcia Plaintiffs' Motion in Limine No. 2 to exclude evidence of Decedent's criminal history, this Court GRANTS Plaintiffs' Motion in Limine No. 2. Any evidence of, reference to, or argument regarding Decedent's criminal history shall be excluded from the trial of this matter.

 All Parties shall admonish all witnesses accordingly. Further, no Party shall make any mention that Plaintiffs' Motion in Limine No. 2 was filed.

 IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE