Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

Attorneys for Plaintiffs Emily Garcia and C.G.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF TUSTIN, et al., <br><br> Defendants. <br><br> WENDY LORENA GALICIA RAMIREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF TUSTIN, et al. <br><br> Defendants. | Consolidated Case No. 8:22-cv-00131-SPG-KES <br><br> Assigned to: <br> *District Judge Sherilyn Peace Garnett* <br> *Magistrate Judge Karen E. Scott* <br><br> **DECLARATION OF RENEE V. MASONGSONG IN SUPPORT PLAINTIFFS C.G. AND EMILY GARCIA'S MOTION IN LIMINE NOS. 2, 5** |

## DECLARATION OF RENEE V. MASONGSONG

I, Renee V. Masongsong, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for Plaintiffs Emily Garcia and C.G. ("the Garcia Plaintiffs"). I make this declaration in support of the Garcia Plaintiffs' Motion in Limine Nos. 2 and 5.

1. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as Exhibit "B" is a true and correct copy of the relevant portions of the Deposition of Estela Silva, as taken on March 22, 2023.

I declare under penalty of perjury under that the foregoing that the foregoing is true and correct. Executed on March 4, 2026.

*/s/ Renee V. Masongsong*
Renee V. Masongsong