# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G. by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF TUSTIN and ESTELLA SILVA,<br>Defendant(s),<br><br>Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. CITY OF TUSTIN, et al. | Case No: 8:22-cv-00131 SPG KES<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE OF OR REFERENCE TO ANY FINDINGS BY ANY AGENCY THAT THE SHOOTING WAS "WITHIN POLICY" OR "NOT CRIMINAL"** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed the Garcia Plaintiffs' Motion in Limine No. 3, this Court GRANTS Plaintiffs' Motion in Limine No. 3. Any evidence of, reference to, or argument regarding the following shall be excluded from the trial of this matter:

the following:

(1) Any evidence, testimony, argument, or reference at trial to the California Department of Justice's conclusion that Officer Silva's use of deadly force against Mr. Garcia was justified, reasonable, and/or not criminal;

(2) Any evidence, testimony, argument, or reference at trial to the District Attorney's and/or California Department of Justice's decision not to press charges against Officer Silva, including any reference (whether implicit or explicit) to the fact that the California Department of Justice and/or the District Attorney reviewed the shooting incident;

(3) Any evidence, testimony, argument, or reference at trial to any findings by the City of Tustin that Officer Silva's use of deadly force against Mr. Garcia was reasonable, justified, within policy, and/or did not require any discipline or retraining.

All Parties shall admonish all witnesses accordingly. Further, no Party shall make any mention that Plaintiffs' Motion in Limine No. 3 was filed.

IT IS SO ORDERED.

Dated: _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE