1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY GARCIA and C.G. by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>Plaintiff(s),<br><br>vs.<br><br>CITY OF TUSTIN and ESTELLA SILVA,<br><br>Defendant(s),<br><br>Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. CITY OF TUSTIN, et al. | Case No: 8:22-cv-00131 SPG KES<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OF OR SPECULATION REGARDING DECEDENT'S IMMIGRATION STATUS** |

-1-

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having reviewed the Garcia Plaintiffs' Motion in Limine No. 4 to exclude evidence of and/or speculation regarding Decedent's immigration status, this Court GRANTS Plaintiffs' Motion in Limine No. 4.  Any evidence of, reference to, or argument and/or speculation regarding Decedent's immigration status and/or alienage shall be excluded from the trial of this matter.

All Parties shall admonish all witnesses accordingly. Further, no Party shall make any mention that Plaintiffs' Motion in Limine No. 4 was filed.

IT IS SO ORDERED.

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE