# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G. by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TUSTIN and ESTELLA SILVA,<br><br>Defendants,<br><br>(Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. CITY OF TUSTIN, et al.) | Case No: 8:22-cv-00131 SPG KES<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE NO. 5 TO EXCLUDE INFORMATION UNKNOWN TO OFFICER SILVA AT THE TIME OF THE SHOOTING** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 Having reviewed the Garcia Plaintiffs' Motion in Limine No. 5 to exclude information unknown to Officer Silva at the time of the shooting, this Court GRANTS Plaintiffs' Motion in Limine No. 5.

 IT IS SO ORDERED.

Dated:

              HON. SHERILYN PEACE GARNETT
              UNITED STATES DISTRICT JUDGE