Luis A. Carrillo, Esq. (SBN 70398)
*Lac4justice@gmail.com*
Michael S. Carrillo, Esq. (SBN 258878)
*mc@carrillofirm.com*
**CARRILLO LAW FIRM, LLP**
1499 Huntington Dr., Ste. 402
South Pasadena, CA 91030
Tel: (626) 799-9375 / Fax: (626) 799-9380

Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>Plaintiff(s),<br>vs.<br><br>CITY OF TUSTIN, ESTELA SILVA and DOES 1 through 10, Inclusive,<br>Defendant(s)<br><br>Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al. | Case No. 8:22-cv-00131-SPG-KES<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett*<br>*Magistrate Judge Karen E. Scott*<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Pretrial Conference<br>Date: April 1, 2026<br>Time: 3:00 p.m.<br><br>Trial<br>Date: April 14, 2026<br>Time: 8:30 a.m. |

**TO THIS HONORABLE COURT:**

COME NOW Plaintiffs EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, Plaintiffs WENDY GALICIA RAMIREZ and KEVIN GALICIA RAMIREZ, and Defendants CITY OF TUSTIN and ESTELA SILVA ("the Parties") and hereby provide the following status report re: settlement.

Over approximately the last several years of this litigation, the Parties had numerous conversations and email exchanges regarding settlement potential and setting up a mediation or settlement conference. Throughout those conversations, it became apparent that a mediation would not be productive because the parties were too far apart on any potential settlement demand and offer.

DATED: March 4, 2026  **JESUS EDUARDO ARIAS ESQ., LL.M.**

By: /s/ Jesus Eduardo Arias
Jesus Eduardo Arias, Esq.
*Attorney for Plaintiffs* Wendy Lorena Galicia Ramirez and Kevin Josue Galicia Ramirez in related case No. 8:22-cv-01619-SPG-KES

DATED: March 4, 2026  **JONES-MAYER**

By: /s/ Bruce D. Praet
Bruce D. Praet
*Attorneys for City of Tustin and Estella Silva*

DATED: March 4, 2026  **CARRILLO LAW FIRM, LLP**

By: /s/ Michael S. Carrillo
Luis A. Carrillo
Michael S. Carrillo
*Attorneys for Plaintiffs* Emily Garcia and C.G.

DATED: March 4, 2026  **LAW OFFICES OF DALE K. GALIPO**

By: /s/ Renee V. Masongsong[1]
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiffs* Emily Garcia and C.G.

---

[1] Pursuant to LR 5-4.3.4(a)(2)(i), as the filer of this document, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.