# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest; WENDY LOREN GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Wife) and KEVIN JOSUE GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Son),<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive,<br><br>Defendants. | Case No: 8:22-cv-00131-SPG-KES (Consolidated with Case No. 8:22-cv-01619-SPG-KES)<br><br>Assigned to:<br>*Honorable Sherilyn Peace Garnett*<br>*Magistrate Karen E. Scott*<br><br>**[PROPOSED] ORDER TO DEFENDANTS' MOTION TO BIFURCATE LIABILITY FROM DAMAGE PHASE**<br><br><br><br><br><br>**HEARING DATE: April 1, 2026**<br>**TRIAL DATE: April 14, 2026** |

# ORDER

The Defendants' Motion to Bifurcate Liability from Damage Phase came on regularly for hearing in Courtroom 5C of the above-entitled Court on April 1, 2026. Having read and considered the motion, the supporting points and authorities, and other matters, opposing papers, and oral argument presented on the day of the hearing, the Court orders as follows:

**IT IS SO ORDERED:**

1. The Defendant's Motion to Bifurcate Liability from Damage Phase is granted in its entirety.

Dated: _____, 2026

_____
Hon. Sherilyn Peace Garnett
UNITED STATES DISTRICT JUDGE

