Jesus Eduardo Arias, Esq. LL.M. | SBN 293983
LAW OFFICES OF JESUS EDUARDO ARIAS
1150 S. Olive St. Los Angeles CA 90015
E| jearias@jesuseduardoarias.com
Tel| 323) 815 9450 Fax| 323) 375 1196
*Attorney for Plaintiffs* Wendy Galicia, and
Kevin  Galicia

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EMILY GARCIA, et al.
    Plaintiff(s),

vs.

CITY OF TUSTIN, ESTELLA SILVA, et al.
    Defendant(s)

Consolidated with WENDY LORENA GALICIA RAMIREZ, et al.,
    Plaintiffs,

v.

CITY OF TUSTIN, et al.
    Defendants

Case No: **8:22-cv-00131 SPG KES**

**MOTION FOR REMOTE APPEARANCE FOR PLAINTIFF KEVIN GALICIA RAMIREZ**

**[ No hearing requested ]**

Trial Date: April 14, 2026
Time : 8:30 a.m

COMES NOW, KEVIN JOSUE GALICIA RAMIREZ, by and through the undersigned counsel, pursuant to Rule 43(a) of the Federal Rules of Civil Procedure, hereby respectfully moves this Court to permit Plaintiff Kevin Galicia to appear remotely via videoconference for the trial scheduled for April 14 2026. USCS Fed Rules Civ Proc R 43.

## FACTUAL BACKGROUND

1. Kevin Josue Galicia Ramirez is a plaintiff in this civil action pending before this Court. Trial is set to begin in April 14, 2026.

2. Kevin is a Mexican national. He lives and works in Guadalajara, Jalisco, Mexico and has never been in the United States.

3. Kevin applied for a Tourist VISA twice. One in 2022, which interview was in March 2025 and the VISA application was denied.

4. On February 2026, Kevin applied again, the interview was TODAY and has been denied.

5. Given that decisions of US Consulates are not appealable nor corrected, the only way for this plaintiff to appear in Court is remotely.

6. Kevin Galicia is able and willing to appear via videoconference to provide his testimony when required at trial in this Honorable Court.

7. Remote appearance will not prejudice any party nor compromise the integrity of the proceedings.

## LEGAL BASIS

Federal Rule of Civil Procedure 43(a) provides that for good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location. USCS Fed Rules Civ Proc R 43.

The circumstances presented here constitute good cause for permitting remote appearance, because Kevin Galicia has tried twice to obtain travel documents for his trip to the United States, and he has been denied of that possibility.

However far from the ideal, but still within the Law[1], Plaintiff respectfully request this Court to allow his appearance through videoconference to ensure the integrity of the proceedings in due time.

Remote appearance will facilitate the just, speedy, and inexpensive disposition of this action at trial.

No party will be prejudiced by Plaintiff's remote appearance, as all parties will have full opportunity to participate in the proceedings and observe Plaintiff's testimony and participation.

### PROPOSED SAFEGUARDS

Plaintiff proposes the following safeguards to ensure the integrity of remote appearance:

- Plaintiff will appear via a secure videoconference platform approved by the Court.
- Plaintiff will ensure a stable internet connection and appropriate audio and visual equipment.
- Plaintiff will appear from a private location free from distractions and interruptions.
- Plaintiff will be visible on camera throughout the proceedings during his testimony.
- Plaintiff will be remotely connected ONLY when is his time to appear and testify. Otherwise no other plaintiff – party will require any remote connection.

---

[1] USCS Fed Rules Civ Proc R 16.

---

These safeguards will ensure that remote appearance maintains the same integrity and solemnity as in-person appearance.

## CONCLUSION

This Motion and request are made in GOOD CAUSE in compelling circumstances for remote appearance.

Granting this motion will promote judicial efficiency and access to justice without prejudice to any party.

**WHEREFORE**, Plaintiff Kevin Josue Galicia Ramirez respectfully requests that this Court grant this Motion for Remote Appearance and permit him to appear remotely via videoconference at the Trial scheduled to begin in April 14, 2026 and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Date 03/18/2026                    Respectfully Submitted by:
                                    /S/ Jesus E. Arias
                                   Jesus Eduardo Arias Esq. LL.M
                                    Attorney for Galicia Plaintiffs
                                   Jearias@jesuseduardoarias.com

---