Jesus Eduardo Arias, Esq. LL.M. | SBN 293983
LAW OFFICES OF JESUS EDUARDO ARIAS
18000 Studebaker Rd. Suite 700
Cerritos California 90703
E| jearias@jesuseduardoarias.com
Tel| 323) 815 9450 Fax| 323) 375 1196
*Attorney for Plaintiffs* Wendy Lorena Galicia Ramirez, and
Kevin Josue Galicia Ramirez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors in-interest,<br><br>          Plaintiff(s),<br><br>vs.<br><br>CITY OF TUSTIN; ESTELLA SILVA; and DOES 1-10, Inclusive,<br>          Defendant(s), | CASE NO. 8:22-cv-00131-SPG-KES<br><br><br>**DECLARATION BY COUNSEL JESUS EDUARDO ARIAS, ESQ. IN SUPPORT OF MOTION FOR REMOTE APPEARANCE OF PLAINTIFF KEVIN GALICIA**<br><br>**Trial Date:** April 14 2026 |
| Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al. | |

Page 1

**DECLARATION OF COUNSEL**

I, JESUS EDUARDO ARIAS declare as follows:

1. I am an attorney at law, licensed to practice in this United States District Court for the Central District of California. I am counsel of record for the Galicia Plaintiffs in the above-captioned matter.  Plaintiff Kevin Galicia is a citizen and resident of Guadalajara, Mexico.

2. Throughout these proceedings, I have assisted Plaintiffs in trying to obtain the necessary travel documents for physical presence at trial.

3. On March 2025, following a lengthy processing period at the U.S. Consulate in Guadalajara, Plaintiff Wendy Galicia was granted a 10-year B1/B2 visa. However, Plaintiff Kevin Galicia's application was denied at that time.

4. On January 2026, I initiated a renewed visa application for Kevin Galicia and petitioned for an expedited emergency appointment, which was scheduled for March 18, 2026, at 7:30 a.m.

5. Mr. Galicia attended the interview and provided comprehensive testimony regarding the nature of this litigation and the necessity of his physical appearance in court. Notwithstanding the efforts, the consular officer denied the application pursuant to Section 214(b) of the Immigration and Nationality Act (8 U.S.C. § 1184(b).

6. Despite exhaustive diligent efforts to try to secure Mr. Galicia's physical presence for this jury trial, his inability to enter the United States is  within the discretionary authority of the Department of State. This is beyond the control of the parties, counsel and  or the Court.

**DECLARATION OF COUNSEL**

7. During various meet and confer meetings between all counsel, in preparation of this jury trial, including Defendant's counsel Mr. Bruce Praet, it has been discussed the possibility that in the event the visa was denied, Kevin Galicia would be appearing remotely. In good faith it has been understood that no party nor any counsel have expressed any objection to this request for remote appearance.

8. Consequently, and in the interest of justice, Plaintiffs respectfully request that this Court should grant this motion and allow Mr. Kevin Galicia to appear and testify remotely via video call at this jury trial.

9. I declare under the laws of the State of California, and under the Laws of the United States that all the above is true and correct.

Executed on March 18, 2026



_____

Jesus Eduardo Arias LL.M. Esq.

Attorney for Plaintiffs Wendy Galicia and Kevin Galicia

**DECLARATION OF COUNSEL**