# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA, et al.<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>CITY OF TUSTIN, ESTELLA SILVA, et al.<br><br>　　　　　Defendant(s) | Case No: **8:22-cv-00131 SPG KES**<br><br>**PROPOSED ORDER FOR REMOTE APPEARANCE AT TRIAL OF PLAINTIFF KEVIN GALICIA RAMIREZ.** |
| Consolidated with WENDY LORENA GALICIA RAMIREZ, et al.,<br>　　　　　Plaintiffs,<br>v.<br>CITY OF TUSTIN, et al.<br>　　　　　Defendants | Trial Date: April 14, 2026<br>Time : 8:30 a.m. |

A Motion for Remote Appearance filed by Plaintiff Kevin Josue Galicia Ramirez came before the Court filed on March 18th, 2026. No hearing was requested. Having considered the moving papers, and having no oppositions filed, and in the interests of justice, the Court finds good cause to grant the request.

---

**IT IS HEREBY ORDERED THAT:**

1. Remote Appearance: Plaintiff Kevin Galicia is permitted to appear remotely via Video Conference for the Trial currently scheduled to begin on April 14 at 8:30 a.m. in Department 5C.

2. Logistics: Plaintiff shall follow all local rules and protocol for remote appearances.

3. Conduct: The remote appearance shall be conducted in the same formal manner as an in-person proceeding. Plaintiff must ensure a stable internet connection and a private, quiet location free from distractions.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Sherilyn Peace Garnett
District Court Judge

---