LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

*Attorneys for Plaintiffs EMILY GARCIA and C.G.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>Plaintiff(s),<br>vs.<br><br>CITY OF TUSTIN, ESTELLA SILVA and DOES 1 through 10, Inclusive,<br>Defendant(s) | Case No: 8:22-cv-00131 SPG KES<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett*<br>*Magistrate Judge Karen E. Scott*<br><br>**JOINT STATEMENT OF THE CASE**<br><br><u>Final Pre-Trial Conference: April 1, 2026</u><br><br>Trial Date: April 14, 2026 |
| Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al. | |

1

STATEMENT OF THE CASE

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE THAT the Parties hereby submit their Joint Statement of the Case.

Respectfully submitted,

DATED: March 18, 2026                    **JESUS EDUARDO ARIAS ESQ., LL.M.**

By:  */s/ Jesus Eduardo Arias*
Jesus Eduardo Arias, Esq.
*Attorney for Plaintiffs* Wendy Lorena Galicia Ramirez and Kevin Josue Galicia Ramirez in related case No. 8:22-cv-01619-SPG-KES

DATED: March 18, 2026                    **JONES-MAYER**

By:  */s/ Bruce D. Praet*
Bruce D. Praet
*Attorneys for City of Tustin and Estella Silva*

DATED: March 18, 2026                    **LAW OFFICES OF DALE K. GALIPO**
**CARRILLO LAW FIRM, LLP**
By:  */s/ Renee V. Masongsong*
Luis A. Carrillo
Michael S. Carrillo
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiffs* Emily Garcia and C.G.

//

//

2
STATEMENT OF THE CASE

## <u>STATEMENT OF THE CASE</u>

This case arises out of the fatal officer-involved shooting of Luis Garcia by City of Tustin police officer Estela Silva, which took place in the City of Tustin on August 9, 2021.

The Plaintiffs are Emily Garcia, C.G., Kevin Galicia and Wendy Galicia. The Plaintiffs claim that the use of deadly force against Luis Garcia was excessive, unreasonable, and negligent under the circumstances. The Plaintiffs are seeking damages as permitted by law.

The defendants in this case are the City of Tustin and Estela Silva. Defendants contend that the use of force against decedent Luis Garcia was reasonable under the totality of the circumstances and that Luis Garcia was comparatively negligent.

STATEMENT OF THE CASE