Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest; WENDY LOREN GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Wife) and KEVIN JOSUE GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Son),

Plaintiffs,

v.

CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive,

Defendants.

Case No: 8:22-cv-00131-SPG-KES (Consolidated with Case No. 8:22-cv-01619-SPG-KES)

Assigned to:
*Honorable Sherilyn Peace Garnett*
*Magistrate Karen E. Scott*

**DEFENDANTS' NON-OPPOSITION TO GARCIA PLAINTIFFS' LIMINE MOTION NO. 3  TO EXCLUDE ANY AGENCY FINDINGS**

**HEARING DATE: April 1, 2026**
**TRIAL DATE: April 14, 2026**

-1-
**DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' LIMINE NO. 3 TO EXCLUDE FINDINGS**

## 1.  **<u>PREFATORY STATEMENT.</u>**

Quite candidly, unless Plaintiffs or their experts somehow "open the door" to addressing the findings of Tustin PD, DOJ, the District Attorney or any other post-incident reviewing body, Defendants have advised Plaintiffs that no such evidence will be introduced or referenced.

DATED: March 18, 2026                    JONES MAYER

By: <u>/s/*Bruce D. Praet*</u>
Bruce D. Praet,
Attorneys for Defendants



**DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' LIMINE NO. 3  TO EXCLUDE FINDINGS**