Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com

Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest; WENDY LOREN GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Wife) and KEVIN JOSUE GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Son), <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive, <br><br> Defendants. | Case No: 8:22-cv-00131-SPG-KES (Consolidated with Case No. 8:22-cv-01619-SPG-KES) <br><br> Assigned to: <br> *Honorable Sherilyn Peace Garnett* <br> *Magistrate Karen E. Scott* <br><br> **DEFENDANTS' PROPOSED VOIR DIRE** <br><br><br> **Pre-Trial Conference: April 1,2026** <br> **Trial: April 14, 2026** |

Subject to further inquiry by counsel, Defendants submit the following questions for consideration by the Court during voir dire:

1.  Do you have a friend, relative or even yourself who you believe has been the victim of police abuse or excessive force?

2.  While none of us likes getting pulled over for a traffic violation, have you

-1-
**DEFENDANTS' PROPOSED VOIR DIRE**

ever had what you would consider a negative experience with a police officer?

3. Although everyone supports improving every profession, including law enforcement, have you or anyone close to you ever participated in or supported any police reform group or protest?

4. Without hearing any of the evidence, do you feel that you would try to use this case to reform law enforcement regardless of the evidence presented during trial?

5. Do you believe that the police should never be permitted to use deadly force under any circumstances?

6. Do you believe that the relatives of someone killed by the police should be awarded money because they lost a loved one regardless of the circumstances?

7. Will you have a problem watching video of someone actually getting shot?

8. Do you watch police shows or videos on TV or the internet?  Will you expect the officers in this case to react in the same way you've seen elsewhere?

9. Do you have any education or knowledge of the effects of drugs like methamphetamine?

10. Do you know anyone or have any experience in dealing with homeless individuals?

11. Are you partially or fully fluent in the Spanish language?  If so, will you be able to accept an official interpretation of Spanish to English even if it differs from your understanding?

DATED: March 18, 2026                               JONES MAYER

                                                    By: /s/Bruce D. Praet
                                                    Bruce D. Praet, Attorneys for
                                                    DEFENDANTS

- 2 -
**DEFENDANTS' PROPOSED VOIR DIRE**

