Luis A. Carrillo, Esq. (SBN 70398)
*Lac4justice@gmail.com*
Michael S. Carrillo, Esq. (SBN 258878)
*mc@carrillofirm.com*
**CARRILLO LAW FIRM, LLP**
1499 Huntington Dr., Ste. 402
South Pasadena, CA 91030
Tel: (626) 799-9375 / Fax: (626) 799-9380

Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors-in-interest, <br><br> Plaintiff(s), <br><br> vs. <br><br> CITY OF TUSTIN, ESTELA SILVA and DOES 1 through 10, Inclusive, <br> Defendant(s) <br><br> Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al. | Case No. 8:22-cv-00131-SPG-KES <br><br> Assigned to: <br> *District Judge Sherilyn Peace Garnett* <br> *Magistrate Judge Karen E. Scott* <br><br> PLAINTIFFS EMILY GARCIA AND C.G.'S [PROPOSED] VOIR DIRE <br><br> FPTC: April 1, 2026 <br> Trial: April 14, 2026 |

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE THAT** Plaintiffs Emily Garcia and C.G., by and through her guardian ad litem Rosalia Becerra, hereby submit their [Proposed] Voir Dire Questions.

Respectfully submitted,

DATED: March 20, 2026                    **LAW OFFICES OF DALE K. GALIPO**

By: _____*s/ Renee V. Masongsong*_____
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiffs* Emily Garcia and C.G.

## **PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

Plaintiffs Emily Garcia and C.G., by and through her guardian ad litem Rosalia Becerra, hereby respectfully request the Court to ask the jury panel the following proposed voir dire questions as set forth below:

**Questions re: Drug Bias**

*Plaintiffs request that this Court voir dire the jury on drug bias only in the event that the Court denies Plaintiffs' motion in limine on this issue.*

1. Do you know anyone who has used drugs?

2. Do you have any feelings, thoughts, or preconceptions about people who use drugs?

3. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had used drugs?

4. Do you have any particular knowledge or information regarding the effects of drugs on a person?

5. If you heard evidence that one of the parties had used drugs, do you think that you could still find that the officers' conduct was unreasonable?

6. Do you have any feelings, one way or another, about whether a person who uses drugs deserves the same protection from excessive force by police officers as everyone else?

7. Do you have any feelings, one way or another, about whether a person who uses drugs has the same right to bring a claim in court for violations of their rights as does everyone else?

8. Could you put aside whatever knowledge, information or preconceptions you may have about methamphetamine and listen to the evidence?

Do you have any feelings, one way or the other, about whether a person who used drugs has the right to bring a claim in court for a violation of his right to be free from excessive force?

//

**Questions re: Criminal History**

*Plaintiffs requests that this Court voir dire the jury on criminal history only in the event that the Court denies Plaintiffs' motion in limine on that issue.*

9. Do you know anyone who has ever been arrested or convicted of a crime?

10. Do you have any feelings, thoughts, or preconceptions about people who have been arrested or convicted of multiple crimes?

11. Do you think it would be difficult to be fair to both sides if you heard evidence that one of the parties had been arrested or convicted of crimes in the past?

12. If you heard evidence that one of the parties had been arrested or convicted of a crime in the past, do you think that you could still find that the officer's use of force was unreasonable?

13. If you learned that a person was arrested or convicted of a crime, would you believe that he deserves the same protection under the law as everyone else?

**Questions re: Mexican Ethnicity**

14. If you heard that the Decedent was originally from Mexico and some of the Plaintiffs currently live in Mexico, would it be difficult to decide in favor of the Plaintiffs fairly, either on liability or damages?

**Questions re: Peace Officer Bias**

15. Would you be more likely to believe a police officer's testimony over the testimony of a non-police officer?

16. Do you think a police officer who is a defendant in a civil case is capable of testifying falsely under oath?

17. Do you think that a police officer is capable of testifying falsely under oath to support a fellow officer?

18. Are you or any of your family members or close friends current or former government employees or police officers? If yes, what agency and what type of job?

PLAINTIFFS EMILY GARCIA AND C.G.'S [PROPOSED] VOIR DIRE

19. Are you or any of your family members or close friends current or former service members in any division or branch of our military? If yes, what division or branch and what type of job?

20. Are you or is anyone you know a current or former police officer? If yes, who, what agency, and how long?

21. Have you or has anyone you know attended or applied to attend any law enforcement academy or basic training?

22. Have you applied to or are you a member of any branch of the armed forces?

23. Have you or anyone you know worked as or applied to work as a firefighter, paramedic, or other type of emergency response personnel?

24. Does anyone feel that police officers have been unfairly portrayed in the media with respect to the use of force?

**Questions re: Juror Connection to Defendants**

25. Have you, a family member, or any of your close friends had any contact or association with the City of Tustin Police Department, or any of their employees? If so, please describe the circumstances of the contact or association.

     a) If so, would you view the evidence in this case differently because of your/that past experience with the City of Tustin Police Department, or any of its employees?

26. Are you or is anyone you know a current or former employee of the City of Tustin Police Department? If so:

     a) Who do you know from the department?

     b) What is or was their job?

     c) How long were they employed with the department?

     d) Would you view the evidence in this case differently because of your past experience with the City of Tustin Department, or any of its employees?

PLAINTIFFS EMILY GARCIA AND C.G.'S [PROPOSED] VOIR DIRE

**Questions re: Justiciability of Peace Officer Conduct**

27. Do you think that our society should hold police officers liable in court when they violate an individual's constitutional rights?

28. Do you agree that police officers or the entities they work for should pay money damages when they violate an individual's constitutional rights?

29. Do you think that police officers should be able to use as much force as they want when arresting someone?

30. Do you think that our society should restrict the amount of force that police officers can use?

**Questions re: General Juror Bias & Bias Against Actions for Money Damages**

31. Do you think that because the defendants are denying responsibility for this incident, they are probably not responsible?

32. Is there anybody that would hold it against the plaintiffs simply because they have pursued this case to trial?

**Other**

33. How do you get your news?

34. What newspapers and magazines do you regularly read?

35. What websites or blogs do you visit?

36. What are your favorite TV shows?

37. What are your favorite movies?

38. What kind of music do you typically listen to?

PLAINTIFFS EMILY GARCIA AND C.G.'S [PROPOSED] VOIR DIRE