LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
 *dalekgalipo@yahoo.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,

Plaintiff(s),

vs.

CITY OF TUSTIN and ESTELLA SILVA,

Defendant(s)

(Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. CITY OF TUSTIN, et al.)

Case No: 8:22-cv-00131 SPG KES

Assigned to:
*District Judge Sherilyn Peace Garnett*
*Magistrate Judge Karen E. Scott*

**SECOND AMENDED JOINT EXHIBIT LIST**

Pretrial Conference
Date: April 1, 2026
Time: 3:00 p.m.

Trial
Date: April 14, 2026
Time: 8:30 a.m.

1

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | **PLAINTIFFS' EXHIBITS** | | | | |
| 1. | Ex. 1: Body-Worn Camera Video of Officer Joshua Yuhas (202108091013_WFC1022387_127836891)<br><br>Ex. 1-1: Clip of Yuhas Video (0:00:00 – 0:01:50)<br><br>Ex. 1-2: Clip of Yuhas Video (0:00:00 – 0:01:50) (slow motion)<br><br>Ex. 1-3: Frame by frame of clip of Yuhas Video (0:00:00 – 0:01:50)<br><br>Ex. 1-4: Clip of Yuhas Video (0:00:00 – 0:10:36) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | 402 beyond 01:50, 403; slow-motion violates 20/20 hindsight | | |
| 2. | Screen Stills from the Body-Worn Camera Video of Officer Joshua Yuhas | Joshua Yuhas; Estela Silva; Stip. to Authenticity | | | |
| 3. | Officer Hector Frias Videos<br><br>Ex. 3-1: Body-Worn Camera Video of Officer Hector Frias (202108091014_WFC1054309_60599453)<br><br>Ex. 3-2: Clip of Frias BWC Video (0:00:19 – 0:01:43) | Hector Frias; Estela Silva; Stip. to Authenticity | 402 beyond 01:50, 403; slow-motion violates 20/20 hindsight | | |

2

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Ex. 3-3: Clip of Frias BWC Video (0:0058 – 0:01:43) | | | | |
| | Ex. 3-4: Clip of Frias BWC Video (0:0058 – 0:01:43) (slow motion) | | | | |
| | Ex. 3-5: Frame by frame of clip from Frias BWC Video (0:0058 – 0:01:43) | | | | |
| | Ex. 3-6: Clip of Frias BWC Video (0:00:19 – 0:10:35) | | | | |
| | Ex. 3-7: Frias Dash Cam Video (202108091013_TU807_529298792) | | | | |
| 4. | Screen Stills from the Body-Worn Camera Video of Officer Hector Frias (202108091014_WFC1054309_60599453) | Hector Frias; Estela Silva; Stip. to Authenticity | | | |
| 5. | Ex. 5: Body-Worn Camera Video of Officer Taylor Babb (202108091015_WFC1036096_154027338) Ex. 5-1: Clip of Babb Video (0:00:00 – 0:06:37) Ex. 5-2 Clip of Babb Video (0:22:29 – 0:31:38) | Taylor Babb; Estela Silva; Stip. to Authenticity | 402 beyond shots, 403 | | |
| 6. | Screen Stills from the Body-Worn Camera Video of Officer Taylor Babb (202108091015_WFC1036096_154027338) | Taylor Babb; Estela Silva; Stip. | | | |

3

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | to Authenticity | | | |
| 7. | Scene Photographs<br><br>7-1:D-000486<br><br>7-2: D-000487<br><br>7-3: D-000489<br><br>7-4: D-000525<br><br>7-5: D-000527<br><br>7-6: D-000533 | Estela Silva; Maribel Martielli; Investigator T. Toth; Stip. to Authenticity | | | |
| 8. | Hospital Photographs<br><br>8-1: D-000619<br><br>8-2: D-000622<br><br>8-3: D-000623<br><br>8-4: D-000624 | Stip. to Authenticity; Kevin N. Leon | 402, 403, | | |
| 9. | Photographs of Yuhas' Taser<br><br>9-1: D-000658<br><br>9-2: D-000659 | Estela Silva; Joshua Yuhas; Maribel Martielli; | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Stip. to Authenticity | | | |
| 10. | Photographs of Officer Silva<br><br>10-1: D-000661<br><br>10-2: D-000662<br><br>10-3: D-000663<br><br>10-4: D-000664<br><br>10-5: D-000675 | Estela Silva; Maribel Martielli; Stip. to Authenticity | | | |
| 11. | Photographs of Silva's Firearm<br><br>11-1: D-000681<br><br>11-2: D-000682<br><br>11-3: D-000684 | Estela Silva; Maribel Martielli; Stip. to Authenticity | | | |
| 12. | Photographs of Silva's Taser (D-000696) | Estela Silva; Maribel Martielli; Stip. to Authenticity | | | |
| 13. | Autopsy Photos and Post-Embalming Photos<br><br>10-1: D-000780<br><br>10-2: D-000781 | Stip. to Authenticity; Aruna Singhania, | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 10-3: D-000783<br><br>10-4: D-000786 | M.D.; Chelsey R. Covert; Jeannie U. Tran; Melissa D. Ramirez | | | |
| 14. | Photograph of Wooden Stick<br><br>14-1: D-000912<br><br>14-1: D-000913<br><br>14-1: D-000918<br><br>14-1: D-000920 | Stip. to Authenticity | | | |
| 15. | Photographs of Plaintiff C.G. and Decedent<br><br>15-1: P0001<br><br>15-2: P0002<br><br>15-3: P0003<br><br>15-4: P0004<br><br>15-5: P0005<br><br>15-6: P0006<br><br>15-7: P0007 | Emily Garcia; C.G. | 403 - Cumulative | | |

6

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 15-8: P0008 | | | | |
| | 15-9: P0009 | | | | |
| | 15-10: P0010 | | | | |
| | 15-11: P0011 | | | | |
| | 15-12: P0012 | | | | |
| | 15-13: P0013 | | | | |
| | 15-14: P0014 | | | | |
| | 15-15: P0015 | | | | |
| | 15-16: P0016 | | | | |
| | 15-17: P0017 | | | | |
| | 15-18: P0018 | | | | |
| | 15-19: P0019 | | | | |
| | 15-20: P0020 | | | | |
| | 15-21: P0021 | | | | |
| | 15-22: P0022 | | | | |
| | 15-23: P0023 | | | | |
| | 15-24: P0024 | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 16. | Photographs of Plaintiff Emily Garcia and Decedent<br><br>16-1: P0025<br><br>16-2: P0026<br><br>16-3: P0027<br><br>16-4: P0028<br><br>16-5: P0029<br><br>16-6: P0030<br><br>16-7: P0031<br><br>16-8: P0032<br><br>16-9: P0033<br><br>16-10: P0034<br><br>16-11: P0035<br><br>16-12: P0036<br><br>16-13: P0037<br><br>16-14: P0038<br><br>16-15: P0039 | Emily Garcia; C.G. | 403 - Cumulative | | |
| 17. | Interview of Officer Silva<br><br>17-1: Audio | Estela Silva; OCDA | | | |

8

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 17-2: Transcript (D-001135 – D001212) | Investigator T. Toth | | | |
| 18. | Interview of Officer Yuhas<br><br>17-1: Audio<br><br>17-2: Transcript (D-001093-00113) | Estela Silva; OCDA Investigator T. Toth | | | |
| 19. | Interview of Officer Frias<br><br>17-1: Audio<br><br>17-2: Transcript (D-001036-001091) | Estela Silva; OCDA Investigator T. Toth | | | |
| 20. | Interview of Officer Babb<br><br>17-1: Audio<br><br>17-2: Transcript (D-001001-0010034) | Estela Silva; OCDA Investigator T. Toth | | | |
| 21. | Dispatch Tape (portions heard by Officer Silva) | Estela Silva | | | |
| 22. | CAD event log and notes (identification only) | Estela Silva | | | |
| 23. | DR # 21-5308 – Supplemental 8 Report (Transcription of Officer Yuhas' Body Worn Camera Video) | Tustin PD Detective | 402, parties will stip to | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Charles Carter | certified translation | | |
| 24. | Tustin Police Department General Orders 418 - Mental Illness Response | Estela Silva | | | |
| 25. | Peace Officer Standards and Training ("POST") Learning Domain No. 20 (relevant portions) | Scott DeFoe | 801, hearsay | | |
| 26. | Lab Corp documentation of paternity for Plaintiff C.G. (P0041 | Eric M. O'Neill, Ph.D. or other personnel at Laboratory Corporation of America, P.O. Box 2230 Burlington, NC 27216, 336-584-5171; Emily Garcia; C.G. | | | |
| 27. | Birth Certificate of Plaintiff Emily Garcia (P0040) | Emily Garcia | | | |

10

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 28. | Autopsy Report | Stip. to Authenticity; Aruna Singhania, M.D. | | | |
| 29. | Paramedic records from the Orange County Fire Department | Jeffery Baca  Clifford Blasi | 402, 403 | | |
| 30. | Statement of OC Paramedic Jeffery Baca  30-1: Audio  30-2: Transcript/Summary (D-000991-000993) | Jeffery Baca | | | |
| 31. | Statement of Funeral Goods and Services | Garcia Plaintiffs | 402, 403 | | |
| 32. | Photographs of Decedent with the Galicia Plaintiffs  32-1  32-2  32-3  32-4  32-5  32-6 | Galicia Plaintiffs | 402, 403 cumulative | | |

11

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 32-7 | | | | |
| | 32-8 | | | | |
| | 32-9 | | | | |
| | 32-10 | | | | |
| | 32-11 | | | | |
| | 32-12 | | | | |
| | 32-13 | | | | |
| | 32-14 | | | | |
| | 32-15 | | | | |
| | 32-16 | | | | |
| 33. | Video of the wedding of Decedent and Wendy Galicia<br><br>33-1 Clip of wedding video (8:25-8:40)<br><br>33-2 Clip of wedding video 11:23-11:38<br><br>33-3 Clip of wedding video 19:00-20:00<br><br>33-4 Clip of wedding video 20:25-20:31<br><br>33-5 Clip of wedding video 23:00-23:10 | Wendy Galicia | 402, 403 cumulative | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 33-6 Clip of wedding video 27:07-27:50 | | | | |
| | 33-7 Clip of wedding video 28:46-29:04 | | | | |
| | 33-8 Clip of wedding video 30:19-30:29 | | | | |
| | 33-9 Clip of wedding video 34:37-34:47 | | | | |
| | 33-10 Clip of wedding video 41:02-41:26 | | | | |
| 34. | Certificate of marriage between Decedent and Plaintiff Wendy Galicia | Wendy Galicia | | | |
| 35. | Medical records from Care Ambulance | | 402, 403 | | |
| 36. | Medical records from Orange County Global Medical Center | | 402, 403 | | |
| 27 | Yuhas Video with Subscribed Audio in English (including subscription relating to pre-death pain and suffering) | | Defendants object to the subscription of audio after the shooting | | |
| | 38-199 reserved for Plaintiffs | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | **DEFENDANTS' ADDITIONAL EXHIBITS** | | | | |
| 200 | Tustin PD report 21-2801 | Ofcr. Silva | 801 & 802 – Hearsay | | |
| 201 | Decedent's CII Rap sheet | | FRE 401, 402, 403, 801, 802 | | |
| 202 | Videos from the body-worn camera of Officer Peterson on 11/13/2020 | | FRE 401, 402, 403 | | |
| 203 | Videos from the body-worn camera of Officer Caiza on 11/13/2020 | | FRE 401, 402, 403 | | |
| 204 | Body-Worn Camera Video of Officer Joshua Yuhas (202108091013_WFC1022387_127836891) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | | | |
| 205 | Screen Stills from the Body-Worn Camera Video of Officer Joshua Yuhas | Joshua Yuhas; Estela Silva; Stip. to Authenticity | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 206 | Toxicology Report | Vanessa Havro (or other lab technician) | FRE 401, 402, 403 | | |
| 207 | CAD Event Log D-0001-0006 | | | | |
| 208 | Dispatch audio recordings, D-00923-00941 | | Objection to portions not heard by Ofc. Silva | | |
| 209 | Wooden stick held by Decedent | | Objection to any demonstrations with the stick | | |
| 210 | Photo of Ofcr. Silva, D-00675 | | | | |
| 211 | Frias ICC video, Stream One | | | | |
| 212 | Yuhas Video with Subscribed Audio in English | | Plaintiffs reserve the | | |

15

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  |  |  | right to make objections after review of final video and further discussions between counsel |  |  |

The Parties have been working together over the last few weeks to finalize this exhibit list; however, due to the conflicting schedules of counsel for the Parties, the Parties reserve their rights to amend this Exhibit List after further meet and confer efforts.

//

DATED: March 26, 2026          **LAW OFFICES OF DALE K. GALIPO**

By:  */s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiffs* Emily Garcia and C.G.

DATED: March 26, 2026          **JESUS EDUARDO ARIAS ESQ., LL.M.**

By:  */s/ Jesus Eduardo Arias*
Jesus Eduardo Arias, Esq.

16

*Attorney for Plaintiffs* Wendy Lorena Galicia Ramirez and Kevin Josue Galicia Ramirez in related case No. 8:22-cv-01619-SPG-KES

DATED: March 26, 2026          **CARRILLO LAW FIRM, LLP**

By:  */s/ Michael S. Carrillo*

Luis A. Carrillo

Michael S. Carrillo

*Attorneys for Plaintiffs* Emily Garcia and C.G.

DATED: March 26, 2026          **JONES-MAYER**

By:  */s/ Bruce D. Praet*

Bruce D. Praet

*Attorneys for City of Tustin and Estella Silva*

17