LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
  dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
  rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors-in-interest to LUIS GARCIA

                    Plaintiff(s),

         vs.

CITY OF TUSTIN and ESTELA SILVA,

                    Defendants.

(Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. CITY OF TUSTIN, et al.)

Case No: 8:22-cv-00131 SPG KES

Assigned to:
*District Judge Sherilyn Peace Garnett*
*Magistrate Judge Karen E. Scott*

**PLAINTIFFS' THIRD AMENDED WITNESS LIST**

Pretrial Conference
Date: April 1, 2026
Time: 3:00 p.m.

Trial
Date: April 14, 2026
Time: 8:30 a.m.

1

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Tustin PD Officer Estela Silva<br><br>(Defendant) | Will testify as to her response to this incident, her use of force against Decedent, her tactics during the incident, her observations during this incident, and her police training.  Unique in that she is the only officer who fired shots during this incident, and she is a defendant in this case. | 1.5 – 2 hours | 1.0 | |
| Tustin PD Officer Joshua Yuhas | Will testify as to his response to this incident, his use of the Taser against Decedent, his observations during this incident, and his police training.  Unique in that he is the only officer who deployed a Taser during this incident, and his body-worn camera captured the incident. | 1 hour | 0.75 | |
| Tustin PD Officer Taylor Babb | Will testify as to his response to this incident, his observations during this incident, his observations of medical attention provided after the shooting, his observations of Decedent in the ambulance and at the hospital, and his police training.  Unique in that he is one of the only non-party witnesses to this incident, he accompanied Decedent to the hospital in the ambulance after the shooting, and his body-worn camera captured the incident. | 1 hour | 0.75 | |
| Tustin PD Officer Hector Frias | Will testify as to his response to this incident, his observations during this incident, his observations of medical attention provided | 1 hour | 0.75 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | after the shooting, and his police training. Unique in that he is one of only three non-party witnesses to this incident, and his body-worn camera captured the incident. | | | |
| Scott DeFoe (Plaintiffs' Expert) | Mr. DeFoe is the Garcia Plaintiffs' Police Practices Expert, who will testify as to police standards and training, his opinions regarding the tactics and use of force in this incident, and other opinions included in his Rule 26 report and made at the time of his deposition.  Unique in that he is the Garcia Plaintiffs' only police practices expert. | 1 – 1.25 hours | 1.0 | |
| Roger Clark (Plaintiffs' Expert) | Mr. Clark is the Galicia Plaintiffs' Police Practices Expert, who will testify as to police standards and training, his opinions regarding the tactics and use of force in this incident, and other opinions included in his Rule 26 report and made at the time of his deposition.  Unique in that he is the Galicia Plaintiffs' only police practices expert. | 1 hour | 1.0 | |
| Anthony A. Juguilon, M.D. | Dr. Juguilon is a forensic pathologist who is available to testify in the absence of Dr. Aruna Singhania, who performed the autopsy in this case. Dr. Singhania is retired and appears to be unavailable to testify in this case. Dr. Singhania worked for Juguilon Medical Group at the time | 0.75 hours | 0.5 | |

3

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Juguilon Medical Corporation 18377 Beach Blvd., Suite 104 Huntington Beach, CA  92648 | of the autopsy. Dr. Jugulion is the head of Jugulion Medical Corporation and familiar with the autopsy of Decedent. Dr. Juguilon will testify as to the autopsy of Decedent, including Decedent's injuries sustained during the incident, cause and manner of death, photographs taken at autopsy, Decedent's body position at the time of the uses of force, trajectory of gunshots, and other opinions and findings relating to the autopsy. | | | |
| Clifford Blasi Orange County Fire Authority, Fire Station 72 | Mr. Blasi is a paramedic who responded to this incident. Mr. Blasi will testify as to Decedent's injuries upon his arrival and any medical treatment he provided or observed being provided to Decedent. Unique in that he was one of the only medical professionals at the scene. | 0.5 hours | 0.5 | |
| Jeffery Baca Orange County Fire Authority, Fire Station 72 | Mr. Baca is a paramedic who responded to this incident. He will testify as to Decedent's injuries upon his arrival and any medical treatment he provided or observed being provided to Decedent. Unique in that he was one of the only medical professionals at the scene. | 0.5 hours | 0.5 | |
| Thomas Toth | Mr. Toth is an investigator with the OCDA. If necessary, he will testify as to his investigation | 0.5 hours | 0.5 | |

4

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Orange County District Attorney Bureau of Investigation | into this case, including as to interviews he conducted, his observations of the autopsy, coroner investigation, photographs he took, and other evidence he processed. | | | |
| C.G. (Plaintiff) | Plaintiff, who will testify as to her relationship with her father, her wrongful death damages, and her observations of her father during his lifetime. | 0.5 hours | 0.5 | |
| Emily Garcia (Plaintiff) | Plaintiff, who will testify as to her relationship with her father, her wrongful death damages, and her observations of her father during his lifetime. | 0.5 hours | 0.5 | |
| Kevin Galicia (Plaintiff) | Plaintiff, who will testify as to his relationship with his father and observations of his father during his lifetime. | 0.5 hours | 0.5 | |
| Wendy Galicia (Plaintiff) | Plaintiff, who will testify as to her relationship with her husband and observations of her husband during his lifetime. | 0.5 hours | 0.5 | |
| Aruna Singhania, M.D.* Orange County Coroner's Office | Dr. Singhania is retired and likely unavailable to testify in this case. If she is available, she will testify as to the autopsy she performed of Decedent. Plaintiffs seek to call a representative in Dr. Singhania's place (Anthony A. Juguilon, listed above). | 0.5 hours | 0.5 | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Jeffery Garbaczewski*<br><br>Orange County Fire Authority, Fire Station 72 | Mr. Garbaczewski is a firefighter who responded to this incident. Mr. Garbaczewski may testify as to Decedent's injuries upon his arrival and any medical treatment he provided or observed being provided to Decedent. | 0.5 hours | 0.5 | |
| Andrew Howell*<br><br>Orange County Fire Authority, Fire Station 72 | Mr. Howell is a firefighter who responded to this incident. Mr. Howell may testify as to Decedent's injuries upon his arrival and any medical treatment he provided or observed being provided to Decedent. | 0.5 hours | 0.5 | |
| Tustin PD Detective Charles Carter*<br><br>c/o Defendants' counsel | If needed, will testify as to his Spanish translation of Officer Yuhas' body-worn camera video. Unique in that he is the Spanish translator for the Tustin PD. | 0.5 hours | 0.5 | |
| Eric M. O'Neill, Ph.D.*<br>Laboratory Corporation of America | Plaintiffs' understanding is that Defendants do not intend to challenge the paternity of Plaintiffs. However, if necessary, Mr. O'Neill or another representative from LabCorp will testify as to the paternity testing regarding Plaintiff C.G. Plaintiffs reserve the right to call a representative in Mr. O'Neill's place if needed. | 0.5 hours | 0.5 | |
| Kelly M. Estrada* | Will testify as to the autopsy of Decedent and findings made at the time of autopsy. | 0.5 hours | 0.5 | |

6

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Orange County Coroner's Office | | | | |

*Indicates that witness will be called only if the need arises.

Plaintiffs respectfully reserve their right to amend this witness list to the extent permitted by this Court.

Respectfully submitted,

Dated: March 31, 2026

**LAW OFFICES OF LUIS A. CARRILLO**
**LAW OFFICES OF DALE K. GALIPO**

*/s/ Renee V. Masongsong*
Dale K. Galipo
Luis A. Carrillo
Michael S. Carrillo
Renee V. Masongsong
*Attorneys for Plaintiffs EMILY GARCIA, C.G.*

//
//

7

DATED: March 31, 2026

By:  /s/ *Jesus Eduardo Arias*
Jesus Eduardo Arias, Esq.
Attorney for Plaintiffs Wendy Lorena
Galicia Ramirez and Kevin Josue Galicia
Ramirez in related case No. 8:22-cv-01619-
SPG-KES