UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 22-00131-SPG(KESx) | | April 1, 2026 |
| Title | Emily Garcia et al v. City of Tustin et al | | |

Present: The Honorable    SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

| Patricia Gomez | ECRO |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo | Bruce Praet |
| Rene Masongsong | |
| Michael Carrillo | |
| Jose Miguel Garcia | |
| Jesus Arias | |

**Proceeding:**    FINAL PRETRIAL CONFERENCE (held)

Case called, and counsel state appearance.

The Court and counsel discuss preparations for jury trial. The trial estimate is 6 to 7 days. For reasons stated on the record the counsel shall meet and confer to discuss reduction of exhibit and witness list and concerns with slow-motion video.

Plaintiff's Motion in Limine No. 1 to Exclude Evidence of or Reference to Decedent's Drug and Alcohol Use [103]. For reasons stated on the record, the motion is denied without prejudice as to observations made by Officer Silva on the scene, Officer Silva's past experiences with Mr. Garcia, and the toxicology report. The motion is granted as to text messages about Mr. Garcia's drug use and as to other medical records.

Plaintiff's Motion in Limine No. 2 to Exclude Evidence of Luis Garcia's Criminal History [106]. Arguments are heard. The Court reserves ruling on the second motion as to the nature of the stick incident. In five pages or less, the parties shall address why the information should come in or not due by 5:00 p.m., April 6, 2026. The motion is denied in so far as it relates to any other prior contact with Mr. Garcia by Officer Silva. The motion is granted as to Mr. Garcia's prior conviction for making a false statement. The Court reserves ruling on the use of Mr. Garcia's criminal history with respect to damages.

Plaintiff's Motion in Limine No. 3 to Exclude any Findings by Any Agency that the Shooting was "Within Policy" or Not Criminal [107]. The motion is granted without prejudice.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 22-00131-SPG(KESx) | | April 1, 2026 |
|---|---|---|---|
| Title | Emily Garcia et al v. City of Tustin et al | | |

Plaintiff's Motion in Limine No. 4 to Exclude Evidence or Speculation Regarding Decedents Immigration Status and/or Alienage [108]. The motion is granted without prejudice. For reasons stated on the record, the parties shall meet and confer to address ways to sanitize testimony related to Mr. Garcia's periods away from family.

Plaintiff's Motion in Limine No. 5 to Exclude Information Unknown to Officer Silva at the Time of the Shooting [109]. The motion is granted in so far as it seeks to exclude evidence that a knife was located on the scene. The Court agrees the information is irrelevant and prejudicial. As to whether the call included information regarding an individual with a knife, the Court finds the information relevant and is not inclined to grant the motion to exclude.

Defendant's Motion in Limine No. 1 Re Plaintiffs Expert Testimony of Roger Clark [104]. The Court's tentative is to reserve ruling. Arguments are heard. The motion is granted with respect to testimony about legal conclusions. The parties are cautioned to avoid questioning regarding the intent of Mr. Garcia. The Court otherwise reserves ruling on specific objections.

Defendant's Motion to Bifurcate Liability from Damage Phase [111]. For reasons stated on the record the motion is denied without prejudice.

For reasons set forth in the motion, the Court grants remote testimony by witness Kevin Galicia.

For reasons stated on the record the parties shall submit a revised verdict form and jury instructions.

1 : 35

Initials of Preparer    pg