Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com


Attorney for Defendants


# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest; WENDY LOREN GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Wife) and KEVIN JOSUE GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Son), | Case No: 8:22-cv-00131- SPG- KES |
| | **DEFENDANTS' SUPPLEMENTAL BRIEF RE: OFFICER SILVA'S PRIOR KNOWLEDGE; DECARATION OF BRUCE D. PRAET W/ EXHIBITS** |
| Plaintiffs, | |
| v. | **Trial:  April 14, 2026** |
| CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive, | |
| Defendants. | |

-1-

**DEFENDANTS' SUPP. BRIEF RE: SILVA**

## 1. **PREFATORY STATEMENT.**

During the Pre-trial Conference, the Court asked the parties to submit supplemental briefing regarding the scope of Officer Silva's knowledge regarding her detention of decedent, Luis Garcia, on November 13, 2020, for a Santa Ana robbery. More specifically, the question centered around whether Officer Silva had reason to believe that Garcia had knocked the Santa Ana robbery victim unconscious prior to this officer-involved shooting on August 9, 2021.

- In her deposition in the instant case, Officer Silva testified that she was aware that Garcia had reportedly knocked the robbery victim unconscious when she detained Garcia for Santa Ana PD on November 13, 2020. [See: Silva depo, RT:43 and 49 attached hereto as exhibit "1"]

- In the original robbery report from Santa Ana PD (attached hereto as exhibit "2"), the victim reported on November 1, 2020, that the suspect (later identified as Garcia) held a large piece of wood above his head as if preparing to strike him (victim), telling the victim "Give me everything you have, if not I'll kill you!"

- As reflected in the CAD printout from Silva's contact with Garcia on November 13, 2020, [CAD printout attached as exhibit "3"], it reflects that the robbery victim reported to TPD that he was "knocked unconscious" during the robbery. He was reporting to TPD that he had located the suspect (Garcia) and Officer Silva located and detained Garcia after having received the information contemporaneously recorded by the victim in the CAD.

- Although Officer Silva's initial post-shooting interview was unavoidably delayed until October 21, 2021, due to scheduling issues, she informed investigators that she was aware that the Santa Ana robbery victim had been knocked unconscious at the time she detained Garcia on November 13, 2020. [See; page 20-21 of Silva interview attached as exhibit "4"]

**DEFENDANTS' SUPP. BRIEF RE: SILVA**

JM
JONES MAYER
LAW

Although Plaintiff's counsel has erroneously implied that Officer Silva is somehow now fabricating a belief that she had prior knowledge that Garcia had used a wooden stick as a weapon in the prior Santa Ana robbery and knocked the victim unconscious, the above evidence clearly demonstrates the authenticity of the basis for such a belief.

## 2. EVIDENCE OF OFFICER SILVA'S PRIOR KNOWLEDGE IS HIGHLY RELEVANT AND ADMISSIBLE.

As the Court will recall, this supplemental briefing was requested following oral argument on Plaintiffs' limine motion No. 2 [Doc. 106] wherein Plaintiffs had objected to decedent's prior criminal history on essentially two grounds: (1) FRE, Rule 403 and (2) Rule 801. However, the Court has already (tentatively) ruled that evidence of Officer Silva's prior contacts with Garcia is more probative than prejudicial. This is especially true in light of the Supreme Court's holding in *Graham v. Connor, 490 U.S. 386, 396 (1989)* establishing that the reasonableness of an officer's use of force must be analyzed based upon the "totality of the circumstances" known or perceived by the officer at the time. As illustrated above, the evidence is clear that Officer Silva was aware that Garcia had previously knocked a victim unconscious during a Santa Ana robbery in which a large piece of wood was the weapon.

With respect to any objection that the source of Officer Silva's prior knowledge might be considered hearsay, it is not being offered for the truth of whether Garcia in fact knocked the robbery victim unconscious, but instead to establish the state of mind of Officer Silvain reliance on such information. As such, it is not hearsay. FRE, Rule 801(c)(2); 803(1); *Calmat v. US DOL, 364 F3d 1117, 1124 (9th Cir. 2004)*

While Plaintiffs may certainly challenge Officer Silva on her memory or, if they choose, attempt to impeach her with the sources for her awareness of the reported details of the Santa Ana robbery, they cannot dispute the fact that she had knowledge that Garcia had reportedly knocked a victim unconscious in a Santa Ana robbery in which a large piece of wood was used as the weapon.

///

///

- 3 -



3.   **<u>CONCLUSION.</u>**

Consistent with the Court's current (tentative) ruling that all information known to Officer Silva at the time is admissible, Defendants respectfully request that Officer Silva be permitted to testify to the full extent of her knowledge of the Santa Ana robbery and other prior contacts.

DATED: April 6, 2026                         JONES MAYER


By: */s/ Bruce D. Praet*
Bruce D. Praet, Attorneys for Defendants

- 4 -

**DEFENDANTS' SUPP. BRIEF RE: SILVA**



## <u>DECLARATION OF BRUCE D. PRAET</u>

I, Bruce D. Praet, declare and say:

1.   That I am an attorney duly licensed to practice before this and all courts in the state of California.  I am lead counsel for the Defendants in this matter and, except where stated to the contrary, I make this declaration from personal knowledge and would testify in conformity herewith if called as a witness.

2.   Attached hereto as exhibit "1" are true and correct copies of pages 43 and 49 from the deposition of Officer Silva taken on March 22, 2023.

3.   Attached hereto as exhibit "2" is a true and correct copy of the official Santa Ana police report of the robbery occurring on or about November 1, 2020, and giving rise to the detention of decedent Garcia by Officer Silva on November 13, 2020.

4.   Attached hereto as exhibit "3" is a true and correct copy of the Tustin Police CAD printout reflecting the information provided to Officer Silva on November 13, 2020, and giving rise to her detention of Garcia as the Santa Ana robbery suspect.

5.   Attached hereto as exhibit "4" are true and correct copies of pages 20-21 from Officer Silva's initial interview with investigators in this officer-involved shooting taken on October 21, 2021.  I am informed and believe that this interview was delayed due to scheduling issues on the part of investigators and attorneys.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed by me on April 6, 2026, in Santa Ana, California.


      /s/  Bruce D. Praet



**DEFENDANTS' SUPP. BRIEF RE: SILVA**

# EXHIBIT 1

EMILY GARCIA, ET AL. vs CITY OF TUSTIN, ET AL.
Estela Silva on 03/22/2023

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EMILY GARCIA, et al.                    )
                                        )
              Plaintiffs,               )
                                        )
              vs.                       )Case No.
                                        )8:22-CV-00131-DOC-KES
CITY OF TUSTIN, et al.,                 )
                                        )
              Defendants.               )
                                        )
WENDY LORENA GALICIA RAMIREZ, et al.,   )
                                        )
              Plaintiffs,               )
                                        )
CITY OF TUSTIN, et al.,                 )
                                        )
              Defendants,               )
                                        )

REMOTE VIDEOCONFERENCE DEPOSITION OF

ESTELA SILVA

WEDNESDAY, MARCH 22, 2023

Reported Stenographically By:

Jinna Grace Kim, CSR No. 14151

Job No.:  446100

**EMILY GARCIA, ET AL. vs CITY OF TUSTIN, ET AL.**
Estela Silva on 03/22/2023                                              Page 43

Q.   Had you seen this person before?

A.   Yes, sir.

Q.   Okay.  Would it be fair to say you at least recognized that the person was not a male, white?

A.   Yes, sir.

Q.   And would it be fair to say you knew the person did not have blond hair?

A.   Yes, sir.

Q.   And how did you know the person from before?

A.   From prior contacts with him.

Q.   Okay.  And did you say something to the effect, I know who you are?

A.   Yes, sir.

Q.   And how many prior contacts did you have with this person?

A.   Three, sir.

Q.   And can you tell me the nature of those contacts, please.

A.   Yes, sir.  The first contact was a male seen waving a knife in the air.  The second contact was the victim called that they were robbed in the city of Santa Ana, knocked unconscious by the subject, and they saw the suspect in the city of Tustin, and I located him.  And the third was a call for service referenced to transients disassembling a child bicycle in the back of a gas station which resulted in arrest

arrested?

A.    Correct.

Q.    Okay.  And then the second incident in 2020, was that the one when he -- with the bicycle parts?

A.    No.  That was the one where he was -- the reporting party stated he saw the suspect that stole his money and knocked him unconscious.

Q.    I see.  And then did you find any weapons on the decedent at that time?

A.    Not at that time.

Q.    In either of the 2020 incidents, did you ever see the decedent trying to fight with law enforcement?

A.    No, sir.

Q.    And then in the 2021 incident, did the decedent have any weapon on him at that time?

A.    No, sir.

Q.    Did he try to physically fight with law enforcement at that time?

A.    No, sir.

Q.    So would it be correct to say that before the date of the shooting incident, you yourself had never seen the decedent fighting with anyone?

A.    Not physically fighting, no.

Q.    And you never saw the decedent before the day of the incident with a weapon in his hands or on his person; is that

CERTIFICATE

OF

CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

I, JINNA GRACE KIM, CSR No. 14151, a Certified Stenographic Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth;

That any witnesses in the foregoing proceedings, prior to testifying, were placed under oath;

That a verbatim record of the proceedings was made by me, using machine shorthand, which was thereafter transcribed under my direction;

Further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action, nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have subscribed my name, this date:  March 22, 2023.

_____
Jinna Grace Kim, CSR No. 14151

# EXHIBIT 2

*Santa Ana PD 2020-23030*

**1 of 3**



| | SANTA ANA | Case No. |
|---|---|---|
| | **Police Department** | **2020-23030** |
| | 60 Civic Center Plaza | |
| | Santa Ana CA, 92701 | |
| | **Crime Report** | |

| Case Type: | ROBBERY - PERSON |
|---|---|

## Incident Activity Summary:

| | |
|---|---|
| Offenses: | **211 PC - ROBBERY- USING OTHER DANGEROUS WEAPON(S)** |
| Offenses: | **422 PC - THREATEN CRIME WITH INTENT TO TERRORIZE** |
| Incident Date/Time: | Occurred: 11/01/2020 16:43:00 to 11/01/2020 16:43:00 |
| | Reported: 11/01/2020 16:43 |
| Location Occurred: | 1331 S LYON ST, Santa Ana, CA 92705 |
| Grid: Dist.: Southeast | Sidewalk |

## Factual Synopsis:

Unknown suspect robbed victim (push cart ice cream person), weapon was a piece of wood. Loss was 32 dollars. No injuries.

| | | |
|---|---|---|
| **Stolen/Recovered:** (Report-wide) | $32.00 / $0.00 | |
| Video of Incident Available? | NO | |

| | |
|---|---|
| **Person:** | **Tomas Najera** |
| Involvement: | **VICTIM** |
| | *211 PC - ROBBERY- USING OTHER DANGEROUS WEAPON(S)* |
| | *422 PC - THREATEN CRIME WITH INTENT TO TERRORIZE* |
| Person Note: | *Ice Cream push cart worker* |
| Description: | Male, Hispanic |
| DOB: | 12/21/1960 |
| Address/Resides: | 1500 E WARREN ST Apt.#74, Santa Ana, CA 92705 |
| Scars, Marks, Tattoos, Oddities: | |

| | |
|---|---|
| **Person:** | **Chanelle Torres** |
| Involvement: | **WITNESS** |
| Person Note: | *Driver of 2004 Toyota Corolla* |
| Description: | Female, Hispanic |
| DOB: | 10/21/2000 |
| Identification: | Driver License: |
| Address/Resides: | 614 N EASTSIDE Ave., Santa Ana, CA 92701 |
| Address/Associated: | |
| Contact Info: | Cell: (714) 724-0287 |
| Scars, Marks, Tattoos, Oddities: | |

| | |
|---|---|
| **Person:** | **unknown unknown** |
| Involvement: | **SUSPECT** |

D-000364

AUG/11/2021/WED 11:57 AM                    FAX No.                    P. 003/007

*Santa Ana PD 2020-23030*                                                                2 of 3

*211 PC - ROBBERY- USING OTHER DANGEROUS WEAPON(S)*
*422 PC - THREATEN CRIME WITH INTENT TO TERRORIZE*

| | |
|---|---|
| Person Note: | *Possible transient* |
| Description: | Male, Hispanic, 5'10" tall, 160 lbs, thin build short black hair, light brown complexion |
| Clothing: | Straw tan Mexican cowboy hat, unknown type shirt or unknown color, black jeans |
| Age: | Between 30 and 32 years old |
| Address/Resides: | Unknown |
| Scars, Marks, Tattoos, Oddities: | |

| | |
|---|---|
| **SAPD Personnel:** | **Lima, David 2373** |
| Involvement: | **Assisting** |
| **SAPD Personnel:** | **McCarthy, Michael 2722** |
| Involvement: | **Report Approver** |
| **SAPD Personnel:** | **Vergara, Ramiro 2999** |
| Involvement: | **Reporting** |

**Item 1)**    Involvement (STOLEN)

Qty. 32: MONEY / CASH, 32 U.S. dollars (1 twenty dollar bill and single 1 dollar bills) . $32,

**Narrative:** *Narrative*

D-000365

*Santa Ana PD 2020-23030*                                                              3 of 3

On 11/1/20 at 1643 hours I was working uniform patrol in a marked black and white police car. I was dispatched to the area of Wilshire and Lyon St. in reference a robbery investigation. Dispatch advised that the victim was a push cart ice cream man. The suspect took money by means of threats and fled on food.

The robbery took place within the last couple of minutes and the suspect was described as being in his 40's wearing a cowboy hat, blue windbreaker jacket, blue jeans.

Upon arrival I spoke with the victim (Najera) who told me the following: He works for La Michoacán Ice Cream Company. He was pushing his ice cream push cart northbound Lyon St. at Wilshire when the suspect walked north to south on the east sidewalk.

The suspect told him (Najera), "Give me everything you have if not I'll kill you!" Najera feared for his safety because now the suspect was holding a large piece of wood in his right hand. The piece of wood was about ten inches by 4 inches in size. The suspect held the wood up above his head as if preparing to strike him (Najera) over the head, Najera feared for his life and so he reached into his left front pants pocket. The suspect then stated, "Give me everything you got or I'll toss the cart."

Najera said he feared for his life so he handed the suspect the day's earnings, $32 dollars, and the suspect took the money with his right hand. The suspect walked south for a few feet before he jumped the front gate of 1331 S. Lyon St., and fled on foot.

Najera said he has interacted with the suspect on at least three other instances in the past few months. The suspect has harassed him (Najera) and typically takes product from the cart and refuses to pay for the merchandise. The las time he saw the suspect was about one month ago and the suspect took some chips from the cart and refused to pay.

Najera said he will be able to recognize the suspect if seen again but he could not remember what he was wearing during the robbery.

I spoke with the witness (Torres) who told me the following. She was driving northbound Lyon St. when she saw Najera being confronted by the suspect. The suspect was holding a piece of wood in his right hand and held it over his head in a physically threatening manner. She initially drove past the robbery but made an immediate u-turn at Wilshire and Lyon St.

She made another U-turn to the front of where Najera and the suspect. She pulled to the east side of the street. Torres grabbed her cell phone and was about to start recording when the suspect yelled at her in Spanish. However she could not understand what he was yelling because she does not speak Spanish. She was able to see the suspect was holding a wad of cash in his right hand as he ran off southbound Lyon St. along the east sidewalk. Torres said she will be able to recognize the suspect if seen again.

Torres described the suspect as male Hispanic about 40 years old, medium skin tone, and thin build. The suspect wore a straw Mexican cowboy hat, dark color wind breaker, and dark jeans.

I along with SGT. Lima conducted a thorough area check but we were met with negative results. There were no cameras in the immediate area.

I request this report be forwarded to investigations for any further follow up.

Officer R. Vergara #2999

Author: Vergara, Ramiro 2999 **BWC Activated**

D-000366

AUG/11/2021/WED 11:57 AM                          FAX No.                          P. 005/007

*Santa Ana PD 2020-23030*                                                                 1 of 3



| | **SANTA ANA** | **Case No.** |
|---|---|---|
| | **Police Department** | **2020-23030** |
| | 60 Civic Center Plaza | |
| | Santa Ana CA, 92701 | |
| | **Supplemental Report** | |

## Incident Activity Summary:

**Offenses:**        211 PC - ROBBERY- USING OTHER DANGEROUS WEAPON(S)

**Incident Date/Time:**    Occurred: 11/13/2020 20:00
**Location Occurred:**    62 Civic Center

## Factual Synopsis:

Suspect from a robbery was identified by the victim and subsequently arrested.

---

**Stolen/Recovered:** (Report-wide)        $0.00 / $0.00

| | |
|---|---|
| **Person:** | **Tomas Najera** |
| **Involvement:** | **VICTIM** |
| | *211 PC - ROBBERY- USING OTHER DANGEROUS WEAPON(S)* |
| | *422 PC - THREATEN CRIME WITH INTENT TO TERRORIZE* |
| **Description:** | Male, Hispanic |
| **DOB:** | 12/21/1960 |
| **Address/Resides:** | 1500 E WARREN ST Apt.# 74, Santa Ana, CA  92705 |
| **Contact Info:** | Cell: (714) 585-2922 |
| **Scars, Marks, Tattoos, Oddities:** | |

---

| | |
|---|---|
| **Person:** | **Officer Kylane Peterson, ID# 1374** |
| **Agency:** | **Tustin Police Department** |
| **Involvement:** | **CONTACT** |
| **Description:** | |
| **Identification:** | Driver License: |
| **Address/Resides:** | 300 Centennial Way, Tustin, CA  92780 |
| **Address/Associated:** | |
| **Contact Info:** | Work: (714) 573-3200 |
| **Scars, Marks, Tattoos, Oddities:** | |

---

| | |
|---|---|
| **Person:** | **Luis Manuel Garcia-Areas** |
| **Involvement:** | **ARRESTEE** |
| | *211 PC - ROBBERY- USING OTHER DANGEROUS WEAPON(S)* |
| | *422 PC - THREATEN CRIME WITH INTENT TO TERRORIZE* |
| **AKA/Alias/Nickname:** | AKA: Luis Manuel Garcia-Arias |
| **Description:** | Male, Hispanic, 5'10" tall, 170 lbs brown hair, brown eyes |
| **DOB:** | 9/30/1981 |
| **Identification:** | Driver License:        X5686132  (CA) |
| **Address/Resides:** | 1500 E WARREN ST Apt.# 148, Santa Ana, CA  92705 |

D-000367

*Santa Ana PD 2020-23030*

2 of 3

Scars, Marks, Tattoos, Oddities:

| SAPD Personnel: | Mikles, Dana 3491 |
|---|---|
| Involvement: | Assisting |
| SAPD Personnel: | Choi, John 3631 |
| Involvement: | Assisting |
| SAPD Personnel: | Solorio, Ernesto 3249 |
| Involvement: | Reporting |
| SAPD Personnel: | Prewett, David 3022 |
| Involvement: | Assisting |
| SAPD Personnel: | Lopez, Mario 3266 |
| Involvement: | Assisting |
| SAPD Personnel: | Angel, David 2962 |
| Involvement: | Report Approver |

Item 1)    Involvement (Evidence) Located by: Solorio, Ernesto 3249 On: 11/16/2020 15:55:00

Document, Photo line-up.,

### Narrative: *Narrative*

On November 1, 2020, at approximately 1643 hours, Tomas Najera was a victim of an armed robbery. Officer R. Vergara #2999 responded to the area of Wilshire Av. and Lyon St. where he interviewed Najera. Officer Vergara documented the incident under SAPD case number 2020-23030. Refer to his Crime Report for details of the preliminary investigation.

On November 13, 2020, at approximately 1900 hours, Officer D. Mikles #3491 contacted me and advised the Suspect, Arrestee-Luis Garcia-Areas, in this investigation was in custody. Per Officer Mikles, Najera had seen Garcia-Areas while in the City of Tustin. Najera contacted the Tustin Police Department who responded and detained Garcia-Areas. Najera positively identified Garcia-Areas as the same subject who had robbed him on November 1st in our city. The Tustin Police Department documented the identification process under CI #20-6666.

Officer Mikles and his partner Officer J. Choi #3631 responded to the City of Tustin where they took custody of Garcia-Areas and transported him to the Santa Ana Detention Facility for further processing. Officer Mikles informed me neither he nor his partner had spoken to Garcia-Areas about the robbery as he was a Spanish speaker.

At approximately 2132 hours, Detective D. Prewett #3022 and I responded to Najera's residence where I spoke to him about the robbery. My interview with Najera was in Spanish. Per the City of Santa Ana, I am a certified Spanish speaker.

In speaking with Najera, I learned he has seen Garcia-Areas over 100 times. Najera told me he had seen Garcia-Areas on a regular basis for approximately two years. Although he did not know him by name, he knew what Garcia-Areas looked like and was able to tell me he frequented Lyon St. and commonly hung out at the Home Depot located at Edinger Av. and Lyon St. in our city. Additionally, Najera informed me he knew Garcia-Areas nickname to be, "La Barredora" / "Street Sweeper".

Najera told me that in the past, Garcia-Areas had robbed him however, Najera had not reported the incident to Police as there were no independent witnesses or surveillance footage which showed the incident take place. Najera confirmed Garcia-Areas had been detained by the Tustin Police Department earlier in the day. On the day of the robbery, Garcia-Areas was armed with a stick and threatened to strike him.

D-000368

Santa Ana PD 2020-23030                                                                    3 of 3

Najera was desirous of prosecution against Garcia-Areas. This concluded my interview with Najera.

*My interview with Najera was recorded with my department issued body worn camera (BWC). For additional information please refer to my body worn camera footage. These recordings were later uploaded into the Santa Ana Police Department evidence system.*

At approximately 2225 hours, Detective Prewett and I responded to the Santa Ana Detention Facility where I spoke to Garcia-Areas. My interview with Garcia-Areas was in Spanish. I advised Garcia-Areas of his Miranda Rights by reading them off the Santa Ana Police Department Advisement of Rights form.

Under Miranda, Garcia-Areas denied being involved in the robbery. Garcia-Areas acknowledged people call him, "La Barredora" / "Street Sweeper". Per Garcia-Areas, those around him called him "Street Sweeper" after they found out he had done a job where he had to sweep up the street. Garcia-Areas told me he had not robbed Najera, when informed his name had been mentioned as the Suspect in this investigation, Garcia-Areas told me he believed it was another person who had been using his identity. I told Garcia-Areas they had physically seen him committing the robbery to which he replied by telling me it was someone else. This concluded my interview with Garcia-Areas.

*My interview with Garcia-Areas was recorded with my department issued body worn camera (BWC). For additional information please refer to my body worn camera footage. These recordings were later uploaded into the Santa Ana Police Department evidence system.*

On November 16, 2020, I created a photo line-up containing Garcia-Areas. The witness, Chanelle Torres, responded to the Santa Ana Police Department where Detective J. Garcia #3232 administered the photo line-up. Detective Garcia read Torres the Santa Ana Police Admonishment for Photo Lineup form verbatim. Torres stated she understood and signed a copy of the form. Detective Garcia provided Torres with the photo line-up. Torres was unable to identify anyone. The photo line-up process was recorded using my body worn camera.

I booked the signed admonishment form and photo line-up as evidence at the Santa Ana Police Department.

Based on the totality of the circumstances, Garcia-Areas robbed the victim. I recommend the District Attorney's Office review this report and charge Garcia-Areas with PC 211/212.5(c)-Robbery.

Detective E. Solorio #3249

CID/Robbery Unit

Author: Solorio, Ernesto 3249  BWC Activated

D-000369

# EXHIBIT 3



# Tustin Police Department

## Call For Service

Generated by 1256 on 3/13/2023

| | | | |
|---|---|---|---|
| Incident No.: | **0TU0045265** | Address: | **WILLIAMS / MCFADDEN** |
| Received: | **11/13/20 16:53:02** | Reference: | |
| Agency: | **P / AA    STA 31** | Cross: | |
| Beat: | **2** | Police Dist: | **215** |
| How Received: | **PP** | Fire Dist: | **215** |
| Priority: | **2** | Map Guide: | |
| Disposition: | **03** | Census: | **49** |
| | | Reporting Party: | **THOMAS NAJERA** |
| Dispatcher: | **1307** | Address: | **SPANISH SPEAKER** |
| CRO: | **1257** | Phone: | **7145852922** |

### Time:

| | Time: | Duration: | | Duration: |
|---|---|---|---|---|
| Received: | **16:53:02** | | | |
| Dispatch: | **16:54:31** | **00:01:29** | | |
| Enroute: | **16:57:57** | **00:03:26** | RC/AS: | **00:04:55** |
| At Scene: | **16:57:57** | **00:03:26** | DI/AS: | **00:03:26** |
| Close: | **17:54:14** | **00:56:17** | DI/CC: | **00:59:43** |

### 911:

| | | Uniques: |
|---|---|---|
| Reporting Party: | | |
| Phone: | | |
| Address: | | |
| City: | | |
| Class: | | |
| RP: | | |
| LAT/LON: | / | |

| Case No | Date & Time | User |
|---|---|---|
| CR2000006666TU | 11/13/20 17:44:57 | 1307 |

### Comments:

| Made By | Made At | Comment |
|---|---|---|
| 1307 | 11/13/20 17:44:57 | CASE NUMBER = CR-20-00006666 (TU) |
| 1257 | 11/13/20 16:53:02 | INCIDENT NUMBER:0TU0045265 |
| 1257 | 11/13/20 16:53:02 | RP IS A FOOD CART VENDOR - SAYS HE WAS 211'D 2 WEEKS AGO IN SANTA ANA AND SUSP WAS GOA AND SAPD WAS UTL (2023030, UNCONFIRMED W/ STA 31) - SAYS SUSP WAS L/S 5 AGO ON FOOT IN THE AREA |
| 1379 | 11/13/20 16:53:52 | MH 30-32 MEDIUM BLK HAT/GRY SWEATER/BLK SHORTS |
| 1379 | 11/13/20 16:54:44 | LS EB MCFADDEN ON FOOT |
| 1257 | 11/13/20 16:55:04 | RP SAYS THE 211 OCC'D 2 WEEKS AGO |
| 1191 | 11/13/20 16:55:21 | STA 3. |
| 1257 | 11/13/20 16:55:29 | AT THE TIME OF THE 211 RP WAS KNOCKED UNCONSCIOUS BY A LARGE BAG WITH UNK CONTENTS |
| 1191 | 11/13/20 16:55:49 | STA 31 CONFIRMING 211 PERSON, VIC IS ICE CEAM VENDOR, LOSS IS $20 |

**Page    1    of    4**



# Tustin Police Department

## Call For Service

Generated by 1256 on 3/13/2023

| 1191 | 11/13/20 16:56:26 | PER STA 31..SUSEPCT IN THERE 211 IS MH, 40S, COWBOY HAT, BLU WIDNBREAKER JKT, BJS |
| 1379 | 11/13/20 16:56:29 | RP WILL BE WAITING FOR OFFICERS AT 16471 MCFADDEN AVE |
| 1379 | 11/13/20 16:57:34 | RP DID NOT SEE ANY WPNS |
| 1307 | 11/13/20 16:59:20 | OUT WITH A POSS |
| 1307 | 11/13/20 17:11:13 | SUBJ IS FROM CR#20-6520 |
| 1307 | 11/13/20 17:11:34 | ^^ TPD CASE |
| 1257 | 11/13/20 17:18:41 | POSITIVE ID ON INFIELD |
| 1379 | 11/13/20 17:22:45 | 1039 W/ STA 31, THEY ARE GOING TO CHECK W/ THEIR W/C AND CALL US BACK |
| 1379 | 11/13/20 17:24:42 | QN,220   ,GARCIA ,LUIS MANUEL ,19800930 ,CA ,M |
| 1379 | 11/13/20 17:25:18 | QN,220   ,GARCIA ,LUIS MANUEL ,19800930 ,CA ,M |
| 1307 | 11/13/20 17:25:50 | UNK ASSOCIATION BTWEN THIS CALL AND TPD CASE NUMBER MENTIONED ABOVE |
| 1379 | 11/13/20 17:26:38 | QN,220   ,GARCIA ,LUIS MANUEL ,19820930 ,CA ,M |
| 1257 | 11/13/20 17:29:29 | STA 31 WILL 87 AT KING LIQ - UNK ETA BUT WILL DISPATCH SOON |
| 1379 | 11/13/20 17:30:26 | QN,220   ,GARCIA ,LUIS MANUEL ,19810930 ,CA ,M |
| 1307 | 11/13/20 17:32:03 | PHOTO IS A MATCH |
| 1379 | 11/13/20 17:32:27 | QN,220   ,GARCIAARIAS ,LUIS ,19810930 ,CA ,M |
| 1379 | 11/13/20 17:32:40 | QN,220   ,ARIASGARCIA ,LUIS ,19810930 ,CA ,M |
| 1379 | 11/13/20 17:32:59 | QN,220   ,GARCIAAREAS ,LUIS ,19810930 ,CA ,M |
| 1379 | 11/13/20 17:33:14 | QN,220   ,AREASGARCIA ,LUIS ,19810930 ,CA ,M |
| 1257 | 11/13/20 17:42:58 | STA 31 IS 97 |
| 1191 | 11/13/20 17:54:05 | STA 31 TOOK THE BODY |
| 1191 | 11/13/20 17:54:07 | SUPP TAKEN |
| 1191 | 11/13/20 17:54:14 | Closed dispo : ORIG REPORT TAKEN |
| 1191 | 11/13/20 17:54:14 | PETERSON |

### History

| Unit | Empl | Empl2 | Date & Time | CMD | Type | Location | User |
|------|------|-------|-------------|-----|------|----------|------|
|      |      |       | 11/13/20 16:53:02 | RC | 925 | WILLIAMS / MCFADDEN | 1257 |
| 721 | 1374 |       | 11/13/20 16:54:31 | DI | 925 | WILLIAMS / MCFADDEN | 1307 |
| 220 | 1343 |       | 11/13/20 16:54:31 | DI | 925 | WILLIAMS / MCFADDEN | 1307 |
|      |      |       | 11/13/20 16:54:55 | MR | 925 | RA: | 1257 |
|      |      |       | 11/13/20 16:57:22 | MR | 925 | RP: | 1379 |
|      |      |       | 11/13/20 16:57:22 | MR | 925 | PH: | 1379 |
| 222 | 1329 |       | 11/13/20 16:57:57 | AS | 925 | WILLIAMS / MCFADDEN | 1307 |



# Tustin Police Department

## Call For Service

Generated by 1256 on 3/13/2023

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 220 | 1343 | | 11/13/20 16:58:11 | UA | 925 | WILLIAMS / MCFADDEN | 1307 |
| 222 | 1329 | | 11/13/20 16:59:27 | SC | 925 | REAR OF KING LIQ | 1307 |
| 220 | 1343 | | 11/13/20 16:59:30 | SC | 925 | REAR OF KING LIQ | 1307 |
| S22 | 1186 | | 11/13/20 17:01:05 | AS | 925 | WILLIAMS / MCFADDEN | 1307 |
| S22 | 1186 | | 11/13/20 17:01:12 | SC | 925 | KING LIQ | 1307 |
| 221 | 1358 | | 11/13/20 17:01:49 | AS | 925 | WILLIAMS / MCFADDEN | 1307 |
| 221 | 1358 | | 11/13/20 17:01:54 | SC | 925 | KING LIQ | 1307 |
| 721 | 1374 | | 11/13/20 17:03:41 | UA | 925 | WILLIAMS / MCFADDEN | 1307 |
| 721 | 1374 | | 11/13/20 17:03:46 | SC | 925 | STATION LIQ | 1307 |
| 721 | 1374 | | 11/13/20 17:11:46 | SC | 925 | ENRT KING LIQ FOR INFEILD | 1307 |
| 721 | 1374 | | 11/13/20 17:15:27 | SC | 925 | KING LIQ W/ VIC | 1307 |
| 221 | 1358 | | 11/13/20 17:15:29 | CC | 925 | Dispo: | 1307 |
| 220 | 1343 | | 11/13/20 17:24:41 | QN | | GARCIA ,LUIS MANUEL ,19800930 ,CA ,M | 1379 |
| 220 | 1343 | | 11/13/20 17:25:17 | QN | | GARCIA ,LUIS MANUEL ,19800930 ,CA ,M | 1379 |
| 220 | 1343 | | 11/13/20 17:26:38 | QN | | GARCIA ,LUIS MANUEL ,19820930 ,CA ,M | 1379 |
| 220 | 1343 | | 11/13/20 17:30:26 | QN | | GARCIA ,LUIS MANUEL ,19810930 ,CA ,M | 1379 |
| 220 | 1343 | | 11/13/20 17:32:26 | QN | | GARCIAARIAS ,LUIS ,19810930 ,CA ,M | 1379 |
| 220 | 1343 | | 11/13/20 17:32:39 | QN | | ARIASGARCIA ,LUIS ,19810930 ,CA ,M | 1379 |
| 220 | 1343 | | 11/13/20 17:32:57 | QN | | GARCIAAREAS ,LUIS ,19810930 ,CA ,M | 1379 |
| 220 | 1343 | | 11/13/20 17:33:12 | QN | | AREASGARCIA ,LUIS ,19810930 ,CA ,M | 1379 |
| | | | 11/13/20 17:44:57 | GC | | CR2000006666TU | 1307 |
| 220 | 1343 | | 11/13/20 17:45:47 | CC | 925 | Dispo: | 1307 |
| S22 | 1186 | | 11/13/20 17:48:27 | CC | 925 | Dispo: | 1307 |



# Tustin Police Department

## Call For Service

Generated by 1256 on 3/13/2023

| 222 | 1329 | | 11/13/20 17:48:35 | CC | 925 | Dispo: | 1307 |
|-----|------|--|-------------------|----|-----|--------|------|
| 721 | 1374 | | 11/13/20 17:54:14 | CC | 925 | Dispo:03 | 1191 |
| | | | 11/13/20 17:54:14 | CC | 925 | Dispo:03 | 1191 |
| | | | 11/14/20 10:39:13 | MR | 925 | TY:925 | 1257 |
| | | | 11/14/20 10:39:13 | MR | AA | TY:SUSP PERSON | 1257 |

**EXHIBIT 4**



**Orange County District Attorney**

**Bureau of Investigation**

300 North Flower Street, Santa Ana CA 92701

(714) 834-3600

**TRANSCRIPT**

**Case No.**
21-002939

**Report No.**
SPL21-0027

SUBJECT:   GARCIAAREAS, LUIS MANUEL

CLASSIFICATION:   TUSTIN POLICE DEPARTMENT
OFFICER INVOLVED SHOOTING (FATAL)

INTERVIEW OF:   OFFICER ESTELA SILVA

DATE & TIME:   OCTOBER 21, 2021 at 1458 Hours

LOCATION:   Tustin Police City Hall

On Thursday, October 21, 2021, at approximately 1458 hours, I conducted a digital audio-recorded interview of Tustin Police Department Officer ESTELA SILVA. The interview took place at the Tustin City Hall Facility, located at 300 Centennial Way, Tustin, CA 92780.

The following individuals were present in the interview:

- MICHAEL SCHWARTZ, ATTORNEY, (REPRESENTING OFFICER SILVA).
- ERIC HAUG, Detective, TUSTIN POLICE DEPARTMENT
- TOBY BACA, SPECIAL AGENT, CALIFORNIA DEPARTMENT OF JUSTICE.

The following is a transcript of that interview:

LEGEND:   ...   Denotes pauses between words or phrases, incomplete sentences,

Stammering, etc. (Does not indicate missing words).

***   Denotes unintelligible conversation.

(SIC) Denotes precisely reproduced word.

[BEGINNING OF INTERVIEW]

TOTH:   Okay. Today's date is Thursday, October 21st, 2021. Time now is 2:58 PM. This interview is taking place at the Tustin City Hall facility and it will be related to Orange County DA's case number 21 dash 002939. My name is Investigator TOM TOTH, T-O-T-H and what I would like to have us do now is go around the room and, uh, introduce ourselves. Can you please spell your first and last name? And we will go ahead and start with you...

HAUG:   ***.

1 of 74

D-001137

Case No.
21-002939

**TRANSCRIPT**

Report No.
SPL21-0027

SILVA:      Yes, sir.

TOTH:       Okay.  Uh, what did you know about him?

SILVA:      Based on the prior contacts I've had with him, he's, uh, always been very confrontational.  Um, he is a transient, um, in the city, um, as well as the calls for service that I went for him, um, some of them were violent crimes that he was involved with.  Uh, s-, so those were what I was aware of him.

TOTH:       Okay.  So specifically can you let us know what you were aware of regarding his criminal history?

SILVA:      Uh, yes, sir.  Um, one of the calls for service I went to was, there, the reporting party was a victim of a robbery.  Um, he was a street vendor and was assaulted two weeks prior to calling TPD or Tustin Police Department, um, and he saw GARCIA and knew that was the person that assaulted him.  Um, so I conducted the pedes-, I did a patrol check, located GARCIA, um, contacted him, Santa Ana arrived and took the report and arrested GARCIA.

TOTH:       Okay.

SILVA:      Um, after that a few month-, I don't, I don't how long it was after that but I know earlier in the year, uh, before August, um, I did arrest him, um, for, uh, 245 warrant so assault warrant.  Um, and, uh, when I arrested him, same thing, he was verbally confrontational, um, and he, I did also arrest him for possession of methamphetamines on his person.

TOTH:       Okay.  Any other contacts that come to mind?

Page 20 of 74

D-001156

Case No.
21-002939

Report No.
SPL21-0027

**TRANSCRIPT**

SILVA:           Uh, one other one.  Um, I believe there was a reporting party who had seen GARCIA holding a knife or waving a knife in the air as well.  Um, when we contacted him he did not have the knife on his person.  Um, we did locate the knife in the area so he was not arrested at the time but the knife was taken.

TOTH:            Okay.  So with your training and experience would you say Mr. GARCIAAREAS was prone to violence?

SILVA:           Yes, sir.

TOTH:            Okay.  Uh, had he ever made any threats to you?

SILVA:           No.

TOTH:            Okay.  Were you aware of any threats he had made to anybody else?

SILVA:           Well, I-, s-, the, the Santa Ana arrest.  I mean, the, the victim, you know, I remember the note saying that he was knocked unconscious after, uh, the robbery.  Um, and, uh, that's well, you know?  He had a, I for-, I don't remember if he said anything to him but I just remember, uh, the note saying that he was knocked unconscious.

TOTH:            Okay.  And in your prior contacts with MR. GARCIAAREAS was he armed with anything?

SILVA:           Not that I remember.  No, sir.

TOTH:            Okay.  No weapons?

SILVA:           Not that I could remember.  Just the first one that stands out to me is the one where he was seen with the knife.  It wasn't on his person but it was near him.

Page 21 of 74

D-001157