Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com

Attorney for Defendant, ESTELLA SILVA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest; WENDY LOREN GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Wife) and KEVIN JOSUE GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Son), <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive, <br><br> Defendants. | Case No: 8:22-cv-00131- SPG- KES <br><br> Assigned to: <br> *District Judge Sherilyn Peace Garnett* <br> *Magistrate Judge Karen E. Scott* <br><br> Courtroom 5C, 5th Floor <br><br> **DEFENDANT'S NOTICE OF LODGING DEPOSITION TRANSCRIPTS FOR TRIAL** <br><br><br> <u>Trial</u> <br> Date: April 14, 2026 <br> Time: 8:30 a.m. |

-1-

**DEFENDANT'S NOTICE OF LODGING DEPOSITION TRANSCRIPTS FOR TRIAL**

Defendant ESTELLA SILVA hereby lodges the following deposition transcripts which will be lodged in Courtroom 5C on the first day of trial, on Tuesday, April 14, 2026:

1. Certified transcript of the Deposition of Camila Garcia, taken on Friday, April 7, 2023;

2. Certified transcript of the Deposition of Emily Garcia, taken on Friday, April 7, 2023;

3. Transcript of the Deposition of Wendy Galicia, taken on Tuesday, May 9, 2023;

4. Transcript of the Deposition of Kevin Galicia, taken on Tuesday, May 9, 2023;

5. Transcript of the Deposition of Roger Clark, taken on Monday, September 18, 2023; and

6. Transcript of the Deposition of Scott Defoe, taken on Friday, September 22, 2023.

DATED: April 9, 2026                          JONES MAYER

                                              By: /s/ *Bruce D. Praet*
                                                  Bruce D. Praet, Attorneys for
                                                  Defendants



**DEFENDANTS' NOTICE OF LODGING DEPOSITION TRANSCRIPTS FOR TRIAL**