LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
  *dalekgalipo@yahoo.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel:    (818) 347-3333
Fax:    (818) 347-4118

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF TUSTIN and ESTELLA SILVA,<br><br>        Defendants<br><br>(Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. CITY OF TUSTIN, et al.) | Case No: 8:22-cv-00131 SPG KES<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett*<br>*Magistrate Judge Karen E. Scott*<br><br>**THIRD AMENDED JOINT EXHIBIT LIST**<br><br><u>Pretrial Conference</u><br>Date: April 1, 2026<br>Time: 3:00 p.m.<br><br><u>Trial</u><br>Date: April 14, 2026<br>Time: 8:30 a.m. |

1

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | **PLAINTIFFS' EXHIBITS** | | |
| 1. | Body-Worn Camera Video of Officer Joshua Yuhas (202108091013_WFC1022387_127836891) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | 402 beyond 01:50, 403; slow-motion violates 20/20 hindsight | | |
| 2. | Clip of Yuhas Video (0:00:00 – 0:01:50) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | | | |
| 3. | Clip of Yuhas Video (0:00:00 – 0:01:50) (slow motion) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | Object to slow motion | | |
| 4. | Frame by frame of clip of Yuhas Video (0:00:00 – 0:01:50) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | Object to frame by frame | | |
| 5. | Clip of Yuhas Video (0:00:00 – 0:10:36) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | Object beyond 1:50; 402, 403 | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 6. | Screen Stills from the Body-Worn Camera Video of Officer Joshua Yuhas | Joshua Yuhas; Estela Silva; Stip. to Authenticity | Object to stills | | |
| 7. | Body-Worn Camera Video of Officer Hector Frias (202108091014_WFC1054309_60599453) | Hector Frias; Estela Silva; Stip. to Authenticity | 402 beyond 01:50, 403; slow-motion violates 20/20 hindsight | | |
| 8. | Clip of Frias BWC Video (0:00:19 – 0:01:43) | Hector Frias; Estela Silva; Stip. to Authenticity | | | |
| 9. | Clip of Frias BWC Video (0:0058 – 0:01:43) | Hector Frias; Estela Silva; Stip. to Authenticity | | | |
| 10. | Clip of Frias BWC Video (0:0058 – 0:01:43) (slow motion) | Hector Frias; Estela Silva; Stip. to Authenticity | Object to slow motion | | |

3

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 11. | Frame by frame of clip from Frias BWC Video (0:0058 –0:01:43) | Hector Frias; Estela Silva; Stip. to Authenticity | Object to frame by frame | | |
| 12. | Clip of Frias BWC Video (0:00:19 – 0:10:35) | Hector Frias; Estela Silva; Stip. to Authenticity | Object beyond 1:50; 402, 403 | | |
| 13. | Frias Dash Cam Video (202108091013_TU807_529298792) | Hector Frias; Estela Silva; Stip. to Authenticity | Object beyond 1:50 | | |
| 14. | Screen Stills from Officer Hector Frias' BWC Video (202108091014_WFC1054309_60599453) | Hector Frias; Estela Silva; Stip. to Authenticity | Object to stills | | |
| 15. | Screen Stills from Frias Dash Cam Video (202108091013_TU807_529298792) | Hector Frias; Estela Silva; Stip. to Authenticity | Object to stills | | |
| 16. | Body-Worn Camera Video of Officer Taylor Babb (202108091015_WFC1036096_154027338) | Taylor Babb; Estela Silva; | 402 beyond shots, 403 | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Stip. to Authenticity | | | |
| 17. | Clip of Babb Video (0:00:00 – 0:06:37) | Taylor Babb; Estela Silva; Stip. to Authenticity | Object beyond 1:50; 402, 403 | | |
| 18. | Clip of Babb Video (0:22:29 – 0:31:38) | Taylor Babb; Estela Silva; Stip. to Authenticity | Object beyond 1:50; 402, 403 | | |
| 19. | Screen Stills from the Body-Worn Camera Video of Officer Taylor Babb (202108091015_WFC1036096_154027338) | Taylor Babb; Estela Silva; Stip. to Authenticity | Object to stills | | |
| 20. | Scene Photographs D-000486, D-000487, D-000489, D-000525 | Estela Silva; Maribel Martielli; Investigator T. Toth; Stip. to Authenticity | | | |
| 21. | Hospital Photographs D-000615, D-000619, D-000622, D-000623, D- | Stip. to Authenticity; Kevin N. Leon | 402, 403, | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 000624 | | | | |
| 22. | Photographs of Yuhas' Taser<br><br>D-000658, D-000659 | Estela Silva; Joshua Yuhas; Maribel Martielli; Stip. to Authenticity | | | |
| 23. | Photographs of Officer Silva<br><br>D-000661, D-000662, D-000663, D-000664, D-000675 | Estela Silva; Maribel Martielli; Stip. to Authenticity | | | |
| 24. | Photograph of Silva's Firearm<br><br>D-000682 | Estela Silva; Maribel Martielli; Stip. to Authenticity | | | |
| 25. | Photograph of Silva's Taser<br><br>D-000696 | Estela Silva; Maribel Martielli; Stip. to Authenticity | | | |
| 26. | Autopsy Photos and Post-Embalming Photos<br><br>D-000780, D-000781, D-000783, D-000786, D-000825, D-000826, D-000827 | Stip. to Authenticity; Medical Examiner; OCDA | 402, 403 | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Investigator T. Toth | | | |
| 27. | Photographs of Wooden Stick<br><br>D-000912, D-000913, D-000918 | Stip. to Authenticity | | | |
| 28. | Photographs of Plaintiff C.G. and Decedent<br><br>P0001, P0003, P0004, P0006, P0008, P0009, P0010, P0012, P0014, P0016, P0020, P0021, P0023, P0024 | Emily Garcia; C.G. | 403 - Cumulative | | |
| 29. | Photographs of Plaintiff Emily Garcia and Decedent<br><br>P0025, P0027, P0034, P0035, P0036, P0038, P0039 | Emily Garcia; C.G. | 403 - Cumulative | | |
| 30. | Interview of Officer Silva – Audio<br><br>D-001213 | Estela Silva; OCDA Investigator T. Toth | | | |
| 31. | Interview of Officer Silva – Transcript<br><br>D-001137 – D001212 | Estela Silva; OCDA Investigator T. Toth | | | |
| 32. | Interview of Officer Yuhas – Audio<br><br>D-001134 | Joshua Yuhas; OCDA Investigator T. Toth | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 33. | Interview of Officer Yuhas – Transcript<br><br>D-001095-00113 | Joshua Yuhas; OCDA Investigator T. Toth | | | |
| 34. | Interview of Officer Frias – Audio<br><br>D-001092 | Hector Frias; OCDA Investigator T. Toth | | | |
| 35. | Interview of Officer Frias - Transcript<br><br>D-001038-001091 | Hector Frias; OCDA Investigator T. Toth | | | |
| 36. | Interview of Officer Babb – Audio<br><br>D-001035 | Taylor Babb; OCDA Investigator T. Toth | | | |
| 37. | Interview of Officer Babb – Transcript<br><br>D-001003-001034 | Taylor Babb; OCDA Investigator T. Toth | | | |
| 38. | Dispatch Tape (portions heard by Officer Silva)<br><br>D-000923 | Estela Silva | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 39. | Dispatch Tape (portions heard by Officer Silva) D-000924 | Estela Silva | | | |
| 40. | Dispatch Tape (portions heard by Officer Silva) D-000927 | Estela Silva | | | |
| 41. | Dispatch Tape (portions heard by Officer Silva) D-00928 | Estela Silva | | | |
| 42. | CAD Event Log (identification only) D-000001-000006 | Estela Silva; Taylor Babb; Joshua Yuhas; Hector Frias | | | |
| 43. | CAD Call Notes (identification only) D-000007 | Estela Silva; Taylor Babb; Joshua Yuhas; Hector Frias | | | |
| 44. | Transcription of Officer Yuhas' Body Worn Camera Video D-000038-000040 | Officer Yuhas; Tustin PD Detective Charles Carter | 402, parties will stip to certified translation | | |
| 45. | Tustin Police Department General Orders 418 - Mental Illness Response | Estela Silva | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | D-000436-000443 | | | | |
| 46. | Peace Officer Standards and Training ("POST") Learning Domain No. 20 (relevant portions) | Scott DeFoe | 801, hearsay | | |
| 47. | Lab Corp documentation of paternity for Plaintiff C.G. P0041 | Eric M. O'Neill, Ph.D. or other personnel at Laboratory Corporation of America, P.O. Box 2230 Burlington, NC 27216, 336-584-5171; Emily Garcia; C.G. | | | |
| 48. | Birth Certificate of Plaintiff Emily Garcia P0040 | Emily Garcia | | | |
| 49. | Autopsy Report (relevant portions) D-000958-000970 | Stip. to Authenticity; Medical Examiner | | | |
| 50. | Official Incident Report (Paramedic Records) from the | Jeffery Baca | 402, 403 | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Orange County Fire Authority | Clifford Blasi | | | |
| 51. | Statement of OC Paramedic Jeffery Baca – Audio<br><br>D-000994 | Jeffery Baca; OCDA Investigator T. Toth | 801 | | |
| 52. | Statement of OC Paramedic Jeffery Baca – Transcript | Jeffery Baca; OCDA Investigator T. Toth | 801 | | |
| 53. | Statement of Funeral Goods and Services | Garcia Plaintiffs | 402, 403 | | |
| 54. | Photographs of Decedent with the Galicia Plaintiffs<br><br>54-1, 54-2, 54-3, 54-4, 54-5, 54-6, 54-7, 54-8, 54-9<br><br>(9 photos, 1 PDF) | Galicia Plaintiffs | 402, 403 cumulative | | |
| 55. | Video of the wedding of Decedent and Wendy Galicia<br><br>55-1 Clip of wedding video 8:25-8:40<br><br>55-2 Clip of wedding video 19:00-20:00<br><br>55-3 Clip of wedding video 20:25-20:31<br><br>55-4 Clip of wedding video 30:19-30:29 | Wendy Galicia | 402, 403 cumulative | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 55-5 Clip of wedding video 34:37-34:47 | | | | |
| | 55-6 Clip of wedding video 41:02-41:26 | | | | |
| 56. | Certificate of marriage between Decedent and Plaintiff Wendy Galicia | Wendy Galicia | | | |
| 57. | Yuhas BWC Video with subscribed text (including subscription relating to pre-death pain and suffering) | | Defendants object to the subscription of audio after the shooting | | |
| | 58-199 reserved for Plaintiffs | | | | |
| **DEFENDANTS' ADDITIONAL EXHIBITS** | | | | | |
| 200 | Tustin PD report 21-2801 | Ofcr. Silva | 801 & 802 – Hearsay | | |
| 201 | Decedent's CII Rap sheet | | FRE 401, 402, 403, 801, 802 | | |
| 202 | Videos from the body-worn camera of Officer Peterson on 11/13/2020 | | FRE 401, 402, 403 | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 203 | Videos from the body-worn camera of Officer Caiza on 11/13/2020 | | FRE 401, 402, 403 | | |
| 204 | Body-Worn Camera Video of Officer Joshua Yuhas (202108091013_WFC1022387_127836891) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | | | |
| 205 | Screen Stills from the Body-Worn Camera Video of Officer Joshua Yuhas | Joshua Yuhas; Estela Silva; Stip. to Authenticity | | | |
| 206 | Toxicology Report | Vanessa Havro (or other lab technician) | FRE 401, 402, 403 | | |
| 207 | CAD Event Log D-0001-0006 | | | | |
| 208 | Dispatch audio recordings, D-00923-00941 | | Objection to portions not heard by Ofc. Silva | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 209 | Wooden stick held by Decedent | | Objection to any demonstrations with the stick | | |
| 210 | Photo of Ofcr. Silva, D-00675 | | | | |
| 211 | Frias ICC video, Stream One | | | | |
| 212 | Yuhas Video with Subscribed Audio in English | | Plaintiffs reserve the right to make objections after review of final video and further discussions between counsel | | |
| 213 | Wedding photo of decedent | | | | |
| 214 | Wedding photo of decedent and bride | | | | |
| 215 | Photo of decedent w/ Garcia girls produced on 4-7-23 | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 216 | TPD CAD report for 11-13-20 | | FRE 401, 402, 403, 801, 802 | | |
| 217 | SAPD report 2020-23030 | | FRE 401, 402, 403, 801, 802 | | |

//

DATED: April 9, 2026        **LAW OFFICES OF DALE K. GALIPO**

By:   */s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiffs* Emily Garcia and C.G.


DATED: April 9, 2026        **JESUS EDUARDO ARIAS ESQ., LL.M.**

By:   */s/ Jesus Eduardo Arias*
Jesus Eduardo Arias, Esq.
*Attorney for Plaintiffs* Wendy Lorena Galicia Ramirez and Kevin Josue Galicia Ramirez in related case No. 8:22-cv-01619-SPG-KES

//
//

DATED: April 9, 2026         **CARRILLO LAW FIRM, LLP**

By: _/s/ Michael S. Carrillo_

Luis A. Carrillo

Michael S. Carrillo

_Attorneys for Plaintiffs_ Emily Garcia and C.G.


DATED: April 9, 2026         **JONES-MAYER**


By: _/s/ Bruce D. Praet_

Bruce D. Praet

_Attorneys for City of Tustin and Estella Silva_

16