Luis A. Carrillo, Esq. (SBN 70398)
*Lac4justice@gmail.com*
Michael S. Carrillo, Esq. (SBN 258878)
*mc@carrillofirm.com*
**CARRILLO LAW FIRM, LLP**
1499 Huntington Dr., Ste. 402
South Pasadena, CA 91030
Tel: (626) 799-9375 / Fax: (626) 799-9380

Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,

Plaintiff(s),

vs.

CITY OF TUSTIN, ESTELA SILVA and DOES 1 through 10, Inclusive,

Defendant(s)

Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al.

Case No. 8:22-cv-00131-SPG-KES

Assigned to:
*District Judge Sherilyn Peace Garnett*
*Magistrate Judge Karen E. Scott*

**PLAINTIFFS' NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS**

PLAINTIFFS' NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS

**TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:**

**PLEASE TAKE NOTICE THAT** Plaintiffs shall lodge the following deposition transcripts on the first day of trial, April 14, 2026, in Courtroom 5C:

1. Original transcript of the Deposition of Taylor Babb, taken on May 22, 2023.

2. Original transcript of the Deposition of Robert Handy, taken on September 22, 2023.

3. Original transcript of the Deposition of Hector Frias, taken on May 22, 2023.

4. Certified transcript of the Deposition of Emily Garcia, taken on April 7, 2023.

5. Certified transcript of the Deposition of C.G., taken on April 7, 2023.

6. Certified transcript of the Deposition of Joshua Yuhas, taken on March 22, 2023.

7. Certified transcript of the Deposition of Estela Silva, taken on March 22, 2023.

8. Transcript of the Deposition of Scott DeFoe, taken on September 22, 2023.

9. Transcript of the Deposition of Roger Clark, taken on September 18, 2023.

DATED: April 13, 2026            **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiffs* Emily Garcia and C.G.

PLAINTIFFS' NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS