# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 22-00131-SPG-KES |
| Title: | Emily Garcia et al v. City of Tustin et al |

| | |
|---|---|
| Date | April 14, 2026 |

Present: The Honorable    SHERILYN PEACE GARNETT, U.S. DISTRICT JUDGE

| Patricia Gomez | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo<br>Rene Masonsong<br>Jose Miguel Flores<br>Jesus Arias | Bruce Praet |

_____ Day Court Trial    1    Day Jury Trial

_____ One day trial:  √ Begun (1ˢᵗ day);  √ Held & Continued;  _____ Completed by jury verdict/submitted to court.

√  The Jury is impaneled and sworn.

√  Opening statements made by _____

√  Witnesses called, sworn and testified.    √ Exhibits Identified    √ Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for _____    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by _____

_____ Motion to dismiss by _____    is _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____    is _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____    is _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

√  Case continued to    April 15, 2026 at 1:30 p.m.    for further trial/further jury deliberation.

_____ Other:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

|  | 5 | : | 30 |
|---|---|---|---|

Initials of Deputy Clerk    PG

cc: