Luis A. Carrillo, Esq. (SBN 70398)
*lac4justice@gmail.com*
Michael S. Carrillo, Esq. (SBN 258878)
*mc@carrillofirm.com*
**CARRILLO LAW FIRM, LLP**
1499 Huntington Dr., Ste. 402
South Pasadena, CA 91030
Tel: (626) 799-9375 / Fax: (626) 799-9380

Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

Attorneys for Plaintiffs Emily Garcia and C.G.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF TUSTIN, et al.,<br><br>          Defendants. | Consolidated Case No. 8:22-cv-00131-SPG-KES<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett*<br>*Magistrate Judge Karen E. Scott*<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' BRIEF RE: JURY INSTRUCTION ON VICARIOUS LIABILITY—LEGAL RELATIONSHIP NOT DISPUTED (CACI 3703)**<br><br>[Exhibits "A" - "K" *filed concurrently herewith*] |
| WENDY LORENA GALICIA RAMIREZ, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF TUSTIN, et al.<br><br>          Defendants. | |

-1-

## DECLARATION OF RENEE V. MASONGSONG

I, Renee V. Masongsong, hereby declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California.  I am one of the attorneys of record for Plaintiffs Emily Garcia and C.G. ("the Garcia Plaintiffs"). I make this declaration in support of Plaintiffs' Proposed Jury Instruction regarding Vicarious Liability. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.     Attached hereto as Exhibit "A" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Steffon Barber v. County of San Bernardino, et al.*, Case No. 5:22-cv-00625-KK-DTBx.

3.     Attached hereto as Exhibit "B" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Paola French, et al. v. City of Los Angeles, et al.*, Case No. 5:20-cv-00416-JGB-SPx.

4.     Attached hereto as Exhibit "C" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Francisco Hurtado v. State of California, et al.*, Case No. 2:19-cv-02343-DAD-ACx.

5.     Attached hereto as Exhibit "D" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Mickel Erick Lewis, Jr., et al. v. County of Kern, et al.*, Case No. 1:21-cv-00378-KES-CDBx.

6.     Attached hereto as Exhibit "E" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Tammy Murillo v. City of Los Angeles, et al.*, Case No. 2:21-cv-08738-FMO-AGRx.

7.     Attached hereto as Exhibit "F" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Jermaine Petit v. City of Los Angeles, et al.*, Case No. 2:23-cv-00789-ODW-PVCx.

DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' BRIEF RE: JURY INSTRUCTION ON VICARIOUS LIABILITY—LEGAL RELATIONSHIP NOT DISPUTED (CACI 3703)

8.      Attached hereto as Exhibit "G" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *V.R., et al. v. County of San Bernardino, et al.*, Case No. 5:19-cv-01023-JGB-SPx.

9.      Attached hereto as Exhibit "H" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Devonte Stephenson v. State of California, et al.*, Case No. 5:21-cv-00526-JACK-DTBx.

10.      Attached hereto as Exhibit "I" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Jennie Quan v. County of Los Angeles, et al.*, Case No. 2:24-cv-04805-MCS-KSx.

11.      Attached hereto as Exhibit "J" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Anyka Harris v. City of Tulare, et al.*, Tulare County Superior Court Case No. VCU299232. My understanding is that attorney Bruce Praet, defense counsel in the instant matter, represented the defendants in *Harris v. City of Tulare, et al.*, and the defendants in that case prevailed.

12.      Attached hereto as Exhibit "K" is a true and correct copy of the jury instruction on Vicarious Liability as given by the Court at trial in the matter of *Jennifer Landeros v. Samuel Schafer, et al.*, Eastern District Case No. 2:17-cv-02598-WBS-CKDx. My understanding is that attorney Bruce Praet, defense counsel in the instant matter, represented the defendants in *Jennifer Landeros v. Samuel Schafer, et al.*, and the defendants in that case prevailed.

I declare under penalty of perjury under that the foregoing that the foregoing is true and correct. Executed on April 16, 2026.

*/s/ Renee V. Masongsong*
Renee V. Masongsong

DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' BRIEF RE: JURY INSTRUCTION ON VICARIOUS LIABILITY—LEGAL RELATIONSHIP NOT DISPUTED (CACI 3703)