# EXHIBIT B



**FILED**
CLERK, U.S. DISTRICT COURT

**10/27/21**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MG_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| PAOLA FRENCH, et al., | Case No. EDCV20-00416-JGB(SPx) |
| Plaintiff, | |
| vs. | JURY INSTRUCTIONS |
| CITY OF LOS ANGELES., et al, | |
| Defendants | |

*20-416, Paola French, et al. v. City of Los Angeles, et al.*                    Jury Instructions

## JURY INSTRUCTION NO. 18

### Vicarious Liability – Introduction

The City of Los Angeles is responsible for harm caused by the wrongful conduct of Salvador Sanchez while acting within the scope of his employment as a peace officer.