# EXHIBIT C

**FILED**

MAR 19 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HURTADO, | **JURY INSTRUCTIONS GIVEN** |
| Plaintiff(s) | |
| v. | Case No.: 2:19-CV-02343-DAD-AC |
| STATE OF CALIFORNIA, | |
| ET AL. | |
| Defendant(s) | |

**INSTRUCTION NUMBER 20**

As to plaintiff Hurtado's battery and negligence claims, the State of California by and through the California Highway Patrol is responsible for harm caused by the wrongful conduct of its employees while acting within the scope of their employment. The parties have stipulated that defendant Yepez was acting within the scope of his employment with the State of California by and through the California Highway Patrol at the time of the incident.