# EXHIBIT D

Case 8:22-cv-00131-SPG-KES   Document 146-5   Filed 04/16/26   Page 2 of 4   Page
ID #:1479
Case 1:21-cv-00378-KES-CDB   Document 146   Filed 03/20/25   Page 1 of 54

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICKEL ERICK LEWIS JR, individually
and as successor-in-interest to MICKEL E.
LEWIS SR., ORIONA LEWIS, individually
and as successor-in-interest; and BRIONA
LEWIS, individually and as successor-in-
interest,

             Plaintiffs,

     v.

KERN COUNTY; Deputy JASON AYALA,

             Defendants.

R.L., M.L., and H.L., minors, by and through
guardian *ad litem* Roberta Haro, individually
and as successors in interest to Michel Lewis
Sr., deceased; A.W., a minor, by and through
her guardian *ad litem* Alisha White,
individually and as a successor in interest to
Michel Lewis Sr., deceased,

             Plaintiffs,

     v.

KERN COUNTY; Deputy JASON AYALA,

             Defendants.

No.  1:21-cv-00378-KES-CDB

JURY INSTRUCTIONS GIVEN

The attached Jury Instructions were read to the jury in open court by United States District Judge Kirk E. Sherriff in the above-entitled case.

Dated: 3/20/2025

KEITH HOLLAND, CLERK OF THE COURT

By: *Corina Lopez Amador*
C. Lopez Amador, Deputy Clerk

**JURY INSTRUCTION NO. 19**

As to plaintiffs' claims for battery, negligence and violation of the Bane Act, the County of Kern is responsible for harm caused by the wrongful conduct of defendant Jason Ayala while acting within the scope of his employment.

The parties have stipulated that Jason Ayala was acting within the scope of his employment with the County of Kern at the time of the incident.