# EXHIBIT F

**FILED**
CLERK, U.S. DISTRICT COURT

2/24/26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____SE_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| Jermaine Petit, | Case No. CV 23-00789-ODW (PVCx) |
| Plaintiff, | |
| v. | JURY INSTRUCTIONS |
| City of Los Angeles  et al., | |
| Defendant. | |

## <u>VICARIOUS LIABILITY—LEGAL RELATIONSHIP NOT DISPUTED</u>

This instruction applies only to Plaintiff's claims arising under California state law.

In this case, Daryl Glover and Brett Hayhoe are employees of the City of Los Angeles.

Because Daryl Glover and Brett Hayhoe were acting within the scope of their employment when the incident occurred, then the City of Los Angeles is responsible for any harm caused by Daryl Glover and/or Brett Hayhoe's wrongful conduct.

The parties have stipulated that Daryl Glover and Brett Hayhoe were acting within the scope of their employment during this incident.

JURY INSTRUCTIONS