# EXHIBIT G

**F I L E D**
CLERK, U.S. DISTRICT COURT

04/20/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ tc _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

|  |  |
|---|---|
| V.R., ET AL.<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF<br><br>SAN BERNARDINO, ET AL.<br><br>            Defendant | Case No. EDCV 19-01023-JGB(SPx)<br><br>JURY INSTRUCTIONS |

JURY INSTRUCTIONS - 1

*19-1023 V.R., et al. v. County of San Bernardino, et al.*                              Jury Instructions

## JURY INSTRUCTION NO. 25

### Vicarious Liability - Introduction

This instruction applies to Plaintiffs' state law claims.

The County of San Bernardino is responsible for harm caused by the wrongful conduct of Gary Wheeler and/or Thun Houn while acting within the scope of their employment and/or peace officer authority.  The parties have stipulated that Gary Wheeler and Thun Houn were acting within the scope of their employment with the County of San Bernardino.