# EXHIBIT I

FILED
CLERK, U.S. DISTRICT COURT

2/13/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JENNIE QUAN,

Plaintiff,

v.

COUNTY OF LOS ANGELES, et al.

Defendant.

Case No. 2:24-cv-04805-MCS-KS

**JURY INSTRUCTIONS**

///

1

## INSTRUCTION NO. 29

### Vicarious Liability—Introduction

As to the plaintiff's claims for battery, negligence and violation of the Bane Act, the County of Los Angeles is responsible for harm caused by the wrongful conduct of its employees while acting within the scope of their employment. The parties have stipulated that the Defendant Officers, Marisol Barajas and Hector Vazquez, were acting within the scope of their respective employment at the time of the incident.