# EXHIBIT J

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF TULARE

**FILED**
TULARE COUNTY SUPERIOR COURT
VISALIA DIVISION

**SEP 17 2024**

STEPHANIE CAMERON, CLERK
BY:

HARRIS                        )
                              )
        Plaintiff             )
                              )
    vs                        )        Case No.  VCV 299232
                              )
CITY OF TULARE                )
                              )
                              )
                              )

JURY INSTRUCTIONS

☒ GIVEN

(  ) REFUSED WITHDRAWN

BRET D. HILLMAN

**PLAINTIFFS' MODIFIED JURY INSTRUCTION NO. 31: CACI 3700 & 3703 –**

**VICARIOUS REPONSIBILITY, LEGAL RELATIONSHIP NOT DISPUTED**

An employer is responsible for harm caused by the wrongful conduct of its employees while acting within the scope of their employment.

In this case, Officer Clemente Clinton was the employee of the City of Tulare.

The parties have stipulated that Officer Clemente Clinton was acting within the scope of his employment when the incident occurred. Accordingly, the City of Tulare is responsible for any harm caused by Officer Clemente Clinton's wrongful conduct.

INSTRUCTION NUMBER 18