# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | SACV 22-00131-SPG-KES | Date | April 20, 2026 |
|---|---|---|---|
| Title: | Emily Garcia et al v. City of Tustin et al | | |

Present: The Honorable   SHERILYN PEACE GARNETT

| Patricia Gomez | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo<br>Rene Masonsong<br>Michael Carrillo<br>Jose Miguel Flores<br>Jesus Arias | Bruce Praet |

_____ Day Court Trial   5   Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   √ Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

√ Witnesses called, sworn and testified.   √ Exhibits Identified   √ Exhibits admitted.

√ Plaintiff(s) rest.   √ Defendant(s) rest.

_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.

_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.

_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.   _____ Polling waived.

_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.   _____ Briefs to be filed by _____

_____ Motion to dismiss by _____   is _____ granted.   _____ denied.   _____ submitted.

√ Motion for mistrial by _____   is _____ granted.   √ denied.   _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____   is _____ granted.   _____ denied.   _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

√ Case continued to   April 21, 2026 at 8:30 a.m.   for further trial/further jury deliberation.

√ Other:   Defendant makes oral motion under Rule 50. For reasons stated on the record the motion is denied.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

|  | 6 | : | 02 |
|---|---|---|---|
| Initials of Deputy Clerk | PG | | |

cc: