# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | SACV 22-00131-SPG-KES | Date | April 21, 2026 |
|---|---|---|---|
| Title: | Emily Garcia et al v. City of Tustin et al | | |

Present: The Honorable    SHERILYN PEACE GARNETT

| Patricia Gomez | Maria Bustillos AM / ECRO PM |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale Galipo<br>Rene Masonsong<br>Michael Carrillo<br>Jose Miguel Flores<br>Jesus Arias | Bruce Praet |

_____ Day Court Trial      6      Day Jury Trial

_____ One day trial: _____ Begun (1ˢᵗ day); _____ Held & Continued; √ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

_____ Witnesses called, sworn and testified.   _____ Exhibits Identified   _____ Exhibits admitted.

_____ Plaintiff(s) rest.   _____ Defendant(s) rest.

√ Closing arguments made by   √ plaintiff(s)   √ defendant(s).   √ Court instructs jury.

√ Bailiff(s) sworn.   √ Jury retires to deliberate.   _____ Jury resumes deliberations.

√ Jury Verdict in favor of   √ plaintiff(s)   _____ defendant(s) is read and filed.

√ Jury polled.   _____ Polling waived.

√ Filed Witness & Exhibit Lists   √ Filed jury notes.   √ Filed jury instructions.

_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.   _____ Briefs to be filed by _____

_____ Motion to dismiss by _____   is _____ granted.   _____ denied.   _____ submitted.

_____ Motion for mistrial by _____   is _____ granted.   _____ denied.   _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____   is _____ granted.   _____ denied.   _____ submitted.

_____ Settlement reached and placed on the record.

√ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

√ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for further trial/further jury deliberation.

_____ Other:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

|  | 3 | : | 48 |
|---|---|---|---|
| Initials of Deputy Clerk | PG | | |

cc: