FILED
CLERK, U.S. DISTRICT COURT

4-21-26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PG_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. SACV 22-00131-SPG

Title:    Emily Garcia et al v. City of Tustin

Date: 4/21/26

Time: 2:45 PM

## REDACTED

**JURY NOTE NUMBER** ____1____

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

____X____    THE JURY REQUESTS THE FOLLOWING:

Referring to Question 13 for damages, where/whom would the damages for pre-death pain and suffering and loss of life go to? Did Luis Garcia have a will?

DATE: 4/21/26    SIGNED: ███████████████

FOREPERSON OF THE JURY
"Signature redacted by the Court"