CLERK, U.S. DISTRICT COURT

4-21-2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PG_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  SACV 22-00131-SPG

Title:    Emily Garcia et al v. City of Tustin et al

Date: ___4/21/2026___

Time: ___3:10 pm___

## The Court's Response to Jury Note # __1__.

In response to your note # 1
You the Jury must make your decision
based on the evidence in the record
and should not speculate on where any
damages would go as it relates to
Question 13.

_____
Hon. Sherilyn Peace Garnett