FILED
CLERK, U.S. DISTRICT COURT

4-21-26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ PG _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. <u>SACV 22-00131-SPG</u>

Title:   <u>Emily Garcia et al v. City of Tustin</u>

Date: 4/21/26

Time: 3:40pm

# REDACTED

**JURY NOTE NUMBER** ___2___

___X___    THE JURY HAS REACHED A UNANIMOUS VERDICT

_____    THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

_____

DATE: 4/21/26          SIGNED: ███████████

FOREPERSON OF THE JURY
"Signature redacted by the Court"