FILED
CLERK, U.S. DISTRICT COURT

4-21-26

CENTRAL DISTRICT OF CALIFORNIA
BY:      PG          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA; and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>               Plaintiffs,<br><br>   v.<br><br>CITY OF TUSTIN; ESTELLA SILVA; and DOES 1 through 10, inclusive,<br><br>               Defendants.<br><br>Consolidated with WENDY LORENA GALICIA RAMIREZ, et al. v. CITY OF TUSTIN, et al. | Case No. 8:22-cv-00131-SPG-KES<br><br>**REDACTED**<br><br>VERDICT FORM |

-1-

We, the jury, in the above-entitled action, find the following special verdict on the requests presented to us:

## CLAIM ONE – SECTION 1983, UNREASONABLE SEIZURE

**QUESTION 1:** Have the Plaintiffs proven by a preponderance of the evidence that Tustin Police Officer Estela Silva made an unreasonable seizure of Luis Garcia?

____X____ Yes            _____ No

*If you answered "Yes" to Question 1, please answer Question 2.*
*If you answered "No" to Question 1, please proceed to Question 4.*

**QUESTION 2:** Have the Plaintiffs proven by a preponderance of the evidence that the unreasonable seizure by Tustin Police Officer Estela Silva was an actual cause of Luis Garcia's death?

____X____ Yes            _____ No

*If you answered "Yes" to Question 2, please answer Question 3.*
*If you answered "No" to Question 2, please proceed to Question 4.*

**QUESTION 3:**  Have the Defendants proven by a preponderance of the evidence that any reasonable officer with the same knowledge, circumstances, and facts as Officer Silva would have believed that Luis Garcia posed an immediate threat of serious bodily injury or death?

_____ Yes          __X__ No

*Please proceed to Question 4.*

## CLAIM TWO – BANE ACT

**QUESTION 4:** Have the Plaintiffs proven by a preponderance of the evidence that Tustin Police Officer Estela Silva violated the Bane Act by intending to violate or recklessly disregarding Luis Garcia's constitutional right to be free from excessive force?

_____X_____ Yes            _____ No

*If you answered "Yes" to Question 4, please answer Question 5.*
*If you answered "No" to Question 4, please proceed to Question 6.*

**QUESTION 5:** Have the Plaintiffs proven by a preponderance of the evidence that a violation of the Bane Act was a substantial factor in causing Luis Garcia harm?

_____X_____ Yes            _____ No

*Please proceed to Question 6.*

## CLAIM THREE – BATTERY

**QUESTION 6:** Have the Plaintiffs proven by a preponderance of the evidence that Tustin Police Officer Estela Silva committed a battery against Luis Garcia?

_____X_____ Yes                _____ No

*If you answered "Yes" to Question 6, please answer Question 7.*
*If you answered "No" to Question 6, please proceed to Question 8.*

**QUESTION 7:** Have the Plaintiffs proven by a preponderance of the evidence that a battery by Tustin Police Officer Estela Silva was a substantial factor in causing Luis Garcia's harm and/or death?

_____X_____ Yes                _____ No

*Please proceed to Question 8.*

# CLAIM FOUR – NEGLIGENCE

**QUESTION 8:** Have the Plaintiffs proven by a preponderance of the evidence that Tustin Police Officer Estela Silva was negligent in her use of deadly force against Luis Garcia?

_____X_____ Yes            _____ No

*If you answered "Yes" to Question 8, please answer Question 9.*
*If you answered "No" to Question 8, please proceed to Question 13.*

**QUESTION 9:** Have the Plaintiffs proven by a preponderance of the evidence that the negligence of Officer Silva was a substantial factor in causing Luis Garcia's harm and/or death?

_____X_____ Yes            _____ No

*If you answered "Yes" to Question 9, please answer Question 10.*
*If you answered "No" to Question 9, please proceed to Question 13.*

**QUESTION 10:** Have the Defendants proven by a preponderance of the evidence that Luis Garcia was negligent?

_____ Yes            _____X_____ No

*If you answered "Yes" to Question 10, please answer Question 11.*
*If you answered "No" to Question 10, please proceed to Question 13.*

**QUESTION 11:** Have the Defendants proven by a preponderance of the evidence that the negligence of Luis Garcia was a substantial factor in causing his death?

_____ Yes                    _____ No

*If you answered "Yes" to Question 11, please answer Question 12.*

*If you answered "No" to Question 11, please proceed to Question 13.*

**QUESTION 12:** What percentage of negligence that was a cause of Luis Garcia's death do you assign to Officer Silva, and what percentage of negligence that was a cause of Luis Garcia's death do you assign to Luis Garcia? (Your total should equal 100%).

Officer Silva            _____ %

Luis Garcia            _____ %

*Please proceed to Question 13.*

## DAMAGES

If you answered "Yes" to any of Questions 2, 5, 7, or 9, you have found Defendants liable on the associated claim. If you answered "No" to Questions 2, 5, 7, or 9, or if you answered "No" to Questions 1, 4, 6, or 8, you have found Defendants not liable on the associated claim.

**QUESTION 13:** What are Luis Garcia's damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering        $ 5,000,000

Loss of Life        $ 5,000,000

*Please proceed to Question 14.*

**QUESTION 14:** What wrongful death damages (past and future) do you award to the Plaintiffs?

Emily Garcia:        $ 2,000,000

Camila Garcia (C.G.):        $ 2,000,000

Wendy Galicia:        $ 1,000,000

Kevin Galicia:        $ 2,000,000

-8-

*Please sign and return this verdict form.*

Signed: ███████████████████            Dated: 4/21/26

*Jury Foreperson*
"Signature redacted by the Court"

-9-