NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT

4-21-26

CENTRAL DISTRICT OF CALIFORNIA
BY: ___pg___ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Emily Garcia et al | PLAINTIFF(S) | CASE NUMBER:<br>8:22-cv-00131-SPG-KES |
| v. | | |
| City of Tustin et al | DEFENDANT(S) | **RECEIPT FOR RELEASE OF EXHIBITS**<br>**TO COUNSEL UPON**<br>**VERDICT / JUDGMENT AT TRIAL /**<br>**AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the
_____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the
following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure
place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment
has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered.
Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and
within seventy-two (72) hours notice thereof.

April 21, 2026
Date

Counsel for: (Plaintiff)    Defendant

Garcia

Signature

818-347-3333
Telephone Number

_____
Date

Counsel for:    Plaintiff    (Defendant)

714 446-1400

Signature

Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Clerk, U.S. District Court

April 21, 2026
Date

By ___/s/ Patricia Gomez___
Deputy Clerk