FILED
CLERK, U.S. DISTRICT COURT

4-21-26

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PG_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,

    Plaintiffs,

  vs.

CITY OF TUSTIN and ESTELLA SILVA,

    Defendants

(Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. CITY OF TUSTIN, et al.)

Case No: 8:22-cv-00131 SPG KES

**JOINT EXHIBIT LIST**

1

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | **PLAINTIFFS' EXHIBITS** | | | |
| 1. | Body-Worn Camera Video of Officer Joshua Yuhas (202108091013_WFC1022387_127836891) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | 402 beyond 01:50, 403; slow-motion violates 20/20 hindsight | | |
| 2. | Clip of Yuhas Video (0:00:00 – 0:01:50) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | | 4/14/26 | 4/14/26 |
| 3. | Clip of Yuhas Video (0:00:00 – 0:01:50) (slow motion) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | Object to slow motion | | |
| 4. | Frame by frame of clip of Yuhas Video (0:00:00 – 0:01:50) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | Object to frame by frame | | |
| 5. | Clip of Yuhas Video (0:00:00 – 0:10:36) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | Object beyond 1:50; 402, 403 | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 6. | Screen Stills from the Body-Worn Camera Video of Officer Joshua Yuhas | Joshua Yuhas; Estela Silva; Stip. to Authenticity | Object to stills | 4/14/26 pg 1 4/15 pgs. 2,3,5, 6,8,9, 10, 11,12 | 4/14 pg.1 4/15 pgs. 2,3,5,6,8, 9,10,11, 12 |
| 7. | Body-Worn Camera Video of Officer Hector Frias (202108091014_WFC1054309_60599453) | Hector Frias; Estela Silva; Stip. to Authenticity | 402 beyond 01:50, 403; slow-motion violates 20/20 hindsight | 4/16 (1.48 min) | 4/16 (1:48) min |
| 8. | Clip of Frias BWC Video (0:00:19 – 0:01:43) | Hector Frias; Estela Silva; Stip. to Authenticity | | | |
| 9. | Clip of Frias BWC Video (0:0058 – 0:01:43) | Hector Frias; Estela Silva; Stip. to Authenticity | | 4/20 | 4/20 |
| 10. | Clip of Frias BWC Video (0:0058 – 0:01:43) (slow motion) | Hector Frias; Estela Silva; Stip. to Authenticity | Object to slow motion | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 11. | Frame by frame of clip from Frias BWC Video (0:0058 –0:01:43) | Hector Frias; Estela Silva; Stip. to Authenticity | Object to frame by frame | | |
| 12. | Clip of Frias BWC Video (0:00:19 – 0:10:35) | Hector Frias; Estela Silva; Stip. to Authenticity | Object beyond 1:50; 402, 403 | | |
| 13. | Frias Dash Cam Video (202108091013_TU807_529298792) | Hector Frias; Estela Silva; Stip. to Authenticity | Object beyond 1:50 | 4/16 | 4/16 as modified (1.52) |
| 14. | Screen Stills from Officer Hector Frias' BWC Video (202108091014_WFC1054309_60599453) | Hector Frias; Estela Silva; Stip. to Authenticity | Object to stills | 4/15 pgs. 3,4,and 5, 6 | 4/15 pgs. 3,4,and 5, 6 |
| 15. | Screen Stills from Frias Dash Cam Video (202108091013_TU807_529298792) | Hector Frias; Estela Silva; Stip. to Authenticity | Object to stills | 4/15 pgs. 3, 4 8, 9, 10, 11 | 4/15 pgs. 3, 4 8, 9, 10, 11 |
| 16. | Body-Worn Camera Video of Officer Taylor Babb (202108091015_WFC1036096_154027338) | Taylor Babb; Estela Silva; | 402 beyond shots, 403 | | |

4

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Stip. to Authenticity | | | |
| 17. | Clip of Babb Video (0:00:00 – 0:06:37) | Taylor Babb; Estela Silva; Stip. to Authenticity | Object beyond 1:50; 402, 403 | | |
| 18. | Clip of Babb Video (0:22:29 – 0:31:38) | Taylor Babb; Estela Silva; Stip. to Authenticity | Object beyond 1:50; 402, 403 | 4/16 | 4/16 subject to excerpts (first 3 min.) |
| 19. | Screen Stills from the Body-Worn Camera Video of Officer Taylor Babb (202108091015_WFC1036096_154027338) | Taylor Babb; Estela Silva; Stip. to Authenticity | Object to stills | | |
| 20. | Scene Photographs D-000486, D-000487, D-000489, D-000525 | Estela Silva; Maribel Martielli; Investigator T. Toth; Stip. to Authenticity | | 4/14/26 Pgs. 1, 3, 2 | 4/14/26 Pgs. 1, 3, 2 |
| 21. | Hospital Photographs D-000615, D-000619, D-000622, D-000623, D- | Stip. to Authenticity; Kevin N. Leon | 402, 403, | | |

5

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 000624 | | | | |
| 22. | Photographs of Yuhas' Taser<br><br>D-000658, D-000659 | Estela Silva; Joshua Yuhas; Maribel Martielli; Stip. to Authenticity | | 4/16 pg.1 | 4/16 pg.1 |
| 23. | Photographs of Officer Silva<br><br>D-000661, D-000662, D-000663, D-000664, D-000675 | Estela Silva; Maribel Martielli; Stip. to Authenticity | | 4/14 pg.5<br><br>4/15 pgs. 2, 3, 4, | 4/14 pg.5<br><br>4/15 pgs. 2, 3, 4 |
| 24. | Photograph of Silva's Firearm<br><br>D-000682 | Estela Silva; Maribel Martielli; Stip. to Authenticity | | 4/15/26 | 4/15/26 |
| 25. | Photograph of Silva's Taser<br><br>D-000696 | Estela Silva; Maribel Martielli; Stip. to Authenticity | | 4/15/26 | 4/15/26 |
| 26. | Autopsy Photos and Post-Embalming Photos<br><br>D-000780, D-000781, D-000783, D-000786, D-000825, D-000826, D-000827 | Stip. to Authenticity; Medical Examiner; OCDA | 402, 403 | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | Investigator T. Toth | | | |
| 27. | Photographs of Wooden Stick D-000912, D-000913, D-000918 | Stip. to Authenticity | | 4/15 pg. 3 | 4/15 pg. 3 |
| 28. | Photographs of Plaintiff C.G. and Decedent P0001, P0003, P0004, P0006, P0008, P0009, P0010, P0012, P0014, P0016, P0020, P0021, P0023, P0024 | Emily Garcia; C.G. | 403 - Cumulative | 4/16 pgs.1, 2, 13, 10, 6 | 4/16 pgs.1, 2, 13, 10,6 |
| 29. | Photographs of Plaintiff Emily Garcia and Decedent P0025, P0027, P0034, P0035, P0036, P0038, P0039 | Emily Garcia; C.G. | 403 - Cumulative | 4/16 pgs. 3,5 | 4/16 pgs. 3, 5 |
| 30. | Interview of Officer Silva – Audio D-001213 | Estela Silva; OCDA Investigator T. Toth | | | |
| 31. | Interview of Officer Silva – Transcript D-001137 – D001212 | Estela Silva; OCDA Investigator T. Toth | | | |
| 32. | Interview of Officer Yuhas – Audio D-001134 | Joshua Yuhas; OCDA Investigator T. Toth | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 33. | Interview of Officer Yuhas – Transcript  D-001095-00113 | Joshua Yuhas; OCDA Investigator T. Toth | | | |
| 34. | Interview of Officer Frias – Audio  D-001092 | Hector Frias; OCDA Investigator T. Toth | | | |
| 35. | Interview of Officer Frias - Transcript  D-001038-001091 | Hector Frias; OCDA Investigator T. Toth | | | |
| 36. | Interview of Officer Babb – Audio  D-001035 | Taylor Babb; OCDA Investigator T. Toth | | | |
| 37. | Interview of Officer Babb – Transcript  D-001003-001034 | Taylor Babb; OCDA Investigator T. Toth | | | |
| 38. | Dispatch Tape (portions heard by Officer Silva)  D-000923 | Estela Silva | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 39. | Dispatch Tape (portions heard by Officer Silva) D-000924 | Estela Silva | | | |
| 40. | Dispatch Tape (portions heard by Officer Silva) D-000927 | Estela Silva | | | |
| 41. | Dispatch Tape (portions heard by Officer Silva) D-00928 | Estela Silva | | | |
| 42. | CAD Event Log (identification only) D-000001-000006 | Estela Silva; Taylor Babb; Joshua Yuhas; Hector Frias | | | |
| 43. | CAD Call Notes (identification only) D-000007 | Estela Silva; Taylor Babb; Joshua Yuhas; Hector Frias | | | |
| 44. | Transcription of Officer Yuhas' Body Worn Camera Video D-000038-000040 | Officer Yuhas; Tustin PD Detective Charles Carter | 402, parties will stip to certified translation | | |
| 45. | Tustin Police Department General Orders 418 - Mental Illness Response | Estela Silva | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | D-000436-000443 | | | | |
| 46. | Peace Officer Standards and Training ("POST") Learning Domain No. 20 (relevant portions) | Scott DeFoe | 801, hearsay | | |
| 47. | Lab Corp documentation of paternity for Plaintiff C.G. P0041 | Eric M. O'Neill, Ph.D. or other personnel at Laboratory Corporation of America, P.O. Box 2230 Burlington, NC 27216, 336-584-5171; Emily Garcia; C.G. | | | |
| 48. | Birth Certificate of Plaintiff Emily Garcia P0040 | Emily Garcia | | | |
| 49. | Autopsy Report (relevant portions) D-000958-000970 | Stip. to Authenticity; Medical Examiner | | 4/20 pg.s 1-9 | 4/20 pgs. 1-9 (9 diagram) |
| 50. | Official Incident Report (Paramedic Records) from the | Jeffery Baca | 402, 403 | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Orange County Fire Authority | Clifford Blasi | | | |
| 51. | Statement of OC Paramedic Jeffery Baca – Audio D-000994 | Jeffery Baca; OCDA Investigator T. Toth | 801 | | |
| 52. | Statement of OC Paramedic Jeffery Baca – Transcript | Jeffery Baca; OCDA Investigator T. Toth | 801 | | |
| 53. | Statement of Funeral Goods and Services | Garcia Plaintiffs | 402, 403 | | |
| 54. | Photographs of Decedent with the Galicia Plaintiffs 54-1, 54-2, 54-3, 54-4, 54-5, 54-6, 54-7, 54-8, 54-9 (9 photos, 1 PDF) | Galicia Plaintiffs | 402, 403 cumulative | 4/17 1, 2,3,4 | 4/17 1, 2,3,4 |
| 55. | Video of the wedding of Decedent and Wendy Galicia 55-1 Clip of wedding video 8:25-8:40 55-2 Clip of wedding video 19:00-20:00 55-3 Clip of wedding video 20:25-20:31 55-4 Clip of wedding video 30:19-30:29 | Wendy Galicia | 402, 403 cumulative | 4/17 (video clip 1 and 2) | 4/17 (video clip 1 and 2) |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 55-5 Clip of wedding video 34:37-34:47 | | | | |
| | 55-6 Clip of wedding video 41:02-41:26 | | | | |
| 56. | Certificate of marriage between Decedent and Plaintiff Wendy Galicia | Wendy Galicia | | | |
| 57. | Yuhas BWC Video with subscribed text (including subscription relating to pre-death pain and suffering) | | Defendants object to the subscription of audio after the shooting | 4/16 | 4/16 as modified |
| | 58-199 reserved for Plaintiffs | | | | |
| **DEFENDANTS' ADDITIONAL EXHIBITS** | | | | | |
| 200 | Tustin PD report 21-2801 | Ofcr. Silva | 801 & 802 – Hearsay | | |
| 201 | Decedent's CII Rap sheet | | FRE 401, 402, 403, 801, 802 | | |
| 202 | Videos from the body-worn camera of Officer Peterson on 11/13/2020 | | FRE 401, 402, 403 | | |

12

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 203 | Videos from the body-worn camera of Officer Caiza on 11/13/2020 | | FRE 401, 402, 403 | | |
| 204 | Body-Worn Camera Video of Officer Joshua Yuhas (202108091013_WFC1022387_127836891) | Joshua Yuhas; Estela Silva; Stip. to Authenticity | | | |
| 205 | Screen Stills from the Body-Worn Camera Video of Officer Joshua Yuhas | Joshua Yuhas; Estela Silva; Stip. to Authenticity | | 4/15 A , B | 4/15 A, B |
| 206 | Toxicology Report | Vanessa Havro (or other lab technician) | FRE 401, 402, 403 | | |
| 207 | CAD Event Log D-0001-0006 | | | | |
| 208 | Dispatch audio recordings, D-00923-00941 | | Objection to portions not heard by Ofc. Silva | | |

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 209 | Wooden stick held by Decedent | | Objection to any demonstrations with the stick | 4/15 | |
| 210 | Photo of Ofcr. Silva, D-00675 | | | | |
| 211 | Frias ICC video, Stream One | | | 4/15/26 | 4/15/26 |
| 212 | Yuhas Video with Subscribed Audio in English | | Plaintiffs reserve the right to make objections after review of final video and further discussions between counsel | 4/15/26 | 4/15/26 |
| 213 | Wedding photo of decedent | | | 4/17/26 | 4/17/26 |
| 214 | Wedding photo of decedent and bride | | | | |
| 215 | Photo of decedent w/ Garcia girls produced on 4-7-23 | | | 4/17 | 4/17 |

14

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 216 | TPD CAD report for 11-13-20 | | FRE 401, 402, 403, 801, 802 | | |
| 217 | SAPD report 2020-23030 | | FRE 401, 402, 403, 801, 802 | | |