# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors-in-interest,

Plaintiffs,

vs.

CITY OF TUSTIN, ESTELA SILVA,

Defendants

Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al.

Case No. 8:22-cv-00131-SPG-KES

Assigned to:
*District Judge Sherilyn Peace Garnett*
*Magistrate Judge Karen E. Scott*

**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENDED BRIEFING SCHEDULE ON THE PARTIES' ANTICIPATED POST-TRIAL MOTIONS**

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENDED BRIEFING SCHEDULE ON THE PARTIES' ANTICIPATED POST-TRIAL MOTIONS

Having reviewed the Parties' Joint Stipulation, and good cause having been shown, it is hereby ordered that the dates for the briefing on the post-trial motions shall be continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| • Last day for Plaintiffs to file Attorneys' Fee Motion and Application to Tax Costs | Two weeks after this Court's entry of Judgment | Four weeks after this Court's entry of Judgment |
| • Last day for Defendants to file renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a) | 28 days after this Court's entry of Judgment. FRCP 50(b); FRCP 59(b) | Four weeks after this Court's entry of Judgment |
| • Last day for Defendants to file Opposition to Plaintiffs' Attorneys' Fee Motion and Application to Tax Costs;<br>• Last day for Plaintiffs to file oppositions to Defendants' renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a) | 21 days before the hearing | Four weeks after motions/applications are filed |
| • Last day for Plaintiffs to file reply in support of Plaintiffs' Attorneys' Fee Motion and Application to Tax Costs; Last day for Defendants to file reply in support of Defendants' renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a | 14 days before the hearing | 14 days after oppositions are filed |

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENDED BRIEFING SCHEDULE ON THE PARTIES' ANTICIPATED POST-TRIAL MOTIONS

| new trial pursuant to Rule 59(a). | | |
|---|---|---|
| • Hearing date on Plaintiffs' Attorneys' Fee Motion and Application to Tax Costs; Defendants' renewed motion for judgment as a matter of law pursuant to Rule 50(b) and motion for a new trial pursuant to Rule 59(a). | 28 days after moving papers are filed | 1:30 p.m. on the first Wednesday 14 days after the replies are filed |

IT IS SO ORDERED.

DATED:                                    UNITED STATES DISTRICT COURT

_____
Hon. Sherilyn Peace Garnett

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENDED BRIEFING SCHEDULE ON THE PARTIES' ANTICIPATED POST-TRIAL MOTIONS