Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com

Attorney for Defendant Officer Estella Silva

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest; WENDY LOREN GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Wife) and KEVIN JOSUE GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Son),<br><br>                 Plaintiffs,<br><br>        v.<br><br>CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive,<br><br>                 Defendants. | **NOTICE OF LODGING DRIVE CONTAINING EXHIBITS IN THE EVIDENTIARY APPENDIX RE DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL** |

-1-

**DEFENDANT'S NOTICE OF LODGING EXHIBITS "1", "2", "3", AND "4"**

JM
JONES MAYER
LAW

**TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant Estella Silva hereby lodges one flash drive containing Exhibits "1", "2", "3", and "4" in the Evidentiary Index in support of Defendant's Motion for Judgment as a Matter of Law and New Trial:

**Exhibit 1 -Reporter's Transcripts of Jury Trial Proceedings**

1. Volume One - Tuesday, April 14, 2026

2. Volume Two – Wednesday, April 15, 2026

3. Volume Three – Thursday, April 16, 2026

4. Volume Four – Friday, April 17, 2026

5. Volume Five – Monday, April 20, 2026

6. Volume Six - Tuesday, April 21, 2026

**Exhibit 2**

7. Trial Exhibit 205B- Officer Garcia Screenshot

**Exhibit 3**

8. Trial Exhibit 212- Officer Yuhas Body Worn Camera Footage Subscripted

**Exhibit 4**

9. California Department of Justice Report into Death of Luis Garica-Arias, on August 9, 2021

DATED: June 2, 2026                    JONES MAYER

                    By: /s/Bruce D. Praet
                        Bruce D. Praet, Attorneys for
                        Defendant Estella Silva

**DEFENDANT'S NOTICE OF LODGING EXHIBITS "1", "2", "3" AND "4"**

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Dawn Burneff, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action.  My business address is 3777 North Harbor Boulevard, Fullerton, California 92705-7101.

On June 3, 2026, I served the foregoing **NOTICE OF LODGING DRIVE CONTAINING EXHIBITS IN THE EVIDENTIARY APPENDIX RE DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Dale K. Galipo<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Ste. 310<br>Woodland Hills, CA 91367<br>818.347.3333 telephone<br>818.347.4118 facsimile<br>dalekgalipo@yahoo.com<br><br>*Attorneys for Plaintiffs Emily Garcia and C.G.* | Jesus Eduardo Arias, Esq.<br>18000 Studebaker Rd., Ste. 700<br>Cerritos, CA 90703<br>jearias@jesuseduardoarias.com<br><br><br><br>*Attorneys for Plaintiffs Wendy Lorena Galicia Ramirez, and Kevin Josue Galicia Ramirez* |

XXX       (By Mail)  I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX       (Federal)  I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 3, 2026, at Santa Ana, California.


*/S/ Dawn Burneff*
Dawn Burneff

**DEFENDANT'S NOTICE OF LODGING EXHIBITS "1", "2", "3" AND "4"**