# EXHIBIT A

opbox › Case Files › Garcia, Emily v. City of Tustin › 7.18.2022 Plaintiffs' Discovery Responses

| Name | Date modified |
|---|---|
| 2022.07.18 - C.G.'s responses to City's Interrogatories, Set 1 | 7/18/2022 4:21 PM |
| 2022.07.18 - C.G.'s responses to City's RFP, Set 1 | 7/18/2022 4:22 PM |
| 2022.07.18 - Emily Garcia's responses to City's Interrogatories, Set 1 | 7/18/2022 4:22 PM |
| 2022.07.18 - Emily Garcia's responses to City's RFP, Set 1 | 7/18/2022 4:23 PM |
| P0001-0024 (Photos of C.G. & Decedent) | 7/18/2022 4:24 PM |
| P0025-0039 (Photos of E.G. & Decedent) | 7/18/2022 4:24 PM |

**Print** ⌄

Postage Wizard

**Stamps**

Envelopes

Packages

International

Orders

History

Reports

Contacts

Supplies

Account

Learning Center

**Balance**

$7.65½

**Add Funds**

**Postage Details**          Rate based on origin 91367

○ I want to specify the value for each stamp.

Mail Class    First-Class Mail

Amount                    🌐 Intl

● I want the value for each stamp to be calculated.

Mailpiece   📁 Large Envelopes & Flats

Weight    0 ▲▼ lbs.  10.0 ▲▼ oz.  Weigh ☐ Auto

Mail Class

| Class | ETA | Cost |
|---|---|---|
| ● First-Class Mail | 1-3 days | $3.36 |
| ○ Priority Mail | 1-3 days | $8.70 to $19.40 |
| ○ Priority Mail Express | 1-2 days | $27.40 to $66.30 |
| ○ Media Mail | N/A | N/A |

Dimensions  Not required for this mailing

Dest ZIP

Add'l Options  Select                    $0.00

**Cost per Stamp**    $3.36

Cost Code  ✎       **Total Cost:** $6.72

**Print Details**

Serial Number  B49299

Print Quantity  2 ▲▼  ☐ Print all

NetStamps® Labels (SDC-1002)

🔘 Group  ⊖ Group  📄 Preview

Requires: 1 Sheet

Print Postage   Print Sample   Reprint

NetStamps® Software   Current User: Davegalipo



 4:49 PM 7/18/2022 26

**RAPID LEGAL INC.**
15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Law Offices of Dale K. Galipo | Law Offices of Dale K. Galipo | **INVOICE #** 6383213 |
| 21800 Burbank Blvd 310 | 21800 Burbank Blvd 310 | **DATE** 09/07/2022 |
| Woodland Hills, CA 91367 | Woodland Hills, CA 91367 | |
| Attn: Alejandro Monguia | Attn: Alejandro Monguia | **TERMS** Due on receipt |
| Billing Code: Garcia v. Tustin | Billing Code: Garcia v. Tustin | |

**ACCOUNT #**
146308

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 09/06/2022 | Standard Urban Area Personally Served/Agent, 09/06/2022, Cadence Arzuman, Paralegal Authorized To Accept Service PARTY TO SERVE: Orange County District Attorney's Office 300 N Flower St, Santa Ana, CA 92703 Federal Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action | 1 | 80.00 |
| 09/06/2022 | Payment Processing Fee (formerly Convenience Fees) | 1 | 2.80 |

BILLING CODE: Garcia v. Tustin
CASE #: 822-cv-00131-DOC-KES
CASE NAME: Garcia, Emily v. City of Tustin

| PAYMENT | 82.80 |
|---|---|
| BALANCE DUE | **$0.00** |

If you have questions about this invoice, please email Accounts Receivable at
accountsreceivable@rapidlegal.com or call 909-664-9565
Thank you for choosing Rapid Legal for your legal services needs

**RAPID LEGAL INC.**
15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Law Offices of Dale K. Galipo | Law Offices of Dale K. Galipo | **INVOICE #** 6383479 |
| 21800 Burbank Blvd 310 | 21800 Burbank Blvd 310 | **DATE** 09/08/2022 |
| Woodland Hills, CA 91367 | Woodland Hills, CA 91367 | |
| Attn: Alejandro Monguia | Attn: Alejandro Monguia | **TERMS** Due on receipt |
| Billing Code: Garcia v. Tustin | Billing Code: Garcia v. Tustin | |

**ACCOUNT #**
146308

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 09/07/2022 | Standard Urban Area<br>Personally Served/Agent, 09/07/2022, John Doe - Max M., Would Only Provide Last Name Initial, City Clerk<br>PARTY TO SERVE: Office Of The Attorney General For The State Of California<br>300 S Spring St, Los Angeles, CA 90013<br>Federal Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action | 1 | 80.00 |
| 09/07/2022 | Payment Processing Fee (formerly Convenience Fees) | 1 | 2.80 |

BILLING CODE: Garcia v. Tustin
CASE #: 822-cv-00131-DOC-KES
CASE NAME: Garcia, Emily v. City of Tustin

**BALANCE DUE** **$82.80**

If you have questions about this invoice, please email Accounts Receivable at
accountsreceivable@rapidlegal.com or call 909-664-9565
Thank you for choosing Rapid Legal for your legal services needs

# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED TOTAL COST: |
|---|---|---|
| 870027825342 | Mar 26, 2026 | 40.75 USD |

## From address

**Law Offices of Dale K. Galipo**
Law Offices of Dale K. Galipo
21800 Burbank Blvd.
Ste. 310
91367 CA Woodland Hills
US
Phone: 8183473333

## To address

**Aruna Singhania, MD**
███████████████
92808 CA ANAHEIM
US
Phone: 8183473333

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 0.50 lb | | | n/a |

**Packaging type:**
FedEx Envelope

**Service:**
FedEx Standard Overnight

**Pickup / drop-off type:**
I'll drop off my shipment at a FedEx location

## Billing information

| | | | |
|---|---|---|---|
| Bill transportation cost to: | ******876 | P.O. No.: | |
| Bill duties, taxes and fees to: | | Invoice No.: | |
| Your reference: | Garcia v. Tustin | Department No.: | |

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**ACE** ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 752753 | 13865 |
| **Invc Date** | **Total Due** |
| 3/24/26 | 243.64 |
| **Current** | **Over 30 Days** |
| 78.74 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| 164.90 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 752753 | 3/15/26 | 78.74 | 1 |

| Date | Ordr. No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/13/26 | 2563050 | P3D | Caller:  DARCI GILBERT<br>LAW OFFICES OF DALE K. GALIPO<br>21800 BURBANK BLVD.<br>WOODLAND HILLS<br><br>8:22-cv-00131<br>GARCIA V CITY OF TUS<br>SUBP;LTR;ON-CALL;DC<br>4.16.26 8:30 A.M. | Ref No.:  GARCIA V TUSTIN<br>Orange County Coroner's Office<br>1071 W. Santa Ana Blvd<br>SANTA ANA | BASE     :     73.25<br>FUEL CHRG :      5.49 | 78.74 |
| PDF PROCESS 3 DAY | | | | | | |
| | | | Total   Charges for Ref. - GARCIA V TUSTIN:      78.74 | | | |

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**DALE K. GALIPO, INC.**
**DBA LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

3454

16-1606/1220

DATE   MARCH 27, 2026

PAY TO THE ORDER OF   ACE ATTORNEY SERVICE, INC.          $   282.78

TWO HUNDRED EIGHTY-TWO AND SEVENTY-EIGHT CENTS          DOLLARS

**City National Bank**
AN RBC COMPANY
(800) 773-7100

FOR   GARCIA V. CITY OF TUSTIN, ET AL.

⑈003454⑈ ⑆122016066⑆ 224207123⑈

**Only $78.74 of Ck. 3454 applied to Service**

| | Total | 78.74 |
|---|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT

**ACE** ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 752754 | 13865 |
| Invc Date | Total Due |
| 3/24/26 | 368.94 |
| Current | Over 30 Days |
| 204.04 | .00 |
| Over 60 Days | Over 90 Days |
| 164.90 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 752754 | 3/15/26 | 204.04 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/10/26 | 2561276 | P3D | Caller: DARCI GILBERT | Ref No.: GARCIA V. TUSTIN | BASE : 91.00 | |
| PDF PROCESS 3 DAY | | | LAW OFFICES OF DALE K. GALIPO | Orange County Fire Authority Headqu | ADVANCE : 96.55 | |
| | | | 21800 BURBANK BLVD. | 1 Fire Authority Road | CHK.CHARGE: 9.66 | |
| | | | WOODLAND HILLS | IRVINE | FUEL CHRG : 6.83 | 204.04 |
| | | | 8:22-CV-00131 SPG | ADVANCE FEES | | |
| | | | GARCIA V TUSTIN | | | |
| | | | SUBP;LTR;ON-CALL | **Total Billed for Service only: $107.49** | | |
| | | | 4.16.26 830AM | | | |

Total Charges for Ref. - GARCIA V. TUSTIN:   204.04

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**3454**

16-1606/1220

**DALE K. GALIPO, INC.**
**DBA LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

DATE   MARCH 27, 2026

PAY TO THE ORDER OF   ACE ATTORNEY SERVICE, INC.   $ 282.78

TWO HUNDRED EIGHTY-TWO AND SEVENTY-EIGHT CENTS   DOLLARS

City National Bank
AN RBC COMPANY
(800) 773-7100

GARCIA V. CITY OF TUSTIN, ET AL.
FOR

⑈003454⑈ ⑈122016066⑈ 224207123⑈

| | Total | 204.04 |
|---|---|---|

## INVOICE PAYMENT DUE UPON RECEIPT



SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

DALE K. GALIPO, INC.
DBA LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

3491
16-1606/1220

DATE APRIL 14, 2026

PAY TO THE ORDER OF ACE ATTORNEY SERVICE, INC.

$ 1,050.63

ONE THOUSAND FIFTY AND SIXTY-THREE CENTS

DOLLARS

City National Bank
AN RBC COMPANY
(800) 773-7100

FOR GARCIA V. CITY OF TUSTIN

⑈003491⑈ ⑈122016066⑈ 224207123⑈

**Only $512.63 of Ck. 3491 applied to Service of Process subtotal.**

**See following pages.**

# ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 756839 | 13865 |
| **Invo Date** | **Total Due** |
| 4/09/26 | 574.36 |
| **Current** | **Over 30 Days** |
| 409.46 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| 164.90 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 13865 | 756839 | 3/31/26 | 409.46 | 1 | | | |
| **Date** | **Ordr No.** | **Svc** | | Service Detail | | | | **Charges** | | **Total** |
| 3/30/26 | 2569651 | PND | Caller: DARCI GILBERT | | Ref No.: GARCIA, ET AL. V. CITY | | BASE : | 99.50 | | |
| PDF PROCESS 2 DAY | | | LAW OFFICES OF DALE K. GALIPO | | ORANGE COUNTY DISTRICT BUREAU OF IN | | ADVANCE : | 275.00 | | |
| | | | 21800 BURBANK BLVD. | | 300 N. Flower Street | | CHK.CHARGE: | 27.50 | | |
| | | | WOODLAND HILLS | | SANTA ANA | | FUEL CHRG : | 7.46 | | 409.46 |
| | | | 8:22-CV-00131 SPG | | ADVANCE FEES | | | | | |
| | | | GARCIA V TUSTIN | | | | | | | |
| | | | SUBP;ON-CALLL | | **Total cost for Service only: $134.46** | | | | | |
| | | | 4.16.26 830 A.M. | | | | | | | |
| | | | Total Charges for Ref. - GARCIA, ET AL. V. CITY: | | 409.46 | | | | | |
| | | | | | | | | Total | | 409.46 |

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

![ACE Attorney Service logo] **ACE ATTORNEY SERVICE**
*Delivering Peace of Mind*

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 756838 | 13865 |
| **Inv. Date** | **Total Due** |
| 4/09/26 | 370.54 |
| **Current** | **Over 30 Days** |
| 205.64 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| 164.90 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 756838 | 3/31/26 | 205.64 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 3/16/26 PDF PROCESS 3 DAY | 2563705 | P3D | Caller: DARCI GILBERT LAW OFFICES OF DALE K. GALIPO 21800 BURBANK BLVD. WOODLAND HILLS  8:22-cv-00131 GARCIA V CITY OF TUS SUBP;LTR;ON-CALL;DC 4.16.26 8:30 A.M.   Ref No.: GARCIA V TUSTIN Orange County Coroner's Office 18377 Beach Blvd HUNTINGTON BEACH  ADVANCE FEES | BASE : 101.25 ADVANCE : 88.00 CHK.CHARGE: 8.80 FUEL CHRG : 7.59 | 205.64 |

**Total billed for Service only: $117.64**

Total Charges for Ref. - GARCIA V TUSTIN:   205.64

| | Total | 205.64 |
|---|---|---|

## INVOICE PAYMENT DUE UPON RECEIPT

# ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 756837 | 13865 |
| **Invc Date** | **Total Due** |
| 4/09/26 | 600.43 |
| **Current** | **Over 30 Days** |
| 435.53 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| 164.90 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 756837 | 3/31/26 | 435.53 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/26/26 | 2568619 | PND | Caller: DARCI GILBERT<br>LAW OFFICES OF DALE K. GALIPO<br>21800 BURBANK BLVD.<br>WOODLAND HILLS | Ref No.: GARCI V. TUSTIN<br>ORANGE COUNTY FIRE AUTHORUTY<br>1 Fire Authority Road<br>IRVINE | BASE : 123.75<br>ADVANCE : 275.00<br>CHK.CHARGE: 27.50<br>FUEL CHRG : 9.28 | 435.53 |
| PDF PROCESS 2 DAY | | | 8:22-CV-00131 SPG<br>GARCIA V TUSTIN<br>SUBP;LTR;ON-;<br>4.16.26 8:30 A.M. | ADV=WITNESS FEES | | |

**Total billed for Service only: $160.53**

Total  Charges for Ref. - GARCI V. TUSTIN:    435.53

Total    435.53

# INVOICE PAYMENT DUE UPON RECEIPT