# EXHIBIT B

 **Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 787567 | 4/29/2023 | 446100 |

| Job Date | Case No. |
|---|---|
| 3/22/2023 | 8:22-cv-00131-DOC-KES |

| Case Name |
|---|
| Emily Garcia, et. al. vs. City of Tustin, et. al. |
| *RENEE'S CASE* |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Boulevard,
Suite 310
Woodland Hills, CA 91367-6479

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Estela Silva | 164.00 | Pages | @ | 4.450 | 729.80 |
| Exhibits - Black & White | 7.00 | Pages | @ | 0.250 | 25.00 |
| Exhibits - Color | 3.00 | | @ | 1.250 | 3.75 |
| Litigation Support Services | 1.00 | | @ | 0.000 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | 1.00 | | @ | 0.000 | 0.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 25.000 | 25.00 |
| Appearance | 1.00 | | @ | 0.000 | 0.00 |
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Joshua Yuhas | 63.00 | Pages | @ | 4.450 | 280.35 |
| Exhibits - Black & White | 2.00 | Pages | @ | 0.250 | 25.00 |

**TOTAL DUE   >>>**                                        **$1,088.90**

Location of Job   : Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

Thank you for choosing Huseby!

---

**DALE K. GALIPO, INC.**                                     9243
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367                          16-1606/1220
                                                                          1

                                        DATE ___6/16/2023___   CHECK ARMOR
                                                                          FRAUD PROTECTION

PAY
TO THE   *Huseby Global Litigation*                          $ *1,088.90*
ORDER OF _____

*One thousand eighty eight and* _____ 90/00  DOLLARS   Photo
                                                                                      Safe
                                                                                      Deposit®
                                                                                      Details on back

CITY NATIONAL BANK   PERSONAL &
AN RBC COMPANY        BUSINESS
(800) 773-7100            BANKING

FOR *Emily Garcia v City of Tustin*

⑆009243⑆ ⑈122016066⑈ 224172796⑈

Hermitage, PA 16148-0922

| Zip: | Card Security Code: |
|---|---|
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# I N V O I C E

1 of 2



### Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 797791 | 6/21/2023 | 451127 |
| **Job Date** | **Case No.** | |
| 5/22/2023 | 8:22-cv-00131-DOC-KES | |
| **Case Name** | | |
| Emily Garcia, et al. vs. City of Tustin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Boulevard,
Suite 310
Woodland Hills, CA 91367-6479

---

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Hector Frias | 75.00 | Pages | @ | 4.450 | 333.75 |
| Litigation Support Services | 1.00 | | @ | 0.000 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | 1.00 | | @ | 0.000 | 0.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 25.000 | 25.00 |
| Appearance | 1.00 | | @ | 0.000 | 0.00 |
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Taylor Babb | 60.00 | Pages | @ | 4.450 | 275.00 |
| **TOTAL DUE  >>>** | | | | | **$633.75** |

Location of Job    : Web Conference All Parties Joining Remotely
Woodland Hills, CA 91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email

---

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 451127 | BU ID | : California |
| Case No. | : 8:22-cv-00131-DOC-KES | | |
| Case Name | : Emily Garcia, et al. vs. City of Tustin, et al. | | |
| Invoice No. | : 797791 | Invoice Date | : 6/21/2023 |
| **Total Due** | : **$633.75** | | |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Boulevard,
Suite 310
Woodland Hills, CA 91367-6479

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Huseby Global Litigation**
            **P.O. Box 6180**
            **Hermitage, PA 16148-0922**

# I N V O I C E

2 of 2



Corporate Headquarters
1230 West Morehead St, Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 797791 | 6/21/2023 | 451127 |
| **Job Date** | **Case No.** | |
| 5/22/2023 | 8:22-cv-00131-DOC-KES | |
| **Case Name** | | |
| Emily Garcia, et al. vs. City of Tustin, et al. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Boulevard,
Suite 310
Woodland Hills, CA 91367-6479

---

the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

---

**Tax ID:** 31-1763752

*Please detach bottom portion and return with payment.*

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Boulevard,
Suite 310
Woodland Hills, CA 91367-6479

| | | | |
|---|---|---|---|
| Job No. | : 451127 | BU ID | : California |
| Case No. | : 8:22-cv-00131-DOC-KES | | |
| Case Name | : Emily Garcia, et al. vs. City of Tustin, et al. | | |
| Invoice No. | : 797791 | Invoice Date | : 6/21/2023 |
| **Total Due** | : **$633.75** | | |

Remit To:  **Huseby Global Litigation**
          **P.O. Box 6180**
          **Hermitage, PA 16148-0922**

<u>**PAYMENT WITH CREDIT CARD**</u>

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:



# Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 797791 | 6/21/2023 | 451127 |

| Job Date | Case No. |
|---|---|
| 5/22/2023 | 8:22-cv-00131-DOC-KES |

| Case Name |
|---|
| Emily Garcia, et al. vs. City of Tustin, et al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Dale K. Galipo, Esq.
Dale Galipo Law Offices
21800 Burbank Boulevard,
Suite 310
Woodland Hills, CA 91367-6479

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Hector Frias | 75.00 | Pages | @ | 4.450 | 333.75 |
| Litigation Support Services | 1.00 | | @ | 0.000 | 0.00 |
| Repository Storage/Access/Unlimited Downloads | 1.00 | | @ | 0.000 | 0.00 |
| Print/Bind/Package/Shipping | 1.00 | | @ | 25.000 | 25.00 |
| Appearance | 1.00 | | @ | 0.000 | 0.00 |
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Taylor Babb | 60.00 | Pages | @ | 4.450 | 275.00 |

| TOTAL DUE    >>> | $633.75 |
|---|---|

Location of Job    : Web Conference All Parties Joining Remotely

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9248

16-1606/1220
1

DATE _6-23-2023_

CHECK ARMOR
FRAUD PROTECTION

PAY TO THE ORDER OF _HUSEBY GLOBAL LITIGATION_          $ 633.75

_SIX HUNDRED THIRTY THREE_ ___ 75/100 ___ DOLLARS

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100

PERSONAL &
BUSINESS
BANKING

FOR _INV. # 797791 - GARCIA v. TUSTIN_

⑆009248⑆ ⑈122016066⑈ 224172796⑆

---

Suite 310
Woodland Hills, CA 91367-6479

Invoice No.  : 797791      Invoice Date : 6/21/2023

**Total Due    : $633.75**

| PAYMENT WITH CREDIT CARD | AMEX | MASTERCARD | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date:            Phone#: | | | |
| Billing Address: | | | |
| Zip:            Card Security Code: | | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:  **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**





# Invoice

### #90027635

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

**Law Offices of Dale K. Galipo**
Alejandro Monguia
21800 Burbank Boulevard Suite 310
Woodland Hills CA 91367
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 10/25/2023 | DUR, after 30 days 1.5% | 10/25/2023 | 09/22/2023 | 90016116 |

| Case Number | | Case Name | | |
|---|---|---|---|---|
| | | Emily Garcia, et al. vs. City of Tustin, et al. | | |

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Robert Handy | 97.00 | Per Page | @ | 4.45 | 431.65 |
| Appearance - Hourly | 2.00 | | @ | 55.00 | 165.00 |
| Huseby Connect Webconferencing | 2.00 | | @ | 80.00 | 160.00 |
| Litigation Support Services | | | | 0.00 | 0.00 |
| Print/Bind/Package/Shipping | | | | 59.00 | 59.00 |
| Read & Sign | | | | 75.00 | 75.00 |

**TOTAL DUE  >>>**            **$890.65**

Location of Job:  All Parties to Appear Remotely
Los Angeles,  CA  90012

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

_____

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**



90027635

1 of 1



# Huseby.com

CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST. | SUITE 102 | CHARLOTTE, NC 28208

# Invoice

#90027635

**Law Offices of Dale K. Galipo**
Alejandro Monguia
21800 Burbank Boulevard Suite 310
Woodland Hills CA 91367
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 10/25/2023 | DUR, after 30 days 1.5% | 10/25/2023 | 09/22/2023 | 90016116 |

| Case Number | Case Name |
|---|---|
| | Emily Garcia, et al. vs. City of Tustin, et al. |

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Robert Handy | 97.00 | Per Page | @ | 4.45 | 431.65 |
| Appearance - Hourly | 2.00 | | @ | 55.00 | 165.00 |
| Huseby Connect Webconferencing | 2.00 | | @ | 80.00 | 160.00 |
| Litigation Support Services | | | | 0.00 | 0.00 |
| Print/Bind/Package/Shipping | | | | 59.00 | 59.00 |
| Read & Sign | | | | 75.00 | 75.00 |

**TOTAL DUE >>>**  **$890.65**

Location of Job: All Parties to Appear Remotely
Los Angeles, CA 90012

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9574

16-1606/1220
1

DATE _12/12/2023_

PAY TO THE ORDER OF _Huseby Global Litigation_  $ _890.65_

_Eight hundred ninety and_ ⁶⁵/₁₀₀ DOLLARS

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100

PERSONAL & BUSINESS BANKING

FOR _Emily Garcia v. City of Tustin_

⑈0095740⑈ ⑆122016066⑆ 224172796⑈



# Payment Receipt

### Invoice #1160

for Law Offices of Dale Galipo
paid on Mar 17, 2026

**Chris Craig**
18880 Douglas Ave.
#226
Irvine, California 92612
United States
7142716249



Payment for Invoice #1160

## Payment Amount: **$813.20 USD**

**PAYMENT METHOD:**  (•••• 6011)



Thanks for your business. If this invoice was sent in error, please contact **beachcr@gmail.com**