# EXHIBIT C

# ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 752754 | 13865 |
| **Invc Date** | **Total Due** |
| 3/24/26 | 368.94 |
| **Current** | **Over 30 Days** |
| 204.04 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| 164.90 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 752754 | 3/15/26 | 204.04 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/10/26 | 2561276 | P3D | Caller: DARCI GILBERT<br>LAW OFFICES OF DALE K. GALIPO<br>21800 BURBANK BLVD.<br>WOODLAND HILLS | Ref No.: GARCIA V. TUSTIN<br>Orange County Fire Authority Headqu<br>1 Fire Authority Road<br>IRVINE | BASE : 91.00<br>ADVANCE : 96.55<br>CHK.CHARGE: 9.66<br>FUEL CHRG : 6.83 | 204.04 |
| PDF PROCESS 3 DAY | | | 8:22-CV-00131 SPG<br>GARCIA V TUSTIN<br>SUBP;LTR;ON-CALL<br>4.16.26 830AM | ADVANCE FEES | | |

**Total cost for Witness Fee only: $40.00**

Total Charges for Ref. - GARCIA V. TUSTIN:   204.04

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

3454

16-1606/1220

**DALE K. GALIPO, INC.**
**DBA LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

DATE MARCH 27, 2026

PAY TO THE ORDER OF   ACE ATTORNEY SERVICE, INC.                    $ 282.78

TWO HUNDRED EIGHTY-TWO AND SEVENTY-EIGHT CENTS                    DOLLARS

City National Bank
AN RBC COMPANY
(800) 773-7100

GARCIA V. CITY OF TUSTIN, ET AL.

FOR

"003454"  ":1220160661:  224207123"

Total   204.04

# INVOICE PAYMENT DUE UPON RECEIPT



**Only $120.00 from Ck. 3491 applied to Witness Fees.**

**See following pages.**

**ACE ATTORNEY SERVICE**
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 756839 | 13865 |
| **Invo Date** | **Total Due** |
| 4/09/26 | 574.36 |
| **Current** | **Over 30 Days** |
| 409.46 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| 164.90 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 13865 | 756839 | 3/31/26 | 409.46 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/30/26 | 2569651 | PND | Caller: DARCI GILBERT | Ref No.: GARCIA, ET AL. V. CITY | BASE : 99.50 | |
| PDF PROCESS 2 DAY | | | LAW OFFICES OF DALE K. GALIPO | ORANGE COUNTY DISTRICT BUREAU OF IN | ADVANCE : 275.00 | |
| | | | 21800 BURBANK BLVD. | 300 N. Flower Street | CHK.CHARGE: 27.50 | |
| | | | WOODLAND HILLS | SANTA ANA | FUEL CHRG : 7.46 | 409.46 |
| | | | 8:22-CV-00131 SPG | ADVANCE FEES | | |
| | | | GARCIA V TUSTIN | | | |
| | | | SUBP;ON-CALLL | | | |
| | | | 4.16.26 830 A.M. | | | |

Total Charges for Ref. - GARCIA, ET AL. V. CITY: 409.46

**Total cost for Investigator Thomas Toth Witness Fee only: $40.00**

Total 409.46

## INVOICE PAYMENT DUE UPON RECEIPT

# ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE,INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 756838 | 13865 |
| **Invc Date** | **Total Due** |
| 4/09/26 | 370.54 |
| **Current** | **Over 30 Days** |
| 205.64 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| 164.90 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 756838 | 3/31/26 | 205.64 | 1 |

| Date | Ordr. No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 3/16/26 PDF PROCESS 3 DAY | 2563705 | P3D | Caller: DARCI GILBERT LAW OFFICES OF DALE K. GALIPO 21800 BURBANK BLVD. WOODLAND HILLS  8:22-cv-00131 GARCIA V CITY OF TUS SUBP;LTR;ON-CALL;DC 4.16.26 8:30 A.M. | Ref No.: GARCIA V TUSTIN Orange County Coroner's Office 18377 Beach Blvd HUNTINGTON BEACH  ADVANCE FEES | BASE     : 101.25 ADVANCE  :  88.00 CHK.CHARGE:   8.80 FUEL CHRG :   7.59 | 205.64 |

Total  Charges for Ref. - GARCIA V TUSTIN:     205.64

**Total cost for Dr. Aruna Singhania Witness Fee only: $40.00**

| | Total | 205.64 |
|---|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT

# ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 756837 | 13865 |
| **Invc Date** | **Total Due** |
| 4/09/26 | 600.43 |
| **Current** | **Over 30 Days** |
| 435.53 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| 164.90 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|---|
| | | | 13865 | 756837 | 3/31/26 | 435.53 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/26/26 | 2568619 | PND | Caller: DARCI GILBERT | Ref No.: GARCI V. TUSTIN | BASE : 123.75 | |
| PDF PROCESS 2 DAY | | | LAW OFFICES OF DALE K. GALIPO | ORANGE COUNTY FIRE AUTHORUTY | ADVANCE : 275.00 | |
| | | | 21800 BURBANK BLVD. | 1 Fire Authority Road | CHK.CHARGE: 27.50 | |
| | | | WOODLAND HILLS | IRVINE | FUEL CHRG : 9.28 | 435.53 |
| | | | 8:22-CV-00131 SPG | ADV=WITNESS FEES | | |
| | | | GARCIA V TUSTIN | | | |
| | | | SUBP;LTR;ON-; | | | |
| | | | 4.16.26 8:30 A.M. | | | |

Total Charges for Ref. - GARCI V. TUSTIN:   435.53

**Total cost for Clifford Blasi Witness Fee only: $40.00**

| | Total | 435.53 |
|---|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT