# EXHIBIT D

# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED TOTAL COST: |
|---|---|---|
| 870546446500 | Apr 10, 2026 | 32.51 USD |

## From address

**Law Offices of Dale K. Galipo**

Law Offices of Dale K. Galipo

21800 Burbank Blvd.

Ste. 310

91367 CA Woodland Hills

US

Phone: 8183473333

## To address

**Hon. Sherilyn Peace Garnett**

MANDATORY CHAMBERS COPY

350 W. 1st Street

90012 CA LOS ANGELES

US

Phone: 2138942309

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 0.50 lb | | | n/a |

**Packaging type:**
FedEx Envelope

**Service:**
FedEx Standard Overnight

**Pickup / drop-off type:**
I'll drop off my shipment at a FedEx location

**Special Services:**
No signature required

## Billing information

| | | | |
|---|---|---|---|
| Bill transportation cost to: | ******876 | P.O. No.: | |
| Bill duties, taxes and fees to: | | Invoice No.: | |
| Your reference: | Garcia v. Tustin | Department No.: | |

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

**Santiago Laurel**

| | |
|---|---|
| **From:** | LabcorpConfirmations@Labcorp.com |
| **Sent:** | Tuesday, October 18, 2022 9:32 AM |
| **To:** | Santiago Laurel |
| **Subject:** | Labcorp Payment Confirmation |

Dear valued client,

Thank you for your recent payment(s) request. This is to confirm your authorization for a payment from your funding account payable to Labcorp on **10/18/2022** for the following account(s) and invoice(s) that total **$420.00**.

Account Number / Invoice: **04571005**/ **S221018121**
Confirmation Number: **202210188746413**
Payment Date: **10/18/2022**
Payment Amount: **$420.00**

The payment will be completed on the payment date or shortly thereafter. Please allow 2-3 business days for the payment to post to your account.

If you have any questions, please contact Customer Service immediately at **800-343-4407**.

*This e-mail and any attachments may contain CONFIDENTIAL information, including PROTECTED HEALTH INFORMATION. If you are not the intended recipient, any use or disclosure of this information is STRICTLY PROHIBITED; you are requested to delete this e-mail and any attachments, notify the sender immediately, and notify the Labcorp Privacy Officer at privacyofficer@labcorp.com or call (877) 23-HIPAA / (877) 234-4722; if outside of the US, notify our Data Protection Officer at DPO@labcorp.com.*

Regards,
Labcorp
-This e-mail and any attachments may contain CONFIDENTIAL information, including PROTECTED HEALTH INFORMATION, and is meant to be viewed solely by the intended recipient. If you are not the intended recipient, any use or disclosure of this information is STRICTLY PROHIBITED; you are requested to delete this e-mail and any attachments and notify the sender immediately.

 **Identification Division**
1440 York Court Ext
Burlington, NC 27215
1-800-742-3944 option 3



**DATE: 24 May 2023**

To:

Santiago Laurel

21800 Burbank Blvd. Suite 310
Woodland Hills, CA 91367

Email: SLaurel@galipolaw.com

| DESCRIPTION | AMOUNT |
|---|---|
| DNA Relationship Testing in the matter of Camila Garcia (AFS1), Emily Garcia (CCF1) and Rosalia Becerra (M). | |
| Reactivation fee, $90 per specimen: Camila Garcia (AFS1) and Emily Garcia (CCF1) | $180.00 |
| Additional Party, $210 per specimen: Rosalia Becerra (M) | $210.00 |
| Total Due: | $390.00 |
| Payment(s) | 0.00 |
| Balance Due | $390.00 |

Laboratory Corporation of America Holdings Tax ID # 133757370

Payment options:
By credit card – Call 1-800-742-3944 option 3

**Make check payable to:  Laboratory Corporation of America Holdings**

Mail payment to:  Laboratory Corporation of America Holdings 1440 York Court Ext, Burlington, NC 27215

Please reference (S230524118          ) when remitting payment for this invoice.

If you have any questions concerning this invoice, call: 1-800-742-3944 opt 3

## Santiago Laurel

**From:** LabcorpConfirmations@Labcorp.com
**Sent:** Friday, June 2, 2023 10:36 AM
**To:** Santiago Laurel
**Subject:** Labcorp Payment Confirmation

Dear valued client,

Thank you for your recent payment(s) request. This is to confirm your authorization for a payment from your funding account payable to Labcorp on **06/02/2023** for the following account(s) and invoice(s) that total **$390.00**.

Account Number / Invoice: **04571005/ S230524118**
Confirmation Number: **202306021726406**
Payment Date: **06/02/2023**
Payment Amount: **$390.00**

The payment will be completed on the payment date or shortly thereafter. Please allow 2-3 business days for the payment to post to your account.

If you have any questions, please contact Customer Service immediately at **800-343-4407**.

*This e-mail and any attachments may contain CONFIDENTIAL information, including PROTECTED HEALTH INFORMATION. If you are not the intended recipient, any use or disclosure of this information is STRICTLY PROHIBITED; you are requested to delete this e-mail and any attachments, notify the sender immediately, and notify the Labcorp Privacy Officer at privacyofficer@labcorp.com or call (877) 23-HIPAA / (877) 234-4722; if outside of the US, notify our Data Protection Officer at DPO@labcorp.com.*

Regards,
Labcorp
-This e-mail and any attachments may contain CONFIDENTIAL information, including PROTECTED HEALTH INFORMATION, and is meant to be viewed solely by the intended recipient. If you are not the intended recipient, any use or disclosure of this information is STRICTLY PROHIBITED; you are requested to delete this e-mail and any attachments and notify the sender immediately.

# INVOICE

**BILLED TO:**

DALE K. GALIPO
21800 Burbank Blvd
Suite 310
Woodland Hills, CA 91367

Alexandro Munguia

| | |
|---|---|
| INVOICE NO. : | 1031900 |
| INVOICE DATE: | 4/02/2026 |
| REPORTER: | Lisa Jennings |

ID#   33-0380591

Case: GARCIA v. CITY OF TUSTIN
RVM CASE

| Date | Description |
|---|---|
| | Job No. TP13514 |
| | Case No. 822-cv-00131SPG-KES |
| | Audio: Jeffrey Baca (PARAMEDIC) |
| | Transcription of audio |

| | |
|---|---|
| Sub Total | 140.00 |
| Paid | 0.00 |
| Balance Due | 140.00 |

THANK YOU. WE APPRECIATE YOUR BUSINESS!






*When Accuracy is Everything!*

**Please remit to:**

**LYNDEN J. AND ASSOCIATES INC.**
**600 W. Santa Ana Blvd., Suite 816**
**Santa Ana, California, 92701**

(800) 972-3376
(714) 542-6500
FAX (714) 542-8025
www.lyndenj.com

# INVOICE

**BILLED TO:**

DALE K. GALIPO
21800 Burbank Blvd
Suite 310
Woodland Hills, CA 91367

Alexandro Munguia

INVOICE NO. :  1031900
INVOICE DATE:  4/02/2026
REPORTER:
Lisa Jennings

ID#  33-0380591

Case: GARCIA V. CITY OF TUSTIN
RVM CASE

| Date | Description |
|------|-------------|
| | Job No. TP13514 |
| | Case No. 822 |



DALE K. GALIPO, INC.
DBA LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

3469
16-1606/1220

DATE  APRIL 2, 2026

$ 140.00

DOLLARS

PAY TO THE ORDER OF  LYNDEN J. AND ASSOCIATES, INC.

ONE HUNDRED FORTY AND NO CENTS

City National Bank
AN RBC COMPANY
(800) 773-7100

GARCIA V. TUSTIN.

FOR

⑈003469⑈ ⑈122016066⑈ 224207123⑈


VISA

When Accuracy is Everything!

Please remit to:

**LYNDEN J. AND ASSOCIATES INC.**
**600 W. Santa Ana Blvd., Suite 816**
**Santa Ana, California, 92701**

(800) 972-3376
(714) 542-6500
FAX (714) 542-8025
www.lyndenj.com

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM



**DALE K. GALIPO, INC.**
**DBA LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

3606

16-1606/1220

DATE MAY 29, 2026

PAY
TO THE
ORDER OF  MARIA BUSTILLOS, CSR, 12254, INC.                                      $ 1,316.70

ONE THOUSAND THREE HUNDRED SIXTEEN AND SEVENTY CENTS                            DOLLARS

**City National Bank**
AN RBC COMPANY
(800) 773-7100

FOR  GARCIA V. CITY OF TUSTIN                                                    MP

⑈003606⑈ ⑆1220⑈6066⑈ 224207123⑈

Maria Bustillos, CSR
United States District Court
350 West 1st Street, Suite 4455
(213)620-0040
madamcourtreporter@gmail.com
Maria Bustillos CSR 12254, EIN: 47-2453078
Date: 05/28/2026
Invoice Number: 0528202602

| | CV 22-00131-SPG-KES   |   Emily Garcia, et al. v. City of Tustin, et al. |
|---|---|
| Bill To | The Law Office of Dale Galipo<br>Renee Masongsong | Associate<br>21800 Burbank Boulevard<br>Suite 310<br>Woodland Hills, Ca 91367<br>(818)347-3333 |

5/29/26

POC:  Darci Gilbert | Litigation Assistant
(818)347-333

| Date | Description | Number of Pages | Price per page | Total |
|---|---|---|---|---|
| 04/14/26 | Jury Trial Day One | 286 | $1.10 | $314.60 |
| 04/15/26 | Jury Trial Day Two | 148 | $1.10 | $162.80 |
| 04/16/26 | Jury Trial Day Three | 269 | $1.10 | $295.90 |
| 04/17/26 | Jury Trial Day Four | 125 | $1.10 | $137.50 |
| 04/20/26 | Jury Trial Day Five | 259 | $1.10 | $284.90 |
| 04/21/26 | Jury Trial Day Six | 110 | $1.10 | $121.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Subtotal | | | $1,316.70 |
|---|---|---|---|
| Credit Card | | 3.00% | |
| Deposit on 01/13/2026 | | | $0.00 |
| | | | |
| Total Due | | | $1,316.70 |

Check made Payable to:  Maria Bustillos
Mailing Address:  350 West First Street, Suite 4455, Los Angeles, Ca 90012
Credit card payment via PayPal to madamcourtreporter@gmail.com
Zelle/Venmo 626.625.9434

https://venmo.com/u/m-bustillos21
Thank you for your business!