# EXHIBIT 1

**Dale K. Galipo**
**Timekeeping Record**

*Garcia, et al. v. City of Tustin, et al.*
**Case No.** 8:22-cv-00131-SPG-KES

| Date | Description | Hours |
|---|---|---|
| 12.11.21 | Review Case Materials – Discussions re Case | 1.3 |
| 12.12.21 | Review Case Materials  - Discussions re Case | 1.7 |
| 12.19.21 | Review Claim – Suggest Modifications | 0.8 |
| 12.27.21 | Review Case Materials – Discussions re Case | 2.2 |
| 12.28.21 | Review Draft Complaint | 1.1 |
| 12.29.21 | Review Draft Complaint | 0.9 |
| 03.09.22 | Review Answer to Complaint | 0.8 |
| 03.12.22 | Review Case Materials | 1.4 |
| 03.19.22 | Review Case Materials | 1.6 |
| 06.03.22 | Review Body-Worn Cameras | 1.2 |
| 06.04.22 | Review Body-Worn Cameras | 0.8 |
| 06.11.22 | Review Case Materials | 2.1 |
| 02.28.23 | Review Supplemental Documents | 2.9 |
| 03.01.23 | Review Disclosures | 1.9 |
| 03.02.23 | Review Disclosures | 1.5 |
| 03.03.23 | Review Case Materials – Body Worn Cameras | 1.5 |
| 03.10.23 | Prepare for Officer Depositions | 2.7 |
| 03.11.23 | Prepare for Officer Depositions | 3.3 |
| 03.12.23 | Prepare for Officer Depositions | 2.4 |
| 03.14.23 | Prepare for Officer Depositions | 2.6 |
| 03.15.23 | Prepare for Officer Depositions | 2.0 |
| 03.16.26 | Review Additional Disclosures | 1.7 |
| 03.22.23 | Yuhas Deposition – Preparation | 3.2 |
| 03.22.23 | Silva Deposition – Preparation | 3.8 |
| 05.13.23 | Review Case Materials | 1.4 |
| 05.16.23 | Prepare for Depositions (Frias/Babb) | 2.3 |
| 05.21.23 | Prepare for Depositions (Frias/Babb) | 2.8 |
| 05.22.23 | Frias Deposition – Preparation | 2.1 |
| 05.22.23 | Babb Deposition – Preparation | 1.9 |
| 09.11.23 | Clark Preparation | 1.0 |
| 09.21.23 | Handy Preparation for Deposition | 2.5 |
| 09.22.23 | DeFoe Preparation | 1.5 |
| 09.22.23 | Handy Deposition / Preparation | 3.5 |
| 10.14.23 | Review MSJ – Legal Research | 2.2 |
| 10.16.23 | Review MSJ – Legal Research | 2.8 |
| 10.17.23 | Review MSJ – Legal Research | 1.7 |
| 10.18.23 | Review MSJ – Legal Research | 2.3 |
| 11.06.23 | Review Reply – Legal Research | 1.2 |
| 11.07.23 | Review Reply – Legal Research | 3.8 |
| 12.18.23 | Prepare for MSJ Hearing | 2.7 |

**Dale K. Galipo**
**Timekeeping Record**

*Garcia, et al. v. City of Tustin, et al.*
**Case No.** 8:22-cv-00131-SPG-KES

| Date | Description | Hours |
|---|---|---|
| 12.19.23 | Prepare for MSJ Hearing | 2.0 |
| 12.20.23 | MSJ Hearing – Preparation | 3.3 |
| 01.22.24 | Review Pretrial Documents | 2.4 |
| 01.23.24 | Review MILS (1-2-3) | 2.6 |
| 01.23.24 | Review Pretrial Documents | 3.3 |
| 02.05.24 | Review Pretrial Documents | 2.7 |
| 02.06.24 | Review Oppositions to Plaintiffs' MILS | 1.5 |
| 02.06.24 | Review Pretrial Documents | 1.3 |
| 02/09/24 | Review Proposed Voir Dire | 0.9 |
| 02.23.24 | Review Declarations / Appointment Application | 0.6 |
| 03.18.24 | Review Order on MSJ | 0.5 |
| 03.28.24 | Review State Court Complaint | 0.5 |
| 04.08.24 | Review Notice of Appeal | 0.3 |
| 04.09.24 | Review Notice of Appeal | 0.3 |
| 04.12.24 | Review MSJ – Order on MSJ | 1.5 |
| 07.22.24 | Review MSJ Briefing | 2.7 |
| 07.25.24 | Review MSJ Briefing | 2.3 |
| 07.26.24 | Legal Research re Appeal | 2.1 |
| 07.27.24 | Legal Research re Appeal | 1.9 |
| 07.27.24 | Review cases on MSJ | 0.7 |
| 07.28.24 | Appellants' Opening Brief | 2.4 |
| 07.30.24 | Appellants' Opening Brief | 3.6 |
| 07.31.24 | Appellants' Opening Brief | 1.8 |
| 08.30.24 | Review Answering Brief – Legal Research | 2.2 |
| 08.31.24 | Review Answering Brief – Legal Research | 1.5 |
| 10.10.24 | Legal Research | 2.5 |
| 10.12.24 | Legal Research | 1.7 |
| 10.14.24 | Review Reply Brief | 1.3 |
| 10.20.24 | Review Reply Brief | 1.7 |
| 12.28.24 | Review Supplemental Statements | 1.5 |
| 12.29.24 | Review Supplemental Statements | 1.7 |
| 12.30.24 | Review Supplemental Statements | 0.8 |
| 01.10.25 | Prepare for Oral Argument - Meeting re Oral Argument | 1.2 |
| 01.11.25 | Preparation for Oral Argument | 3.3 |
| 01.12.25 | Preparation for Oral Argument | 4.7 |
| 01.14.25 | Preparation for Oral Argument | 5.3 |
| 01.15.25 | Preparation for Oral Argument | 7.7 |
| 01.16.25 | Preparation for Oral Argument | 8.3 |
| 01.17.25 | Oral Argument – Preparation | 6.4 |
| 06.03.25 | Review Order from Ninth Circuit | 0.7 |

**Dale K. Galipo**
**Timekeeping Record**

*Garcia, et al. v. City of Tustin, et al.*
**Case No.** 8:22-cv-00131-SPG-KES

| Date | Description | Hours |
|---|---|---|
| 06.16.25 | Review Hernandez v. City of Los Angeles | 2.0 |
| 06.20.25 | Review Supplemental Ninth Circuit Brief | 2.0 |
| 09.24.25 | Discuss Status Conference and Trial Dates with Ms. Masongsong | 0.4 |
| 11.04.25 | Review Order on Renewed MSJ | 0.6 |
| 11.14.25 | Review of Case Materials – Reports/Statements | 2.6 |
| 11.15.25 | Review of Case Materials | 2.1 |
| 11.15.25 | Review Pleadings | 1.5 |
| 11.16.25 | Review Disclosures – Investigation Reports | 2.3 |
| 11.22.25 | Review Statements from Officers | 3.7 |
| 11.23.25 | Review Investigation Reports | 2.5 |
| 11.29.25 | Review Videos | 1.1 |
| 11.29.25 | Review Autopsy Report – Medical Records | 2.9 |
| 11.30.25 | Review Expert Reports | 2.4 |
| 12.06.25 | Review Depositions | 3.3 |
| 12.13.25 | Review Expert Depositions | 4.7 |
| 01.10.26 | Review Order on MSJ | 0.7 |
| 01.11.26 | Review Statements – Investigation Reports | 4.4 |
| 02.26.26 | Review Officer Statements | 2.1 |
| 02.27.26 | Review Officer Depositions | 3.9 |
| 02.28.26 | Review Expert Reports | 3.3 |
| 03.01.26 | Review Expert Depostions | 4.7 |
| 03.02.26 | Review Pre-Trial Documents | 2.5 |
| 03.03.26 | Review Investigation Reports | 1.5 |
| 03.04.26 | Review MILS – Pretrial Documents | 3.5 |
| 03.04.26 | Review Statements/Depositions | 2.7 |
| 03.05.26 | Review Statements/Depositions | 4.3 |
| 03.06.26 | Review Expert Reports/Depositions | 3.0 |
| 03.07.26 | Review Silva Statement | 2.1 |
| 03.08.26 | Review Silva Deposition | 2.9 |
| 03.09.26 | Review Yuhas Statement/Deposition | 3.5 |
| 03.10.26 | Review Frias Statement/Deposition | 2.8 |
| 03.11.26 | Review Babb Statement/Deposition | 2.2 |
| 03.11.26 | Review Oppositions to MILS | 2.3 |
| 03.12.26 | Review Handy Report/Deposition | 3.2 |
| 03.13.26 | Review DeFoe Report/Deposition | 2.8 |
| 03.14.26 | Review Clark Report/Deposition | 2.0 |
| 03.14.26 | Review Autopsy Report – Medical Records | 1.1 |
| 03.14.26 | Review Paramedic Records | 0.5 |
| 03.14.26 | Review Medical Records | 1.0 |
| 03.14.26 | Review Body-Worn Cameras – Exhibits | 0.7 |

**Dale K. Galipo**
**Timekeeping Record**

*Garcia, et al. v. City of Tustin, et al.*
**Case No.** 8:22-cv-00131-SPG-KES

| Date | Description | Hours |
|---|---|---|
| 03.15.26 | Review Exhibits – Exhibit List | 2.3 |
| 03.15.26 | Review Jury Instructions – Verdict Form | 2.7 |
| 03.15.26 | Review Pretrial Documents | 2.3 |
| 03.16.26 | Outline Silva Statement | 1.5 |
| 03.16.26 | Review Pretrial Documents | 2.7 |
| 03.17.26 | Review Pretrial Documents | 1.8 |
| 03.17.26 | Outline Silva Deposition | 2.5 |
| 03.18.26 | Outline Yuhas Statement | 1.3 |
| 03.18.26 | Review Pretrial Documents | 3.1 |
| 03.18.26 | Review Oppositions to MILS | 1.2 |
| 03.19.26 | Outline Yuhas Deposition | 1.7 |
| 03.19.26 | Review Defendants Oppositions to MILS | 1.2 |
| 03.20.26 | Outline Frias Statement | 1.5 |
| 03.20.26 | Review Proposed Voir Dire | 0.5 |
| 03.21.26 | Outline Frias Deposition | 1.8 |
| 03.22.26 | Outline Babb Statement | 1.2 |
| 03.23.26 | Outline Babb Deposition | 1.5 |
| 03.24.26 | Outline DeFoe Report / Deposition | 4.7 |
| 03.25.26 | Outline Handy Report/Deposition | 4.3 |
| 03.26.26 | Review Witness List | 0.9 |
| 03.26.26 | Review Exhibit List | 1.5 |
| 03.26.26 | Prepare Silva Examination | 7.1 |
| 03.27.26 | Prepare Silva Examination | 5.9 |
| 03.28.26 | Prepare Yuhas Examination | 4.7 |
| 03.29.26 | Prepare Yuhas Examination | 4.3 |
| 03.30.26 | Prepare Frias Examination | 3.6 |
| 03.31.26 | Prepare Frias Examination | 3.4 |
| 03.31.26 | Review Amended Witness List | 0.6 |
| 04.01.26 | Prepare Babb Examination | 3.5 |
| 04.02.26 | Prepare DeFoe Examination | 2.1 |
| 04.02.06 | Meeting with Plaintiffs' Counsel re Motions in Limine | 1.0 |
| 04.03.26 | Prepare DeFoe Examination | 2.9 |
| 04.04.26 | Prepare Handy Examination | 3.4 |
| 04.05.26 | Prepare Handy Examination | 3.6 |
| 04.06.26 | Outline Opening Statement / Officer Examinations | 5.4 |
| 04.06.26 | Meeting with Plaintiffs' Counsel re Trial | 1.0 |
| 04.07.26 | Outline Opening Statement / Officer Examinations | 5.6 |
| 04.07.26 | Prepare for Voir Dire | 1.5 |
| 04.08.26 | Work on Opening Statement - Officer Examinations | 11.1 |
| 04.09.26 | Opening Statement – Officer Examinations | 12.9 |

**Dale K. Galipo**
**Timekeeping Record**

*Garcia, et al. v. City of Tustin, et al.*
Case No. 8:22-cv-00131-SPG-KES

| Date | Description | Hours |
|---|---|---|
| 04.10.26 | Opening Statement – Officer Examinations | 10.5 |
| 04.11.26 | Trial Preparation * | 13.5 |
| 04.12.26 | Trial Preparation * | 14.2 |
| 04.13.26 | Trial Preparation * | 13.8 |
| 04.14.26 | Trial – Trial Preparation * | 16.2 |
| 04.15.26 | Trial – Trial Preparation * | 15.8 |
| 04.16.26 | Trial – Trial Preparation * | 14.7 |
| 04.17.26 | Trial – Trial Preparation * | 15.3 |
| 04.18.26 | Trial Preparation  * | 12.3 |
| 04.19.26 | Trial Preparation * | 11.8 |
| 04.20.26 | Trial – Trial Preparation * | 14.2 |
| 04.21.26 | Trial – Deliberations – Meetings | 10.5 |
| 04.30.26 | Review Proposed Judgment | 0.8 |
| 05.29.26 | Work on Attorney Fee Motion | 2.5 |
| 05.31.26 | Work on Attorney Fee Motion | 2.2 |
| 06.03.26 | Review final Attorney Fee Motion and Declarations | 1.0 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **TOTAL HOURS** | 567.7 |

*Trial Preparation includes review of investigation reports, officer statements, witness statements, expert reports, deposition transcripts, exhibits, photos of scene, dispatch tape, motions in limine, witness list, exhibit list, jury instructions, verdict form, outlining examination of defendants' and officers, outlining examination of witnesses, outlining examination of plaintiff, outlining examination of experts, preparing voir dire, preparing opening statement, and preparing for direct and cross examinations and closing arguments.

**TOTAL HOURS BILLED: 567.7**

**Hourly Rate Requested: $1,500**

**Total Amount: $851,550**