# EXHIBIT 10

**EXHIBIT A**

*Austin Dicker v. TuSimple Holdings, Inc., et al.*, Case No. 3:22-cv-01300-BEN-MSB
Robbins Geller Rudman & Dowd LLP
Inception through October 18, 2024

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Albert, Michael | (P) | 20.70 | 785 | $      16,249.50 |
| Caringal, Jennifer N. | (P) | 928.80 | 835 | 775,548.00 |
| Gusikoff Stewart, Ellen A. | (P) | 119.90 | 1200 | 143,880.00 |
| Myers, Danielle S. | (P) | 60.10 | 1075 | 64,607.50 |
| Olts, Lucas F. | (P) | 1,284.20 | 945 | 1,213,569.00 |
| Robbins, Darren J. | (P) | 302.50 | 1400 | 423,500.00 |
| Sanchez, Juan Carlos | (P) | 54.50 | 785 | 42,782.50 |
| Dolitsky, Kenneth P. | (A) | 10.30 | 400 | 4,120.00 |
| Geiger, Heather G. | (A) | 309.00 | 540 | 166,860.00 |
| Johnson, Stephen D. | (A) | 146.30 | 400 | 58,520.00 |
| Petix, Andrew T. | (SA) | 28.80 | 450 | 12,960.00 |
| Jennette, Heather J. | (FA) | 10.20 | 650 | 6,630.00 |
| Nguyen, Lacy | (SUA) | 11.00 | 185 | 2,035.00 |
| Economic Analysts | | 39.10 | 315-470 | 16,083.00 |
| Research Analysts | | 12.80 | 325 | 4,160.00 |
| Investigators | | 488.10 | 325-350 | 167,522.50 |
| Litigation Support | | 17.20 | 315-415 | 5,878.00 |
| Paralegals | | 352.80 | 360-410 | 141,343.00 |
| Document Clerks | | 17.40 | 160 | 2,784.00 |
| Shareholder Relations | | 4.00 | 110 | 440.00 |
| *TOTAL* | | *4,217.70* | | *$  3,269,472.00* |

(P) Partner
(A) Associate
(SA) Staff Attorney
(FA) Forensic Accountant
(SUA) Summer Associate