# EXHIBIT 1

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Garcia v. City of Tustin*
**Case No. 22-cv-00131-SPG-KES**

| Date | Description | Hours |
|---|---|---|
| 5.23.22 | Review dates set by the Court following attorney Dale K. Galipo's appearance at the scheduling conference (0.1); review initial case information, including critical incident video, media reports, client documents, Plaintiffs' Complaint, Defendants' Answer (2.5) | 2.6 |
| 5.25.22 | Review Court's scheduling order and minutes of scheduling conference (Dkt. Nos. 17-19) | 0.2 |
| 6.29.22 | review Defendants' propounded discovery (0.6); review Defendants' and Plaintiffs' initial disclosures, including body-worn camera ("BWC") videos and dispatch tape (1.5) | 2.1 |
| 7.18.22 | Work on Plaintiffs' discovery responses | 3.8 |
| 7.28.22 | Review file/available discovery documents and consider impact of DOJ investigation holding up further document production | 0.5 |
| 8.16.22 | Review Defendants' "meet and confer" letter re: Plaintiffs' discovery responses and related email from defense counsel | 0.5 |
| 8.23.22 | Client communication (0.8); "meet and confer" with defense counsel re: Plaintiffs' discovery responses (0.3); work on amended discovery responses (1.6); prepare Plaintiffs' RFP/written discovery (1.4); discuss setting deposition of Officer Silva (0.1) | 4.2 |
| 8.26.22 | Continue to work on Plaintiffs' amended discovery responses | 2.5 |
| 8.29.22 | Client communication (0.2); work on amended discovery responses (0.8) | 1.0 |
| 8.30.22 | Client communication (0.6); continue to work on Plaintiffs' amended discovery responses (1.7) | 2.3 |
| 8.31.22 | Client communication (0.5); continue to work on/finalize Plaintiffs' amended discovery responses (1.4); review and consider email from defense counsel re: investigation holding up document production and other discovery issues (0.4); instruct assistant re: subpoena to DA's and AG's offices and modify attachment thereto (0.4) | 2.7 |
| 9.6.22 | Email exchange with defense counsel re: discovery issues | 0.4 |
| 9.9.22 | Instruct assistant re: requesting autopsy materials and DNA sample for paternity testing (0.3); Review Court's standing order (0.3) | 0.6 |
| 9.12.22 | Review correspondence from coroner's office re: DNA sample | 0.1 |
| 9.14.22 | Review correspondence from AG's office re: not producing documents | 0.1 |
| 9.20.22 | Review correspondence from DA's office re: not producing documents | 0.1 |
| 9.23.22 | Discuss expert retention with Plaintiffs' counsel (0.2); email exchange with defense counsel re: discovery issues (0.2) | 0.4 |
| 9.26.22 | Review Defendants' responses and objections to Plaintiffs' RFP, Set One (0.2); work on retaining a police practices expert (0.2) | 0.4 |

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Garcia v. City of Tustin*
**Case No. 22-cv-00131-SPG-KES**

| Date | Description | Hours |
|------|-------------|-------|
| 10.3.22 | Review correspondence re: release of DNA specimens for paternity testing | 0.2 |
| 10.5.22 | Work on paternity testing—explore alternate routes of testing without DNA samples | 0.2 |
| 10.6.22 | Email exchange with defense counsel re: discovery issues and deposition dates (0.3); review forms and correspondence re: paternity testing (0.3); client communication (0.2) | 0.8 |
| 10.13.22 | Work on making the paternity test happen | 0.2 |
| 11.10.22 | Client communication (0.2); work on making paternity test happen (0.1) | 0.3 |
| 11.11.22 | Consult with potential police practices expert (0.4); email communication with defense counsel re: consolidation of cases, paternity testing, Plaintiffs' anticipated motion to compel officer depositions, and other discovery issues (0.5); draft stipulation to consolidate the related cases (0.5) | 1.4 |
| 11.15.22 | Client communication | 0.1 |
| 11.22.22 | Email exchange with defense counsel re: stipulation requesting an order directing the coroner's office to make the autopsy materials and DNA sample available (0.1); communication with attorney for Galicia plaintiffs re: dates in the related case and stipulation to consolidate the cases (0.2); make significant revisions to stipulation requesting an order directing the coroner's office to make the autopsy materials and DNA sample available (0.5) | 0.8 |
| 11.30.22 | Revise initial draft of stipulation to consolidate the two related cases and revise following email exchange with all counsel (0.6); email exchange with all counsel re: consolidation (0.2); discuss consolidation with Garcia Plaintiffs' counsel (0.2) | 1.0 |
| 12.1.22 | Email exchange with all counsel re: filing of stipulation to consolidate (0.1); finalize stipulation and proposed order for filing (0.2); client communication (0.1) | 0.4 |
| 12.5.22 | Work on retaining a police practices expert | 0.2 |
| 12.14.22 | Email exchange with defense counsel re: expert disclosures and consolidation of the two related cases (0.2); review memorandum re: the merits of the case from consulting attorney (0.5) | 0.7 |
| 12.19.22 | Review Court order consolidating the two related cases (0.1); review Court order denying request to direct the coroner's office to release the autopsy materials (0.2) | 0.3 |
| 12.21.22 | Communication with Garcia Plaintiffs' counsel re: new trial date and scheduling worksheet | 0.1 |
| 12.22.22 | Email exchange with defense counsel re: scheduling worksheet | 0.1 |
| 12.29.22 | Revise/edit stipulation re: pretrial and trial dates (0.2); email exchange with defense counsel re: same (0.1) | 0.3 |

**Renee V. Masongsong, Esq.**                                    *Garcia v. City of Tustin*
**Timekeeping Record**                                    Case No. 22-cv-00131-SPG-KES

| Date | Description | Hours |
|---|---|---|
| 1.5.23 | Emails with co-Plaintiffs' counsel re: consolidation of cases and proposed schedule of pretrial and trial dates | 0.2 |
| 1.9.23 | Review Court's order re: pretrial and trial dates | 0.1 |
| 1.19.23 | Review Galicia Plaintiffs' discovery responses | 0.8 |
| 2.10.23 | Review correspondence from AG's office re: no documents produced in response to subpoena | 0.1 |
| 2.21.23 | Communications with Plaintiffs' counsel re: setting depositions and next steps in the case and instruct legal assistant re: same | 0.2 |
| 3.1.23 | Instruct legal assistant re: setting depositions and sending related email correspondence (0.1); review email correspondence re: deposition scheduling (0.2) | 0.3 |
| 3.16.23 | Review Defendants' supplemental discovery responses and document production, including prior arrest reports, BWC videos of prior contacts, crime scene log, supplemental police report, and policy and training materials | 2.4 |
| 3.21.23 | Prepare screen shots and stills (annotated and clean) from the BWC videos in chronological order, to be used as exhibits during the officer depositions (1.8); review transcript of Yuhas BWC video (0.5); summarize videos and other materials to prepare for officer depositions (0.8) | 3.1 |
| 3.22.23 | Prepare for depositions of Officers Yuhas and Silva, including continued review of BWC videos and preparation of potential exhibits to be used during the depositions (1.6); Deposition of Officer Joshua Yuhas (1.1); Deposition of Officer Estela Silva (3.7); email exchange with Galicia Plaintiffs' counsel re: depositions (0.2) | 6.6 |
| 3.23.23 | Communications with Garcia Plaintiffs' co-counsel re: Garcia Plaintiffs' depositions and recap of officer depositions | 0.2 |
| 3.24.23 | Client communication | 0.2 |
| 3.28.23 | Client communication (0.2); communication with Garcia Plaintiffs' co-counsel (0.1); email exchange with defense counsel and Galicia Plaintiffs' counsel re: deposition scheduling (0.2); review Defendants' notice of Plaintiffs' depositions (0.1) | 0.6 |
| 3.31.23 | Work on expert retention (0.3); client communication (0.2) | 0.5 |
| 4.3.23 | Communication with Carrillo firm and research re: expert retention | 0.3 |
| 4.4.23 | Client communication | 0.1 |
| 4.5.23 | Prepare for depositions of C.G. and Emily Garcia | 2.0 |
| 4.7.23 | Continue to prepare for depositions of C.G. and Emily Garcia (0.6); Deposition of C.G. (1.0); Deposition of Emily Garcia (1.7); review Galicia Plaintiffs' deposition exhibits and discuss same with Carillo firm (0.4) | 3.7 |

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Garcia v. City of Tustin*
**Case No. 22-cv-00131-SPG-KES**

| Date | Description | Hours |
|---|---|---|
| **4.12.23** | Discuss discovery issues and further depositions with Carrillo firm | 0.2 |
| **4.14.23** | Email exchange with defense counsel re: officer deposition dates | 0.2 |
| **4.17.23** | Review Defendants' subpoenas | 0.3 |
| **4.18.23** | Review email from Galicia Plaintiffs' counsel re: availability of Mexican court file and depositions of Galicia plaintiffs | 0.2 |
| **4.21.23** | Email exchange with all counsel re: deposition dates | 0.1 |
| **4.24.23** | Email exchange with all counsel re: deposition dates | 0.1 |
| **4.25.23** | Instruct legal assistant re: noticing officer depositions and review/edit deposition notice | 0.2 |
| **5.1.23** | Client communication | 0.2 |
| **5.3.23** | Retain expert | 0.2 |
| **5.11.23** | Communication with Carrillo firm re: summary of Galicia Plaintiffs' depositions | 0.2 |
| **5.15.23** | Review email correspondence re: Mexican family law case file | 0.2 |
| **5.18.23** | Address paternity issues in light of the Court's denial of the stipulation for an order directing the coroner's office to produce the autopsy materials | 0.2 |
| **5.19.23** | Prepare to take depositions of Hector Frias and Taylor Babb, including: review Yuhas deposition transcript; review Silva deposition transcript; review BWC videos; draft outlines. | 4.6 |
| **5.21.23** | Continue to prepare to take depositions of Hector Frias and Taylor Babb. | 3.2 |
| **5.22.23** | Continue to prepare to take depositions of Frias and Babb (1.2); take deposition of Hector Frias (1.5); Take deposition of Taylor Babb (1.0) | 3.7 |
| **6.2.23** | Email exchange with all counsel re: anticipated motions for summary judgment ("MSJ") (0.2); coordinate with legal assistants and LabCorp re: paternity testing (0.2) | 0.4 |
| **6.7.23** | Prepare for (0.5) and participate in (0.4) "meet and confer" re: MSJs; review Judge Garnett's order on MSJ procedures and calculate filing deadlines based on Judge Garnett's procedures (0.4) | 1.3 |
| **6.9.23** | Email exchange with all counsel re: MSJ briefing schedule and substantive issues in anticipated MSJs | 0.3 |
| **6.12.23** | Further email exchange with all counsel re: MSJ briefing schedule (0.2); review and edit proposed stipulation in conjunction with further review of Court's standing order on MSJ procedures (0.3) | 0.5 |

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Garcia v. City of Tustin*
**Case No. 22-cv-00131-SPG-KES**

| Date | Description | Hours |
|---|---|---|
| 6.14.23 | Communications with Carrillo firm re: MSJ briefing schedule (0.3); email exchange with defense counsel re: same (0.1) | 0.4 |
| 6.15.23 | Review email exchange between defense counsel and Galicia Plaintiffs' counsel re: proposed stipulation to move the MSJ dates and the trial date | 0.3 |
| 6.16.23 | Review further email exchange between defense counsel and Galicia Plaintiffs' counsel re: proposed stipulation to move the MSJ dates and the trial date (0.3); discuss same with Carrillo firm (0.2) | 0.5 |
| 6.19.23 | Discussions with all Plaintiffs' counsel re: expert disclosures | 0.2 |
| 6.20.23 | Review paternity results and discuss with Carrillo firm (0.3); prepare supplemental disclosures with paternity results (0.3); review email from Galicia Plaintiffs' counsel re: discovery dates and Galicia Plaintiffs' anticipated ex parte application (0.2); review Galicia Plaintiffs' ex parte application and accompanying declaration (0.6) | 1.4 |
| 6.21.23 | Work on opposition to Galicia Plaintiffs' ex parte application to modify the scheduling order—discuss with Mr. Galipo and the Carrillo firm; conduct research; prepare outline of the opposition; revise/edit Carrillo firm's draft of the opposition | 3.2 |
| 6.22.23 | Continue to clean up the opposition to Galicia Plaintiffs' ex parte application (0.6); related communications with Garcia Plaintiffs' counsel (0.3) | 0.9 |
| 6.29.23 | Consult with Garcia Plaintiffs' police practices expert (0.8); review file to designate non-retained experts (0.2); communications with Galicia Plaintiffs' counsel re: mediation and expert disclosures (0.3); communications with Carrillo firm re: mediation and expert disclosures (0.3) | 1.6 |
| 6.30.23 | Prepare Plaintiffs' expert disclosures (0.6); review Court order continuing deadlines (0.2) | 0.8 |
| 7.5.23 | Review Defendants' expert disclosures and report of Robert Handy | 1.4 |
| 7.7.23 | Communications re: pretrial and trial dates (0.2); review stipulation and proposed order (0.2) | 0.4 |
| 7.17.23 | Consult with Garcia Plaintiffs' police practices expert | 0.5 |
| 7.19.23 | Consult with Garcia Plaintiffs' police practices expert | 0.3 |
| 8.9.23 | Review Court order setting dates | 0.1 |
| 8.14.23 | Email exchange with defense counsel re: MSJ briefing and settlement potential | 0.2 |
| 8.17.23 | Email communication with all counsel re: potential mediators, expert depositions, and MSJ briefing | 0.3 |
| 8.21.23 | Case discussions with Carrillo firm | 0.3 |
| 8.28.23 | Communication with expert | 0.1 |

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Garcia v. City of Tustin*
**Case No. 22-cv-00131-SPG-KES**

| Date | Description | Hours |
|---|---|---|
| **8.30.23** | Communication with expert | 0.1 |
| **9.5.23** | Suggest/research potential mediators and obtain availability (0.4); email all counsel re: same (0.1) | 0.5 |
| **9.8.23** | Emails re: setting up a mediation | 0.2 |
| **9.18.23** | Deposition of Roger Clark | 2.6 |
| **9.20.23** | Prepare to take deposition of defense expert Robert Handy | 1.5 |
| **9.21.23** | Continue to prepare to take deposition of defense expert Robert Handy (5.2); Prepare for deposition of Scott DeFoe (0.8) | 6.0 |
| **9.22.23** | Continue to prepare to take deposition of defense expert Robert Handy (1.0); take deposition of Robert Handy (1.8); defend deposition of Scott DeFoe (2.5); review defense counsel's email re: selecting a mediator (0.1) | 5.4 |
| **9.26.23** | Email communications with all counsel re: "meet and confer" for MSJ | 0.2 |
| **9.28.23** | "Meet and confer" with counsel re: MSJs | 0.4 |
| **9.29.23** | Communications with all Plaintiffs' counsel re: Plaintiffs' standing | 0.2 |
| **10.14.23** | Work on Joint MSJ brief—review: Defendants' portion of the memorandum of points and authorities, cases cited in Defendants' memorandum of points and authorities, appendix of evidence, appendix of facts (2.8); prepare Plaintiffs' additional material facts, in conjunction with detailed review of the videos and deposition transcripts (5.0) | 7.8 |
| **10.15.23** | Continue to work on Plaintiffs' portions of the Joint MSJ brief—conduct legal research for cases supporting Plaintiffs' qualified immunity arguments (1.8); draft Plaintiffs' memorandum of points and authorities in support of Plaintiffs' MSJ and in opposition to Defendants' MSJ (3.6); review file and case law to consider viability of certain claims (2.2) | 7.6 |
| **10.16.23** | Continue to work on Plaintiffs' portions of the Joint MSJ brief—continue to draft memorandum of points and authorities (3.5); continue to work on Plaintiffs' separate statement of facts in conjunction with detailed evidence review (1.4); consult with expert (0.4); work on Plaintiffs' responses to Defendants' material facts (0.8) | 6.1 |
| **10.17.23** | Continue to work on Plaintiffs' portions of the Joint MSJ brief—continue to draft Plaintiffs' memorandum of points and authorities in support of Plaintiffs' MSJ and in opposition to Defendants' MSJ (3.2); format Plaintiffs' statement of material facts into a chart, with citations (3.4); review timing of delay in medical attention (0.5); finalize my declaration (0.2); prepare Plaintiffs' exhibits (1.6) | 9.5 |
| **10.18.23** | Continue to work on Plaintiffs' portions of the Joint MSJ brief—continue to conduct legal research on qualified immunity, searching for cases involving blunt objects, and finalize memorandum (3.8); continue to work on Plaintiffs' | 7.5 |

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Garcia v. City of Tustin*
**Case No. 22-cv-00131-SPG-KES**

| Date | Description | Hours |
|---|---|---|
| | responses to Defendants' statement of material facts (3.5); email defense counsel's office with Plaintiffs' attachments (0.2) | |
| 10.20.23 | Review Galicia Plaintiffs' portions of the MSJ briefing | 0.5 |
| 10.24.23 | Review email from Galicia Plaintiffs' counsel re: MSJ briefing | 0.3 |
| 10.30.23 | Review compiled Joint MSJ Brief transmitted by defense counsel (1.5); email defense counsel (0.1) | 1.6 |
| 11.14.23 | Email exchange re: mediation | 0.1 |
| 11.16.23 | Research and suggest additional mediators for this case | 0.3 |
| 12.13.23 | Follow up on deposition payment owed by defense to Mr. DeFoe (0.1); client communication (0.3) | 0.4 |
| 1.2.24 | Follow up on deposition payment owed by defense to Mr. DeFoe | 0.1 |
| 1.12.24 | Work on Plaintiffs' pretrial documents—start witness list (0.5); start exhibit list (0.4); draft "meet and confer" email re: Plaintiffs' motions in limine ("MIL") (0.5); draft correspondence to Carrillo firm re: pretrial documents and trial preparation (0.5); start preparing the actual exhibits (0.6) | 2.4 |
| 1.16.24 | Email defense counsel to initiate "meet and confer" discussions re: MILs | 0.2 |
| 1.19.24 | Work on exhibit list (0.4); participate in "meet and confer" phone call re MILs and pretrial issues (0.3); email exchange with defense counsel re: exhibits (0.3) | 1.0 |
| 1.22.24 | Review email from Galicia Plaintiffs' counsel re: exhibits (0.2); draft Plaintiffs' MILs Nos. 1-3 (4.2); Draft MCFL (1.2) | 5.8 |
| 1.23.24 | Finalize and edit Garcia Plaintiffs' pretrial documents (round 1) for filing— MILs Nos. 1-3 with proposed orders (1.5); MCFL (0.4); Witness List with time estimates (0.5); Status Report re: Settlement (0.4); Exhibit list (0.5). Email thread with Galicia Plaintiffs' counsel re: standing of Galicia Plaintiffs and paternity of Garcia Plaintiffs (0.4). Draft and circulate stipulation for exclusion of agency findings (0.5). | 4.2 |
| 1.25.23 | Work on Proposed Pretrial Conference Order ("PTCO") (2.0); work on the jury instructions (2.0) | 4.0 |
| 1.31.24 | Continue to work on the jury instructions | 0.8 |
| 2.2.24 | Prepare Plaintiffs' proposed verdict form (1.0); continue to work on the PTCO (0.3); email exchange with all counsel for their portions of the joint documents despite MSJ pending (0.4); prepare Statement of the Case (0.3); email defense counsel regarding the jury instructions (0.2) | 2.2 |
| 2.5.24 | Review Defendants' edits to the jury instructions and Statement of the Case (0.3); review counsels' edits and insertions to the PTCO and make further edits (0.5); review Defendants' further proposed jury instruction (0.1); make further edits to the jury instructions (0.4) | 1.3 |

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Garcia v. City of Tustin*
**Case No. 22-cv-00131-SPG-KES**

| Date | Description | Hours |
|---|---|---|
| 2.6.24 | Continue to work on/finalize/edit Garcia Plaintiffs' pretrial documents (round 2) for filing—Jury Instructions (disputed and agreed sets, clean and redlined, including following further edits and comments by defense counsel) (0.6); Garcia Plaintiffs' proposed Voir Dire (0.2); Statement of the Case (0.1); Competing Verdict Forms (0.3); PTCO (0.3). Review and consider proposed verdict forms by defense counsel and Galicia Plaintiffs' counsel (0.5). Obtain consent from all counsel prior to filing (0.1). | 2.1 |
| 2.14.24 | Draft request to appear by Zoom (0.3); review court order converting the final pretrial conference to a status conference (0.1); communication with Carrillo firm (0.1) | 0.5 |
| 2.15.24 | Communications with Carrillo firm re: continuance of status conference or order permitting me to appear in place of lead trial counsel (0.3); review/edit request to continue and/or appear by Zoom in lieu of lead counsel (0.2); email all counsel re: same with stipulation and proposed order (0.2) | 0.7 |
| 2.20.24 | Prepare belated 377 declarations and GAL forms (0.8); client communication (0.3); review court order continuing status conference (0.1) | 1.2 |
| 2.29.24 | Review court order granting GAL application | 0.1 |
| 3.4.24 | Review scheduling notice and order continuing status conference | 0.1 |
| 3.7.24 | Update involved persons re: vacated trial date (0.2); email communication re: stipulation and request to continue the status conference (0.2) | 0.4 |
| 3.13.24 | Review stipulation re: remote appearance at status conference (0.1); related emails (0.1) | 0.2 |
| 3.19.24 | Review Court's Order re: MSJ (0.6); Client communication (0.3) | 0.9 |
| 3.20.24 | Prepare Garcia Plaintiffs' complaint asserting state law claims to be filed in state court (2.0); review/edit GAL applications in state court format (0.6); client communication (0.2) | 2.8 |
| 3.26.24 | Edit/continue to work on Garcia Plaintiffs' complaint asserting state law claims to be filed in state court | 0.5 |
| 3.28.24 | Continue to work on Plaintiffs' state law complaint | 0.5 |
| 4.5.24 | Client communication | 0.3 |
| 4.8.24 | Prepare Garcia Plaintiffs' Notice of Appeal of the district court's grant of Defendants' MSJ and denial of Plaintiffs' MSJ (0.5); finalize Garcia Plaintiffs' complaint asserting state law claims to be filed in state court following communication with Carrillo firm (0.5) | 1.0 |
| 4.12.24 | Review Ninth Circuit case opening documents | 0.2 |
| 4.15.24 | Fill out Ninth Circuit mediation questionnaire | 0.5 |

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Garcia v. City of Tustin*
**Case No. 22-cv-00131-SPG-KES**

| Date | Description | Hours |
|---|---|---|
| **4.22.24** | Request transcript | 0.1 |
| **4.29.24** | Review final state court filing with ADR packet and CMC deadlines (0.1); follow up on transcript request (0.1) | 0.2 |
| **4.30.24** | Participate in mediation assessment conference | 0.3 |
| **5.8.24** | Email exchange with defense counsel re: potential stay of the state court cases pending the outcome of the Ninth Circuit appeal, and consolidation | 0.2 |
| **5.10.24** | Review Defendants' Answer to Garcia Plaintiffs' state court complaint | 0.4 |
| **5.14.24** | Client communication | 0.2 |
| **5.24.24** | Review notice of CMC | 0.1 |
| **6.12.24** | Request streamlined extension of time to file Plaintiffs' opening brief | 0.1 |
| **6.28.24** | Work on Garcia Plaintiffs' Ninth Circuit Opening Brief—analyze district court's order re: MSJ (1.2); re-read all cases cited in Garcia Plaintiffs' portions of the joint MSJ brief in the context of the district court's order (6.1) | 7.3 |
| **7.15.24** | Work on Garcia Plaintiffs' Ninth Circuit Opening Brief—conduct legal research, continue to look for cases involving blunt objects as opposed to knives | 3.2 |
| **7.16.24** | Work on Garcia Plaintiffs' Ninth Circuit Opening Brief (drafting memorandum of points and authorities and working on excerpts of record) | 4.0 |
| **7.17.24** | Work on Garcia Plaintiffs' Ninth Circuit Opening Brief (drafting) | 2.2 |
| **7.18.24** | Work on Garcia Plaintiffs' Ninth Circuit Opening Brief—conduct legal research and analyze *Penny v. Azmy* and *Vos* | 5.3 |
| **7.19.24** | Work on Garcia Plaintiffs' Ninth Circuit Opening Brief (drafting and legal research) | 3.8 |
| **7.22.24** | Work on Garcia Plaintiffs' Ninth Circuit Opening Brief | 3.0 |
| **7.23.24** | Work on Garcia Plaintiffs' Ninth Circuit Opening Brief | 4.2 |
| **7.24.24** | Work on Garcia Plaintiffs' Ninth Circuit Opening Brief | 1.5 |
| **7.25.24** | Work on Garcia Plaintiffs' Ninth Circuit Opening Brief | 5.2 |
| **7.26.24** | Work on Garcia Plaintiffs' Ninth Circuit Opening Brief (1.2); prepare and circulate stipulation to consolidate and stay state court actions (0.7) | 1.9 |
| **7.29.24** | Work on Garcia Plaintiffs' Ninth Circuit Opening Brief | 1.0 |

9

**Renee V. Masongsong, Esq.**  
**Timekeeping Record**

*Garcia v. City of Tustin*  
**Case No. 22-cv-00131-SPG-KES**

| Date | Description | Hours |
|---|---|---|
| 7.30.24 | Work on Garcia Plaintiffs' Ninth Circuit Opening Brief—incorporate feedback from colleagues and review NPAP Amicus Brief in *Hernandez v. City of Los Angeles* | 4.6 |
| 7.31.24 | Finalize Opening Brief and excerpts of record (Ninth Cir. Dkt. No. 8) | 4.2 |
| 8.14.24 | Review autopsy report recently available following completion of investigation | 1.2 |
| 8.15.24 | Review Ninth Circuit order re dates for oral argument and complete form | 0.3 |
| 8.21.24 | Prepare Garcia Plaintiffs' CMC Statement (state court case) with attachment | 0.7 |
| 8.22.24 | Discussions with all counsel re: stipulation to stay and consolidate and details thereof | 0.5 |
| 9.5.24 | Review Defendants' CMC Statement in the state court case | 0.1 |
| 9.6.24 | Request extension on Garcia Plaintiffs' reply brief | 0.1 |
| 9.20.24 | Email exchange with defense counsel re: stipulation to stay and consolidate (0.1); discuss details of stipulation with Garcia Plaintiffs' counsel (0.2); revise stipulation (0.4) | 0.7 |
| 10.4.24 | Work on Garcia Plaintiffs' Ninth Circuit Reply Brief—conduct legal research and draft memorandum of points and authorities | 6.2 |
| 10.7.24 | Work on Garcia Plaintiffs' Ninth Circuit Reply Brief—conduct legal research and draft memorandum of points and authorities | 6.0 |
| 10.8.24 | Work on Garcia Plaintiffs' Ninth Circuit Reply Brief | 5.5 |
| 10.9.24 | Work on Garcia Plaintiffs' Ninth Circuit Reply Brief | 3.0 |
| 10.10.24 | Work on Garcia Plaintiffs' Ninth Circuit Reply Brief | 4.2 |
| 10.16.24 | Work on Garcia Plaintiffs' Ninth Circuit Reply Brief—incorporate feedback from colleagues | 2.4 |
| 10.19.24 | Work on Garcia Plaintiffs' Ninth Circuit Reply Brief—incorporate further feedback from colleagues | 1.0 |
| 10.21.24 | Finalize Ninth Circuit Reply Brief (Ninth Cir. Dkt. No. 29) | 1.8 |
| 12.5.24 | Prepare Plaintiffs' written discovery to be served in the state court case | 0.7 |
| 12.16.24 | Edit and finalize Plaintiffs' written discovery to be served in the state court case (0.2); review documents filed in related (Galicia) case (0.3) | 0.5 |
| 12.17.24 | Prepare for Ninth Circuit oral argument—create attorney work product | 2.1 |

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Garcia v. City of Tustin*
**Case No. 22-cv-00131-SPG-KES**

| Date | Description | Hours |
|------|-------------|-------|
| 12.27.24 | Initial review of Defendants' discovery responses and document production in the state court case | 1.0 |
| 12.28.24 | Review documents produced by Defendants in the state court case: autopsy report (0.4); Silva interview (1.2); Yuhas interview (1.0); Babb interview (0.6); police reports (2.0); DOJ report (0.7); photographs (0.4) | 6.7 |
| 12.31.24 | Prepare for oral argument, including communications re: oral argument time split | 0.6 |
| 1.3.25 | Prepare for oral argument, including analysis of Plaintiffs' best cases (1.0); email the Ninth Circuit clerk re: time split (0.2) | 1.2 |
| 1.6.25 | Prepare for oral argument—continue to review/summarize Plaintiffs' best cases | 1.0 |
| 1.8.25 | Prepare for oral argument—review several prior court orders written by the judges on the assigned panel (4.2); research panel (0.5); review translation/transcription of BWC video with Spanish speaker (0.6) | 5.3 |
| 1.10.25 | Prepare for oral argument—meeting with all Plaintiffs' counsel | 1.2 |
| 1.14.25 | Prepare for oral argument | 1.5 |
| 1.17.25 | Continue to prepare for Ninth Circuit oral argument with Mr. Galipo (1.6); Participate in Ninth Circuit oral argument, including wait time prior to argument and debrief after argument (2.3) | 3.9 |
| 2.18.25 | Client communication | 0.2 |
| 4.9.25 | Review state court docket | 0.2 |
| 6.2.25 | Review Ninth Circuit order permitting supplemental briefs re: impact of *Hernandez v. City of Los Angeles* on this case | 0.1 |
| 6.16.25 | Work on Ninth Circuit supplemental brief re: impact of *Hernandez v. City of Los Angeles* on this case—review briefing in *Hernandez* and watch archived oral arguments in Hernandez | 5.0 |
| 6.18.25 | Work on Ninth Circuit supplemental brief re: impact of *Hernandez v. City of Los Angeles* on this case (drafting and legal research) | 4.0 |
| 6.19.25 | Work on Ninth Circuit supplemental brief re: impact of *Hernandez v. City of Los Angeles* on this case (1.8); emails with all counsel re: calendar conflicts impacting November trial date (0.1) | 1.9 |
| 6.20.25 | Work on Ninth Circuit supplemental brief re: impact of *Hernandez v. City of Los Angeles* on this case | 1.4 |
| 6.23.25 | Finalize Ninth Circuit supplemental brief re: impact of *Hernandez v. City of Los Angeles* on this case | 1.0 |
| 8.8.25 | Review Ninth Circuit Opinion (Ninth Cir. Dkt. No. 44.1) (0.5) | 0.5 |
| 8.15.25 | Review Defendants' en banc petition | 0.4 |

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Garcia v. City of Tustin*
**Case No. 22-cv-00131-SPG-KES**

| Date | Description | Hours |
|---|---|---|
| 8.25.25 | Prepare Notice of Ninth Circuit Ruling to be filed in the state court case (0.5); related emails (0.2); make edits per emails (0.2) | 0.9 |
| 9.8.25 | Review Ninth Circuit order denying en banc petition | 0.1 |
| 9.12.25 | Prepare Status Report re: Ninth Circuit Ruling and Request to Vacate or Continue the State Court Trial Date and Proposed Order (1.0); related emails (0.1) | 1.1 |
| 9.22.25 | Revise and recirculate Status Report re: Ninth Circuit Ruling | 0.3 |
| 9.24.25 | Prepare for district court Status Conference re: Ninth Circuit Mandate (0.6); participate in Status Conference (argument re: Defendants' MSJ as to the state law claims and discussion re: new trial date) (1.0); travel time (1.6); update Mr. Galipo following the status conference and discuss trial dates with Mr. Galipo (0.4) | 3.6 |
| 9.25.25 | Review state court Order Vacating Trial & Setting Status Conference | 0.2 |
| 9.26.25 | Email exchange with all counsel re: trial date (per Court's order directing counsel to meet and confer) and scheduling conflicts | 0.3 |
| 9.29.25 | Prepare and circulate Status Report providing new trial date to the district court | 0.4 |
| 11.3.25 | Review Court's order granting in part and denying in part Defendants' renewed MSJ as to Plaintiffs' state law claims | 0.4 |
| 1.12.26 | Email correspondence with all counsel re: trial preparation, including review of issues raised in defense counsel's email | 0.3 |
| 2.12.26 | Prepare and circulate revised pretrial documents (significant revisions following MSJ and Ninth Circuit rulings, and further document production following investigation conclusion)—PTCO, jury instructions, competing verdict forms, joint exhibit list (1.8); re-read district court's ruling on Defendants' renewed MSJ in light of defense counsel's assertions (0.4); respond to Defendants' email on pretrial issues, including bifurcation, special interrogatories, and exhibit stipulation (0.4) | 2.6 |
| 2.13.26 | Zoom meeting with defense counsel re: pretrial issues and trial preparation (0.5); client communication (0.3) | 0.8 |
| 2.26.26 | Email exchange with defense counsel re: pretrial issues | 0.5 |
| 2.27.26 | Trial preparation—attempt to request and obtain additional medical and paramedic records (0.3); client communication (0.3); prepare actual exhibits, including still shots from the BWC videos, slow motion BWC videos, frame-by-frames 1.6); select specific photographs to be used at trial (1.5); select and organize exhibits (0.8); modify exhibit list (0.6); review summary of statement of Jeffery Baca and the audio of his statement (1.0) | 6.1 |
| 3.2.26 | Email defense counsel re: pretrial issues and circulate amended joint pretrial documents | 0.3 |

12

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Garcia v. City of Tustin*
**Case No. 22-cv-00131-SPG-KES**

| Date | Description | Hours |
|---|---|---|
| **3.3.26** | Prepare Garcia Plaintiffs' MIL No. 4 re: immigration status, including drafting, research, review of relevant information in the file and client communication, and compare with Carrillo firm's draft (2.0); contact interested persons re: trial availability and schedule (0.2); review Galicia Plaintiffs' proposed edits to the exhibit list and apply modifications (0.4) | 2.6 |
| **3.4.26** | Work on pretrial documents and finalize for filing—Joint Exhibit List (0.4); Garcia Plaintiffs' Witness List (0.6); draft Garcia Plaintiffs' MIL Nos. 1, 2, 3, 5 (4.1); Status Report (0.2); MCFL (0.7). | 5.4 |
| **3.11.26** | Work on Plaintiffs' opposition to Defendants' motion to bifurcate the trial | 1.0 |
| **3.12.26** | Trial preparation—discussions in-house re: witness trial subpoenas and revise subpoena attachments (0.5); in-house discussions re: exhibits and exhibit binders (0.3); revise MCFL and opposition to Defendants' motion to bifurcate, following dismissal of punitive damages (0.4); draft in-house memorandum re: timeline of events in video (0.5) | 1.7 |
| **3.13.26** | Review defense counsel's edits to pretrial documents | 0.4 |
| **3.16.26** | Client communication (0.2); discussions in-house re: getting the coroner or substitute coroner to testify (0.2); discussions in-house re: obtaining deposition transcripts (0.1); continue to work on the pretrial documents following receipt of defense counsel's edits (0.3); email exchange with defense counsel re: pretrial documents (0.2); review translation prepared by defense counsel's office and compare with edited translation prepared by Galicia Plaintiffs' counsel's office (0.5); review reports by Tom Toth (0.6) | 2.1 |
| **3.17.26** | Trial preparation—review prior arrest reports in detail (2.0); email exchange with defense counsel re: production of officer witnesses (0.1); review Galicia Plaintiffs' proposed exhibits and provide direction on comporting to current exhibit list (0.6); discussions with in-house Spanish speaker re: translation/transcription of BWC video (0.5) | 3.2 |
| **3.18.26** | Continue to work on and finalize pretrial documents for filing—Joint Agreed Jury Instructions (clean and redlined); Disputed Jury Instructions (clean and redlined); Statement of the Case; Amended MCFL; Competing Special Verdict Forms; Proposed PTCO; Amended opposition to bifurcate the trial (following dismissal of punitive damages) (3.6); in-house discussions re: witness subpoenas (0.2) | 3.8 |
| **3.19.26** | Trial preparation—Zoom meeting with Carrillo firm (1.0); prepare Plaintiffs' Proposed Voir Dire (0.3); summarize Decedent's criminal history (0.5) | 1.8 |
| **3.26.26** | Prepare Garcia Plaintiffs' Amended Witness List (0.2); Finalize Second Amended Joint Exhibit List (0.4); review Defendants' proposed transcription of BWC video and compare with version prepared by my office (1.5); email exchange with defense counsel re: viewing physical evidence, the exhibit list, and the subscribed video (0.3); in-house discussions re: witness subpoenas (0.3) | 2.7 |
| **3.30.26** | Trial preparation—discussions with legal assistants re: subpoena for Tom Toth's testimony, transcription of paramedic's statement, exhibit labeling, availability of coroner (0.3) | 0.3 |

13

**Renee V. Masongsong, Esq.**                    *Garcia v. City of Tustin*
**Timekeeping Record**                           Case No. 22-cv-00131-SPG-KES

| Date | Description | Hours |
|------|-------------|-------|
| **3.31.26** | Prepare for Final Pretrial Conference and Hearing on MILs, including review of Defendants' MIL oppositions (2.6); prepare Garcia Plaintiffs' Amended Witness List (0.3); Zoom meeting with Plaintiffs' trial team re: trial preparation (1.0); review transcription of the rest of the BWC video (past Defendants' transcribed time) prepared by Carrillo firm (0.3) | 4.2 |
| **4.1.26** | Final Pretrial Conference—preparation (0.4); drive time (2.0); court time (2.2) | 4.6 |
| **4.2.26** | Trial preparation meeting with Garcia Plaintiffs' team (1.0); further revise exhibit list per defense counsel (0.1); client contact (0.2); review and revise Carrillo firm draft of Joint Supplemental Brief re: Decedent's prior contacts with Officer Silva (0.4) | 1.3 |
| **4.6.26** | Review minutes of final pretrial conference with MIL rulings (0.4); review Defendants' Supplemental Brief re: Decedent's prior contacts with Officer Silva, including review of police reports not previously received (0.4); Zoom meeting with Plaintiffs' team (1.0) | 1.8 |
| **4.8.26** | Review Court's procedures re: exhibit numbering and sub-numbering in further detail and revise exhibit list accordingly (0.8); email exchange with all counsel re: same (0.1) | 0.9 |
| **4.9.26** | Review Defendants' notice of lodging of deposition transcripts (0.1); email exchange re: original deposition transcripts (0.1); attempt to make arrangements for Mr. DeFoe to view the physical evidence (0.1) | 0.3 |
| **4.10.26** | Discussions re: admission of the autopsy report at trial and attempts to secure substitute coroner testimony at trial | 0.2 |
| **4.13.26** | Trial preparation, including: select exhibits for each witness and prepare attorney work product regarding exhibits (3.2); select exhibits for opening statement (0.5); review exhibit binders (0.3); practice exhibit presentation with new computer program and address potential technical issues (1.6); client communication (0.4); coordinate and supervise organization and compilation of trial boxes; drive to hotel for trial (0.8) | 6.8 |
| **4.14.26** | Jury Trial Day 1— preparation for trial day (0.6); court time and working lunch (8.0); debrief with Plaintiffs' team and discuss trial strategy (0.5) | 9.1 |
| **4.15.26** | Jury Trial Day 2— preparation for trial day (0.5); court time, working lunch, discuss/agree on admitted exhibits (8.0); debrief with Plaintiffs' team (0.3); client communication after trial and preparation for Garcia Plaintiffs' trial testimonies (1.1); prepare Plaintiffs' brief re: vicarious liability jury instruction with exhibits (0.8); significantly revise Plaintiffs' brief re: admission of physical evidence to the jury (0.8) | 11.5 |
| **4.16.26** | Jury Trial Day 3—preparation for trial day (0.5); court time, working lunch, finalize Plaintiffs' brief re: vicarious liability with exhibits, discuss/agree on admitted exhibits (8.0); debrief with Plaintiffs' team (0.3); | 8.8 |
| **4.17.26** | Jury Trial Day 4— preparation for trial day (0.5); court time, working lunch, discuss/agree on admitted exhibits (6.7); meet and confer with defense counsel re: verdict form, prepare revised verdict form with Plaintiffs' objections, email chambers (1.0); debrief with Plaintiffs' team (0.3); drive time (one way) (1.2) | 9.7 |
| **4.18.26** | File revised verdict form with Plaintiffs' objections | 0.1 |

14

**Renee V. Masongsong, Esq.**
**Timekeeping Record**

*Garcia v. City of Tustin*
**Case No. 22-cv-00131-SPG-KES**

| Date | Description | Hours |
|---|---|---|
| 4.20.26 | Jury Trial Day 5— preparation for trial day (0.5); court time, working lunch, prepare video clip, discuss/confirm admitted exhibits, review Court's jury instructions emailed to all counsel (8.5); debrief with Plaintiffs' team (0.3); round trip drive time (2.5) | 11.8 |
| 4.21.26 | Jury Trial Day 6— preparation for trial day, including compilation and organization of exhibits for closing argument (0.5); court time and jury deliberations (6.0); discuss/sign off on admitted exhibits with clerk and defense counsel and defense tech team (0.4); debrief with Plaintiffs' team (0.6); round trip drive time (2.5) | 10.0 |
| 4.22.26 | Client communication | 0.2 |
| 4.24.26 | Prepare Stipulation and Proposed Order for Extended Briefing Schedule on the Parties' Post-Trial Motions (0.3); prepare Proposed Judgment (0.6); email all counsel re: same (0.1) | 1.0 |
| 4.27.26 | Edit Stipulation and Proposed Order for Extended Briefing Schedule on the Parties' Post-Trial Motions after email communication from defense counsel (0.1); email all counsel re: same (0.1) | 0.2 |
| 4.29.26 | Follow up with all counsel re: Stipulation and Proposed Order for Extended Briefing Schedule on the Parties' Post-Trial Motions (0.1); proofread/edit Proposed Judgment and Stipulation (0.5); | 0.6 |
| 5.29.26 | Draft Plaintiffs' attorney fee motion | 1.5 |
| 6.1.26 | Prepare declaration, timesheet and exhibits in support of attorney fee motion | 6.6 |
| 6.3.26 | Finalize attorney fee motion (including numerical fee calculations) and accompanying declarations and exhibits for filing | 3.5 |
| | | |
| | | |
| | | |

**TOTAL HOURS BILLED: 439.7**
**Hourly Rate Requested: $900**

**Total Amount: $395,730**
**Total Amount with 2.0 multiplier: $791,460**
**Total amount with 1.5 multiplier: $593,595**