Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

LUIS A. CARRILLO, Esq. SBN 70398
MICHAEL S. CARRILLO, Esq. SBN 258878
**CARRILLO LAW FIRM, LLP**
1499 Huntington Drive, Suite 402
South Pasadena, CA 92030
Tel: (626) 799-9375
Fax: (626) 799-9380

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors-in-interest, <br><br> Plaintiff(s), <br><br> vs. <br><br> CITY OF TUSTIN, ESTELLA SILVA and DOES 1 through 10, Inclusive, <br> Defendant(s) <br><br> Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al. | Case No: 8:22-cv-00131 SPG KES <br><br> Assigned to: <br> *District Judge Sherilyn Peace Garnett* <br> *Magistrate Judge Karen E. Scott* <br><br> **DECLARATION OF J. MIGUEL FLORES IN SUPPORT OF GARCIA PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

**1**

DECLARATION OF J. MIGUEL FLORES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

# DECLARATION OF J. MIGUEL FLORES

I, J. Miguel Flores, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central and Eastern Districts of California.  I make this declaration in support of Plaintiff's Motion for Attorneys' Fees.  I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.      As of this date, I have spent **63.45** hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action.

3.      I have maintained time records reflecting the work activity and time spent on this case.  I have exercised billing judgment, and I have reduced or written off unproductive time or other time that would not ordinarily be charged to a fee-paying client.  I personally performed the work attributed to me in this billing statement and can personally attest that the hours I spent on this case have been reasonably expended in pursuit of litigation.  A copy of my time records for this case is attached hereto as "Exhibit 1."

4.      In May 1998, I received a Bachelor of Arts in History from Yale University.  In May 2004, I received a Juris Doctorate degree from Boston College Law School.   During the summer of my second year of law school, I did an internship at the Los Angeles City Attorney's Office in the land use and planning division.  Upon graduating from law school, I attended the University of Maryland global studies program after being a finalist in a writing competition.  The paper was subsequently published, *Globalization and Urban Opportunities In The Immigrant Cityscape*, 17 Fla. J. Int'l L 719 (2005).

5.      I was admitted to the California Bar in December 2005.  I am admitted to practice in the United States District Court for the Eastern District of California and the United States District Court for the Central District of California.

DECLARATION OF J. MIGUEL FLORES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

6. From 2005 to April 2010, I worked as an Associate for The Silverstein Law Firm in Pasadena, California.  There, I worked in matters involving administrative law, land use, eminent domain, public records, and government transparency.  I was part of the firm's efforts to preserve several Los Angeles historical landmarks including Bernard's Luggage building in Hollywood, Florentine Gardens also in Hollywood and The Vladeck Center in Boyle Heights.  See *Shop Won't Have to Pack Its Bags*, Los Angeles Times, Sept. 28, 2006; *L.A. Fire Station Plan Would Spare Razing Florentine Gardens Building*, Aug. 4, 2005; *A landmark effort to save forgotten historic sites*, Los Angeles Times, April 2, 2007.

7. From May 2010 to March 2020, I worked for the Rodriguez & Associates law firm in Bakersfield, California, first as an Associate and then as non-equity Partner.  I worked catastrophic personal injury matters, including industrial accidents, commercial vehicle accidents, and premises liability.  I also worked on 1983 cases involving the excessive use of force, school bullying and occasional business disputes, eminent domain and inverse condemnation matters.   I was responsible for bringing cases to fruition from conducting initial intakes to preparation for trial.   As a result of my efforts, I was able to secure over 40 million dollars in settlements through my tenure at the firm.

8. In October 2020, I joined Carrillo Law Firm, where I currently work as a senior attorney.   The Carrillo Law Firm is considered to be one of the top civil rights firms in the state.  During the past five years at the Carrillo Law Firm, I have worked on civil rights cases, government tort cases, and wrongful death cases involving commercial vehicles.   In May 2023, The Carrillo Law firm secured a $24 million dollar settlement against the State of California in an excessive use of force case involving members of the California Highway Patrol, *I.M. v. California Highway Patrol* (2023).  The plaintiffs alleged that the CHP officers used excessive force that caused the death of Edward Bronstein through positional asphyxia.  The

DECLARATION OF J. MIGUEL FLORES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

settlement is the second largest civil rights settlement in the country.   I was the primary attorney working on the matter, including conducting written discovery, and depositions, as well as working on oppositions to motions to dismiss and other motion practice.  The Carrillo Law Firm was recognized by Daily Journal by awarding it a Clay Award in 2024 and the firm was a finalist for Street Fighter of Year in 2024 by Consumer Attorneys of California for the results on the case.

9.     I was second chair attorney in *M.M. vs. Victor Valley Union High School District*, where the jury awarded $315,000 in damages after apportionment. The case also made important appellate law in *Victor Valley Union High Sch. Dist. v. Superior Ct.* (2023) 91 Cal.App.5th 1121.  The appellate decision set important precedent in the area of spoilation of evidence and a public entity's duty to preserve evidence.

10.     I worked on the case of *Lopez v. City of Los Angeles* (Civil Rights Case, 2025) - $8 million settlement on behalf of the family of Margarito Lopez who was wrongfully shot and killed by LAPD on December 18, 2021, by officers outside of his home in Los Angeles.

11.     I was the primary attorney in *D'Braunstein v. California Highway Patrol* (2025), a case involving an individual suffering from a stroke and a CHP officer who elected to detain and arrest him instead of providing medical care.   The case made appellate law within the Ninth Circuit in *D'Braunstein v. California Highway Patrol*, 131 F.4th 764, 768–69 (9th Cir. 2025).  The Ninth Circuit clarified an officer's obligation to provide an injured detainee or arrestee with reasonable medical care.  The resulted in a settlement of $2.9 million dollars.

12.     My responsibilities at The Carrillo Law Firm include: client communication; drafting California Tort Claims Act claims; drafting complaints; drafting any oppositions to motions to dismiss or demurrers to complaints; drafting discovery; handling discovery disputes, including drafting motions to compel and

**4**

DECLARATION OF J. MIGUEL FLORES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

oppositions; reviewing materials produced during discovery; case evaluation; court appearances; conducting depositions of defendants and percipient witnesses; and trial preparation.

14. In this case, I worked to prepare this case for trial along with the others on the team. Some of the work that I did in this case included attending the depositions of the individuals involved and the experts along with assisting in the motions in limine and trial documents for this case.

14. A reasonable fee for my professional services during the time that I worked on this matter is $1,000.00 per hour. As a result of my experience, I believe this rate is in line with the hourly rates charged by attorneys of equivalent experience, skill, reputation, and expertise for comparable work. The total for my time spent for this matter is $63,450.00 ($1,000.00 rate x 63.45 hours).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of June in South Pasadena, California.

_____/s/    J. Miguel Flores_____

J. Miguel Flores

DECLARATION OF J. MIGUEL FLORES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

# Exhibit 1

## Time for J. Miguel Flores in GARCIA et al., v. CITY OF TUSTIN et al.,

## CASE NO.: 8:22-cv-00131 SPG KES

| Biller | Date | Time | Narrative |
|---|---|---|---|
| JMF | 4/7/2023 | 3.5 | Attend Zoom deposition of daughter Camila Garcia |
| JMF | 4/7/2023 | 1.75 | Attend Zoom deposition of daughter Emily Garcia. |
| JMF | 9/22/2023 | 2.5 | Attend Zoom deposition of Scott DeFoe Plaintiffs' Police Practices Expert |
| JMF | 10/17/2023 | 0.7 | Comments to MSJ Opp. Section on Medical Care. |
| JMF | 7/30/2024 | 0.8 | Review Opening Brief on Appeal.  Make comments. |
| JMF | 10/15/2024 | 1.6 | Review Reply Appeal Brief.  Make comments. |
| JMF | 1/10/2025 | 1.2 | Attend Zoom team meeting re case. |
| JMF | 3/4/2026 | 1.2 | Draft MIL re Immigration Status |
| JMF | 3/19/2026 | 0.5 | Analysis of translation of video of incident. |
| JMF | 3/19/2026 | 1 | Zoom team meeting. Analysis of case issues, including trial preparation, witness prep, and trial documents. |
| JMF | 3/30/2026 | 0.8 | Pre-trial conference planning.  Discussion of trial strategy.  Analysis of outstanding issues re MILs. |
| JMF | 3/30/2026 | 0.4 | Review translation of transcript of video of the incident.  Analysis of translation and transcript. |
| JMF | 3/31/2026 | 1 | Attend Zoom team meeting re case. |
| JMF | 4/1/2026 | 2.2 | Attend pretrial conference. |
| JMF | 4/2/2026 | 1 | Attend Zoom team meeting re case and trial. |
| JMF | 4/2/2026 | 1.7 | Draft further brief re admission of prior incident involving stick. |
| JMF | 4/2/2026 | 0.8 | Prepare deposition summaries. |
| JMF | 4/3/2026 | 1.2 | Review BWC of prior incident of detention of decedent. |
| JMF | 4/3/2026 | 1.2 | Revisions of further brief re admission of prior incident involving stick. |
| JMF | 4/6/2026 | 1 | Attend Zoom team meeting re case and trial. |

**6**

DECLARATION OF J. MIGUEL FLORES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

| | | | |
|---|---|---|---|
| JMF | 4/14/2026 | 6 | Attend trial. Take notes of proceedings. |
| JMF | 4/14/2026 | 0.7 | Post trial proceeding analysis. Plan trial strategy for following day. |
| JMF | 4/15/2026 | 3 | Attend trial. Take notes of proceedings. |
| JMF | 4/15/2026 | 0.7 | Post trial proceeding analysis. Plan trial strategy for following day. |
| JMF | 4/15/2026 | 3.4 | Legal research re admission of physical evidence/demonstrative evidence. Draft brief re admission of demonstrative evidence and jury having access during deliberation. |
| JMF | 4/16/2028 | 6 | Attend trial. Take notes of proceedings. |
| JMF | 4/16/2028 | 0.7 | Post trial proceeding analysis. Plan trial strategy for following day. |
| JMF | 4/17/2026 | 6 | Attend trial. Take notes of proceedings. |
| JMF | 4/17/2026 | 0.7 | Post trial proceeding analysis. Plan trial strategy for following day. |
| JMF | 4/20/2026 | 6 | Attend trial. Take notes of proceedings. |
| JMF | 4/20/2026 | 0.7 | Post trial proceeding analysis. Plan trial strategy for following day. |
| JMF | 4/21/2026 | 3.5 | Attend trial. Take notes of proceedings. |
| | Total | **63.45** | |

7

DECLARATION OF J. MIGUEL FLORES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES