**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:    (818) 347-3333
Fax:    (818) 347-4118

Attorneys for Plaintiffs, Emily Garcia and C.G.

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TUSTIN and ESTELA SILVA,<br><br>Defendants. | Case No. 8:22-cv-00131-SPG-KES<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett*<br>*Magistrate Judge Karen E. Scott*<br><br>**DECLARATION OF ALEJANDRO MONGUIA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES**<br><br>[*Notice of Motion and Motion; Proposed Order; Declarations and Exhibits thereto filed concurrently herewith*]<br><br>Date:   July 29, 2026<br>Time:  1:30 p.m.<br>Crtrm: 5C |
| *Consolidated with*:<br>WENDY GALICIA RAMIREZ and KEVIN GALICIA RAMIREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TUSTIN and ESTELA SILVA,<br><br>Defendants. | |

## <u>DECLARATION OF ALEJANDRO MONGUIA</u>

I, Alejandro Monguia, declare as follows:

1.      I am a litigation assistant currently employed by the Law Offices of Dale K. Galipo.  I work under the supervision of attorneys Dale K. Galipo and Renee V. Masongsong. Mr. Galipo and Ms. Masongsong are licensed to practice law in the United States District Court for the Central District of California. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees.  I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2.      I have maintained a timesheet reflecting my work activity and time spent on this case. I have personally performed the work attributed to me in my timesheet and can personally attest that the hours I spent on this case have been reasonably expended in pursuit of litigation. A copy of my timesheet for this case is attached hereto as "Exhibit 1."

3.      I graduated with a Bachelor of Arts in History from California State University, Northridge in 2015. I graduated with a Juris Doctorate from Southwestern Law School in 2024.

4.      In 2016, I joined the Law Offices of Dale K. Galipo, where I currently work as a litigation assistant. During the past 10 years I have been the primary litigation assistant assigned to two of Mr. Galipo's associate attorneys, including Ms. Masongsong. Under the supervision of Mr. Galipo and Ms. Masongsong, I have worked on approximately 200 cases at all stages of litigation, from pre-litigation to trial. I am currently assigned to support Mr. Galipo's associates with their day-to-day tasks in approximately 50 cases, and oversee the firm's case intake and case evaluations.

5.      My daily responsibilities at the Law Offices of Dale K. Galipo include: evaluating prospective cases, including by speaking with prospective clients and referring attorneys directly, and gathering the information and documents necessary for the Law Offices of Dale K. Galipo to make an informed determination regarding each

DECLARATION OF ALEJANDRO MONGUIA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES

case; drafting the templates for various documents at all stages of litigation; calendaring the dates set forth in the case management or scheduling order of each case that I am assigned to, including by calculating dates pursuant to the controlling local rules when no date has been explicitly set forth; reviewing documents produced during discovery to advise the attorneys of what was received, as well as creating lists of involved persons and their roles during the incident at issue; coordinating with defense counsel and third parties for the scheduling of depositions; drafting and serving subpoenas for depositions and the production of documents; maintaining up-to-date litigation costs and expenses worksheets for each case that I am assigned to; following up on case referrals from other attorneys; and proofreading and filing legal documents.

6.     As of this date I have spent **33.6** hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action.

7.     Since our office started working on this case in March 2022 and up until to the present date, I have supported Mr. Galipo and Ms. Masongsong in the day-to-day management of this case. As reflected in detail on my timesheet attached hereto as "Exhibit 1", my work on this case includes standard administrative tasks as well as assisting with the organization and service of discovery documents.

8.     In 2020, I was awarded an hourly rate of $150 per hour for my work in the matter of *Juan Frias, et al v. City of Los Angeles, et al* by Judge Philip S. Gutierrez in his ruling on the attorney fee motion brought post-trial pursuant to 42 U.S.C. § 1988. A true and correct copy of Judge Gutierrez's April 23, 2020 order awarding me $150 per hour is attached hereto as "Exhibit 2."

9.     In 2022, was awarded an hourly rate of $200 per hour for my work in the matter of *Paola French, et al v. City of Los Angeles, et al* by Judge Jesus G. Bernal in his ruling on the attorney fee motion brought post-trial pursuant to 42 U.S.C. § 1988. A true and correct copy of Judge Bernal's May 10, 2022 order awarding me $200 per hour is attached hereto as "Exhibit 3."

2

DECLARATION OF ALEJANDRO MONGUIA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES

10.    Based on the foregoing, as well as my subsequent years of experience and completion of my Juris Doctorate, I believe an hourly litigation assistant/paralegal rate for my services under the circumstances is $250 per hour. I am respectfully requesting this hourly fee on the basis that it is in line with the hourly rates billed by litigation assistants and paralegals in similar cases.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 3rd day of June 2026 at Woodland Hills, California.


_____/s/ Alejandro Monguia_____
Alejandro Monguia

DECLARATION OF ALEJANDRO MONGUIA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES