# EXHIBIT 1

*Garcia, et al. v. City of Tustin, et al.*
**Case No. 8:22-cv-00131-SPG-KES**
**Timekeeping Record**
**Alejandro E. Monguia, Law Offices of Dale K. Galipo**

| Date | Description | Hours |
|---|---|---|
| 5/24/2022 | Calendar deadline to conduct ADR proceeding based on Court's Order/Referral to ADR (Dkt. 17) | 0.1 |
| 5/25/2022 | Review Court's Scheduling Order (Dkt. 19) and calendar/calculate all relevant case dates and deadlines | 0.6 |
| 6/2/2022 | Review discovery materials produced with Defendants City of Tustin and Estela Silva's Initial Rule 26 Disclosures; create list of additional documents to request | 1.3 |
| 6/29/2022 | Review City of Tustin's first set of interrogatories and requests for production of documents to Plaintiffs C.G. and Emily Garcia; calendar response deadline; prepare shells for Plaintiffs' responses and objections | 0.4 |
| 7/11/2022 | Review plaintiffs' responses to City's first set of interrogatories and requests for production of documents and Plaintiffs' document production; discuss with Ms. Masongsong and coordinate with co-counsel's office to obtain missing information | 0.5 |
| 7/12/2022 | Update plaintiffs' responses to City's first set of interrogatories and requests for production of documents with additional information/documents provided by co-counsel's office following phone calls with Plaintiffs | 0.3 |
| 7/18/2022 | Finalize (Bates stamp) and serve plaintiffs' document production and responses to City's first set of interrogatories and requests for production | 0.2 |
| 8/16/2022 | Review meet and confer letter from opposing counsel re plaintiffs' discovery responses and discuss with Ms. Masongsong | 0.2 |
| 8/23/2022 | Serve plaintiff Emily Garcia's first set of requests for production of documents to defendant City of Tustin and plaintiffs' notice of the depositions of Silva, Yuhas, Frias and Babb | 0.1 |
| 8/31/2022 | Discussion with plaintiffs and Ms. Masongsong re amended responses to City's first set of interrogatories and requests for production of documents; prepare and obtain signed verification re same; serve plaintiffs' amended responses | 0.5 |
| 9/1/2022 | Prepare and arrange for service of subpoenas for production of documents to Orange County District Attorney's Office and Attorney General's Office; draft and serve notice of subpoenas on defense counsel | 0.6 |
| 9/9/2022 | Coordinate with Mr. Laurel and Ms. Masongsong re request to OC Sheriff-Coroner for decedent's biological samples for analysis | 0.3 |
| 9/9/2022 | Review Court's Standing Order (Dkt. 22) | 0.2 |
| 9/26/2022 | Review defendant City of Tustin's Response to Plaintiff Emily Garcia's Requests for Production, Set One; confirm no documents produced and notify Ms. Masongsong | 0.5 |

1

*Garcia, et al. v. City of Tustin, et al.*
**Case No. 8:22-cv-00131-SPG-KES**
**Timekeeping Record**
**Alejandro E. Monguia, Law Offices of Dale K. Galipo**

| | | |
|---|---|---|
| 11/21/2022 | Prepare initial working draft of stipulation and proposed order to consolidate case with related case – *Galicia Ramirez, et al v. City of Tustin, et al.*, Case No. 8:22-cv-01619-SPG-KES; <br><br> Prepare initial working draft of stipulation and proposed order authorizing the release of decedent's biological samples for analysis; discussions with Ms. Masongsong | 0.8 |
| 12/16/2022 | Review Court's Order Re: Joint Notice of Related Case & Request to Consolidate; <br><br> Review Court's Order Denying Request to Direct OC Sheriff-Coroner to Release Autopsy Materials; review CCP § 129(a)(3)(A); discussion with Ms. Masongsong | 0.4 |
| 12/29/2022 | Prepare initial working draft of stipulation and proposed order re pretrial and trial dates adopting schedule of dates from *Galicia Ramirez, et al v. City of Tustin, et al.* case | 0.3 |
| 1/9/2023 | Review, calendar and calculate all relevant dates and deadlines from Court's Order Re: Joint Stipulation Regarding Pretrial and Trial Dates (Dkt. 30) | 0.5 |
| 2/20/2023 | Draft and serve plaintiffs' amended notice of the depositions of Silva, Yuhas, Frias and Babb | 0.1 |
| 2/21/2023 | Review email from opposing counsel re availability of Silva, Yuhas, Frias and Babb for deposition; discuss with Ms. Masongsong; reply to opposing counsel with proposed new deposition schedule | 0.3 |
| 3/2/2023 | Draft and serve amended notice of depositions of Silva and Yuhas | 0.1 |
| 3/21/2023 | Review defendants' discovery production and create folder of materials for Mr. Galipo and Ms. Masongsong's preparation in advance of officer depositions | 0.6 |
| 4/17/2023 | Review copies of subpoenas for the production of documents issued by defendants; calculate and calendar deadline to serve objections and notify Ms. Masongsong and co-counsel of records sought and date range | 0.2 |
| 6/20/2023 | Review and finalize plaintiffs' first supplemental Rule 26 disclosures; Bates stamp document production; serve disclosures and document production on opposing counsel | 0.2 |
| 6/21/2023 | Review Galicia plaintiffs' Ex Parte Application to Amend Scheduling Order; re-calculate and confirm MSJ briefing deadlines based on Court's Order (Dkt. 30) for use in Garcia plaintiffs' opposition | 0.3 |
| 6/30/2023 | Review Court's Order Granting Galicia plaintiffs' Ex Parte Application (Dkt. 34) | 0.2 |
| 8/9/2023 | Review Court's Order Re: Joint Stipulation Regarding New Proposed Dates; calendar and calculate all relevant case events and deadlines | 0.5 |
| 10/18/2023 | Prepare initial draft of Ms. Masongsong's Declaration in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment and Plaintiffs' Motion for Summary Adjudication; finalize exhibits thereto | 1.1 |

*Garcia, et al. v. City of Tustin, et al.*
**Case No. 8:22-cv-00131-SPG-KES**
**Timekeeping Record**
**Alejandro E. Monguia, Law Offices of Dale K. Galipo**

| | | |
|---|---|---|
| **1/12/2024** | Discussion with Ms. Masongsong; review case file/discovery materials and format Garcia plaintiffs' portion Proposed Joint Exhibit List based on exhibits provided by Ms. Masongsong | 0.8 |
| **1/23/2024** | Discussion with Ms. Masongsong re plaintiffs' motions in limine and prepare shells | 0.6 |
| **2/6/2024** | Re-format Proposed Final Pretrial Conference Order and related Notice of Lodging; create first draft of plaintiffs' Proposed Voir Dire | 0.5 |
| **4/8/2024** | Finalize for filing plaintiffs' Notice of Appeal of Court's MSJ Ruling, Exhibits A & B to Notice of Appeal, Representation Statement, and plaintiffs' state court Complaint | 0.6 |
| **4/10/2024** | Review Notification from 9th Circuit (Dkt. 82) and calendar deadlines in briefing schedule | 0.2 |
| **4/12/2024** | Review Notice of Hearing – Case Management Conference in state court case; calculate and calendar related dates | 0.3 |
| **4/25/2024** | Review proof of service of Summons and Complaint in state court case on defendants City of Tustin and Estela Silva; calendar deadline for defendants' responses to Complaint | 0.2 |
| **5/20/2024** | Prepare Central District transcript designation form and forward to Ms. Masongsong for filing | 0.1 |
| **5/24/2024** | Draft plaintiffs' Notice of Case Management Conference re state court case | 0.2 |
| **5/28/2024** | Serve plaintiffs' Notice of Case Management Conference; prepare Proof of Service and place e-filing order re same | 0.4 |
| **6/12/2024** | Quick refresher review of 9th Circuit Local Rules & Practice Guide; compile and Bates stamp Excerpts of Record re plaintiffs' Opening Brief; create index re Excerpts of Record; draft motion for leave to transmit documentary exhibit referenced in ER | 1.2 |
| **7/31/2024** | Format plaintiffs' Opening Brief; create table of contents and table of authorities | 1.8 |
| **8/2/2024** | Work with FedEx print office to create paper copies of Opening Brief and Excerpts of Record; arrange for delivery to 9th Circuit Clerk's Office | 0.6 |
| **8/13/2024** | Submit request to OC Sheriff-Coroner re decedent's autopsy report following notice of closure of investigation | 0.2 |
| **8/22/2024** | Draft proof of service and place e-filing order re Plaintiffs' Case Management Conference Statement and attachments | 0.5 |
| **9/9/2024** | Review state court's order vacating the CMC and setting jury trial for 11/7/2025; review CCP and local rules; calculate and calendar all relevant case deadlines | 1.0 |
| **9/13/2024** | Draft plaintiffs' notice of posting of jury fees and place e-filing order re same | 0.2 |

3

*Garcia, et al. v. City of Tustin, et al.*
**Case No. 8:22-cv-00131-SPG-KES**
**Timekeeping Record**
**Alejandro E. Monguia, Law Offices of Dale K. Galipo**

| Date | Description | Hours |
|---|---|---|
| 10/21/2024 | Proofread plaintiffs' Reply Brief; create table of contents and table of authorities | 0.8 |
| 6/23/2025 | Proofread plaintiffs' Supplemental Brief; create table of contents and table of authorities | 0.4 |
| 6/24/2025 | Work with FedEx print office to create paper copies of Supplemental brief; arrange for delivery to 9th Circuit Clerk's Office | 0.5 |
| 9/22/2025 | Review Court's order (Dkt. 91) and calendar status conference | 0.1 |
| 9/23/2025 | Draft proof of service re plaintiffs' notice of 9th Circuit ruling to state court and request to continue/vacate trial | 0.2 |
| 9/24/2025 | Review Court's order (Dkt. 94) and calendar PTC and trial dates; review Court's Order (Dkt. 30) and Standing Civil Pretrial Schedule and Trial to calculate and calendar relevant case dates and deadlines | 0.5 |
| 11/3/2025 | Review Court's Order Granting/Denying in Part Defendants' Renewed Motion for Summary Judgment as to Plaintiffs' State Law Claims (Dkt. 98) and discuss with Ms. Masongsong | 0.4 |
| 3/10/2026 | Prepare initial working draft of plaintiffs' opposition to defendants' motion to bifurcate liability from damage phase | 1.3 |
| 3/26/2026 | Draft proposed on-call agreement, edit trial appearance subpoena and draft letter re same to Dr. Aruna Singhania | 0.3 |
| 3/30/2026 | Discussion with Ms. Masongsong re plaintiffs' trial exhibits; add additional autopsy photos and re-Bates stamp exhibit | 0.2 |
| 4/6/2026 | Review Minutes of Final Pretrial Conference (Dkt. 136) and discuss Court's rulings on plaintiffs' motions in limine with Ms. Masongsong | 0.4 |
| 4/8/2026 | Coordinate with Ms. Gilbert re preparation of plaintiffs' trial boxes (copies of depo transcripts, statements, exhibits, etc.) (0.2); Revise joint third amended exhibit list and re-Bates stamp plaintiffs' exhibits based on edits (0.5); Personal delivery of USB-drive containing plaintiffs' trial exhibits to chambers (roundtrip) (2.3) | 3.0 |
| 4.14.26 | Personal delivery of Plaintiffs' trial boxes and assist attorneys at trial | 2.6 |
| 4/16/2026 | Format Ms. Masongsong's Declaration in Support of Plaintiffs' Proposed Jury Instruction re: Vicarious Liability; finalize exhibits thereto | 0.3 |
| 4/21/2026 | Personal pickup of plaintiffs' trial boxes (roundtrip) | 1.8 |

*Garcia, et al. v. City of Tustin, et al.*
**Case No. 8:22-cv-00131-SPG-KES**
**Timekeeping Record**
**Alejandro E. Monguia, Law Offices of Dale K. Galipo**

| | | |
|---|---|---|
| **5/13/2026** | Prepare shell of Declaration of Dale K. Galipo in Support of Plaintiffs' Motion for Attorney's Fees | 0.4 |
| **5/19/2026** | Draft own Declaration in Support of Plaintiffs' Motion for Attorney's Fees; finalize timesheet and exhibits | 1.0 |
| **5/20/2026** | Draft Galipo Office Bill of Costs on behalf of Garcia plaintiffs; compile supporting documentation/exhibits | 1.2 |
| | | |
| | **Sub-Total:** | **33.6** |
| | **Total Hours Billed:** | **33.6** |
| | **Hourly Rate Requested:** | **$250** |
| | **Total Fees Requested:** | **$8,400** |

5