**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:    (818) 347-3333
Fax:    (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest, | **Case No. 8:22-cv-00131-SPG-KES** |
| Plaintiff, | Assigned to: *District Judge Sherilyn Peace Garnett* *Magistrate Judge Karen E. Scott* |
| vs. | **DECLARATION OF SANTIAGO G. LAUREL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |
| CITY OF TUSTIN, ESTELA SILVA and DOES 1 through 10, Inclusive, Defendant(s) | [*Filed concurrently with supporting declarations and exhibits*] |
| | Date: July 29, 2026 Time: 1:30 p.m. |
| Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al. | |

DECLARATION OF SANTIAGO G. LAUREL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

## DECLARATION OF SANTIAGO G. LAUREL

I, Santiago G. Laurel, hereby declare as follows:

1.    I am a litigation assistant employed by the Law Offices of Dale K. Galipo. I work under the supervision of Dale K. Galipo and Renee Masongsong, both of whom are licensed to practice before the United States District Court for the Central District of California. I submit this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2.    I have approximately 20 years of experience in the legal field, with substantial experience in both state and federal litigation. Prior to joining the Law Offices of Dale K. Galipo in September 2021, I worked for five years as a Senior Litigation Assistant at Shimmel and Parks, APLC, where I supported trial attorneys in complex civil litigation from case inception through trial. My responsibilities included drafting and preparing pleadings, discovery requests and responses, deposition notices, and subpoenas, managing filings in state, federal, and appellate courts, maintaining litigation calendars, and assisting with trial preparation.

3.    Since joining the Law Offices of Dale K. Galipo, I have supported Mr. Galipo and multiple associate attorneys in approximately 120 cases and am currently responsible for assisting with roughly 50 active cases. My work spans all phases of litigation, including case intake, case initiation, court filings, discovery, motion practice, depositions, and trial preparation. I am also the only Spanish speaker in the office who worked on this case, providing critical support by reading, writing, and translating Spanish-language materials.

4.    My responsibilities include evaluating and onboarding new cases, communicating with clients, and gathering and organizing records for attorney and expert review. I routinely draft and prepare litigation documents, including case initiation documents, reports, disclosures, written discovery, deposition notices, subpoenas, and declarations. I

manage case deadlines in accordance with court scheduling orders, coordinate depositions and experts, and handle electronic filing and service of documents.

5.      I review and organize discovery and evidence, including large volumes of records and multimedia materials, prepare document productions with Bates numbering and redactions, and assist in assembling materials for disclosures, depositions, and trial. I coordinate with opposing counsel, experts, and third parties regarding scheduling and case logistics. My work regularly involves substantive litigation tasks such as drafting discovery, preparing deposition notices, reviewing evidence, and assisting with trial preparation.

6.      As of this date, I have expended 33.25 hours of time reasonably necessary to the successful prosecution of this action. A detailed summary of my time is attached hereto as "Exhibit 1".

7.      Courts in this District have previously approved my hourly rate in multiple civil rights actions. In *Paola French, et al. v. City of Los Angeles, et al.,* Case No. 5:20-cv-00416-JGB-SP, the Court approved an hourly rate of $200. A true and correct copy of the Court's order is attached hereto as "Exhibit 2."  In *I.H., et al. v. State of California, et al.,* Case No. 2:19-cv-02343-DAD-AC, the Court approved my hourly rate at $220, noting my experience and prior rate awards. A true and correct copy of the Court's order is attached hereto as "Exhibit 3." In *Nicole Juarez Zelaya v. City of Los Angeles, et al.*, Case No. 2:20-cv-08382-ODW (MAAx), the Court again approved my hourly rate of $220 and recognized that litigation assistants perform compensable substantive work, including reviewing evidence, assisting with depositions, and preparing materials for expert review. A true and correct copy of the Court's order is attached hereto as "Exhibit 4."

8.      These courts have further recognized that tasks such as drafting discovery, preparing deposition notices, and reviewing and organizing case materials constitute substantive legal work and are compensable, while purely clerical tasks are not. My time entries in this matter reflect substantive litigation support consistent with those rulings.

DECLARATION OF DARCI GILBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

9.      I respectfully request that the Court award an hourly rate of $250 for my services. My rate has remained at $220 since it was approved by the Court in June 2024, despite my continued increase in experience and responsibilities. Courts in this District commonly approve rates ranging from approximately $175 to $350 per hour for experienced litigation assistants and paralegals depending on skill, experience, and complexity of the work performed. Given my nearly 20 years of experience, the scope of my responsibilities, the additional experience I have gained since my last rate approval, and my role in supporting this case through all stages of litigation, I believe that $250 per hour is fair and reasonable.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 3rd day of June 2026 at Woodland Hills, California.

/s/ Santiago G. Laurel
Santiago G. Laurel

DECLARATION OF DARCI GILBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES