# EXHIBIT 1

**Santiago Laurel**  
**Timekeeping Record**

*Garcia v. Tustin, et al.*  
**Case No. 8:22-cv-00131-SPG-KES**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 12/21/2021 | Coordinated with Carrillo firm | .25 |
| 12/30/2021 | Modified complaint with Mr. Galipo's changes | 1.0 |
| 01/11/2022 | Requested video and reviewed with Mr. Galipo. Opened file and saved videos. | 1.5 |
| 01/13/2022 | Conducted research on Estala Silva. Pulled articles for Mr. Galipo. | 1.5 |
| 01/20/2022 | Provided Mr. Galipo with the complaint. Updated complaint with his changes. Drafted email and forwarded to Carrillo firm. | 1.0 |
| 03/08/2022 | Drafted Notice of Appearance and filed. | .75 |
| 03/21/2022 | Reviewed case file materials and created inventory for Mr. Galipo. Prepared memo and calendared relevant deadlines. | 1.50 |
| 05/05/2022 | Reviewed Rule 26 report. Modified per Mr. Galipo's changes. Emailed draft to attorney Michael Carrillo. | 1.50 |
| 05/06/2022 | Spoke with attorney Bruce Pratt. Mr. Pratt informed me that he wanted to push the dates due to his office not having any disclosures due to pending investigation. He asked for Mr. Galipo or Carrillo to contact him. Drafted email to Mr. Galipo and Carrillo to communicate this update. | .50 |
| 05/09/2022 | Updated Rule 26 report. Drafted email to Mr. Carrillo with report and Mr. Galipo's notes. | .50 |
| 05/20/2022 | Gathered all relevant documents for Mr. Galipo's appearance at scheduling conference. Provided update trial calendar to attorney. | .50 |
| 05/23/2022 | Dale provided court deadlines and trial dates. Emailed to Renee Masongsong and Alejandro. Informed them case assigned to attorney Masongsong. | .50 |
| 06/02/2022 | Attended conference call with Carrillo firm with Dale. Took notes, drafted email and memo to attorney Masongsong. Updated calendar with internal deadlines. | 2.0 |
| 06/02/2022 | Emailed Carrillo firm information of newly assigned case to Renee and assistant Alejandro. | .25 |
| 09/09/2022 | Reviewed email re paternity test from attorney Masongsong. Discussed with attorney. | .50 |

1

**Santiago Laurel**  
**Timekeeping Record**

*Garcia v. Tustin, et al.*  
Case No. 8:22-cv-00131-SPG-KES

| | | |
|---|---|---|
| 09/09/2022 | Called OC coroner and LabCorp to coordinate DNA test for paternity case. Contacted family for ID, death certificate, and DNA samples confirmation. Drafted email per coroner's instruction. Confirmed next of kin with Carrillo firm. | 3.0 |
| 09/12/2022 | Received release/ authorization from Carrillo firm and made changes to authorization. | .25 |
| 09/13/2022 | Followed up with coroner and LabCorp regarding specimens. Confirmed specimen types with coroner. | .50 |
| 09/13/2022 | Informed attorney that the specimens maintained by coroner are Frozen Tissue, wet and bloodspots. | .25 |
| 09/27/2022 | LabCorp provided a list of specimens that could be used. Provided list to coroner's office for confirmation. | .50 |
| 10/03/2022 | Followed up with coroner re specimens and LabCorp. Communicated potential issues with attorney Masongsong. | .50 |
| 10/18/2022 | Confirmed appointment with LabCorp. Obtained donors home address and located a facility near them. Drafted email to send to client with instructions and details for test. | 1.0 |
| 01/12/2023 | Did online research regarding Defendant Silvia. Printed information and articles for attorney to review. | .50 |
| 03/21/2023 | Assisted with preparation for depositions, including translated the BWC video, assisted with exhibits, conducted work on the video, discussed with the attorneys. | 4.0 |
| 04/17/2023 | Gathered all deposition exhibits. Confirmed with attorney and created Dropbox link. Saved videos and exhibits, prepared and sent email to court reporter. | .75 |
| 04/25/2023 | Prepared Second Amended Notice of Deposition of Fias and Babbs. Emailed to attorney to review before serving. | .75 |
| 04/25/2023 | Updated calendar with deposition dates for Fias and Babb's depositions. Served depositions notice, contacted court reporter and ordered court reporter. Provided them with instructions for deposition. | .75 |

**Santiago Laurel**
**Timekeeping Record**

*Garcia v. Tustin, et al.*
**Case No. 8:22-cv-00131-SPG-KES**

| | | |
|---|---|---|
| 05/08/2023 | Called our expert regarding case. Confirmed address, submitted check request. Mailed check to Mr. DeFoe and saved check to costs folder. | .50 |
| 05/23/2023 | Called LabCorp and spoke with Jessica Parrott, sent email to schedule paternity tests for two different locations. Followed up requesting cost of testing. Called clients to coordinate testing and addresses. | 1.0 |
| 06/02/2023 | Received DNA lab results. Reviewed results and printed copy for attorney. Saved copy to file. | .25 |
| 06/20/2023 | Printed plaintiffs' supplemental disclosures and document production. Served hard copy. | .25 |
| 07/21/2023 | Served plaintiffs' Rebuttal Expert disclosures. | .25 |
| 01/08/2025 | Reviewed BWC audio and transcribed and translated Spanish portions into English. Reviewed with attorney, finalized transcript, emailed to attorney, and saved to file. | 1.50 |
| 03/16/2026-03/17/2026 | Reviewed prior transcriptions and Defendants' certified translation of Yuhas BWC. Listened to audio, transcribed and translated. Prepared transcription and translated for DKG. | 3.0 |
| | **TOTAL** | **33.25** |

3