**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF TUSTIN, ESTELA SILVA and DOES 1 through 10, Inclusive, Defendant(s)<br><br>Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al. | Case No. 8:22-cv-00131-SPG-KES<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett*<br>*Magistrate Judge Karen E. Scott*<br><br>**DECLARATION OF DARCI GILBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>[*Filed concurrently with supporting declarations and exhibits*]<br><br>Date: July 29, 2026<br>Time: 1:30 p.m. |

# DECLARATION OF DARCI GILBERT

I, Darci Gilbert, hereby declare as follows:

1.      I am a litigation assistant at the Law Offices of Dale K. Galipo, counsel of record for Plaintiffs. I have personal knowledge of the statements made herein, and if called as a witness, I could and would competently testify under oath to the matters that I have set forth in this declaration.

2.      In 2002, I started working as a legal assistant for six (6) criminal defense attorneys while attending school in San Diego, California.  Shortly thereafter, in 2006 I obtained my paralegal certification from the University of San Diego.  From 2007 through April of 2012, I was working as a paralegal and office manager for a class action, employment civil litigation law firm in San Diego.  In May of 2012 I began employment with the United States District Court, Southern District of California, where I worked starting as an intake clerk, to a case administrator, followed by case services specialist, and concluded approximately the last 5 years of employment with CASD as the supervisor for the Case Services Department.  I was employed with CASD through February of 2025.  I have been in the legal profession for approximately 23 years, with experience ranging from State, Federal and Appellate Court, working as a litigation assistant, paralegal, and Federal Court employee.

3.      In March of 2025, I joined the Law Offices of Dale K. Galipo, where I currently work as a litigation assistant. Over the past seven months, I have worked diligently and energetically alongside Mr. Galipo and Ms. Masongsong.  Under the supervision of Mr. Galipo, along with Ms. Masongsong, I have worked on cases from pre-litigation to trial.  I consistently support the attorneys by adhering to and contributing to my regular office responsibilities as a litigation assistant. Within the scope of my regular office responsibilities, I vet potential new clients, thoroughly communicating to determine if said person has a potential case for this office, I calendar all deadlines for each case based off scheduling orders, local and Federal rules, I draft legal templates for attorneys, I

2

methodically review each email received, I monitor communications with clients, I review and index discovery, I monitor and enter all costs into an excel spreadsheet for each case Ms. Masongsong has acquired, I upload all filings within CM/ECF, and have a thorough understanding of the functionalities of CM/ECF, I am knowledgeable with the Federal Rules of Civil Procedures, local rules, and Chambers preferences for each Federal Court to ensure we meet our deadlines consistently and accurately, among many other miscellaneous tasks presented daily.

4..    In preparation for trial, I have spent a significant amount of time preparing and printing exhibit and trial binders for the Court, jury, witnesses, and attorneys, organizing and printing for several binders that included deposition transcripts, expert reports, and officer statements, communicating with clients, consistently contacting experts and witnesses with coordinating specific dates and times to appear at trial, drafting documents, issuing subpoenas, filing pretrial documents among many other tasks.

5.    In the course and scope of the responsibilities of prepping for trial and time spent on this case, I prepared the descriptions included in each billing record noted by date, that shows my name as the "Timekeeper", attached hereto as "**Exhibit 1**".

6.    As of this date, I have spent 24.8 hours of billable time in connection with tasks necessary to assist in achieving the resolution of this case.

7.    I respectfully request that the Court award me an hourly rate of $250 for my services. With the experiences I have accomplished in my professional career working in the legal profession for over the past 23 years, I believe that $250 is a fair and reasonable rate and respectfully request that the Court award this amount.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed June 3, 2026, in Woodland Hills, California

/s/ Darci Gilbert
Darci Gilbert

# EXHIBIT 1

**Darci Gilbert**
**Timekeeping Record**

*Garcia, et al. v. City of Tustin, et al.*
**Case No. 8:22-cv-00131-SPG-KES**

| Date | Description | Hours |
|---|---|---|
| 02.27.26 | Prepare medical authorization for client to sign and submit to obtain medical records with OC Global | 0.5 |
| 03.04.26 | Prepare Authorization for client to sign and submit to Faulk USA regarding retrieving paramedic run sheet through Care Ambulance | 0.5 |
| 03.04.26 | Email and Authorizations sent directly to OC Fire for paramedic run sheet | 0.2 |
| 03.04.26 | Prepare to file and file:  Amended Joint Exhibit List; Witness List, Motions in Limine 1, 2, 3, 4, 5; Memorandum of Contentions of Fact; and Status Report | 1.0 |
| 03.05.26 | Prepare on-call agreement and subpoena for paramedic Jeffrey Baca, calculate mileage and costs per mile for witness fees | 0.3 |
| 03.05.26 | Several emails with the OC Fire Authority providing information requested re obtaining the paramedic run sheet | 0.2 |
| 03.10.26 | Email to process server with instructions to subpoena J. Baca, witness and mileage rates to advance | 0.2 |
| 03.11.26 | Prepare to file and file:  Oppositions to Motions to Bifurcate | 0.3 |
| 03.12.26 | Prepare on-call agreement and subpoena to OC Coroner's Office re Dr. Aruna Singhania, calculate mileage fees to advance | 0.3 |
| 03.12.26 | Meeting with Ms. Masongsong re upcoming trial, witnesses, subpoenas, and trial prep re exhibits and binders | 0.8 |
| 03.16.26 | Phone call with Juguilon Medical Corporation re re-serving subpoena on retired Dr. Singhania. | 0.2 |
| 03.16.26 | Conversation with Ms. Masongsong re substitution of coroner to testify, and obtaining deposition transcripts | 0.3 |
| 03.18.26 | Discussion with Ms. Masongsong re witness subpoenas | 0.2 |
| 03.18.26 | Prepare to file and file trial documents: Proposed Jury Instructions, agreed and disputed; Statement of the Case; Amended Memorandum of Contentions of Fact and Law; Competing Jury Verdict; and Proposed Pretrial Order | 1.0 |
| 03.26.26 | Email from J. Baca and response to acknowledging subpoena and confirming his appearance at trial | 0.2 |
| 03.26.26 | Prepare to file and file Amended Joint Exhibit List | 0.3 |
| 03.26.26 | Email to Amor Juguilon re authorized representative to testify at trial, Dr. Singhania is retired. | 0.1 |
| 03.26.26 | Conversation with Ms. Masongsong re witness subpoenas | 0.3 |
| 03.26.26 | Prepare on-call agreement and subpoena for OC Fire Department Clifford Blasi to testify at trial, calculate mileage and witness fee to advance with subpoena | 0.3 |
| 03.30.26 | Conversation with Ms. Masongsong re trial prep and issuance of subpoena on Thomas Toth, paramedic run sheet, and trial exhibits | 0.3 |

1

**Darci Gilbert**
**Timekeeping Record**

*Garcia, et al. v. City of Tustin, et al.*
**Case No. 8:22-cv-00131-SPG-KES**

| Date | Description | Hours |
|---|---|---|
| 03.30.26 | Prepare on-call and subpoena to Thomas Toth to the DA's office to testify at trial.  Calculate mileage and witness fee for advance | 0.3 |
| 04.06.26 | Email from Thomas Toth and response to acknowledging the subpoena and on-call agreement. Agrees to show up at court to testify. | 0.2 |
| 04.09.26 | Prepare trial boxes for Mr. Galipo and Ms. Masongsong, with 4 copies printed of all depo transcripts, officer statements, expert reports, and organize boxes with printed labels and redwells per documents | 3.0 |
| 04.09.26 | Start to print 6 copies of all exhibits for trial binders | 4.0 |
| 04.10.26 | Continue printing trial binder exhibits, assemble into binders, create original exhibit tabs for court by assembling original exhibits tabs on first page of exhibits, and organize all exhibits numerically with tabs | 7.0 |
| 04.10.26 | Email to Mr. Nguyen at OC Sheriff's office re medical examiner to testify at trial in lieu of retired Dr. Singhania | 0.2 |
| 04.13.26 | Prepare on-call agreement and subpoena for investigator Thomas Nguyen to testify at trial.  He is unavailable to testify | 0.3 |
| 04.23.26 | Draft Stipulation Extending Time to File Post-Trial Motions and Proposed Order, send to attorney for review and edits | 0.5 |
| 04.24.26 | Prepare trial transcript request to file – send to attorney to review and file trial transcript request | 0.3 |
| 04.27.26 | Email court reporter Maria Bustillos for price quote to receive trial transcripts | 0.1 |
| 04.30.26 | Follow-up email to court reporter Maria Bustillos for trial transcripts price quote | 0.1 |
| 05.04.26 | Email to CACD Transcripts requesting a turnaround timeframe for a price quote for trial transcripts and generic response received | 0.1 |
| 05.08.26 | Email to  CACD Transcripts requesting a response for a total price for trial transcripts | 0.1 |
| 05.19.26 | Follow-up email to Ms. Bustillos and  CACD Transcripts requesting a price quote for trial transcripts | 0.1 |
| 05.22.26 | Follow-up email to Ms. Bustillos, supervisor Alberto Ortiz and CACD Transcripts requesting a price quote for trial transcripts and the turnaround time to receive trial transcripts | 0.2 |
| 05.26.26 | Email to supervisor Alberto Ortiz requesting a response to receive a price quote for trial transcripts | 0.1 |
| 05.27.26 | Response from Maria Bustillos with total price for trial transcripts and follow-up email sent with copy costs questions and ordering of transcripts | 0.2 |
| 05.28.26 | Follow-up emails to Ms. Bustillos inquiring how long it will take to receive transcripts and requesting an invoice and W9 | 0.2 |

**Darci Gilbert**                                          *Garcia, et al. v. City of Tustin, et al.*
**Timekeeping Record**                            **Case No. 8:22-cv-00131-SPG-KES**

| Date | Description | Hours |
|------|-------------|-------|
| 05.29.26 | Request payment for transcripts, email copy of check to Ms. Bustillos, and mail payment out | 0.2 |
| 06.02.26 | Email to Ms. Bustillos inquiring when we will receive transcripts | 0.1 |
| | | |
| | | |
| | | |
| | **TOTAL HOURS** | 24.8 |
| | | |

**TOTAL HOURS BILLED: 24.8**

**Hourly Rate Requested: $250**

**Total Amount: $6,200**

3