Jesus Eduardo Arias, SBN 293983
Law Offices of Jesus Eduardo Arias APC
1150 S. Olive St. Six Floor
Los Angeles CA 90015
Tel: 323-815-9450  Fax: 323-375-1196
Email: jearias@jesuseduardoarias.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| EMILY GARCIA, C.G., WENDY LORENA GALICIA RAMIREZ and KEVIN JOSUE GALICIA RAMIREZ<br><br>v.                                   PLAINTIFF(S),<br><br>CITY OF TUSTIN and ESTELA SILVA<br><br>DEFENDANT(S) | CASE NUMBER<br><br>8:22-cv-00131-SPG-KESx<br><br>---<br><br>**APPLICATION TO THE CLERK<br>TO TAX COSTS** |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways:  (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov.  See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| Name(s) of party or parties claiming costs: | Wendy Lorena Galicia Ramirez and Kevin Josue Galicia Ramirez | | |
|---|---|---|---|
| Judgment entered on: | May 1, 2026 | Docket #: | 173 |
| Names of party(ies) against whom judgment was entered: | City of Tustin and Estela Silva | | |

## DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: June 3, 2026          Signature:          /s/ Jesus Eduardo Arias

Name:          Jesus Eduardo Arias

☒ Attorney of Record for:          Plaintiffs, Wendy Galicia and Kevin Galicia

---

**COURT USE ONLY**

☐ Application GRANTED in whole/part; costs are taxed in the amount of $ *Enter total amount taxed here.*

☐ Application DENIED because:    ☐ Not timely filed (L.R. 54-2.1).

☐ Insufficient supporting documentation provided (L.R. 54-2.1).

☐ Filer is not prevailing party (L.R. 54-1).

Date: *Enter date here.*

**Brian D. Karth, District Court Executive/Clerk of Court**

By: _____

Deputy Clerk

---

**Case Title:** *Click or tap here to enter text.*; **Case No:** *Click or tap here to enter text.*

# BILL OF COSTS

## *The Clerk does not have discretion to tax any item*
## *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | *(Shaded columns for Court use only.)* | | |
| 1 | *L.R. 54-3.1 Clerk's Fees (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | | | | | | |
| 2 | *L.R. 54-3.2 Fees for Service of Process* | | | | | |
| | $130.00 | $130 Invoice Subpoena for the Orange County Coroner (Exhibit A) | | | | |
| 3 | *L.R. 54-3.3 United States Marshal's Fees* | | | | | |
| | | | | | | |
| 4 | *L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)* | | | | | |
| | $6,891.00 | $915 Deposition transcript of Plaintiffs Emily Garcia and C.G.<br><br>$841 Deposition transcript of Plaintiffs Wendy Galicia and Kevin Galicia<br><br>$1,033 Deposition transcript of Officer Babb and Officer Frias<br><br>$1,896.65 Deposition transcript of Defendant Estela Silva and Officer Yuhas<br><br>$795 Deposition transcript of Expert Roger Clark<br><br>$741.15 Deposition transcript of Expert Scott DeFoe<br><br>$758 Deposition transcript of Expert Robert Handy (Exhibit B) | | | | |
| 5 | *L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)* | | | | | |
| | | | | | | |
| 6 | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | | | | | |
| 7 | *L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)* | | | | | |
| | $2,075 | $2,075 for Spanish Interpreter (Exhibit A) | | | | |
| 8 | *L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)* | | | | | |

---

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | | | | | | | |
| 9 | | | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)* | | | | |
| | | | | | | | |
| 10 | | | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* | | | | |
| | (a) | | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | |
| | | | | | | | |
| | (b) | | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | |
| | | | | | | | |
| | (c) | | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | |
| | | | | | | | |
| | (d) | | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | |
| | | | | | | | |
| | (e) | | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | |
| | | | | | | | |
| | (f) | | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | |
| | | $598.99 | $435 DNA-Profile S.C. filiation test Kevin Galicia with paternal Grandfather Juan Garcia Lozano<br><br>$163.99 Staples receipt for Binders, labels and other office supplies<br>(Exhibit C) | | | | |
| | (g) | | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | |
| | | | | | | | |
| 11 | | | *L.R. 54-3.11 Premiums on Undertakings and Bonds* | | | | |
| | | | | | | | |
| 12 | | | *L.R. 54-3.12 Other Costs (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | |
| | | | | | | | |
| 13 | | $672.10 | *L.R. 54-3.13 State Court Costs (taxable only if taxable in state court; include citation to applicable state statute or rule)*<br>$465.54 State Court Filing 04/18/2024<br><br>$173.67 Jury Fees Payment 04/10/2024<br><br>$32.89 Case Management Statement 12/20/2024<br><br>(Exhibit A) | | | | |
| 14 | | $2,056.00 | *L.R. 54-4 Items Taxable as Costs on Appeal (only items taxable under Fed. R. App. P. 39(e))*<br>$230 Appeal Filing Fee 04/17/2024<br><br>$605 Notice of Appeal Filing fee 04/09/2024 | | | | |

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|
| | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | *(Shaded columns for Court use only.)* | | | |
| | | $1,221.48 Payment of Service of Process to deliver Filings in San Francisco (Exhibit A) | | | | |
| **15** | *L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court* | | | | | |
| | | | | | | |
| **TOTAL** | $12,423.09 | | $0.00 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** *Click or tap here to enter text.*; **Case No:** *Click or tap here to enter text.*

# WITNESS FEES

### WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS

- Attendance fees taxable only at statutory rate.  28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)**