# EXHIBIT "A"

8:22-cv-00131- SPG-KES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Internet Payment History for Arias, Jesus Eduardo**
**8/1/2021 to 6/3/2026**

| Case no. | Date Paid | Description | Payment Method | Receipt # | Amount |
|---|---|---|---|---|---|
| 8:22-cv-01619-SPG-KES | 2022-08-31 14:45:38 | Complaint (Attorney Civil Case Opening)( 8:22-cv-01619) [cmp cmpdAty] ( 402.00) | cr card | ACACDC-33907626 | $ 402.00 |
| ████████ | ████ | ████████████████████ | cr card | ████████ | ████ |
| ████████ | ████ | ████████████████████ | cr card | ████████ | ████ |
| 8:22-cv-00131-SPG-KES | 2024-04-09 15:19:21 | Notice of Appeal to 9th Circuit Court of Appeals( 8:22-cv-00131-SPG-KES) [appeal ntcappX] ( 605.00) | cr card | ACACDC-37254091 | $ 605.00 |

 Outlook

---

**Pay.gov Payment Confirmation: U.S. COURT OF APPEALS, NINTH CIRCUIT**

---

**From** do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>

**Date** Wed 4/17/2024 11:33 AM

**To** Lic. Tanya Ramírez <assistant@jesuseduardoarias.com>


Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: U.S. Court of Appeals for the 9th Circuit at 415-355-8000.

Account Number: 4546073
Court: U.S. COURT OF APPEALS, NINTH CIRCUIT
Amount: $230.00
Tracking Id: A09-121182-217
Approval Code: 029564
Card Number: ************4584
Date/Time: 04/17/2024 02:33:06 ET

Attorney Name: jesus eduardo arias
Contact Telephone Number: 3238159450
Person Completing Transaction: jesus arias

NOTE: This is an automated message. Please do not reply



**WARP 9**
480 Clementina Street, #A
San Francisco, CA  94103
+14155128900
billing@warp9micro.com

**Invoice  1224276**

**BILL TO**
Tanya Ramirez
Law Office of Jesus Eduardo Arias
18000 Studebaker Rd 7th Floor
Cerritos, CA  90703

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 07/18/2024 | $1,221.48 | 08/17/2024 |

**CLIENT MATTER**
21-042

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| BINDER - SPIRAL | 12 | 10.00 | 120.00T |
| FOLDER - REDWELD CUSTOM LABELED | 4 | 6.00 | 24.00T |
| BLOWBACK WITH ASSEMBLY - B&W (8.5X11) | 18 | 0.14 | 2.52T |
| BLOWBACK WITH ASSEMBLY - COLOR (8.5X11) | 1,173 | 0.65 | 762.45T |
| SERVICES - DELIVERY CHARGE/TRIP | 1 | 45.00 | 45.00T |

DELIVERY ADDRESS:
CLERK'S PRINCIPAL OFFICE
95 SEVENTH STREET SAN FRANCISCO  CA 94103
JOB ID# 1536051-01

| | | | |
|---|---|---|---|
| BINDER - SPIRAL | 2 | 10.00 | 20.00T |
| FOLDER - REDWELD CUSTOM LABELED | 12 | 6.00 | 72.00T |
| BLOWBACK WITH ASSEMBLY - B&W (8.5X11) | 246 | 0.14 | 34.44T |
| BLOWBACK WITH ASSEMBLY - COLOR (8.5X11) | 54 | 0.65 | 35.10T |

JOB ID# 1536051-02

REQUESTED BY TANYA RAMIREZ 20240709

20240709_RUSH SERVICE-FILING AT SAN FRANCISCO 9TH CIRCUIT COURT

NOTE: WE WILL RELOCATE TO A NEW OFFICE, STARTING AUGUST 01, 2024.
PLEASE UPDATE YOUR RECORDS WITH OUR NEW OFFICE ADDRESS:
22 BATTERY STREET, SUITE 220, SAN FRANCISCO, CA 94111

Thank you for your business.
Tax ID Number: 94-3342914

MAKE THE CHECK PAYABLE TO:
W 9 MICROSOLUTIONS, INC

ACH PAYMENT:
ROUTING NUMBER 121042882

WIRE TRANSFER PAYMENT:
SWIFT CODE: WFBIUS6S
ROUTING NUMBER: 121000248

BANK NAME: WELLS FARGO BANK

| | |
|---|---|
| SUBTOTAL | 1,115.51 |
| TAX (9.5%) | 105.97 |
| TOTAL | 1,221.48 |

| TOTAL DUE | $1,221.48 |
|---|---|

THANK YOU.

ACCOUNT NAME: W 9 MICROSOLUTIONS, INC.
ACCOUNT NUMBER: 2002993046



**, Phone:**
**contact@calwest.info**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| PP1330 | February 28, 2023 | CW461242 |

File No: **21-042**
Servee: **Tonya Vasqueze (Authorized to accept on behalf of Orange County Coroner)**
Case No: **8:22-cv-00131-SPG-KES**
Court: **Ronald Reagan Federal Building**
Plaintiff: **Wendy Galicia**
Defendant: **City of Tustin**

**Bill To:**

**Law Offices of Jesus Eduardo Arias**

**18000 Studebaker Rd. Suite 700**

**Cerritos, CA 90703**

| Documents: Civil Subpoena; |
|---|

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Process - California Statewide** | | | **95.00** |
| **Fee Advance by Cal West** | | | **35.00** |

**SUMMARY**

    **Servee: Tonya Vasqueze (Authorized to accept on behalf of Orange County Coroner)**

    **Address: 1071 W Santa Ana Blvd, #  Santa Ana, CA 927033927**

    **Result: Personally Served**

    **Completed on 2/27/2023 at 11:35 AM**

| | TOTAL DUE | $ 130.00 |
|---|---|---|

Thank you for choosing !
For billing inquiries, please contact our Accounting Department at (213) 353-9100.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| PP1330 | February 28, 2023 | CW461242 |

**Remit To:**

## 730 Salem Street
## Glendale, CA 91203

| TOTAL DUE: | $  130.00 |
|---|---|

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.

2. MAKE CHECKS PAYABLE TO **Cal West Attorney Services, Inc**

Order#:CW461242/INVOICEP



1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| **Bill To** |
|---|
| Law Offices of Jesus Eduardo Arias<br>18000 Studebaker Rd<br>Suite 700<br>Cerritos CA 90703 |

# Credit Card Sale

| | |
|---|---:|
| **Date** | 04/18/2024 |
| **Customer** | 0122090 |
| **Credit Sale** | 05926065 |
| **Amount Due** | $0 |
| **Tax Total** | $0.00 |

| | |
|---|---|
| Order Number | 22695620 |
| Contact | Carlo Alcantar |
| Attorney | Jesus Arias |
| Billing Code | 21-042 |
| Case Title | Wendy Galicia Ramirez vs. City of Tustin |
| Court | Superior Court of California, Orange County |
| Court Transaction Number | 11295050 |
| Case Number | 30-2024-01393937-CU-PO-NJC |
| Documents | Complaint,Civil Case Cover Sheet,Declaration - Other,Declaration - Other,Summons Issued and Filed |

| ONE LEGAL FEES | AMOUNT |
|---|---:|
| Court Filing Fee | $435.00 |
| Court Technology Access Fee | $2.25 |
| eFiling Charge | $14.95 |
| Convenience Fee‡ | $13.34 |
| **SUBTOTAL** | **$465.54** |

| FEES SUMMARY | AMOUNT |
|---|---:|
| One Legal Fees | $465.54 |
| Sales Tax | $0.00 |
| **TOTAL CHARGED** | **$465.54** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.



1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| Date | 9/6/2024 |
|---|---|
| **Customer** | 0122090 |
| **Credit Sale** | 06350614 |
| **Amount Due** | $0 |
| **Tax Total** | $0.00 |

| Bill To |
|---|
| Law Offices of Jesus Eduardo Arias<br>18000 Studebaker Rd<br>Suite 700<br>Cerritos CA 90703 |

| | |
|---|---|
| Order Number | 23683295 |
| Contact | Carlo Alcantar |
| Attorney | Jesus Arias |
| Billing Code | 21-042 |
| Case Title | Wendy Galicia Ramirez vs. City of Tustin |
| Court | Superior Court of California, Orange County |
| Court Transaction Number | 41707266 |
| Case Number | 30-2024-01393937-CU-PO-NJC |
| Documents | Case Management Statement |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $14.95 |
| Convenience Fee‡ | $0.44 |
| **SUBTOTAL** | **$15.39** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $15.39 |
| Sales Tax | $0.00 |
| **TOTAL CHARGED** | **$15.39** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.



1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| Date | 10/9/2024 |
|---|---|
| **Customer** | 0122090 |
| **Credit Sale** | 06443443 |
| **Amount Due** | $0 |
| **Tax Total** | $0.00 |

| Bill To |
|---|
| Law Offices of Jesus Eduardo Arias<br>18000 Studebaker Rd<br>Suite 700<br>Cerritos CA 90703 |

| Order Number | 23872079 |
|---|---|
| Contact | Carlo Alcantar |
| Attorney | Jesus Arias |
| Billing Code | 21-042 |
| Case Title | Wendy Galicia Ramirez vs. City of Tustin |
| Court | Superior Court of California, Orange County |
| Court Transaction Number | 41721428 |
| Case Number | 30-2024-01393937-CU-PO-WJC |
| Documents | Notice of Posting Jury Fees |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Court Filing Fee | $150.00 |
| Court Technology Access Fee | $2.25 |
| eFiling Charge | $14.95 |
| Disbursement Administration Charge | $1.00 |
| Convenience Fee‡ | $5.47 |
| **SUBTOTAL** | **$173.67** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $173.67 |
| Sales Tax | $0.00 |
| **TOTAL CHARGED** | **$173.67** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

# Credit Card Sale

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| Date | 12/20/2024 |
|---|---|
| **Customer** | 0122090 |
| **Credit Sale** | 06655689 |
| **Amount Due** | $0 |
| **Tax Total** | $0.00 |

| Bill To |
|---|
| Law Offices of Jesus Eduardo Arias<br>18000 Studebaker Rd<br>Suite 700<br>Cerritos CA 90703 |

| Order Number | 24373681 |
|---|---|
| Contact | Carlo Alcantar |
| Attorney | Jesus Arias |
| Billing Code | 21-042 |
| Case Title | Wendy Galicia Ramirez vs. City of Tustin |
| Court | Superior Court of California, Orange County |
| Court Transaction Number | 31579265 |
| Case Number | 30-2024-01393937-CU-PO-WJC |
| Documents | Case Management Statement |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eFiling Charge | $16.95 |
| Convenience Fee‡ | $0.55 |
| **SUBTOTAL** | **$17.50** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $17.50 |
| Sales Tax | $0.00 |
| **TOTAL CHARGED** | **$17.50** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

# INVOICE

**THE COURT INTERPRETERS, LLC**

26122 ALIZIA CANYON DR. #B
Calabasas, CA 91302

info@thecourtinterpreters.com
+1 (323) 304-9288
thecourtinterpreters.com



**Bill to**

JESUS EDUARDO ARIAS

**Invoice details**

Invoice no.: 1186
Terms: Net 30
Invoice date: 04/21/2026
Due date: 05/21/2026

Case Name and Number: 8:22-cv-01619
Job Number: 1292-6SP AND 1297-6SP
Client ID: ARIAS

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **SPANISH INTERPRETATION** | TRIAL APRIL 17, 2026 WENDY LORENA GARCÍA RAMIREZ vs CITY OF TUSTIN FULL DAY RATE | 1 | $1,300.00 | $1,300.00 |
| 2. | | **SPANISH INTERPRETATION** | TRIAL APRIL 18, 2026 WENDY LORENA GARCÍA RAMIREZ vs CITY OF TUSTIN FULL DAY RATE CANCELLED 10:00 am 4/17/26 | 1 | $1,300.00 | $1,300.00 |
| 3. | | **Courtesy discount** | Cancellation was almost 24 hours in advance | 1 | −$525.00 | −$525.00 |

| | | |
|---|---|---|
| | **Total** | **$2,075.00** |

## Ways to pay

   

FOR CREDIT CARD PAYMENTS PLEASE ADD 3%

**View and pay**