# EXHIBIT "B"

8:22-cv-00131- SPG-KES

# Invoice



**Stenogal Reporting**
18161 Allegheny Drive
North Tustin, CA  92705
(714)271-6249
chris@stenogal.com

| BILL TO | SHIP TO |
|---|---|
| Law Office of Jesus Eduardo Arias 18000 Studebaker Rd., 7th Fl. Cerritos, CA  90703 | Law Office of Jesus Eduardo Arias 18000 Studebaker Rd., 7th Fl. Cerritos, CA  90703 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 20273 | 06/16/2023 | $915.50 | | Due Upon Receipt | |

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

| CASE NAME | ATTORNEY | REPORTER |
|---|---|---|
| Garcia v. City of Tustin | J Arias | K Adams |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/07/2023 | Camila & Emily Garcia  Date: April 7, 2023  Certified Copy  Case: Garcia v. City of Tustin  *** | 915.50 |

Thank you very much! We appreciate you!
Tax ID # 46-4740788

**BALANCE DUE**     **$915.50**



CORPORATE HEADQUARTERS
1230 W. MOREHEAD ST.  |  SUITE 102  |  CHARLOTTE, NC 28208

# Invoice

## #90027637

**Jesus Eduardo Arias, Esq.**
Jesus Arias
18000 Studebaker Road, Suite 700
Cerritos CA 90703
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 10/25/2023 | Due upon receipt | 10/25/2023 | 09/22/2023 | 90020241 |

| Case Number | Case Name | |
|---|---|---|
| | Emily Garcia, et al. vs. City of Tustin, et al. | |

COPY OF TRANSCRIPT OF:

   Robert Handy                 758.15

_____

             **TOTAL DUE  >>>**        **$758.15**

Location of Job: All Parties to Appear Remotely
                Los Angeles,  CA  90012

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.
_____

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
         **P.O. Box 6180**
         **Hermitage, PA 16148-0922**



90027637

1 of 1



# Invoice

## #787568

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

**Ferguson, Praet & Sherman**
Bruce D. Praet, Esq.
1631 E 18th St
Santa Ana CA 92705
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 4/29/2023 | DUR, after 30 days 1.5% | 4/29/2023 | 3/22/2023 | ORD446100 |

| Case Number | Case Name |
|---|---|
| 8:22-cv-00131-DOC-KES | Emily Garcia, et. al. vs. City of Tustin, et. al. |

COPY OF TRANSCRIPT OF:

Estela Silva     1,197.80

COPY OF TRANSCRIPT OF:

Joshua Yuhas     698.85

**TOTAL DUE  >>>**     **$1,896.65**

Location of Job:  Web Conference All Parties Joining Remotely
Woodland Hills,  CA  91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.
_____

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
               **P.O. Box 6180**
               **Hermitage, PA 16148-0922**



787568

1 of 1

# INVOICE



**Stenogal Reporting**
18161 Allegheny Drive
North Tustin, CA 92705

chris@stenogal.com
(714)271-6249

## Jesus Arias

**Bill to**
Jesus Arias
Law Offices Jesus Arias
18000 Studebaker Rd, 700
Cerritos, Calif. 90703

**Ship to**
Jesus Arias
Law Offices Jesus Arias
18000 Studebaker Rd, 700
Cerritos, Calif. 90703

**Invoice details**
Invoice no.: 20826
Terms: Due Upon Receipt
Invoice date: 10/17/2023
Due date: 10/19/2023

Attorney: J Arias
Reporter: C Badano
Case Name: Ramirez v City of Tustin

| # | Date | Product or service | SKU | Qty | Rate | Amount |
|---|------|--------------------|-----|-----|------|--------|
| 1. | 09/21/2023 | **Court Reporting**<br>Deposition of: Scott DeFoe<br><br>One Certified Copy<br><br>Case: Wendy Ramirez v. City of Tustin<br><br>Date: September 18, 2023<br><br>*** | | 1 | $795.50 | $795.50 |

| | |
|---|---|
| **Total** | **$795.50** |

## Ways to pay

     BANK

## Note to customer

Thank you very much! We appreciate you!
Tax ID # 46-4740788

Pay invoice

# INVOICE



**Stenogal Reporting**
18161 Allegheny Drive
North Tustin, CA 92705

chris@stenogal.com
(714)271-6249

## Jesus Arias

**Bill to**
Jesus Arias
Law Offices Jesus Arias
18000 Studebaker Rd, 700
Cerritos, Calif. 90703

**Ship to**
Jesus Arias
Law Offices Jesus Arias
18000 Studebaker Rd, 700
Cerritos, Calif. 90703

**Invoice details**
Invoice no.: 20824
Terms: Due Upon Receipt
Invoice date: 10/17/2023
Due date: 10/19/2023

Attorney: J Arias
Reporter: C Badano
Case Name: Ramirez v City of Tustin

| # | Date | Product or service | SKU | Qty | Rate | Amount |
|---|------|--------------------|-----|-----|------|--------|
| 1. | 09/18/2023 | **Court Reporting** <br> Deposition of: Roger Clark <br><br> One Certified Copy <br><br> Case: Wendy Ramirez v. City of Tustin <br><br> Date: September 18, 2023 <br><br> *** | | 1 | $741.15 | $741.15 |

|  |  |
|---|---|
| | **Total**     **$741.15** |

## Ways to pay

     BANK

## Note to customer

Thank you very much! We appreciate you!
Tax ID # 46-4740788

**Pay invoice**

**Stenogal Reporting**
18161 Allegheny Drive
North Tustin, CA  92705
(714)271-6249
chris@stenogal.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| Law Office of Jesus Eduardo Arias<br>18000 Studebaker Rd., 7th Fl.<br>Cerritos, CA  90703 | Law Office of Jesus Eduardo Arias<br>18000 Studebaker Rd., 7th Fl.<br>Cerritos, CA  90703 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 20278 | 06/28/2023 | $841.35 | | Due Upon Receipt | |

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

| CASE NAME | ATTORNEY | REPORTER |
|---|---|---|
| Ramirez v City of Tustin | J Arias | K Magallanes |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/09/2023 | Depositions of: Kevin & Wendy Garcia<br><br>Original and One Certified Copy<br><br>Case: Wendy Ramirez v. City of Tustin<br><br>Date: May 9, 2023<br><br>*** | 841.35 |

Thank you very much! We appreciate you!
Tax ID # 46-4740788

BALANCE DUE    **$841.35**

**Stenogal Reporting**
18161 Allegheny Drive
North Tustin, CA  92705
(714)271-6249
chris@stenogal.com

# Invoice



| BILL TO | SHIP TO |
|---|---|
| Law Office of Jesus Eduardo Arias<br>18000 Studebaker Rd., 7th Fl.<br>Cerritos, CA  90703 | Law Office of Jesus Eduardo Arias<br>18000 Studebaker Rd., 7th Fl.<br>Cerritos, CA  90703 |

| INVOICE # | DATE | TOTAL DUE | | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 20278 | 06/28/2023 | $841.35 | | Due Upon Receipt | |

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| CASE NAME | ATTORNEY | REPORTER |
|---|---|---|
| Ramirez v City of Tustin | J Arias | K Magallanes |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/09/2023 | Depositions of: Kevin & Wendy Garcia<br><br>Original and One Certified Copy<br><br>Case: Wendy Ramirez v. City of Tustin<br><br>Date: May 9, 2023<br><br>*** | 841.35 |

Thank you very much! We appreciate you!
Tax ID # 46-4740788

BALANCE DUE                                   **$841.35**



Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

# Invoice

## #797792

**Jesus Eduardo Arias, Esq.**
Jesus Eduardo Arias, Esq.
18000 Studebaker Road, Suite 700
Cerritos CA 90703
United States

| Invoice Date | Terms | Due Date | Job Date | Job Number |
|---|---|---|---|---|
| 6/21/2023 | DUR, after 30 days 1.5% | 6/21/2023 | 05/22/2023 | ORD451127 |

| Case Number | Case Name |
|---|---|
| 8:22-cv-00131-DOC-KES | Emily Garcia, et al. vs. City of Tustin, et al. |

COPY OF TRANSCRIPT OF:

   Hector Frias         696.25

COPY OF TRANSCRIPT OF:

   Taylor Babb         337.00

_____

**TOTAL DUE  >>>**         **$1,033.25**

Location of Job:  Web Conference All Parties Joining Remotely
Woodland Hills,  CA  91367

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page.

Schedule with us anywhere nationally today! To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.
_____

**Tax ID:** 31-1763752

Remit to: **Huseby Global Litigation**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**


797792

1 of 1