# EXHIBIT "C"



# ⌂ Staples

2345 ▒▒▒▒▒ Blvd.
Monter▒▒▒▒▒ 91754
3▒▒▒▒▒

Sale

Store: 1326          Register: 1
Date: 4/13/26        Time: 5:25 PM
Transaction: 68828   Cashier: 3069766

REWARDS NUMBER  ******8514

| Qty | Item | Price | Amount |
|---|---|---|---|
| | ONETOUCH 3HOLE PUN | | |
| 1 | 718103395519 | 34.99 | 34.99 |
| | LEE TIPPI GEL FING | | |
| 1 | 084417610502 | 15.79 | 15.79 |
| | POST-IT MARSEILLE | | |
| 1 | 638060850442 | 12.49 | 12.49 |
| | LARGE WHITE LABEL | | |
| 1 | 072782144364 | 8.29 | 8.29 |
| | LARGE WHT LABEL DI | | |
| 1 | 072782144371 | 9.29 | 9.29 |
| | LARGE WHT LABEL DI | | |
| 1 | 072782144371 | 9.29 | 9.29 |
| | LARGE WHT LABEL DI | | |
| 1 | 072782144371 | 9.29 | 9.29 |
| | SHARPIE TWIN TIP B | | |
| 1 | 071641321625 | 6.99 | 6.99 |
| | STAPLES ROLLING CR | | |
| 1 | 718103417846 | 41.99 | 41.99 |

```
                    Subtotal      148.41
          CALIFORNIA 10.5%         15.58

                       Total      163.99
VISA DEBIT                    USD$163.99
Card No. : XXXXXXXXXXXX9618 [T]
Contactless
Auth No. : 007280
Mode.: Issuer
AID.: A0000000031010
TVR.: 0000000000
IAD.: 06011203A00000
TSI.:
ARC.: 3030
```

=========================================

Easy Rewards Point Summary

Points Redeemed Today          0
Points Remaining              53
Dollars Remaining         $0.00

Points will post within 5 business days.
Terms and conditions apply.
=========================================

What can we make easy for you?

Count on us for convenient services
done right and fast, including print,
travel, tech, shipping and recycling.
Find what you need in store or
at staples.com. And be sure to join
our Easy Rewards program!

THANK YOU FOR SHOPPING AT
STAPLES!

▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌
▫T1133Y111316WRA4C1LK9▫

sep 28 al    4 de octubre

# DNA-Profile
## Expertos en Paternidad

Clave de Solicitud  HERA - 1459

Folio  Nº 2584

### SOLICITUD DE PRUEBA DE PATERNIDAD

Solicitamos a DNA PROFILE S.C., la realización de una prueba de identidad genética (Prueba de ADN) donde se establecerá la presunta relación biológica entre:

| Nº | Relación Biológica | Nombre | Código de Muestra |
|---|---|---|---|
| 1 | Supuesto Padre | Juan García Lozano | Abuelo 77 años |
| 2 | Madre | | |
| 3 | Hijo (1) | Kevin Josue Galicia Ramirez | 20 años |
| 4 | Hijo (2) | | |

Al autorizar a DNA Profile S.C., para la prueba de identidad genética con el fin de establecer relaciones de parentesco. DNA Profile S.C., se compromete a mantener en todo momento la confidencialidad de nuestros datos personales. Esta solicitud tiene carácter informativo y no es parte de un proceso legal. Dado que este proceso requerirá que se halla iniciado previamente un juicio y se tomen las muestras bajo la orden de un juez, en presencia de una autoridad legal que de fé de la identidad de las personas que participan en la prueba, lo cual no fue realizado.

Lugar y fecha  Guadalajara, Jal    11 y 13 Sep 2021

Abuelo

Tipo de Identificación _____

Nº. de Identificación _____

Huella Digital (Pulgar Derecho) _____  Firma _____

¿Ha recibido Trasfusión de sangre en los últimos 90 días?
Sí ☐  No ☒
¿Ha recibido transplante de médula ósea?
Sí ☐  No ☒
Me someto de manera voluntaria a la toma de muestra para la prueba de ADN, y certifico que la información proporcionada es correcta.

Nombre Completo _____

Nieto

Tipo de Identificación _____

Nº. de Identificación _____

Huella Digital (Pulgar Derecho) _____  Firma _____

¿Ha recibido Trasfusión de sangre en los últimos 90 días?
Sí ☐  No ☒
¿Ha recibido transplante de médula ósea?
Sí ☐  No ☐
Me someto de manera voluntaria a la toma de muestra para la prueba de ADN, y certifico que la información proporcionada es correcta.

Nombre Completo _____

Tipo de Identificación _____

Nº. de Identificación _____

Huella Digital (Pulgar Derecho) _____  Firma _____

¿Ha recibido Trasfusión de sangre en los últimos 90 días?
Sí ☐  No ☐
¿Ha recibido transplante de médula ósea?
Sí ☐  No ☐
Me someto de manera voluntaria a la toma de muestra para la prueba de ADN, y certifico que la información proporcionada es correcta.

Nombre Completo _____

Nombre y Firma de quien toma la muestra  QFB Rosa Margarita H dcc H

Deseo recibir los resultados por correo electrónico ( ), fax ( ) y/o mensajería ( ), para lo cual indico los datos necesarios a continuación _____

Toma  5  7,050
traducion  500

714643316 (Juana García)  7,550 -
3320865334  anticipo  4,000 -
deb =  3,550 -

Jamaica # 90, Col. El Rosario, Ocotlán, Jalisco, México. C.P. 47829
Tels. 01 (392) 923 53 42 / 925 71 12 / 925 67 27
dnaprofile@gmail.com    www.dnaprofile.com.mx