# EXHIBIT "A"

 **Gmail**

Hazel Ramirez <hr@carrillofirm.com>

---

## Pay.gov Payment Confirmation: CALIFORNIA CENTRAL DISTRICT COURT

---

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>          Tue, Jan 25, 2022 at 4:36 PM
Reply-To: ecf-helpdesk@cacd.uscourts.gov
To: hr@carrillofirm.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to
cancel this payment, please contact: CM/ECF Helpdesk at 213-894-0242.

Account Number: 6291402
Court: CALIFORNIA CENTRAL DISTRICT COURT
Amount: $402.00
Tracking Id: ACACDC-32681042
Approval Code: 093619
Card Number: ************7555
Date/Time: 01/25/2022 07:36:19 ET


NOTE: This is an automated message. Please do not reply