# EXHIBIT "B"

8/17/2021                                           Shipment Receipt | UPS

 **Shipment Receipt**        August 17, 2021                    1ZT28E5Z2439931303

## Where

**Ship From**
Carrillo Law Firm, LLP, Carrillo Law Firm, LLP
1499 Huntington Drive, Suite 402, SOUTH
PASADENA, CA 91030
ac@carrillofirm.com, 626-799-9375

**Ship To**
City of Tustin
300 Centennial Way, Tustin, CA 92780

## What

**Package 1 - 1ZT28E5Z2439931303**

| Weight | Dimensions | Reference Numbers | Delivery Confirmation |
|---|---|---|---|
| 0 lbs | UPS Letter | Decedent: Luis Manuel Garcia | Signature Required |

# Service Details - UPS Next Day Air

Estimated Delivery Wednesday August 18, 2021 , 10:30 AM

## Additional Options

## Payment

Bill Shipping Charges To: Visa ending in 6621

## Shipping Total

| Shipping Fees | | Additional Option Fees | | Subtotals | |
|---|---|---|---|---|---|
| **Package 1** | | **Package 1** | | **Shipping Fees** | $28.15 |
| UPS Next Day Air | $25.51 | Delivery Confirmation | $5.55 | **Additional Option Fees** | $5.55 |
| Fuel Surcharge | $2.64 | | | **Combined Charges** | $33.70 |

Transportation Charges: for services listed as guaranteed, refunds apply to transportation charges only. See Terms and Conditions in the Service Guide for details. Certain commodities and high value shipments may require additional transit time for customs clearance.

Rate includes a fuel Surcharge, but excludes taxes, duties and other charges that may apply to the shipment.
Your invoice may vary from the displayed reference rates

Note: This document is not an invoice.

All shipments are subject to the UPS Tariff/Terms and Conditions of Service ("UPS terms") in effect on the date of shipment, which are available at www.ups.com/terms. Pursuant to the UPS Terms, UPS's maximum liability for loss or damage to each domestic package or international shipment is limited to $100, unless the shipper declares a greater value in the declared value field of the UPS shipping system used and pays the applicable charge (in which case UPS's maximum liability is the declared value). Special terms apply to some services and articles. Please review the UPS Terms for liability limits, exclusions from liability, maximum declared values, prohibited items, and other important terms of service. The shipper agrees that in the absence of a greater declared value, $100 value is a reasonable limitation under the circumstances of the transportation. Claims not timely made (generally noticed within sixty days and filed within nine months, but filed within sixty days for international shipments) are deemed waived and will not be paid. See the UPS Terms for details. Under no circumstances will UPS be liable for any special, incidental, or consequential damages.

8/17/2021                                                                    Shipment Receipt | UPS

 **UPS**    Shipment Receipt          August 17, 2021                    1ZT28E5Z2434599316

## Where

**Ship From**
Carrillo Law Firm, LLP, Carrillo Law Firm, LLP
1499 Huntington Drive, Suite 402, SOUTH
PASADENA, CA 91030
ac@carrillofirm.com, 626-799-9375

**Ship To**
Don Barnes - Sheriff, OC Sheriff's Department
550 North Flower Street, Santa Ana, CA 92703

## What

**Package 1 - 1ZT28E5Z2434599316**

| Weight | Dimensions | Reference Numbers | Delivery Confirmation |
|---|---|---|---|
| 0 lbs | UPS Letter | Decedent: Luis Manuel Garcia | Signature Required |

# Service Details - UPS Next Day Air

Estimated Delivery Wednesday August 18, 2021 , 10:30 AM

## Additional Options

## Payment

Bill Shipping Charges To: Visa ending in 6621

## Shipping Total

**Shipping Fees**

| Package 1 | |
|---|---|
| UPS Next Day Air | $25.51 |
| Fuel Surcharge | $2.64 |

**Additional Option Fees**

| Package 1 | |
|---|---|
| Delivery Confirmation | $5.55 |

**Subtotals**

| Shipping Fees | $28.15 |
|---|---|
| **Additional Option Fees** | $5.55 |
| **Combined Charges** | $33.70 |

Transportation Charges: for services listed as guaranteed, refunds apply to transportation charges only. See Terms and Conditions in the Service Guide for details. Certain commodities and high value shipments may require additional transit time for customs clearance.

Rate includes a fuel Surcharge, but excludes taxes, duties and other charges that may apply to the shipment.
Your invoice may vary from the displayed reference rates

Note: This document is not an invoice.

All shipments are subject to the UPS Tariff/Terms and Conditions of Service ("UPS terms") in effect on the date of shipment, which are available at www.ups.com/terms. Pursuant to the UPS Terms, UPS's maximum liability for loss or damage to each domestic package or international shipment is limited to $100, unless the shipper declares a greater value in the declared value field of the UPS shipping system used and pays the applicable charge (in which case UPS's maximum liability is the declared value). Special terms apply to some services and articles. Please review the UPS Terms for liability limits, exclusions from liability, maximum declared values, prohibited items, and other important terms of service. The shipper agrees that in the absence of a greater declared value, $100 value is a reasonable limitation under the circumstances of the transportation. Claims not timely made (generally noticed within sixty days and filed within nine months, but filed within sixty days for international shipments) are deemed waived and will not be paid. See the UPS Terms for details. Under no circumstances will UPS be liable for any special, incidental, or consequential damages.

1/1

8/17/2021
Shipment Receipt | UPS

 **Shipment Receipt**          August 17, 2021                    1ZT28E5Z2405990367

## Where

**Ship From**
Carrillo Law Firm, LLP, Carrillo Law Firm, LLP
1499 Huntington Drive, Suite 402, SOUTH
PASADENA, CA 91030
ac@carrillofirm.com, 626-799-9375

**Ship To**
State of California, Department of Justice
5700 South Eastern Avenue, Commerce, CA 90040

## What

**Package 1 - 1ZT28E5Z2405990367**

| Weight | Dimensions | Reference Numbers | Delivery Confirmation |
|---|---|---|---|
| 0 lbs | UPS Letter | Decedent: Luis Manuel Garcia | Signature Required |

# Service Details - UPS Next Day Air

Estimated Delivery Wednesday August 18, 2021 , 10:30 AM

## Additional Options

## Payment

Bill Shipping Charges To: Visa ending in 6621

## Shipping Total

| Shipping Fees | | Additional Option Fees | | Subtotals | |
|---|---|---|---|---|---|
| **Package 1** | | **Package 1** | | **Shipping Fees** | $28.15 |
| UPS Next Day Air | $25.51 | Delivery Confirmation | $5.55 | **Additional Option Fees** | $5.55 |
| Fuel Surcharge | $2.64 | | | **Combined Charges** | $33.70 |

Transportation Charges: for services listed as guaranteed, refunds apply to transportation charges only. See Terms and Conditions in the Service Guide for details. Certain commodities and high value shipments may require additional transit time for customs clearance.

Rate includes a fuel Surcharge, but excludes taxes, duties and other charges that may apply to the shipment.
Your invoice may vary from the displayed reference rates

Note: This document is not an invoice.

All shipments are subject to the UPS Tariff/Terms and Conditions of Service ("UPS terms") in effect on the date of shipment, which are available at www.ups.com/terms. Pursuant to the UPS Terms, UPS's maximum liability for loss or damage to each domestic package or international shipment is limited to $100, unless the shipper declares a greater value in the declared value field of the UPS shipping system used and pays the applicable charge (in which case UPS's maximum liability is the declared value). Special terms apply to some services and articles. Please review the UPS Terms for liability limits, exclusions from liability, maximum declared values, prohibited items, and other important terms of service. The shipper agrees that in the absence of a greater declared value, $100 value is a reasonable limitation under the circumstances of the transportation. Claims not timely made (generally noticed within sixty days and filed within nine months, but filed within sixty days for international shipments) are deemed waived and will not be paid. See the UPS Terms for details. Under no circumstances will UPS be liable for any special, incidental, or consequential damages.

9/23/21, 4:57 PM
Shipment Receipt | UPS



Shipment Receipt | September 23, 2021 | 1ZU92TB71331216034

## Where

**Ship From**
Carrillo Law Firm, LLP, Carrillo Law Firm, LLP
1499 Huntington Drive, Suite 402, SOUTH
PASADENA, CA 91030
ac@carrillofirm.com, 626-799-9375

**Ship To**
City of Tustin, City Clerk's
300 Centennial Way, Tustin, CA 92780

## What

**Package 1 - 1ZU92TB71331216034**

| Weight | Dimensions | Reference Numbers |
|---|---|---|
| 0 lbs | UPS Letter | Claim for Damages Emily Garcia(Estate of Luis Garcia) |

# Service Details - UPS Next Day Air Saver

Estimated Delivery Friday September 24, 2021 , End of Day

## Additional Options

Email Notifications: hr@carrillofirm.com

## Payment

Bill Shipping Charges To: Visa ending in 7555

## Shipping Total

### Shipping Fees

**Package 1**

| UPS Next Day Air Saver | $25.00 |
|---|---|
| Fuel Surcharge | $2.25 |

Transportation Charges: for services listed as guaranteed, refunds apply to transportation charges only. See Terms and Conditions in the Service Guide for details. Certain commodities and high value shipments may require additional transit time for customs clearance.

Note: This document is not an invoice.

### Subtotals

| **Shipping Fees** | **$27.25** |
|---|---|
| **Combined Charges** | **$27.25** |

Rate includes a fuel Surcharge, but excludes taxes, duties and other charges that may apply to the shipment.
Your invoice may vary from the displayed reference rates

All shipments are subject to the UPS Tariff/Terms and Conditions of Service ("UPS terms") in effect on the date of shipment, which are available at www.ups.com/terms. Pursuant to the UPS Terms, UPS's maximum liability for loss or damage to each domestic package or international shipment is limited to $100, unless the shipper declares a greater value in the declared value field of the UPS shipping system used and pays the applicable charge (in which case UPS's maximum liability is the declared value). Special terms apply to some services and articles. Please review the UPS Terms for liability limits, exclusions from liability, maximum declared values, prohibited items, and other important terms of service. The shipper agrees that in the absence of a greater declared value, $100 value is a reasonable limitation under the circumstances of the transportation. Claims not timely made (generally noticed within sixty days and filed within nine months, but filed within sixty days for international shipments) are deemed waived and will not be paid. See the UPS Terms for details. Under no circumstances will UPS be liable for any special, incidental, or consequential damages.



1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| Date | 2/3/2022 |
|---|---|
| **Customer** | 0115985 |
| **Credit Sale** | 03835230 |
| **Amount Due** | $0 |

| Bill To |
|---|
| Carrillo Law Firm, LLP<br>1499 Huntington Drive<br>Suite 402<br>South Pasadena CA 91030 |

| | |
|---|---|
| Order Number | 17614397 |
| Contact | Hazel Ramirez |
| Attorney | Luis Carrillo |
| Billing Code | 8:22-cv-00131-DOC-KES |
| Case Title | Emily Garcia, et al. v City of Tustin, et al. |
| Court | United States District Court, Central District of California |
| Court Transaction Number | |
| Case Number | 8:22-cv-00131-DOC-KES |
| Documents | Summons, Complaint, Notice of Case Assignment, Notice to Parties of Court-Directed Alternative Dispute Resolution (ADR) Program, Notice to Counsel Re Consent to Proceed w. US Magistrate Judge, Initial Standing Order (Judge David O. Carter) |
| Assignment Details | Substitute Service-Company - City of Tustin |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Convenience Fee‡ | $3.22 |
| Process Serving Copy Charge | $9.25 |
| Process Serving - Three Day | $80.00 |
| Mailing Declaration | $20.00 |
| **SUBTOTAL** | **$112.47** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $112.47 |
| **TOTAL CHARGED** | **$112.47** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| Bill To |
|---|
| Carrillo Law Firm, LLP |
| 1499 Huntington Drive |
| Suite 402 |
| South Pasadena CA 91030 |

# Credit Card Sale

| Date | 4/12/2024 |
|---|---|
| Customer | 0115985 |
| Credit Sale | 05910349 |
| Amount Due | $0 |
| Tax Total | $0.00 |

| | |
|---|---|
| Order Number | 22640359 |
| Contact | Hazel Ramirez |
| Attorney | Michael Carrillo |
| Billing Code | |
| Case Title | Emily Garcia vs. City of Tustin |
| Court | Superior Court of California, Orange County |
| Court Transaction Number | 31459339 |
| Case Number | 30-2024-01392623-CU-PP-WJC |
| Documents | Complaint,Civil Case Cover Sheet,Application for Appointment of Guardian Ad Litem,Order Appointing G |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Court Filing Fee | $435.00 |
| Court Technology Access Fee | $2.25 |
| eFiling Charge | $14.95 |
| Convenience Fee‡ | $13.34 |
| **SUBTOTAL** | **$465.54** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $465.54 |
| Sales Tax | $0.00 |
| **TOTAL CHARGED** | **$465.54** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

 ONE LEGAL | An InfoTrack Company

# Credit Card Sale

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| | |
|---|---|
| **Date** | 2/3/2022 |
| **Customer** | 0115985 |
| **Credit Sale** | 03835231 |
| **Amount Due** | $0 |

**Bill To**

Carrillo Law Firm, LLP
1499 Huntington Drive
Suite 402
South Pasadena CA 91030

| | |
|---|---|
| Order Number | 17614398 |
| Contact | Hazel Ramirez |
| Attorney | Luis Carrillo |
| Billing Code | 8:22-cv-00131-DOC-KES |
| Case Title | Emily Garcia, et al. v City of Tustin, et al. |
| Court | United States District Court, Central District of California |
| Court Transaction Number | |
| Case Number | 8:22-cv-00131-DOC-KES |
| Documents | Summons, Complaint, Notice of Case Assignment, Notice to Parties of Court-Directed Alternative Dispute Resolution (ADR) Program, Notice to Counsel Re Consent to Proceed w. Magistrate Judge, Initial Standing Order (Judge David O. Carter) |
| Assignment Details | Substitute Service-Individual - Estella Silva |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Convenience Fee‡ | $2.04 |
| Served Additional Entities | $40.00 |
| Mailing Declaration | $20.00 |
| Process Serving Copy Charge | $9.25 |
| **SUBTOTAL** | **$71.29** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $71.29 |
| **TOTAL CHARGED** | **$71.29** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

## Credit Card Sale

| | |
|---|---|
| **Date** | 4/25/2024 |
| **Customer** | 0115985 |
| **Credit Sale** | 05951367 |
| **Amount Due** | $0 |
| **Tax Total** | $0.00 |

**Bill To**

Carrillo Law Firm, LLP
1499 Huntington Drive
Suite 402
South Pasadena CA 91030

| | |
|---|---|
| Order Number | 22732839 |
| Contact | Hazel Ramirez |
| Attorney | |
| Billing Code | |
| Case Title | Garcia vs. City of Tustin |
| Court | Superior Court of California, Orange County |
| Court Transaction Number | 10910660 |
| Case Number | 30-2024-01392623-CU-PP-WJC |
| Documents | Summons,Complaint,Notice,Notice |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| Convenience Fee‡ | $1.92 |
| Mailing Declaration | $25.00 |
| Process Serving - Additional Recipient | $40.00 |
| **SUBTOTAL** | **$66.92** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $66.92 |
| Sales Tax | $0.00 |
| **TOTAL CHARGED** | **$66.92** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| Date | 4/25/2024 |
|------|-----------|
| Customer | 0115985 |
| Credit Sale | 05951783 |
| Amount Due | $0 |
| Tax Total | $0.00 |

**Bill To**

Carrillo Law Firm, LLP
1499 Huntington Drive
Suite 402
South Pasadena CA 91030

| | |
|---|---|
| Order Number | 22765695 |
| Contact | Hazel Ramirez |
| Attorney | Michael Carrillo |
| Billing Code | |
| Case Title | Emily Garcia vs. City of Tustin |
| Court | Superior Court of California, Orange County |
| Court Transaction Number | 11299953 |
| Case Number | 30-2024-01392623-CU-PP-WJC |
| Documents | Proof of Substitute Service |

| ONE LEGAL FEES | AMOUNT |
|----------------|--------|
| Court Technology Access Fee | $2.25 |
| eFiling Charge | $14.95 |
| Convenience Fee‡ | $0.51 |
| **SUBTOTAL** | **$17.71** |

| FEES SUMMARY | AMOUNT |
|--------------|--------|
| One Legal Fees | $17.71 |
| Sales Tax | $0.00 |
| **TOTAL CHARGED** | **$17.71** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

| **Bill To** |
| --- |
| Carrillo Law Firm, LLP |
| 1499 Huntington Drive |
| Suite 402 |
| South Pasadena CA 91030 |

# Credit Card Sale

| Date | 4/23/2024 |
| --- | --- |
| Customer | 0115985 |
| Credit Sale | 05941282 |
| Amount Due | $0 |
| Tax Total | $0.00 |

| | |
| --- | --- |
| Order Number | 22732838 |
| Contact | Hazel Ramirez |
| Attorney | |
| Billing Code | |
| Case Title | Garcia vs. City of Tustin |
| Court | Superior Court of California, Orange County |
| Court Transaction Number | 10910661 |
| Case Number | 30-2024-01392623-CU-PP-WJC |
| Documents | Summons,Complaint,Notice,Notice |

| ONE LEGAL FEES | AMOUNT |
| --- | --- |
| Convenience Fee‡ | $3.25 |
| Mailing Declaration | $25.00 |
| Process Serving - Standard Serve, Zone 1 | $85.00 |
| **SUBTOTAL** | **$113.25** |

| FEES SUMMARY | AMOUNT |
| --- | --- |
| One Legal Fees | $113.25 |
| Sales Tax | $0.00 |
| **TOTAL CHARGED** | **$113.25** |

* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.

ONE LEGAL

1400 N. McDowell Blvd
Suite 300
Petaluma CA 94954
TIN : 85-4343705

# Credit Card Sale

| Date | 4/17/2024 |
|------|-----------|
| Customer | 0115985 |
| Credit Sale | 05924006 |
| Amount Due | $0 |
| Tax Total | $0.00 |

**Bill To**

Carrillo Law Firm, LLP
1499 Huntington Drive
Suite 402
South Pasadena CA 91030

| Order Number | 22691368 |
|--------------|----------|
| Contact | Hazel Ramirez |
| Attorney | Michael Carrillo |
| Billing Code | |
| Case Title | Emily Garcia vs. City of Tustin |
| Court | Superior Court of California, Orange County |
| Court Transaction Number | 21462323 |
| Case Number | 30-2024-01392623-CU-PP-WJC |
| Documents | Summons Issued and Filed |

| ONE LEGAL FEES | AMOUNT |
|----------------|--------|
| Court Technology Access Fee | $2.25 |
| eFiling Charge | $14.95 |
| Convenience Fee‡ | $0.51 |
| **SUBTOTAL** | **$17.71** |

| FEES SUMMARY | AMOUNT |
|--------------|--------|
| One Legal Fees | $17.71 |
| Sales Tax | $0.00 |
| **TOTAL CHARGED** | **$17.71** |

\* These mandatory fees are charged by the court or required by statute and are not One Legal service fees. One Legal disburses these fees on your behalf.
‡ When paying invoices by credit card, a convenience fee will be assessed in accordance with applicable law and Terms of Service accepted at time of order. To avoid these fees, you can choose to pay via ACH.