# Exhibit 1

**Jesus Eduardo Arias Esq. LL.M.**
**Case Log Record:** 8:22-cv-00131 SPG KES

**CASE NUMBER:** 21-042
**TYPE OF CASE**:  Civil Rights -Wrongful Death

| DATE | ACTIVITY | TIME | WHO |
|---|---|---|---|
| 9/21/21 | Meeting with Wendy, Kevin and the Consulate of Mexico Santa Ana California. [ zoom ] | 1.00 | JEA |
| 9/24/21 | Initial client intake and strategy session with spouse and adult children re: case theory, potential claims, and jurisdiction | 2.00 | JEA |
| 10/05/21 | Review Case Materials, discussion in re: case documents to request | 1.00 | JEA |
| 11/17/21 | This week I had a video conference meeting with our clients (wife and son) talked over the case – provided status | 0.80 | JEA |
| 2/8/22 | Final Draft in re Gov Claims drafted and printed for FILING – sent out Mary Guzman to file at City Clerk office | 1.50 | JEA |
| 2/8/22 | Sharon Malone from City Clerk's office confirmed that the Gov. Claim was received today. (Stamped)  Her contact info is Clerk's office / 714) 573 3007 – I asked for a stamped – copy | 0.50 | JEA |
| 3/13/22 | Meetings in re mediation.  I have talked to Wendy about it and confirmed with counsel that we can attend mediation if agreeable. | 0.50 | JEA |
| 3/17/22 | We have received rejection of Gov. claims. Review – Also review letter from Defense counsel. Pending to file our Complaint. | 0.50 | JEA |
| 3/22/22 | Worked in the initial complaint draft | 4.00 | JEA |
| 4/4/22 | We received a letter from defense counsel. We must continue working in re-draft and filing of complaint. | 0.50 | JEA |
| 4/10/22 | Review of documents/translation | 1.00 | JEA |
| 7/4/22 | Drafted complaint | 4.00 | JEA |
| 8/31/22 | Today we filed our Initial Complaint in Federal Court. Pending to move into the Service of Process and then into Consolidation of cases. | 3.00 | JEA |

| 9/11/22 | Review of the File.  – and work in re Initial Disclosures - As well as our Subpoenas that will be needed | 1.00 | JEA |
|---|---|---|---|
| 9/11/22 | Drafted Discovery plans and Outline | 5.00 | JEA |
| 9/11/22 | Draft review of Propounded Discovery set1 RFPD | 2.00 | JEA |
| 9/12/22 | We have filed our POS and the court has issued first standing orders including set up scheduling conference – for Nov 30  - further review I served the complaint personally at Clerk's office | 1.00 | JEA |
| 9/14/22 | Worked in the initial disclosures and organized the files of the case | 5.00 | JEA |
| 10/11/22 | Drafted Discovery | 4.00 | JEA |
| 10/15/22 | Prepare detailed client questionnaire for spouse re: family history, and relationship (for claim) | 1.80 | JEA |
| 10/18/22 | Emailed Defense about Discovery and to meet & confer with them | 0.50 | JEA |
| 10/29/22 | Today I met in person with our clients. We met at hotel Presidente intercontinental in Guadalajara Mexico. Provided status and we are good. Introduced them to my assistant LV. She will be working this case too. | 2.50 | JEA |
| 11/01/22 | Review and analyze Defendants' initial disclosures (Rule 26) and identify deficiencies specific to my clients' claims | 1.50 | JEA |
| 11/8/22 | Reviewed all the materials received about the case -possible materials to request in discovery | 5.00 | JEA |
| 11/8/22 | Draft – review Plans in re Discovery set 1 | 2.00 | JEA |
| 11/15/22 | Worked, filed,  the Joint Rule 26(f) Report along with the Pretrial & Trial Dates Worksheet | 2.00 | JEA |
| 11/17/22 | Yesterday I went to US District Court – left the chambers copies there. They explained to me that Judge Peace Garnett is in the building of Central district Court in Downtown LA – so went there instead to deliver chambers docs. | 3.00 | JEA |
| 11/17/22 | Reviewed Discovery documents | 4.00 | JEA |
| 11/18/22 | Reviewed Plaintiffs Discovery No. 1 | 4.00 | JEA |
| 11/18/22 | Finished draft for Propounded discovery | 3.00 | JEA |

| 11/22/22 | Work in the general review of all the initial disclosures | 6.00 | JEA |
|---|---|---|---|
| 11/24/22 | Emailed All counsel – Defense counsel and Dale office – in re Consolidation of cases meet confer | 0.50 | JEA |
| 11/28/22 | Reviewed responses drafts and materials received | 3.00 | JEA |
| 12/1/22 | Today I worked with CA and LV in re review of the discovery – in response to Defense RFPD set 1 | 1.20 | JEA |
| 12/1/22 | Made final review of answers of Defendant's RFP and sent requested documents | 2.00 | JEA |
| 12/3/22 | Talked to DKG pending to confirm mediation. Also talked to client and proceed to early settlement. If Defense is willing | 0.50 | JEA |
| 12/5/22 | Review of file - emails to opposing counsel asking for an extension in re discovery – let's see what he says | 0.50 | JEA |
| 12/5/22 | Review case materials | 2.50 | JEA |
| 12/9/22 | Review - Drafted further Discovery | 3.00 | JEA |
| 12/10/22 | Draft and circulate proposed stipulation re: paternity testing (in response to coroner's denial of release of DNA samples) | 1.00 | JEA |
| 12/20/22 | Today I worked 7 hours during today in re review of all the discovery Set 1 for this case. Emailed the answers – responses to opp. counsel | 7.00 | JEA |
| 02/14/23 | Prepare and review supplemental documents | 1.80 | JEA |
| 03/16/23 | Reviewed Body Worn Cameras | 1.20 | JEA |
| 03/17/23 | Reviewed Body Worn Cameras | 1.00 | JEA |
| 03/22/23 | Preparation for officer Deposition Yuhas | 2.00 | JEA |
| 03/23/23 | Preparation for Officer Deposition Silva | 3.30 | JEA |
| 03/22/23 | Deposition of Officer Joshua Yuhas | 1.20 | JEA |
| 03/22/23 | Deposition of Defendant Estela Silva | 3.80 | JEA |
| 05/08/23 | Preparation for Client's deposition | 3.00 | JEA |
| 05/09/23 | Deposition of Plaintiff Wendy Galicia | 4.00 | JEA |
| 05/09/23 | Deposition of Plaintiff Kevin Galicia | 2.00 | JEA |
| 05/18/23 | Preparation for Deposition of Officers | 2.20 | JEA |
| 05/21/23 | Preparation for Deposition of Officers | 2.00 | JEA |
| 05/22/23 | Deposition of Officer Taylor Babb | 1.00 | JEA |

4

| Date | Description | Hours | Attorney |
|---|---|---|---|
| 05/22/23 | Deposition of Officer Hector Frias | 1.50 | JEA |
| 6/3/23 | Reviewed Tustin's responses to Discovery & made a summary | 3.00 | JEA |
| 6/6/23 | Reviewed Case Materials | 1.60 | JEA |
| 6/7/23 | Reviewed and summarize deposition transcripts | 2.50 | JEA |
| 6/15/23 | Jea talked to Artyn in re this case, standing, possible plans in re opp. Counsel challenge stand | 0.30 | JEA |
| 6/21/23 | EX PARTE filed asking for modification of schedule 60 days. | 0.50 | JEA |
| 7/03/23 | Preparation for Deposition | 1.50 | JEA |
| 07/04/23 | Preparation for Co-Plaintiffs deposition | 2.00 | JEA |
| 07/04/23 | Deposition of Plaintiff Camila Garcia | 3.50 | JEA |
| 07/04/23 | Deposition of Plaintiff Emily Garcia | 1.80 | JEA |
| 7/6/23 | JEA had a meeting with counsels in re next steps | 1.00 | JEA |
| 7/7/23 | Legal research re: qualified immunity | 2.0 | JEA |
| 8/17/23 | Review of file in re Expert  Roger Clark with the expert report requests. Police Practice Expert | 1.00 | JEA |
| 8/17/23 | Overview of the case & set tasks for team | 1.00 | JEA |
| 9/17/23 | Preparation for experts deposition | 2.00 | JEA |
| 9/18/23 | Deposition of Roger Clark  [ Expert ] | 2.50 | JEA |
| 9/22/23 | Deposition of Scott DeFoe  [ Expert ] | 2.50 | JEA |
| 9/22/23 | Deposition of Robert Handy [Expert ] | 1.80 | JEA |
| 10/12/23 | Review sections of MSJ | 1.50 | JEA |
| 10/19/23 | We worked together  in re the joint docs in the MSJ – project send it to the defense counsel | 8.00 | JEA |
| 12/11/23 | Review of the file. – pending to schedule mediation – find out if she is available for us – before January | 0.50 | JEA |
| 12/11/23 | Prepare argument outline | 1.50 | JEA |
| 1/7/24 | Attorney working session Editing No. 2 in re  Opening Brief - | 4.00 | JEA |
| 1/7/24 | Attorney Work continuing work on Opening brief. | 0.90 | JEA |
| 1/16/24 | Draft exhibit list | 2.00 | JEA |
| 2/2/24 | Draft jury instructions | 4.00 | JEA |
| 2/7/24 | Edited the Opening Brief and the Motion to Leave to File Exhibits | 3.00 | JEA |
| 2/7/24 | Attorney Editing Session No. 3 in re Opening Brief | 1.80 | JEA |

| Date | Description | Hours | Initials |
|---|---|---|---|
| 2/7/24 | Edited opening Brief, the motion to File Exhibits, the Excerpts of Record and drafted the addendum | 7.60 | JEA |
| 2/12/24 | Discuss the filing of "acknowledgement of the hearing notice" | 0.30 | JEA |
| 3/18/24 | Review the District Court order – Ruling granting the Motion for Summary Judgment for the Defense – the court decided that qualified immunity applies to this case. | 1.00 | JEA |
| 4/8/24 | Work and analyze Notice of Appeal | 1.00 | JEA |
| 4/9/24 | Last Draft and efiled Notice of Appeal | 1.50 | JEA |
| 5/8/24 | Research and analysis of cases cited by Appellees in their brief and started drafting our Reply Brief | 6.40 | JEA |
| 05/15/24 | Review and annotate entire district court docket to identify appealable issues specific to my clients | 2.00 | JEA |
| 6/2/24 | Filed all docs in re 2nd round – trial | 8.00 | JEA |
| 6/8/24 | Drafted Reply to Appellees' Brief | 4.30 | JEA |
| 6/10/24 | Read and reviewed the rules for Briefs in the 9th Cir. | 1.40 | JEA |
| 6/12/24 | Read and reviewed the Ninth Circuit law outline | 1.50 | JEA |
| 6/12/24 | Started drafting Opening brief - Outline | 3.60 | JEA |
| 6/14/24 | Continue drafting the opening brief. | 4.20 | JEA |
| 6/17/24 | Legal Research and analysis of precedents about qualified immunity cases related to excessive use of force. (9th Circuit)  based on requested work of research to Carlo. | 5.00 | JEA |
| 6/24/24 | Worked in the draft of opening brief and related filings | 6.00 | JEA |
| 6/26/24 | analysis of research about precedents about qualified immunity cases related to excessive force claims within the 9th Circ. | 3.00 | JEA |
| 6/26/24 | Worked further on the Opening Brief | 2.70 | JEA |
| 6/28/24 | Attorney First Editing session in re Opening brief | 2.50 | JEA |
| 6/28/24 | Worked in the Motion to Leave to File exhibits | 3.20 | JEA |
| 7/8/24 | Drafted Reply to Appellees' Brief (2nd version) | 2.90 | JEA |
| 7/23/24 | Review of appellees' response  to our brief and accompanying documents | 0.80 | JEA |

| | | | |
|---|---|---|---|
| 7/30/24 | Review Answering Brief – Legal Research | 1.20 | JEA |
| 7/31/24 | Reviewed the Co-Appellants opening brief and accompanying documents. | 1.00 | JEA |
| 8/8/24 | Reviewed the Reply Brief and discuss the efficacy it might have, I opted not to file the reply brief. | 0.50 | JEA |
| 12/8/24 | Final review and editing of the waiver to the reply brief, the Supplemental Declaration in regards the lodgment of the video exhibits | 1.00 | JEA |
| 1/14/25 | Attended the 9th circuit zoom testing window in preparation for the oral argument | 0.50 | JEA |
| 1/16/25 | Argument – Preparation | 6.00 | JEA |
| 1/17/25 | Case argued and submitted to the 9th Circ. Court of appeals. -Full session | 1.50 | JEA |
| 7/1/25 | Sent email to Co-appellants to schedule a meeting prior to oral argument- | 0.10 | JEA |
| 7/11/25 | Appeared in State Court case and scheduled next hearing for it | 0.50 | JEA |
| 7/12/25 | Follow up in re status., reading decisions by 9th Circ. Ct. argued around the time our case was argued. | 0.50 | JEA |
| 8/8/25 | 9th Circ Decision came out. Reversed. Reading – analysis | 0.50 | JEA |
| 8/11/25 | Review analysis of the Court of Appeal's decision | 1.00 | JEA |
| 8/11/25 | Call with clients  to explain decision of the 9th Circ. Court | 0.50 | JEA |
| 8/12/25 | Research, review, and started drafting Bill of Costs and Motion for Attorney Fees in the Appeal Case. | 5.00 | JEA |
| 8/13/25 | Researched, reviewed, and drafting Motion for Attorney Fees. | 5.00 | JEA |
| 8/14/25 | Continue drafting the Motion for Attorney Fees | 4.00 | JEA |
| 8/25/25 | Co-appellants provided information of a petition for en banc filed by Appellees. Confirmed and modified dates. | 0.50 | JEA |
| 9/16/25 | Worked in the motion for attorney's fees | 4.40 | JEA |
| 9/22/25 | Final Review of Final Draft – Submitted Efiling Motion for Fees Costs inst.toCarlo | 3.70 | JEA |
| 9/24/25 | Personal appearance in re status conference after 9th Circ. Court of appeals | 2.00 | JEA |

| | | | |
|---:|---|---:|:---:|
| | ruling. The court set trial Date April 14 2026 | | |
| 10/1/25 | Virtual meeting with Co-appellants to discuss oral argument – allocation of time allowed by 9th Circuit Court  to argue the case. | 1.00 | JEA |
| 10/17/25 | Meeting with Roger Clark [ Expert police Pract.] | 1.00 | JEA |
| 11/14/25 | Review of Material, Reports and Statements | 2.00 | JEA |
| 11/17/25 | Review Pleadings | 1.50 | JEA |
| 11/20/25 | Review Disclosures-Reports | 2.30 | JEA |
| 11/21/25 | Review Statements from Officers | 3.20 | JEA |
| 11/24/25 | Review Experts Depositions | 3.50 | JEA |
| 11/25/25 | Review Statements – Investigation Reports | 4.00 | JEA |
| 11/26/25 | Review Officer Statements | 2.10 | JEA |
| 11/27/25 | Review Officer Depositions | 3.80 | JEA |
| 11/28/25 | Review Expert Reports | 3.30 | JEA |
| 2/7/26 | We did a mock trial in re this case prep. Trial | 8.00 | JEA |
| 2/10/26 | Drafted Jury instructions | 5.00 | JEA |
| 3/3/26 | Reviewed case with CA in re: filing first round. Worked on Witness & exhibit lists | 2.00 | JEA |
| 3/6/26 | Reviewed Def MIL and outlined opposition | 4.00 | JEA |
| 3/9/26 | Drafted opp to Def MIL no. 1 | 2.00 | JEA |
| 3/12/26 | Drafted opp to bifurcate & filed | 5.00 | JEA |
| 3/16/26 | Reviewed Draft to Opp. Defense MIL no. 1 | 3.00 | JEA |
| 3/17/26 | Reviewed draft / finished it | 2.00 | JEA |
| 3/17/26 | Drafted Motion for remote Appearance for Kevin in case the visa isn't granted | 2.00 | JEA |
| 3/17/26 | Met with Kevin to prepare him for his VISA App | 1.00 | JEA |
| 3/17/26 | Reviewed draft of Opp 2 MIL with LV and filed it | 2.00 | JEA |
| 3/17/26 | Analyzed Motion for remote Appearance and legal research in re: Appearance | 2.00 | JEA |
| 3/18/26 | Renee sent new list of exhibits – we reviewed and decided to add some clips for wedding video. We watched 45 mins of video and decided which clips stayed | 0.80 | JEA |
| 03/19/26 | Review Experts Depositions | 2.50 | JEA |

| 03/20/26 | Review Med. Records | 3.00 | JEA |
|---|---|---|---|
| 03/23/26 | Review of Body Worn Cameras/statements | 3.50 | JEA |
| 03/24/26 | Review Exhibits | 2.50 | JEA |
| 03/25/26 | Clients' meeting/communication | 1.20 | JEA |
| 03/26/26 | Outline Officers | 2.80 | JEA |
| 03/27/26 | Examinations Officers | 3.00 | JEA |
| 4/1/26 | Pre-Trial session to prepare clients. CO in Mexico with them. We went over direct - Cross examination  and role played by the interpreter. | 2.00 | JEA |
| 4/1/26 | Pre-Trial Conference | 1.00 | JEA |
| 4/1/26 | Team meeting post hearing | 0.50 | JEA |
| 4/6/26 | Meeting with  Mr. Dale Galipo office | 1.60 | JEA |
| 4/13/26 | Conducted technology review to prepare for trial and our client's testimony [ at court tech assist. | 1.00 | JEA |
| 4/13/26 |  client preparation for Trial. I spoke with Client while carlo worked  binders | 2.0 | JEA |
| 04/13/26 | Outline Opening Statement / Officer Examinations | 3.50 | JEA |
| 04/13/26 | Preparation for Voir Dire | 1.50 | JEA |
| 4/14/26 | Trial day 1: Voir Dire, Opening Statements, Defendant Silva's testimony | 8.00 | JEA |
| 4/14/26 | Meeting with co-plaintiff's counsel. | 0.50 | JEA |
| 4/14/26 | Team meeting post-trial day | 1.50 | JEA |
| 4/15/26 | Trial day 2: Defendant Silva's Testimony | 4.00 | JEA |
| 4/15/26 | Meeting with co-plaintiff's counsel. | 0.50 | JEA |
| 4/15/26 | Trial Preparation | 4.00 | JEA |
| 4/16/26 | Trial day 3: Yuhas', paramedic's, Frias' & Emily's testimony | 8.00 | JEA |
| 4/16/26 | Team meeting post-trial day in preparation to client's testimony | 2.00 | JEA |
| 4/17/26 | Trial day 4: Plaintiffs' testimony & Scott Defoe's | 8.00 | JEA |
| 4/17/26 | Meeting post-trial day | 1.50 | JEA |
| 4/17/26 | Trial Preparation | 4.00 | JEA |
| 4/20/26 | Trial day 5: Scott Defoe & Robert Handy's testimony | 8.00 | JEA |

9

| 4/20/26 | Trial Preparation | 4.50 | JEA |
|---|---|---|---|
| 4/21/26 | Trial day 6: Closing arguments, deliberation & verdict | 8.00 | JEA |
| 4/27/26 | Analyzing the proposed Judgment and the jury verdict form and stip in re briefing schedule | 0.50 | JEA |
| 4/29/26 | Legal analysis in re verdict – proposed Judgment. | 0.50 | JEA |
| 5/3/26 | Reviewed  Judgment entered. Analyze and prepare for client's meeting | 2.00 | JEA |
| 5/21/26 | Meeting with clients | 1.00 | JEA |
| 5/22/26 | Work on Motion for fees | 4.50 | JEA |
| 05/25/26 | Work on Declaration in support Motion | 4.00 | JEA |
| 06/02/26 | Final review and draft of Motion for Attorney Fees/Decl/Exh/Calculations | 7.00 | JEA |
| 06/03/26 | work in opposition to motion for new trial | 7.0 | JEA |
| | **Total** | **477.90 hours** | |