# Exhibit 2

To Counsel Jesus Eduardo Arias Declaration

Case No: 8:22-cv-00131 SPG KES    Garcia v. City of Tustin

# CERTIFICATE OF REGISTRATION

## THE STATE BAR OF CALIFORNIA

certifies that having complied with the requirements of California Rules of Court, Rule 9.44 and the State Bar Registered Foreign Legal Consultant Rules and Regulations,

## JESUS EDUARDO ARIAS

is registered as a Foreign Legal Consultant in the law of

# MEXICO

*Certificate Number:* 140
*Date:* NOVEMBER 13, 2009

Judy Johnson, Executive Director