# Exhibit 3

To Counsel Jesus Eduardo Arias Declaration

Case No: 8:22-cv-00131 SPG KES    Garcia v. City of Tustin

**THE STATE BAR
OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

July 13, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JESUS EDUARDO ARIAS, #293983 was admitted to the practice of law in this state by the Supreme Court of California on December 6, 2013; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records