# Exhibit 4

To Counsel Jesus Eduardo Arias Declaration

Case No: 8:22-cv-00131 SPG KES    Garcia v. City of Tustin

 Jesus Eduardo Arias, Esq., LL.M.
A T T O R N E Y   A T   L A W

Jesus Eduardo Arias Esq. LL.M.
1 150 Olive St. Floor 6th
Los Angeles California 90015
jearias@jesuseduardoarias.com

---

SUMMARY:   The background encompasses more than 22 years of general experience as a counselor with practice & experience  in multiple areas and multiple jurisdictions.  Attorney licensed in California & Mexico. Date of **CA Bar Admission 12/06/2013**.  Date of Admission to practice in Mexico Jurisdiction (2004).

Born in Los Angeles  California.  Raised in Southwestern State of Nayarit Mexico.

EDUCATION: UNIVERSITY OF SAN DIEGO, SCHOOL OF LAW, San Diego California
Post Graduate Law Degree-LLM in International Law
Comparative Law studies-United States Laws & Mexican Laws.  December of 2007

AUTONOMOUS UNIVERSITY OF NAYARIT, Tepic Nayarit Mexico
Law Degree - November 2004

PROFESSIONAL GENERAL EXPERIENCE:

- *Attorney at Law-* Private Counsel as a solo practitioner
  LAW OFFICE OF JESUS EDUARDO ARIAS, (January 2015- Present)
  Actively representing current clients in United States Court System  State and Federal court.

  *Areas of current Practice*

  - Civil Litigation;
    1) Tort claims filed in the United States Court System i.e. Wrongful death, Personal Injury, Negligence. Civil Rights Actions 1983.
    2) Family Law, Child custody, Domestic Violence, International Child Abduction cases under Hague.
    3) Probate: Guardianship, Conservatorship, Special Juvenile Status.
    4) Representing occasionally some united states citizens involved in legal matters before Mexican Courts. i.e US citizens charged with allegations of crimes under Mexican law.

  - International Family Law: Enforcement in Mexico of United States Judgments., trial – evidentiary hearings in re Hague Convention petitions for restitution of minors under the Civil Aspects of International Child Abductions. International proceedings for adoption and custody orders.

  - Immigration;
    1) Citizens of Mexico applying for Immigration Status in the US. (After International Family law proceedings; i.e. Non Hague-Adoption, Divorce-Enforcement abroad.
    2) United States Citizens doing business or visiting Mexico. Advice and Representation in transactional business for foreign investors in Mexico

- *Associate Attorney* – Coordinator of the consular legal services department.
  MORENO BECERRA & CASILLAS, (2005-2014),  Montebello California
  Consulting Attorney assistant, providing legal advice to the community through legal programs implemented by agreements between a California law firm and the Mexican Consulates of Southern and Northern California. Actively assisted in the representation of clients in matters of; Personal Injury, Products liability, Civil Rights & wrongful death.

PROFESSIONAL  LEGAL ESPECIAL EXPERIENCE:

- International Civil Litigation; Legal advice & representation of private individual clients from United States, with legal matters in Mexico.
- International Civil Litigation; Legal advice and representation to private individual clients from Mexico, with legal matters in California and within the United States Court System.
- International Business Litigation-Legal advice & representation of United States Corporations doing business in Mexico.
- International Business Litigation-Legal advice & representation of Mexican Companies doing business in the United States.
- International Law; Enforcement of Foreign Judgments
- International Family Law; Legal advice & representation on matters under Hague Convention on the Civil Aspects of International Child Abduction.
- International Family Law; Legal advice on Hague Convention on Inter-Country Adoptions.
- Foreign Law Expertise practice; expert testimony provided in trials with reference to Laws of Mexico. Civil Trials, Immigration Adjudicative-Evidentiary hearings, Criminal Proceedings.
- Immigration Law- Mexican Immigration Laws. In connection with foreign nationals visiting Mexico, or doing business in Mexico. Tort Law comparative analysis to Mexican Civil Laws.
- Immigration Law- United States Immigration Law, in connection with application of International Agreements. i.e. Hague Convention on Intercountry Adoptions.


PROFESSIONAL LICENSES:

- Member of the State Bar of California since December 2013
- Licensed to practice law in all the States and Courts of Mexico Since 2024
- Certified Foreign Legal Consultant in the Laws of Mexico, (State Bar of California Certification,(November 2009)
- Certified Expert in Legal Interpretations of English & Spanish legal documents, (Supreme Tribunal of State of Nayarit Mexico 2010)

PROFESSIONAL AFFILIATIONS


- Member of Los Angeles County Bar Association, LACBA
- Executive Committee officer, (Chair)  of the International Law section -LACBA
- Member of Mexican American Bar Association, MABA
- Attorney Registered at the Network Attorney-list of the US Department of State. (Volunteer Attorney with experience in The Hague Convention, for provision of services at reduced fees)
- Consulting Attorney of the Consulates of Mexico in Southern California. Consulate General of Los Angeles.
- Member of the Consumer Attorney Association of Los Angeles CAALA.

**Biographical statement  by Jesus Eduardo Arias Esq. LL.M.**

Attorney Jesus Eduardo Arias is a distinguished legal professional with a broad range of experience in both domestic and international law, demonstrating a deep commitment to justice and public service. Licensed in both the USA and Mexico, he holds an LL.M. in Comparative Law equipping him with a comprehensive understanding in diverse legal systems. With over 20 years of trial experience, he has skillfully handled complex cases including International Parental Child Abductions under the Hague Convention and civil rights matters, advocating for fair and equitable outcomes for all parties involved.  Mr. Arias has been a private attorney licensed in California since December 2013 (11 years).

His extensive pro bono work done in conjunction with Mexican Consulates in southern CA providing legal aid to underserved communities, underscores  dedication to ensuring access to justice for everyone. Mr. Arias is guided by a philosophy of focusing on the needs of those seeking legal assistance, and representation regardless of the complexity or perceived value or type of the case. His commitment to impartiality, fairness, and upholding the rule of law makes him a highly qualified candidate for judicial officer service.

Focus on commitment to justice, broad legal experience in different fields of the law, and dedication to public service for many years, makes Mr. Arias a different and multiphasic candidate for a position in the diverse superior court of California county of Los Angeles.

Qualities for committee's consideration

- Impartiality and Fairness: While the majority of time advocating for clients, due to his expertise in international law and laws of Mexico, Mr. Arias has participated in many occasions  as a neutral expert in aid of court adjudicative process. Evid. Code 730  (Court appointed Neutral evaluator).

- Experience in Diverse Legal Areas:  The litigation experience including  trial experience  in multiple  Federal and State Courts in multiple areas of law, not only personal injury, civil rights, family law, probate, etc.  demonstrates a broad understanding of various legal fields, which is a valuable asset that could serve the diverse community, and diverse  legal cases brought to Los Angeles county courts.

- Legal Expertise: Your LL.M. in Comparative Law and experience in both the USA and international law showcase a deep understanding of  different legal principles and systems.

- Commitment to Public Service: The extensive pro bono work with Mexican Consulates in California, and the consulate of United States in Mexico,  is a strong indicator of a real dedication to serving the community and ensuring access to justice for all.

- Experience with Complex Cases: The  work on international child abduction cases under the Hague Convention and civil rights cases has enabled Mr. Arias  to handle complex and sensitive legal matters in different forums.

- Focus  on the need of our court system:  The times that we are currently living in Los Angeles require that we all have to contribute to our community. Serve our community with our best including work, talent, education, dedication, passion and true sense of purpose. Thus, because service at the most important time in our history for the preservation of our justice system is now needed, it is with that in mind that this application is  submitted  at the  height of legal carrier.