Law Office of Jesus Eduardo Arias APC
Jesus Eduardo Arias, Esq. LL.M. | SBN 293983
1150 S. Olive St. Floor 6th, Los Angeles CA 90015
E| jearias@jesuseduardoarias.com
Tel| 323) 815 9450 Fax| 323) 375 1196
*Attorney for Plaintiffs* Wendy Galicia and Kevin Galicia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EMILY GARCIA, et al.

      Plaintiff(s),

vs.

CITY OF TUSTIN, ESTELLA SILVA, et al.

      Defendant(s)

Consolidated with WENDY LORENA GALICIA RAMIREZ, et al.,

      Plaintiffs,

v.

CITY OF TUSTIN, et al.

      Defendants

Case No: **8:22-cv-00131 SPG KES**

**DECLARATION OF CARLO ALCANTAR, IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES.**

[*Notice of Motion and Motion; Declarations and attached Exhibits; proposed order; filed concurrently herewith*]

## DECLARATION OF CARLO ALCANTAR

I, Carlo Alcantar, declare as follows:

1. I am a litigation assistant currently collaborating with the Law Offices of Jesus Eduardo Arias. I work under the supervision of attorney Jesus Eduardo Arias. Mr. Arias is licensed to practice law in the United States District Court for the Central District of California and before all the courts in the state of

California. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. I have maintained a timesheet reflecting my work activity and time spent on this case. I have personally performed the work attributed to me in my timesheet and can personally attest that the hours I spent on this case have been reasonably expended in pursuit of litigation. A copy of my timesheet for this case is attached as "Exhibit 1."

3. I have a  degree in Law from University of Guadalajara 2018.

4. In 2020 I joined the Law Offices of Jesus Eduardo Arias where I currently work as a litigation assistant for Mr. Arias. For the last 6 years I have been  a legal assistant assigned to activities of wrongful death and civil rights cases for Mr. Arias. Under his supervision, I have assist in all stages of litigation, from pre-litigation to trial.

5. My daily responsibilities at the Law Offices of Jesus Eduardo Arias include among other: gathering information and documents relevant for our office cases; drafting the templates of various documents at all the stages of litigation; calendar of Mr. Arias. Calendar  the dates set forth in court orders, as well as calculating deadlines; producing discovery; drafting and serving subpoenas for depositions, scheduling depositions, processing E-filings, research, scanning correspondence, drafting correspondence requests for release of records, contacting clients, set up meetings clients- Attorney etc.

6. As of this date I have spent 188.60 hours of billable time in connection with all the tasks  requested by Mr. Arias to assist him in the handling of this case.

I Declare under the laws of the United States and the State of California that all of the above is true and correct.

Date 06/3/2026                                             Submitted by

                                                                    /S/ Carlo Alcantar

## EXHIBIT 1: Carlo Alcantar time log

| DATE | ACTIVITY | TIME |
|---|---|---|
| 10/09/21 | Drafted PD reports request & Coroners Report Requests | 2.00 |
| 10/09/21 | Work in gathering the forms for Governmental Claims | 1.00 |
| 1/25/22 | Called Coroners / Updated Request/ Sent Request as instructed by Coroner – per JEA instructions | 0.50 |
| 1/27/22 | Updates Gov Claim | 0.20 |
| 07/02/22 | Updates Gov Claim | 0.80 |
| 3/22/22 | Worked initial drafts in re complaint | 4.00 |
| 3/23/22 | Worked initial drafts in re complaint – search Defendants | 3.50 |
| 07/04/22 | Re-send Request for PD Report | 0.50 |
| 07/04/22 | Research of court records lexis in re Tustin police | 4.00 |
| 8/18/22 | Drafted initial forms in re declarations of heirs | 3.00 |
| 01/09/22 | Researched Court forms and drafted an acknowledgment complaint form for Mr. Arias | 0.50 |
| 01/09/22 | Filed summons and organized the main procedural docs | 0.50 |
| 12/09/22 | Drafted a Discovery Plan based on Attorney instructions | 3.00 |
| 9/13/22 | Worked in the initial disclosures organize our client's docs | 4.00 |
| 9/14/22 | Worked in the initial disclosures and organized the files of the case including all vital records necessary. | 5.00 |
| 04/10/22 | Worked in the joint discovery plan as instructed by JEA | 0.50 |
| 04/10/22 | Organized initial disclosures by defendants | 0.80 |
| 10/17/22 | Updated the initial disclosures | 0.30 |
| 10/17/22 | Started working on Defense received proposed of the joint Rule 26 Report | 1.60 |
| 10/18/22 | Update draft of initial disclosures version 2 by JEA instructions. | 1.60 |
| 03/11/22 | Rule 26 Report – review inclusions of attorney edits | 3.00 |
| 08/11/22 | Reviewed the materials received by defense in their initial disclosures and made a list of possible materials to request | 5.00 |
| 09/11/22 | Drafted Discovery Outline per Mr. Arias instructions | 5.00 |
| 10/11/22 | Drafted Discovery Outline with further Arias instructions. | 4.00 |
| 11/11/22 | Reviewed initial answers and drafted templates for it | 2.00 |
| 11/11/22 | Received proposed changes by Defense on Joint Rprt, changed the draft for Attorney review. | 0.20 |
| 11/14/22 | Changed the draft on Joint Rprt for Mr. Arias review | 0.30 |
| 11/14/22 | Review schedule of pretrial and trial dates worksheet, we need to modify the Joint Report dates per attorney indic. | 0.20 |
| 11/15/22 | Meeting with client Kevin for Discovery questions | 1.00 |
| 11/15/22 | Worked, filed, and emailed the Joint Rule 26(f) Report along with the Pretrial & Trial Dates Worksheet to counsel | 2.00 |

| 11/17/22 | Reviewed Discovery documentation | 4.00 |
|---|---|---|
| 11/18/22 | Reviewed discovery initial drafts | 4.00 |
| 11/18/22 | Updated Initial Disclosures draft and documents to share with them | 1.00 |
| 11/28/22 | Reviewed responses drafts and materials received | 3.00 |
| 01/12/22 | Worked with JEA  in re review of the discovery – in response to Defense 's RFPD set 1 | 1.20 |
| 01/19/23 | Review  and serve Discovery set 1 to Defense | 1.50 |
| 02/23/23 | Submitted subpoena for Coroners | 0.50 |
| 8/16/23 | Scheduled new dates ordered by the court per stipulation Per Mr. Arias Instructions | 0.40 |
| 02/23/24 | Worked in the  Declarations by clients pursuant to CCP 377.32 ( translation from Spanish to English and English to Spanish) | 4.00 |
| 3/18/24 | Review with JEA in re  District Court order – Ruling against our clients  by granting the Motion for Summary Judgment for the Defense – the court decided that qualified immunity applies to this case. | 1.00 |
| 08/04/24 | Pull out Notice of Appeal filed by Co-Plaintiffs | 0.40 |
| 09/04/24 | Worked in filing of our clients Notice of Appeal | 1.50 |
| 11/04/24 | Reviewed the Docketing Notice and the time scheduling order | 0.20 |
| 04/16/24 | reviewed, worked and efiled the Mediation Questionnaire - upon approval by JEA | 2.70 |
| 04/23/24 | Review the Orders setting mediation conference and researched about the mediation programs on Appeal process | 0.50 |
| 05/17/24 | Drafted and efiled transcript designation forms | 0.50 |
| 05/16/24 | Orders for  Transcript of the MSJ hearing | 1.00 |
| 05/17/24 | Review draft and efiled transcript designation form | 1.00 |
| 10/06/24 | Searched for rules of appeal  Briefs in the 9th Cir. | 1.40 |
| 12/06/24 | Read and reviewed the Ninth Circuit rules | 1.50 |
| 12/06/24 | Meeting with JEA in re plan – outlines in re opening brief | 3.60 |
| 06/14/24 | Research as instructed by Mr. Arias in re openings | 4.20 |
| 06/17/24 | Legal Research as instructed by jea in re cases similar - qualified immunity cases related to excessive use of force. (9th Circuit) | 5.00 |
| 06/17/24 | Modifying opening briefs as instructed by attorney arias | 0.20 |
| 06/19/24 | Legal Research  qualified immunity cases related to excessive force claims- similar facts | 3.00 |
| 06/24/24 | Worked in regards organizing files and attachments to Mr. Arias opening brief | 6.00 |
| 06/25/24 | Worked in the opening brief and related filings | 5.10 |

| 06/26/24 | More Research of precedents about qualified immunity cases related to excessive force claims within the 9th Circ. | 3.00 |
|---|---|---|
| 06/26/24 | Worked further on the requests for modifications of brief by JEA | 2.70 |
| 06/28/24 | Worked in Motion to Leave to File exhibits | 3.20 |
| 06/28/24 | Worked in the Excerpts of Record | 1.40 |
| 01/07/24 | Edited the Opening Brief per Mr. Arias instructions | 1.80 |
| 02/07/24 | Edited opening Brief, the motion to File Exhibits, the Excerpts of Record and drafted an addendum | 7.60 |
| 02/07/24 | Final review, editing, and efiling of the opening brief, the motion to File Exhibits, the addendum, and the Excerpts of Record for final review by Attorney Arias – process Efiling | 2.10 |
| 07/23/24 | Receipt and review of appellees' response to our brief and accompanying documents | 0.80 |
| 07/31/24 | Reviewed the Co-Appellants opening brief and accompanying documents. | 1.00 |
| 05/08/24 | Research for cases cited by Appellees in their brief and started preparing a summary for Attorney Arias review. | 6.40 |
| 06/08/24 | Worked in re research for Reply to Appellees' Brief | 4.30 |
| 07/08/24 | Drafted shell doc in re Brief (2nd version) | 2.90 |
| 08/08/24 | Drafted Supp Decl in regards lodgment of the video exhibits prepare for lodgment | 0.50 |
| 08/08/24 | Reviewed the Reply Brief and discuss with Attorney Arias the efficacy it might have, opted not to file the reply brief. | 0.50 |
| 12/08/24 | Drafted a waiver to file a reply brief | 0.50 |
| 12/08/24 | Final review and editing of the waiver to the reply brief, the Supplemental Declaration in regards the lodgment of the video exhibits | 1.00 |
| 08/15/24 | Reviewed response by Appellees' counsel to notice of case being considered for Oral argument and researched if we have to do that do, we do not | 0.70 |
| 01/11/24 | Reviewed appeal case, no movement. The Garcia plaintiffs just filed their reply brief days ago. | 0.40 |
| 02/12/24 | Discuss the filing of "acknowledgement of the hearing notice" | 0.30 |
| 03/12/24 | Efiled acknowledgment of hearing notice | 0.40 |
| 12/26/24 | Efiled Notice of Appearance as to JEA | 0.40 |
| 07/01/25 | Sent email to Co-appellants to schedule a meeting prior to oral argument- | 0.10 |
| 10/01/25 | Virtual meeting with Co-appellants to discuss oral argument – allocation of time allowed by court to argue the case. | 1.00 |

| Date | Description | Hours |
|---|---|---|
| 01/13/25 | Review the notice of Oral argument and the Court guidelines | 0.50 |
| 01/17/25 | Case argued and submitted to the 9th Circ. Court of appeals. -Full session | 1.50 |
| 12/07/25 | Follow up in re status., reading decisions by 9th Circ. Ct. argued around the time our case was argued. | 0.50 |
| 08/08/25 | 9th Circ Decision came out. Reversed. Reading prep for clients letter – informing them. (Spanish) | 0.50 |
| 11/08/25 | Review analysis of the Court of Appeal's decision with Attorney Arias | 1.00 |
| 11/08/25 | Research what is next and how fees and costs are recovered appeal case- research instructions by Mr. Arias | 1.70 |
| 12/08/25 | Research, review, and started drafting Bill of Costs and Motion for Attorney Fees in the Appeal Case | 5.00 |
| 08/13/25 | Researched, reviewed, and continued working in the Motion for Attorney Fees | 5.00 |
| 08/14/25 | Continue working Motion for Attorney Fees | 4.00 |
| 08/22/25 | Efiled bill of costs | 0.30 |
| 08/22/25 | Bill of costs was denied, it was premature – review | 0.10 |
| 08/25/25 | Co-appellants provided information of a petition for en banc filed by Appellees. Confirmed and modified dates. | 0.50 |
| 09/15/25 | The petition for hearing en banc was denied, schedule the new deadline to file our motion for fees and costs | 0.20 |
| 09/29/25 | Reviewed the Court's minute orders and scheduled the new trial dates – calendar for Mr. Arias | 0.20 |
| 09/30/25 | Reviewed the Case Status Report- calendaring | 0.20 |
| 10/17/25 | Arrange Meeting Mr. Arias with Expert  Roger Clark | 1.00 |
| 07/11/25 | Arrange Mr. Arias remote  appearance in  State Court case and scheduled next hearings for it. | 1.00 |
| 01/23/2026 | Reviewed case, filings, emails between attorneys, court orders and evidence- calendaring in general in light of trial coming up in federal court. | 3.00 |
| 01/04/26 | Team meeting post hearing with clients. | 0.50 |
| 04/13/26 | Conducted technology review to prepare our client Kevin to appear remotely at trial for his testimony | 1.00 |
| 04/14/26-4/21/26 | Multiple meetings with  client and with Attorney Arias during  Trial. Assisted Attorney with respect to preparation for trial date(s) | 20.00 |
| | Total Hours | 209.1 |
| | Hourly rate | $250 |
| | **Total amount:** | **$52,275** |

MOTION FOR ATTORNEY FEES