# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EMILY GARCIA, et al.
            Plaintiff(s),

vs.

CITY OF TUSTIN, ESTELLA SILVA, et al.
           Defendant(s)

Consolidated with WENDY LORENA GALICIA RAMIREZ, et al.,
           Plaintiffs,

v.

CITY OF TUSTIN, et al.
           Defendants

) Case No: **8:22-cv-00131 SPG KES**
)
)
)
) Assigned to:
) *District Judge Sherilyn Peace Garnett*
)
)
)
) **[PROPOSED] ORDER GRANTING**
) **GALICIA PLAINTIFF'S MOTION**
) **FOR ATTORNEY'S FEES**
)
)
)
)
)
)
)

Case No: 8:22-cv-00131 SPG KES

The Court having considered Plaintiffs WENDY LORENA GALICIA RAMIREZ and KEVIN GALICIA RAMIREZ's Motion for Attorneys' Fees, along with declarations and exhibits in support thereof, HEREBY ORDERS that the Galicia Plaintiffs' Motion for Attorneys' Fees is granted.

The Court awards attorneys' fees as follows:

| Attorney/Biller | Years of Practice | Rate | Hours | Total |
|---|---|---|---|---|
| Jesus Eduardo Arias | 22 | $1,000 | 477.90 | $477,900.00 |
| Carlo Alcantar | Legal Assistant | $250 | 209.1 | $52,275.00 |
| | Subtotal: | | | $530,175.00 |
| | Total with 2.0 Multiplier: | | | $1,060,350.00 |

IT SO ORDERED

DATED:

_____
Honorable Sherilyn Peace Garnett
United States District Judge

Case No: 8:22-cv-00131 SPG KES

[PROPOSED] ORDER GRANTING PLAINTIFFS GALICIA MOTION FOR ATTORNEY FEES AND COSTS