Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA  92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com

Attorney for Defendant Officer Estella Silva

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest; WENDY LOREN GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Wife) and KEVIN JOSUE GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Son), <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive, <br><br> Defendants. | Case No: 8:22-cv-00131 SPG KES <br><br> Assigned to: <br> *District Judge Sherilyn Peace Garnett* <br> *Magistrate Judge Karen E. Scott* <br> *Courtroom 5C, 5th Floor* <br><br><br> **DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL** |

-1-
**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

**TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant Estella Silva respectfully requests that the Court take judicial notice of Exhibit "4" [California Department of Justice Report into Death of Luis Garica-Arias, on August 9, 2021] lodged in support of Defendant's Motion for Judgment as a Matter of Law and New Trial.  FRE, Rule 201.  This is an official report of the California DOJ previously provided to Plaintiffs during discovery as D-01214-01241 and its contents are public record and not subject to dispute.

DATED: June 2, 2026                                JONES MAYER

                                        By: /s/Bruce D. Praet
                                            Bruce D. Praet, Attorneys for
                                            Defendant Estella Silva



**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**