**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:    (818) 347-4118

Attorneys for Plaintiffs Emily Garcia and C.G.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors-in-interest,<br><br>                Plaintiffs,<br><br>        vs.<br><br>CITY OF TUSTIN and ESTELA SILVA,<br><br>                Defendants. | Case No. 8:22-cv-00131-SPG-KES<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett*<br>*Magistrate Judge Karen E. Scott*<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL**<br><br>[*Memorandum of Points and Authorities in Opposition; Exhibits thereto filed concurrently herewith*] |
| *Consolidated with*:<br>WENDY GALICIA RAMIREZ and KEVIN GALICIA RAMIREZ,<br><br>                Plaintiffs,<br><br>        vs.<br><br>CITY OF TUSTIN and ESTELA SILVA,<br><br>                Defendants. | Date:        July 29, 2026<br>Time:        1:30 p.m.<br>Crtrm:       5C |

DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL

## <u>DECLARATION OF RENEE V. MASONGSONG</u>

I, Renee V. Masongsong, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California.  I make this declaration in support of the Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion for Renewed Judgment as a Matter of Law and New Trial.  I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.     Attached hereto as "**Exhibit A**" is a true and correct copy of the relevant portions of the reporter's transcript of Day 1 of the jury trial in this matter, which took place on Tuesday, April 14, 2026. This exhibit is referred to as "1:RT" throughout Plaintiffs' memorandum of points and authorities in opposition to Defendants' post-verdict motion filed concurrently herewith.

3.     Attached hereto as "**Exhibit B**" is a true and correct copy of the relevant portions of the reporter's transcript of Day 2 of the jury trial in this matter, which took place on Wednesday, April 15, 2026. This exhibit is referred to as "2:RT" throughout Plaintiffs' memorandum of points and authorities in opposition to Defendants' post-verdict motion filed concurrently herewith.

4.     Attached hereto as "**Exhibit C**" is a true and correct copy of the relevant portions of the reporter's transcript of Day 3 of the jury trial in this matter, which took place on Thursday, April 16, 2026. This exhibit is referred to as "3:RT" throughout Plaintiffs' memorandum of points and authorities in opposition to Defendants' post-verdict motion filed concurrently herewith.

5.     Attached hereto as "**Exhibit D**" is a true and correct copy of the relevant portions of the reporter's transcript of the morning of Day 4 of the jury trial in this matter, which took place on Friday, April 17, 2026. This exhibit is referred to as "4:RT" throughout Plaintiffs' memorandum of points and authorities in opposition to Defendants' post-verdict motion filed concurrently herewith.

DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL

6.      Attached hereto as "**Exhibit E**" is a true and correct copy of the relevant portions of the reporter's transcript of the afternoon Day 4 of the jury trial in this matter, which took place on Friday, April 17, 2026. This exhibit is referred to as "4(PM):RT" throughout Plaintiffs' memorandum of points and authorities in opposition to Defendants' post-verdict motion filed concurrently herewith.

7.      Attached hereto as "**Exhibit F**" is a true and correct copy of the relevant portions of the reporter's transcript of Day 5 of the jury trial in this matter, which took place on Monday, April 20, 2026. This exhibit is referred to as "5:RT" throughout Plaintiffs' memorandum of points and authorities in opposition to Defendants' post-verdict motion filed concurrently herewith.

8.      Attached hereto as "**Exhibit G**" is a true and correct copy of the relevant portions of the reporter's transcript of the morning of Day 6 of the jury trial in this matter, which took place on Tuesday, April 21, 2026. This exhibit is referred to as "6:RT" throughout Plaintiffs' memorandum of points and authorities in opposition to Defendants' post-verdict motion filed concurrently herewith.

9.      Attached hereto as "**Exhibit H**" is a true and correct copy of the relevant portions of the reporter's transcript of the afternoon of Day 6 of the jury trial in this matter, which took place on Tuesday, April 21, 2026. This exhibit is referred to as "6(PM):RT" throughout Plaintiffs' memorandum of points and authorities in opposition to Defendants' post-verdict motion filed concurrently herewith.

10.     Attached hereto as "**Exhibit I**" is a true and correct copy of the Ninth Circuit Memorandum in this case, Ninth Circuit Case No. 24-2224, dated August 8, 2025.

11.     Attached hereto as "**Exhibit J**" is a true and correct copy of the verdict form in this case, filed as Dkt. No. 159 on April 21, 2026.

DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL

12.     Attached hereto as "**Exhibit K**" is a true and correct copy of the relevant portions of the jury instructions that were given in this case, filed as Dkt. No. 155 on April 21, 2026.

13.     Attached hereto as "**Exhibit L**" is a true and correct copy of the Special Verdict in the 2025 police shooting case *Lewis v. County of Kern*, No. 1:21-cv-00378-KES-CBD.

14.     Attached hereto as "**Exhibit M**" is a true and correct copy of the Special Verdict in the 2023 police shooting case *Murillo v. City of Los Angeles*, No. 21-cv-08738-FMO-AGR. I worked on this case, and I am aware that at the trial of this matter, the medical examiner testified that the decedent was struck by gunshots and died within minutes.

15.     Attached hereto as "**Exhibit N**" is a true and correct copy of the Special Verdict in the police shooting case *Archibald v. County of San Bernardino,* Case No.: 5:16-cv-01128-AB-SP. This is a case that my office handled, and I am aware that the evidence at trial was that the decedent was mentally ill and living in a motel.

16.     Attached hereto as "**Exhibit O**" is a true and correct copy of the Special Verdict in the police shooting case *Salgado v. Ponder*, Case No. 18-cv-00762-DMG-SP. This is a case my office handled. I understand that the evidence at trial showed that the decedent did not survive for a significant period of time after the shooting, and he was a 32-year-old semi-homeless laborer.

17.     Attached hereto as "**Exhibit P**" is a true and correct copy of the Special Verdict, Phase II, in the case *Valenzuela v. City of Anaheim*, Case No. 17-cv-00278-CJC-DFM.

18.     Attached hereto as "**Exhibit Q**" is a true and correct copy of the Verdict in the case *Zelaya v. City of Los Angeles*, Case No. 20-cv-08382-ODW. I worked on this case, and I am aware that at trial, the evidence was that the one plaintiff had not seen her father, the decedent, for over ten years.

3

DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL

19.     Attached hereto as "**Exhibit R**" is a true and correct copy of the Special Verdict in the police use-of-force case *Alves v. Riverside County, et al.*, Case No. 5:19-CV-02083-JGB.

20.     Attached hereto as "**Exhibit S**" is a true and correct copy of the Special Verdict in the 2013 police shooting case *R.S., et al. v. City of Long Beach*, Case No. 11-cv-00536-AG-RNB.

21.     Attached hereto as "**Exhibit T**" is a true and correct copy of the Special Verdict in the police shooting case *Dajyne G., et al. v. Culver City*, Case No. 10-cv-09497-MWF-MAN.

22.     Attached hereto as "**Exhibit U**" is a true and correct copy of the Special Verdict in the police shooting case *L.D. v. City of Los Angeles, et al.*, Case No. 2:16-cv-04626-PSG-SK. In *L.D.*, the jury awarded $2 million in wrongful death damages to the daughter of the decedent. I worked on this case, and the evidence at trial was that the decedent's daughter was not yet born at the time that her father was shot and killed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 1st day of July 2026 in Woodland Hills, California.

*/s/     Renee V. Masongsong*

Renee V. Masongsong

DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION IN SUPPORT OF PLAINTIFFS' JOINT OPPOSITION FOR JUDGMENT AS A MATTER OF LAW AND NEW TRIAL