# EXHIBIT C

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

- - -

HONORABLE SHERILYN PEACE GARNETT, DISTRICT JUDGE PRESIDING

EMILY GARCIA, et al.,            )
                                 )
        Plaintiffs,              )
                                 )
                                 )
                                 )
    vs.                          ) No. CV 22-00131-SPG
                                 )
                                 )
                                 )
CITY OF TUSTIN, et al.,          )
                                 )
        Defendants.              )
_____  )

REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

*TRIAL DAY THREE*

LOS ANGELES, CALIFORNIA

THURSDAY, APRIL 16, 2026

MARIA R. BUSTILLOS
OFFICIAL COURT REPORTER
C.S.R. 12254
UNITED STATES COURTHOUSE
350 WEST 1ST STREET
SUITE 4455
LOS ANGELES, CALIFORNIA 90012
(213) 894-2739
MADAMCOURTREPORTER@GMAIL.COM

UNITED STATES DISTRICT COURT

THE COURT:  All right.

(Sidebar concluded.)

MR. GALIPO:  Your Honor, we would like to call Emily Garcia, please.

THE COURT:  All right.

**PLAINTIFFS' WITNESS, EMILY GARCIA, SWORN.**

THE COURTROOM DEPUTY:  Please have a seat and state your name for the record.

THE WITNESS:  Emily Garcia.

THE COURT:  All right.  Good afternoon, Ms. Garcia.

THE WITNESS:  Good afternoon, Your Honor.

THE COURT:  Counsel, you may proceed.

MR. GALIPO:  Thank you, Your Honor.

**DIRECT EXAMINATION**

BY MR. GALIPO:

Q      Good afternoon.

A      Good afternoon.

Q      Are you the oldest daughter of --

A      Yes.

Q      -- of Luis Manuel Garcia?

A      Yes.

Q      How old are you now?

A      I'm 23.

Q      And, um, what are you doing with your life

241

these days?

A          I am about to graduate from Cal State Fullerton.  I'm -- I'm in business administration, concentrating in accounting, and currently attending an internship.

Q          Where are you doing your internship?

A          In Newport Beach, California.

Q          Go ahead.  I'm sorry?

A          Sorry.  Newport Beach.

Q          What type of, um, office are you doing your internship in?

A          At a CPA firm.

Q          And do you have interest in becoming a certified public accountant?

A          Yes, I do.

Q          What made you interested in accounting?

A          I always loved numbers and math, I would say, yeah.

Q          Where did you go to high school?

A          I went to Foothill High School and Pete Knight High School.

Q          And where were those high schools -- or are those high schools located?

A          On -- on North Tustin, and then the second one in Palmdale, California.

UNITED STATES DISTRICT COURT

Q    Okay.  Um, do you have a sister?

A    Yes, I do.

Q    What is her name?

A    Camilla Garcia.

Q    Is she here today?

A    Yes.

Q    How do you guys get along?

A    Very well.

Q    Okay, good.

A    Yeah.

Q    Where did you grow up primarily?

A    Tustin/Santa Ana area.

Q    Who is your mom?

A    Rosalia Becerra.

Q    Okay.  So was there a timeframe that you lived with your dad?

A    Yes, there was.

Q    And during what timeframe, in terms of your age, were you living with your dad?

A    From when I was born up till 13 years old.

Q    Okay.  And so just to give the jury a little time reference, how old were you when you learned that your father had been shot?

A    I was 18.

Q    Okay.  Were you in high school at the time, a

senior in high school, when you learned that?

A       Yes.

Q       After high school, where did you go to college?

A       I started at a community college in Orange, California.

Q       And what did you study there?

A       My accounting general education.

Q       And then at some point, you transferred schools?

A       Yes.

Q       To the school you're going to be graduating in?

A       Yes, Fullerton, California.

Q       When do you -- when is your graduation set for?

A       May 20th.

Q       So I have some pictures to show you.  And I think they're going to help put some of them up, starting with Exhibit 28-1.

        MR. PRAET:  No objection to 28-1.

        THE COURT:  Exhibit 28-1 -- page -- page one is in evidence.

 (Whereupon, Plaintiffs' Exhibit 28-1 is admitted hereto.)

BY MR. GALIPO:

Q       Who is in that picture, if you know?

A       That's my dad.

Q       And who else?

A          My sister.

Q          What's the age difference between you and your sister?

A          Six years.

MR. GALIPO:  I'd like to show 28-2.

MR. PRAET:  No objection, Your Honor.

THE COURT:  Page 2 of Exhibit 28 is in evidence.

(Whereupon, Plaintiffs' Exhibit 28-2 is admitted hereto.)

BY MR. GALIPO:

Q          Who's in this picture?

A          That's me, my sister, Camilla, and my cousin Christian and my dad.

Q          Okay.  And do you have any idea of how old you were, about, at this time?

A          I was probably, like, seven about -- maybe a little older.

MR. GALIPO:  I'd like to show Exhibit 29-3.

MR. PRAET:  No objection, Your Honor.

THE COURT:  Exhibit 29, page three is in evidence.

(Whereupon, Plaintiffs' Exhibit 29-3 is admitted hereto.)

MR. GALIPO:

Q          Who's in that picture?

A          It's my dad, me, and my sister.  Sorry.

MR. GALIPO:  I'd like to show 28, page 13.

MR. PRAET:  28?

MR. GALIPO:  Yes.

MR. PRAET:  No objection, Your Honor.

THE COURT:  Exhibit 28, page 13 is in evidence.

(Whereupon, Plaintiff's Exhibit 28-13 is admitted hereto.)

MR. GALIPO:

Q    Do you know how old you were in this picture, approximately?

A    Maybe ten.

Q    Who are you hugging there?

A    My dad.

Q    How would you describe your relationship with your dad?

A    My dad was amazing.  We always did many activities, many just random adventures with my dad. He was amazing.  We -- those 13 years of my life were unforgettable, and I'll always cherish in my heart very deeply.

Q    Can you tell the jury, for example, some of the things that you remember or enjoyed doing with your father?

A    Yes, I always enjoyed going to the park, going to Disneyland.  That was our yearly tradition with my sister, Camilla.  And, um, simply spending time, going

on a walk, riding bikes, um, going on trips.  Um, and simply his presence always made me happy.  And very unforgettable, I would say.

Q        Did you feel your dad loved you?

A        Yes, very much.

Q        Why did you feel that?  What did he do or say that made you feel he loved you?

A        He always -- he always called me his pride and joy.  He always made me feel loved.  He was there when I felt down.  He was there.  He was my protector.  He made me feel safe all the time, me and my sister.  And hearing him tell me that he's always going to be there for me was the best.

Q        Was your father affectionate with you?

A        Very much.  He was very affectionate person.

Q        And how so?

A        He would hug us, swing us around, um, and tell us he loves us so much.

         MR. GALIPO:  I'd like to show Exhibit 28-10.

         MR. PRAET:  Okay.  28-10.

         MR. GALIPO:  Yeah.

         MR. PRAET:  All right, Your Honor, no objection to 28-10.

         THE COURT:  Um, Exhibit 28, page ten is in evidence.

(Whereupon, Plaintiffs' Exhibit 28-10 is admitted hereto.)

MR. GALIPO:

Q       Who is in this picture?

A       That's my dad, myself, and my little sister, Camilla.

        MR. GALIPO:  I have to two more pictures I'm going to show, Your Honor, and -- and that will be all.

        Exhibit 29, page five.

        MR. PRAET:  No objection, Your Honor.

        THE COURT:  29, page five is in evidence.

(Whereupon, Plaintiffs' Exhibit 29-5 is admitted hereto.)

MR. GALIPO:

Q       Do you know about how old you were when this picture was taken?

A       About 12 or 13.

Q       Do you recall where you were at the time?

A       Yes.

Q       Where were you?

A       South Coast Plaza.

Q       At -- is that that -- the mall; right?

A       Yes, the mall, sorry.

Q       Okay.  Was it, like, Christmastime or something or --

A       Yes, it was.

Q       Okay.

MR. GALIPO:  And the last photo I want to show is 28, page six.

MR. PRAET:  Yeah, no objection, Your Honor.

THE COURT:  Exhibit 28, page six is in evidence.

(Whereupon, Plaintiffs' Exhibit 28-6 is admitted hereto.)

MR. GALIPO:

Q      Who is in that photo?

A      That's my dad and my little sister, Camilla.

Q      How was their relationship?

A      It was amazing.  My dad loved both of us very much, yeah.  They -- my sister was always more goofy, and my dad was always goofy, as well, so they'd be more goofy together, yeah.

Q      They -- they were goofy together sometimes?

A      Yes.

Q      Now, you indicated that your dad lived with you till you were about 13 years old; correct?

A      Correct.

Q      And you were 18 when you learned that he had been shot and killed?

A      Yes.

Q      So I want to talk to you a little bit about the timeframe between 13 and 18.

At some point, were you aware that -- were you

UNITED STATES DISTRICT COURT

seeing your dad, like, out and about in -- in -- in parks or in other places?

A      Yes, I would.

Q      And how would you -- I realize you were young at the time, but how would you find where he was to go see him?

A      I always knew where he was at, especially Williams Street, Tustin area.  Um, I always had an idea of where he was going to be, so I -- it would mainly be there.

Q      And who would take you before you were able to drive to go find your dad?

A      My mom.

Q      And would you sometimes go with your sister?

A      Yes.

Q      And would you eventually find him?

A      Yes.

Q      And can you give us examples of some of the places you would find him?

A      Um, by -- just walking by the street.  Parks, he would love taking naps there, hanging out there.  Um. And anywhere, like, on the sidewalk, pretty much, or by a store.  But pretty much always in the Tustin area.

Q      Did it click in your mind when you were 14, 15 years old that your dad might be homeless, or you

never specifically thought about it that way?

A        I never thought about it that way.

Q        Um, did you ever visit him on Williams Street by the bushes where this incident occurred?

A        Yes.

Q        And do you recall when the last time that you saw him there by those bushes before this incident happened in -- the shooting -- August of 2021 -- do you have an approximation as to when the last time you saw him there was?

A        Yes, a month before.

Q        And when you saw him there a month before, who were you with?

A        My sister, Camilla.

Q        What do you recall?  Can you tell the jury a little bit about what you recall about that visit?

A        Yes, I saw him.  Um, whenever he saw us, he would be really happy.  I had a nickname named "China," so he would call me loud and be so happy.  And I would run to him, basically, and tell him, you know, I missed him and started conversation from there.

Q        And what would the conversations be like?

A        It would be about how I'm doing, how I'm -- how am I doing in school, how is my little sister, am I taking care of her as well.  Um, and overall, mainly how

I'm doing, me and my sister.

Q        Would he encourage you in any way?

A        Yes, he would.

Q        How would he encourage you?

A        He would tell me to make sure to study and stay in school and to go after your dreams and that he's always going to be here.

Q        Did he -- did you ever have a conversation with him about how he's doing?

A        Not specifically.  Um, it was very much private.  Um, he wouldn't say -- wouldn't speak about any of his situations.  It was mainly about my sister and I.

Q        Would he talk to you about that he's going to try to do better or get a place eventually?

A        Yes, he would.  He said that he's going to try to be better and, you know, get out of the situation he was in.

Q        At some point --

        MR. GALIPO:  We could take that down now.

BY MR. GALIPO:

Q        At some point, you learned that he had been shot and killed?

A        Yes.

Q        And you were a senior in high school at the

time?

A        Yes.

Q        How did you find that out?

A        I unfortunately found out through my mom, but there is something I want to share that happened on August 9th.  Um, that same day, I was coming -- I was moving back so I can start college.  And that same day, I remember seeing the street completely closed, and -- and I was just curious as to why is it closed.  I had called my mom.  I let her know.  I was like, "What's going on?"

         And, you know, days later, come to find out that it was my dad.  And that -- um, knowing that he was still alive, I -- I wish I could have been there to tell him how much I love him and that -- and be there in his last moments.  And yeah, I'll never forget that day, um, of my life, really.

Q        So you were moving back to live with your grandmother?

A        Yes, to start college.

Q        Because it was just a better place, closer to the college?

A        Yes, and because I knew I was going to be closer to my dad.  I -- I was so happy that day because I just -- I just knew that I would be able to help him

get out of the situation he was.

Q        Did you want to help your father get out of his situation?

A        Most definitely.

Q        Was part of you thinking in your mind that if you were able to go to school and get a good job, that you can help him more?

A        Yes.

Q        Were you hoping, for example, he would be around for your graduation?

A        Yes.

Q        And other events in your life in the future, whether it was marriage or children?

A        Yes.

Q        Now, how do you feel -- and I know this is a difficult question to answer in front of people that you've never met before and only have seen.  How do you feel your father's death has affected you?

A        It's affected me very much.  Um, I feel like there's this whole that I live with knowing that my dad is no longer here; that he's no longer going to be a part of my everyday life; that he's not going to be able to go to my graduation next month.  Um, simply being a dad -- because I feel like the importance of a dad and the presence of having your dad is so important, and

having a parent in general is so important.  And he's really made me strong and ambitious.

Um, whenever they tell me, "You're just like your dad," I take that as a compliment because I -- I see it.  I see it, how I'm very ambitious and very strong, and he's always been, like, my backbone.  Um, if anyone ever did anything to me or when I got bullied before, he would make sure -- he would make sure he was -- he was there.  He would make sure to be there as my dad.  And I know that.

I love my mom.  I love her to death, but not having my -- my dad, like, it's -- it's -- it's -- um, it's a missing piece of my heart that I have, that now I have to live everyday with.  And yeah, everything I'm doing now is for him because I know he would be so proud of me.  Like he said, he's -- I've always been his pride and joy.

Um, he's -- even with the situation, he always looked for us.  He always looked for us.  He never forgot about us.  People would tell me, "How's -- where's your dad?" or -- but I would -- I would always say, "He's here, he's here."  Even though he was physically not together with my mom, he was always here with me and my sister.

Q       Let me ask you this:  Um, some people may

**C E R T I F I C A T E**

EMILY GARCIA, et al.                    :

                    vs.                 :   No. CV 22-00131-SPG

CITY OF TUSTIN, et al.                  :

I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

_____/S/_____        //___

MARIA R. BUSTILLOS                 DATE
OFFICIAL REPORTER

UNITED STATES DISTRICT COURT