# EXHIBIT D

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

- - -

HONORABLE SHERILYN PEACE GARNETT, DISTRICT JUDGE PRESIDING


EMILY GARCIA, et al.,          )
                               )
       Plaintiffs,             )
                               )
                               )
                               )
   vs.                         ) No. CV 22-00131-SPG
                               )
                               )
                               )
CITY OF TUSTIN, et al.,        )
                               )
       Defendants.             )
_____)


REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS

*TRIAL DAY FOUR*

LOS ANGELES, CALIFORNIA

FRIDAY, APRIL 17, 2026
_____

MARIA R. BUSTILLOS
OFFICIAL COURT REPORTER
C.S.R. 12254
UNITED STATES COURTHOUSE
350 WEST 1ST STREET
SUITE 4455
LOS ANGELES, CALIFORNIA 90012
(213) 894-2739
MADAMCOURTREPORTER@GMAIL.COM

A        I don't remember exact dates, but I was in middle of high school.

Q        Okay.  So you can -- can you give us an estimate of the year?

A        Like, probably -- was around maybe, like, 2019. I'm not sure.

Q        Okay.  Palmdale is pretty far from Tustin; would you agree?

A        Yes.

Q        Did you come back to look for your dad once you moved to Palmdale?

A        Yes.

Q        How often?

A        Every month.

Q        You'd make a -- would your mom drive you, or were you driving by then?

A        I was driving.

Q        Okay.  So would you drive down by yourself and just go look for your dad?

A        With my sister, um, or by myself, both.

Q        You've never sought any counseling or therapy since your father passed away; have you?

A        No.

         MR. PRAET:  All right.  Nothing further.

         Thank you, Your Honor.

THE COURT:  Any redirect?

MR. GALIPO:  Very briefly.  thank you, Your Honor.

**REDIRECT EXAMINATION**

BY MR. GALIPO:

Q        Why did you continue to look for your dad and want to see him every month?

A        Because he's my dad.  I love him.  He's -- he's always been there to guide us, um, and to encourage and support us.  So it's the relationship we had always.  It was special no matter how far the distance was.  He was always here, always supporting us, guiding us like a father, like, me and my sister.  It was my dad.  I -- of course, I was going to look for him.  I -- I love him.  He gave me the best memories of my life.

Q        Did -- did you love him any less because he was living on the streets?

A        No, that's my dad.  And until this day, I'll say that's my dad.  He -- this is our family.  This is my -- my sister and I's dad.

Q        Thank you.

MR. GALIPO:  That's all I have, Your Honor.

MR. ARIAS:  And the Galicia have no questions for this witness, Your Honor.

MR. PRAET:  Nothing further.  Thank you,

Your Honor.

THE COURT:  All right.  You're excused.

THE WITNESS:  Thank you, Your Honor.

MR. GALIPO:  Your Honor, we would like to call C.G., please.

**PLAINTIFF'S WITNESS, C.G. GARCIA, SWORN.**

THE COURTROOM DEPUTY:  Please state your name for the record.

THE WITNESS:  C.G. Garcia.

THE COURT:  All right.  Good morning, Ms. Garcia.

THE WITNESS:  Good morning, Your Honor.

THE COURT:  Counsel, you may proceed.

MR. GALIPO:  Thank you, Your Honor.

**DIRECT EXAMINATION**

BY MR. GALIPO:

Q     Good morning.

A     Good morning.

Q     How old are you?

A     I'm 17.

Q     Are you currently going to school?

A     Yes.

Q     Where do you go to school?

A     I go to Palmdale Academy Charter School.

Q     And what year of school are you in?

UNITED STATES DISTRICT COURT

28

A        I'm in my junior year.

Q        Do you like school generally?

A        Um, it's okay.  You know, it's school.

Q        Are you in any activities at school?

A        Yes, I do cheerleading, and I also do kindness crew.

Q        What is that?

A        Kindness crew is where you do random acts of kindness around school.  You help teachers.  You, um, make copies of stuff.  You -- just random stuff that you would do for random acts of kindness.

Q        And why did you decide to join that group?

A        Because I feel like it's just -- random acts of kindness out of nowhere, it's like a compliment, and it's -- and it's great to have.  You know, some people may not have good days, or some people just may have a lot of stuff on their plate, so it's good to help them.

Q        Okay.  Um, do you know what you might be interested in doing with your life as far as a career or college?  Any thoughts on that?

A        I like -- what I'm currently interested is criminal social worker.

Q        Why are you interested in that?

A        Um, because I feel that it really interests me a lot, especially with, like, helping people.  That's

UNITED STATES DISTRICT COURT

very -- like, that's something that I really take really much, like, passion in it.  And it's, you know, giving them a second chance or just helping them revolve to the world that they're going to be going into.

Q       Have you thought at all about where you might want to go to college?

A       Um, I'm thinking somewhere in Seattle, hopefully.  But, um, more specific would probably be like, in Washington.

Q       Okay.  So your dad and you, how would you describe your relationship with your dad?

A       My relationship with my dad was very -- very funny.  We had a very, like -- like, a nice connection where we would just laugh about random stuff, goof around, and just -- like, it was very loving.  You -- you would just sit there, and you would feel the affection that we had for each other.

Q       Did you feel happy when you were with him?

A       Yes, I did.

Q       Did he make you laugh?

A       Of course, a lot.

Q       Was there a time when you had, like -- I'm not sure what you call them anymore -- like, a teacher -- parent/teacher conference at school and your dad came to school?

A        Yes, um, when we had -- I don't recall the exact date, but when I had a teacher/parent conference, it was me, my mom, and my dad, obviously.  And, um, there was this moment in the parking lot where he was coming out, and he had his best suit.  He had his hat. He had his -- he had his boots, and it was his favorite tuxedo that he would wear.  It was tan.

         And, um, he wore it, and my mom was like, "Why are you wearing that outfit?  Like, it's too much."  And he would just say -- he would look at me and be like, "Well, she likes it."  And I looked at him, and I was just smiling.  And I said, "Of course I like it. It's his best suit that he had."  And he said, "See, she like it."  And that was something very -- that everybody knew about him, that he would just like to dress up and put on his best suits to, like, his best dressed.

Q        Did that make you feel good, that your dad was trying to wear his best suit to -- to come to school for your parent/teacher conference?

A        Yes, it was -- it made me feel special because it was something he would only pull out to a special event, which meant that I was special to him.

Q        We don't have to get into all of them, but would your dad give you nicknames sometimes?

A        Yes, until this day, my whole family still

calls me them.  And to be specific, would be Toti, which
has no acronym to my name, but -- I don't even know
where it came from, but that's what I've been called for
in my family.

THE REPORTER:  I'm sorry, can you repeat that?

THE WITNESS:  Toti.

BY MR. GALIPO:

Q       Would your dad, like, sometimes talk to you
about how you're doing in school and encourage you to do
good in school?

A       Yes, he was my number one supporter.  He would
always tell me, you know, "echale ganas," which
basically meant to put in the effort and be strong, to
be bold, to be yourself.  And, um, he would just support
me in everything, and he would tell me, you know, like,
"Do your best because I know you can."

Q       And did your dad -- you visited your dad
sometimes after he left the -- the house, where he was
maybe -- meeting him in a park or different places, on
Williams Street or wherever it was?

A       Yes.

Q       And would your dad tell you he's trying to do
better and trying to get a job so he can get a place
where you can come to see him?

A       Yes, he would.

Q        I just want to show you a few pictures --

MR. GALIPO:  -- that have already, I think, been in evidence, Your Honor.  I'm going to use some of the same ones from yesterday.

Um, Exhibit 29, page three, please.

BY MR. GALIPO:

Q        I think we -- I think I know the answer, but who's in this picture?

A        It's me, my dad, and then my sister, Emily.

Q        And 28-1, do you happen to know who's in that picture?

A        It's me as the baby and my dad hugging me.

Q        Was he a good hugger?

A        Yes, he was very affectionate.

MR. GALIPO:  Exhibit 28, page ten, please.

BY MR. GALIPO:

Q        Who's in this picture?

A        It's my sister, my dad, and me.

Q        And would your dad sometimes take you out to get something to eat?

A        Yes.

Q        Were you happy when you were with your dad?

A        Of course.

MR. GALIPO:  28, page 13, please.

BY MR. GALIPO:

33

Q        And who was in this picture?

A        My sister, my dad, and me.

Q        And you look like your holding some --
something or someone else?

A        Oh, and then my toy -- my toy doll, baby.

Q        Okay.

         MR. GALIPO:  I'm not sure I showed this one
yet, 28-2.  I've already showed it?  Oh, let me show
this last one then.  Showed it yesterday, that's what I
thought.  Let's look at it real quick.

         28, page two, please.

BY MR. GALIPO:

Q        And who's in this picture?

A        It's my dad, my sister, me, and my cousin
Christian.

Q        What -- do you know what you have on your face?

A        It's a cupcake.

Q        Okay.  Did your dad sometimes like to be goofy
and joke around?

A        Yes, a lot.

Q        And the last picture I want to show you is
Exhibit 28, page six, please.

         And you like this picture?

A        Yes.

Q        What do you like about it?

UNITED STATES DISTRICT COURT

34

A       I like how you could see one of his ways of affection was kissing me, even though I may not have liked it as much because he would have a beard, and it would be, like, stubble, so it'd prick me.  And I'd tell him to stop, but, you know, he just loved me so much that, like, he -- he would still do it.

Q       After your dad moved out of the house and was kind of, you know, at the park, around the streets, did you still love him?

A       Of course.

Q       Did you feel he still loved you?

A       Yes.

Q       Did you love him any less because he was having problems or out on the streets?

A       No, I did not.

Q       And at some point, you learned that he had been shot and killed?

A       Yes.

Q       How did you find that out?

A       Um, one day after school, my mom told me to come to the living room, and she told me to sit down. And I was very confused on what was going on.  And I sat down when she told me, you know, "Your dad, he -- he's -- he's gone."  And during that time, I honestly didn't know -- I didn't want to ask questions.  Um, for

me, personally, it takes me a minute to, like, process things.  So I was just standing there, and I was like, "What just happened?"  And I didn't ask any questions. I was like, "Okay."

Q        As time went on, did the reality that -- that he was gone hit you?

A        Yes, really hard.

Q        What was the hardest part about it for you -- or what is the hardest part about it?

A        The hardest part is realizing I'm soon going to turn 18 and -- actually, during the fact, when I found out, I was actually 12, going into my -- my teens and realizing he wasn't going to be there for when I turned 13 or the rest of my life or when I graduate because he was my biggest -- biggest cheerleader.  So I know he would have been the loudest at my graduation.

Q        Do you think about your dad often?

A        Yes, all the time.

Q        Thank you.

         MR. GALIPO:  That's all I have, Your Honor.

         MR. ARIAS:  The Galicia have no questions for this witness.

         THE COURT:  All right.

         MR. PRAET:  Your Honor, may I approach?

                    **CROSS-EXAMINATION**

THE COURT:  No, not yet.  Go ahead, go ahead.

MR. ARIAS:  At this point, I would like to call next witness for the plaintiffs will be Wendy Galicia, who's present.

**PLAINTIFFS' WITNESS, WENDY GALICIA, SWORN.**

THE COURTROOM DEPUTY:  Please state your name for the record.

THE WITNESS:  Wendy Galicia.

THE COURT:  All right.  Good morning.

THE WITNESS:  Good morning.

THE COURT:  All right.  Counsel, one moment.

MR. ARIAS:  Yes, Your Honor.

THE COURT:  I'm going to read an instruction.

You're about to hear testimony of a witness who will be testifying in the Spanish language. Witnesses who do not speak English or are more proficient in another language testify through an official court interpreter.  Although some of you may know the Spanish language, it is important that all jurors consider the same evidence; therefore, you must accept the interpreter's translation of the witness' testimony.  You must disregard any different meanings. You must not make any assumptions about a witness or a party based solely on the use of an interpreter to assist that witness or party.

63

A          That's us with the family.

Q          Were you happy that day that you married Mr. Garcia?

A          Yes.

Q          And did you feel he was happy he was marrying that you day?

A          Yes.

Q          And you mentioned that being pregnant was not the only reason that you married him.  Can you tell the jury what reasons did you have to marry Mr. Garcia?

A          Well, we could hurry up the plans to get married because of our child, but we were already planning to get marry.

Q          And how would you describe Mr. Garcia at that time?  What type of man or what type of person he is at that time when you were marrying him?

A          He was a very happy man, hardworking, loving.

Q          Did he -- did he have any, like, hobbies?  What did he like to do?

A          Well, he liked to dance a lot, listen to music.

Q          Did he play any instruments?

A          No, he didn't play -- he didn't play any instrument, but he liked guitars a lot.

Q          What about sports?

A          Sports, no, not at that moment.  But he

liked -- he liked horseback riding a lot.

Q        Did he have friends around that time, when you married him?

A        Friends in his town.  At that time, he was living in Guadalajara in Atlas colony -- Atlas neighborhood.

Q        At some point, did you move to live with your husband after the wedding?

THE INTERPRETER:  May I have the question read back?

THE COURT:  Yes.

THE REPORTER:  "At some point, did you move to live with your husband after the wedding?"

THE WITNESS:  Yes.

BY MR. ARIAS:

Q        And did you continue to work at the same place, and your husband too?

A        Yes.

Q        At some point, I take that, um, your child was born?

A        Yes.

Q        Okay.  What's -- what's your child's name?

A        Kevin Josue.

Q        When was he born?

A        It was April 1st of 2001.

UNITED STATES DISTRICT COURT

Q        When Kevin was born, Luis Manuel was present? I'm talking about the day he was born, was he -- your husband with you?

A        Yes.

Q        So you were at the hospital; your husband was there.  Did he meet his son?  Did he have his son with him?

A        Yes.

Q        Was he -- did you feel that Luis Manuel was happy to have his son in -- in his arms?

A        Yes.  Well, it made sense.  This was his first son.

Q        How did you feel?

A        Happy.

Q        Okay.  After the birth of your son, did you all three move to live together as a family?  You, your husband, and your son, did you live together?

A        Yes.

Q        Did you continue working at the same place, you and Luis Manuel?

A        Yes, for a short while because then he went to work elsewhere.

Q        Do you -- do you remember when he told you about his intention to work else- -- to work out -- elsewhere, as you mentioned?

A        Yes.

Q        What did he -- what did he tell you?

A        That he was going to go live -- go work outside, elsewhere to have a better life.

Q        And to have a better life who -- can you explain?  What -- what did he mean by that?

A        Well, it was to make more money and have a better life -- give us a better life.

Q        "Give us," you and your son a better life?

A        Yes.

Q        Okay.  Um, how does that make you feel?  He tells you, "I'm going to leave.  I'm going to work, give you a better life."  How do you feel at that time?

A        Sadness because he was going to be away from us.

Q        Did you love your husband?

A        Yes.

Q        Did he love you?

A        Yes.

Q        Do you feel that he loved his son?

A        Yes.

Q        You supported his decision to leave?

A        Yes.

Q        Why?

A        Well, it was his decision.  At the beginning,

69

missing us.

Q       Did you miss him?

A       Yes.

Q       How often would he call you?

A       Once or twice a week.

Q       And I take it your -- your -- your child was a baby at that time; right?

A       Yes.

Q       And you were taking care of your baby; correct?

A       Yes.

Q       Would he help you with the necessities of Kevin?

A       Yes.

Q       And this period of time when he was working away and you're taking care of your child, how long did it take?  Can you tell the jury?

A       I was -- I don't understand.

Q       I'm sorry.  Let me ask in a different way.

        So your husband was working away from home; correct?

A       Yes.

Q       And you, as a wife, were taking care of your baby at home?

A       Yes.

Q       And -- and how did you consider your

UNITED STATES DISTRICT COURT

70

relationship at that time?  Did you love your husband, and he loves you?

A        Yes.

Q        And you both loved your child, I guess?

A        Yes.

Q        Would he ask you about Kevin when he would call you?

A        Yes, how was he doing.

Q        Did you ever send him any pictures of the baby to -- to -- to Luis Manuel?

A        Yes, once.

Q        How did you do that?

A        I sent them over DHL.

Q        Do you remember the address to where you sent it or -- or -- or not?

A        No, I don't remember.

Q        And we're talking about 2001.  So I take -- would it be fair to say there was no social media like we have it now; correct?

A        Yes, there was none of that.

Q        No Facebook, no Instagram, nothing like that?

A        No, not even cameras.

Q        On the cell phone, for example?

A        Yes.

Q        So you wouldn't -- you didn't send, other than

71

the photos, any cards or letters of love to Mr. Garcia, and he didn't send you any such letters to you; correct?

A        No.

Q        Do you love him any less because he was working away?

A        No.

Q        Do you feel that he loved you less just because you were far away, and your son too?

A        No.

Q        At some point, do you believe your relationship changed between Mr. Garcia and you, around -- at some point after that?  Did anything change?

A        Well, yes, after a certain time, when he had his other woman and he had his daughters.

Q        How did you learn that your husband had this other relationship and -- and daughters?

A        He told me.

Q        By phone?

A        Yes.

Q        And how did that make you feel?

A        Well, sad, confused.

Q        Did he say anything else other than that?  For example, that he wanted to end the relationship with you?

A        Yes, once.

UNITED STATES DISTRICT COURT

Q        What did he say?

A        Well, he asked for a divorce.

Q        He told you on the phone, "I want to divorce you"?

A        He told me that the -- that the divorce papers had been filed, but he was never going to divorce me.

Q        Does that make sense to you?

A        No.

Q        Are you saying he told you he was never going to divorce you?

A        On one occasion, he had told me that even if he was making a life somewhere else, he was never going to give -- grant me a divorce, and then the papers arrived.

Q        And did you stop loving him when he told you that?

A        No, it just hurt me a lot.

Q        And do you believe that he did not love you anymore and that's why those divorce papers were being filed?

A        No.

Q        So after this conversation -- and by the way, um, there was some documents you mentioned about divorce.  Um, was the divorce ever finalized to the point that you were divorced from Mr. Garcia either here or in Mexico?

MR. ARIAS:  Yes, Your Honor.

THE COURT:  You're excused.

Please call your next witness.

MR. ARIAS:  Yes, Your Honor.  At this point, we would like to call Kevin Galicia.

THE COURTROOM DEPUTY:  Mr. Arias, is he on Zoom?

MR. ARIAS:  Yes.

THE COURTROOM DEPUTY:  His name is --

MR. ARIAS:  Yes, that will be him.

THE COURTROOM DEPUTY:  Does he need an interpreter?

MR. ARIAS:  Yes.

THE COURT:  Members of the jury, the same instruction regarding the use of an interpreter stands.

MR. ARIAS:  We're going to wait for a second, Your Honor.  I believe the witness is going to appear at any time.  It's now on the screen.

**PLAINTIFFS' WITNESS, KEVIN GALICIA, SWORN**.

THE COURTROOM DEPUTY:  Good morning.  Can you hear me?

THE WITNESS:  Yes.

THE COURTROOM DEPUTY:  Thank you very much.

MR. ARIAS:  Good afternoon.  Can you hear me okay, Kevin?

114

EMILY GARCIA, et al.                    :

                    vs.                 :   No. CV 22-00131-SPG

CITY OF TUSTIN, et al.                  :

I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

_____/S/_____          //___

MARIA R. BUSTILLOS                      DATE
OFFICIAL REPORTER

UNITED STATES DISTRICT COURT