# EXHIBIT L

Case 8:22-cv-00131-SPG-KES    Document 192-13    Filed 07/01/26    Page 2 of 5   Page
    Case 1:21-cv-00378-KES-CDB    Document 153    Filed 03/19/25    Page 1 of 4
ID #:3801

FILED

MAR 1 9 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICKEL ERICK LEWIS JR, individually and as successor-in-interest to MICKEL E. LEWIS SR., ORIONA LEWIS, individually and as successor-in-interest; and BRIONA LEWIS, individually and as successor-in-interest,

               Plaintiffs,

    v.

KERN COUNTY; Deputy JASON AYALA,

               Defendants.

No. 1:21-cv-00378-KES-CDB

VERDICT FORM

R.L., M.L., and H.L., minors, by and through guardian *ad litem* Roberta Haro, individually and as successors in interest to Michel Lewis Sr., deceased; and A.W., a minor, by and through her guardian *ad litem* Alisha White, individually and as a successor in interest to Michel Lewis Sr., deceased,

               Plaintiffs,

    v.

KERN COUNTY; Deputy JASON AYALA,

               Defendants.

1

Case 8:22-cv-00131-SPG-KES    Document 192-13    Filed 07/01/26    Page 3 of 5   Page
Case 1:21-cv-00378-KES-CDB    Document 153    Filed 03/19/25    Page 2 of 4
ID #:3802

We, the jury in the above-entitled action, find the following verdict on the questions submitted to us:

**Question 1**:

Did defendant Jason Ayala use excessive force against Mickel Lewis, Sr. on October 2, 2020?

Yes ✓    No _____

*If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, proceed to Question 4.*

**Question 2**:

Was defendant Jason Ayala's use of excessive force an actual cause of harm or death to Mickel Lewis, Sr.?

Yes ✓    No _____

*Proceed to Question 3.*

**Question 3**:

Did defendant Jason Ayala violate the Bane Act when he used deadly force against Mickel Lewis, Sr.?

Yes ✓    No _____

*Proceed to Question 4.*

**Question 4**:

Did defendant Jason Ayala commit a battery on Mickel Lewis, Sr. on October 2, 2020?

Yes ✓    No _____

*Proceed to Question 5.*

Case 8:22-cv-00131-SPG-KES    Document 192-13    Filed 07/01/26    Page 4 of 5    Page
Case 1:21-cv-00378-KES-CDB    Document 153    Filed 03/19/25    Page 3 of 4
ID #:3803

**Question 5**:

Was defendant Jason Ayala negligent in using deadly force on Mickel Lewis, Sr. on October 2, 2020?

Yes ✓____ No ____

*If you answered "Yes" to Question 5, proceed to Question 6.*

*If you answered "No" to Question 5, and you also answered "No" to Questions 2, 3, **and** 4, then stop here and answer no further questions and have the Jury Foreperson sign and date this form.*

*If you answered "No" to Question 5, and you answered "Yes" to Question 2, 3, **or** 4, proceed to Question 8.*

**Question 6**:

Was Mickel Lewis, Sr. negligent in his interactions with defendant Jason Ayala on October 2, 2020?

Yes ✓____ No ____

*If you answered "Yes" to Question 6, proceed to Question 7. If you answered "No" to Question 6, proceed to Question 8.*

**Question 7**:

What percentage of responsibility for negligence do you assign to the following individuals? (Your total should equal 100%)

Jason Ayala          78 %

Mickel Lewis, Sr.    22 %

*Proceed to Question 8.*

3

Case 8:22-cv-00131-SPG-KES   Document 192-13   Filed 07/01/26   Page 5 of 5   Page
Case 1:21-cv-00378-KES-CDB   Document 153   Filed 03/19/25   Page 4 of 4
ID #:3804

**Question 8:**

What amount do you award plaintiffs for Mickel Lewis, Sr.'s damages?

Pre-death pain and suffering  $ 1 million

Loss of life  $ 5 million

*If you answered "Yes" to Question 4 or 5 proceed to Question 9.*

*If you answered "No" to Question 4 and 5, then stop here and answer no further questions and have the Jury Foreperson sign and date this form.*

**Question 9:**

What amount do you award plaintiffs for their wrongful death damages for the loss of Mickel Lewis, Sr.?

| | |
|---|---|
| R. L. | $ 3.5 million |
| H. L. | $ 3.5 million |
| M. L. | $ 3.5 million |
| A. W. | $ 3.5 million |
| Mickel Lewis, Jr | $ 3.5 million |
| Oriona Lewis | $ 3.5 million |
| Briona Lewis | $ 3.5 million |

*The Jury Foreperson shall sign and date this verdict form and return it to the Court.*

Dated: 03/19/2025

4