# EXHIBIT N

DUPLICATE          ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC ARCHIBALD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br> Defendants. | Case No. CV 16-01128-AB (SPx) <br><br> **SPECIAL VERDICT FORM - DAMAGES** |

1.

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

**QUESTION 1:** What are Nathanael Pickett, II's damages for his loss of enjoyment of life, and for his pre-death pain and suffering?

$ _7 MILLION_

*Please proceed to the next question.*

**QUESTION 2:** What are Plaintiff Dominic Archibald's damages for past and future loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Past:      $ _2.5 MILLION_

Future:    $ _4 MILLION_

Total:     $ _6.5 MILLION_

*Please proceed to the next question.*

**QUESTION 3:** What are Plaintiff Nathanael Pickett, I's damages for past and future loss of Nathanael Pickett, II's love, companionship, comfort, care, assistance, protection, affection, society, and moral support?

Past:      $ _1 MILLION_

Future:    $ _1 MILLION_

Total:     $ _2 MILLION_

2.

**QUESTION 4:** What amount of punitive damages, if any, do you award?

Dominic Archibald:      $ ___14 MILLION___

Nathanael Pickett, I:      $ ___4 MILLION___

*Please sign and date this verdict form and return it to the Court.*

Dated: ___03/14/2018___     Signed: /s/
redacted signature

3.