# EXHIBIT P



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FERMIN VINCENT VALENZUELA, | Case No.: SACV 17-00278-CJC (DFMx), consolidated with SACV 17-02094-CJC (DFMx) |
| Plaintiff, | |
| v. | |
| CITY OF ANAHEIM, *et al.*, | PHASE II VERDICT FORM |
| Defendants. | |
| | |
| VINCENT VALENZUELA and XIMENA VALENZUELA by and through their guardian PATRICIA GONZALEZ, | |
| Plaintiffs, | |
| v. | |
| CITY OF ANAHEIM, *et al.*, | |
| Defendants. | |

-1-

# VERDICT FORM

We, the jury in the above-entitled case, find the following verdict on the questions submitted to us:

## QUESTION 1:

What are Fermin Vincent Valenzuela Junior's survival damages for his loss of life and for his pre-death pain and suffering?

Loss of life: $ _3.6 Million_

Pre-death pain and suffering: $ _6 Million_

*Proceed to Question 2.*

## QUESTION 2:

What are Vincent Valenzuela's damages for the past and future loss of Fermin Vincent Valenzuela Junior's love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, and guidance?

$ _1.8 Million_

*Proceed to Question 3.*

**QUESTION 3:**

What are Ximena Valenzuela's damages for the past and future loss of Fermin Vincent Valenzuela Junior's love, companionship, comfort, care, assistance, protection, affection, society, moral support, training, and guidance?

$ 1.8 Million

*Please sign and date this form, and then return it to the Court.*

Dated:   NOV 20, 19

Signed:

*Presiding Juror*