# EXHIBIT Q

**FILED**
CLERK, U.S. DISTRICT COURT

**10/13/23**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____SE_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Nicole Juarez Zelaya, | Case No. CV 20-08382-ODW (MAAx) |
| Plaintiff, | |
| v. | JURY VERDICT |
| City of Los Angeles, | |
| Defendant. | |

**QUESTION 1:** Did either of the officer defendants use excessive force or restraint against Jacobo Cedillo?

Dustin Richmond _____✗_____ YES          _____ NO

Joseph Hunt _____✗_____ YES          _____ NO

*If you answered YES to any Defendant(s) in Question No. 1, answer Question No. 2 only as to that Defendant(s). If you answered NO as to all Defendants, then go to Question No. 3.*

**QUESTION 2:** Was the use of excessive force or restraint against Jacobo Cedillo by the officer defendant(s) a cause of harm, injury, damage, or death to Jacobo Cedillo?

Dustin Richmond _____✗_____ YES          _____ NO

Joseph Hunt _____✗_____ YES          _____ NO

*Proceed to Question No. 3.*

**QUESTION 3:** Did any of the officer defendants interfere with the Plaintiff's familial relationship with her father, Jacobo Cedillo?



Dustin Richmond _____ YES _____ NO

Joseph Hunt _____ YES _____ NO

*Proceed to Question No. 4.*

**QUESTION 4:** Did the City of Los Angeles fail to properly train Officers Richmond and/or Hunt with respect to the risks of prone restraint and/or the risks of positional and/or restraint asphyxia?



_____ YES _____ NO

*If you answered YES to Question No. 4, answer Question No. 5. If you answered NO, go to the Instructions for Question No. 7.*

2

**QUESTION 5:** Was the City of Los Angeles deliberately indifferent to the known or obvious consequence of its failure to train Officers Richmond and/or Hunt?



_____ YES          _____ NO

*If you answered YES to Question No. 5, answer Question No. 6. If you answered NO, go to the Instructions above Question No. 7.*

**QUESTION 6:** Was the City of Los Angeles' failure to train Officers Richmond and/or Hunt with respect to the risks of prone restraint and/or the risks of positional and/or restraint asphyxia a moving force behind the injury, damage, harm or death to Jacobo Cedillo?



_____ YES          _____ NO

*Please proceed to the Instructions above Question No. 7.*

3

## DAMAGES

*__Instructions__: Answer Question No. 7 __only__ if you answered YES to Questions Nos. 2 and/or 6.*

__QUESTION 7__: What are Jacobo Cedillo's damages for his pre-death pain and suffering and loss of life?

Pre-death pain and suffering    $ 6,000,000

Loss of life    $ 6,000,000

*__Instructions__: Answer Question No. 8 __only__ if you answered YES to Question No. 3 or Question No. 6.*

__QUESTION 8__: What are Plaintiff Nicole Zelaya's wrongful death damages for the loss of her father, Jacobo Cedillo?

Nicole Zelaya's past wrongful death damages    $ 1,000,000

Nicole Zelaya's future wrongful death damages    $ 500,000

*Please sign and date the verdict form and return it to the Court.*

Date: 10/13/23

Jury Foreperson

4