# EXHIBIT T

FILED
CLERK, U.S. DISTRICT COURT

MAY - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

REDACTE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAJYNE G., DEUJANYE G., and DYVONN G., by and through their guardian ad litem KHANDI ROSE; and KAILYNN G., by and through her guardian ad litem KANDACE SIMPLIS,

       Plaintiffs,

  vs.

CULVER CITY POLICE DEPARTMENT, and OFFICER LUIS MARTINEZ,

       Defendants

Case No.: CV10-9497 MWF (MANx)

**SPECIAL VERDICT FORM**

We, the jury, answer the questions submitted to us as follows:

1.  **Did Officer Luis Martinez use excessive force against Decedent Lejoy Grissom on April 25, 2010?**

    ☒ Yes            ☐ No

    If your answer to question 1 is no, proceed to the end and sign and date this verdict form and return it to the Court Clerk. If your answer to question 1 is yes, proceed to the next question.

- 1 -
SPECIAL VERDICT FORM

**2.    What are Lejoy Grissom's damages?**                      $ _825,000._

Proceed to the next question.

**3.    What are Dajyne G.'s damages?**

    a.    Past non-economic damages:                 $ _500,000._

    b.    Future non-economic damages:               $ _1,500,000._

Proceed to the next question.

**4.    What are Deujanye G.'s damages?**

    a.    Past non-economic damages:                 $ _500,000._

    b.    Future non-economic damages:               $ _1,500,000_

Proceed to the next question.

**5.    What are Dyvonn G.'s damages?**

    a.    Past non-economic damages:                 $ _500,000._

    b.    Future non-economic damages:               $ _1,500,000_

Proceed to the next question.

**6.    What are Kailynn G.'s damages?**

    a.    Past non-economic damages:                 $ _500,000._

    b.    Future non-economic damages:               $ _1,500,000_

When you have finished, sign and date this form and return it to the Court Clerk.

SIGNED:   **REDACTE** _____   Date: _5/8/13_
     Presiding Juror /

- 2 -

SPECIAL VERDICT FORM