**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs Emily Garcia and C.G.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors-in-interest,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TUSTIN and ESTELA SILVA,<br><br>Defendants.<br><hr>*Consolidated with*:<br>WENDY GALICIA RAMIREZ and KEVIN GALICIA RAMIREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF TUSTIN and ESTELA SILVA,<br><br>Defendants. | Case No. 8:22-cv-00131-SPG-KES<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett*<br>*Magistrate Judge Karen E. Scott*<br><br>**SUPPLEMENTAL DECLARATION OF DALE K. GALIPO IN SUPPORT OF GARCIA PLAINTIFFS' MOTION FOR ATTORNEY FEES**<br><br>[*Filed Concurrently with the Garcia Plaintiffs' Reply in Support of the Garcia Plaintiffs' Attorney Fee Motion; Updated Proposed Order*]<br><br>Date:        July 29, 2026<br>Time:        1:30 p.m.<br>Crtrm:       5C |

8:22-cv-00131-SPG-KES

SUPPLEMENTAL DECLARATION OF DALE K. GALIPO IN SUPPORT OF GARCIA PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

# DECLARATION OF DALE K. GALIPO

I, Dale K. Galipo, declare as follows:

1.      I am an attorney duly admitted to practice before this Honorable Court and am one of the attorneys of record in the instant matter. make this supplemental declaration in support of the Garcia Plaintiffs' Motion for Attorneys' Fees, filed concurrently with the Garcia Plaintiffs' Reply in support of the Garcia Plaintiffs' Motion for Attorneys' Fees.  I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.      As of this date, I have spent 579.2 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action.

3.      Since the filing of the Garcia Plaintiffs' Motion for Attorneys' Fees, I have continued to maintain contemporaneous time records reflecting the work activity and time spent on this case. I personally performed the work attributed to me in this billing statement and can personally attest that the hours I spent on this case have been reasonably expended in pursuit of litigation.

4.      All of the hours billed by the Garcia Plaintiffs' counsels were necessary and related to the successful outcome for the Plaintiffs.

5.      In some instances, I underbilled for my time spent working on this case.

6.      Since September 2025 alone, I have had seven consecutive multi-million verdicts in civil rights cases.

7.      My $27.35 million jury verdict in *Barber v. County of San Bernardino* (No. 5:22-cv-00625-KK-DTB) is believed to be the highest jury verdict in a non-fatal police shooting case out of the Riverside Federal Courthouse. I also have the highest verdict in a police shooting case, which is a $33.5 million verdict against the County of San Bernardino and its involved deputy for the 2015 shooting of Nathanial Pickett. I also obtained a $30.5 million

SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

verdict in March 2025 in the fatal police shooting case *Lewis v. County of Kern* (No. 1:21-cv-00378-KES-CBD).

8.     I am a member of the Inner Circle of Advocates, which is limited to one hundred members nationwide, representing some of the top plaintiff's attorneys in the country. I received the "2020 Consumer Attorney of the Year" from CAOC and the "2020 Trial Lawyer of the Year" award from CAALA. Mr. Galipo has also had over 20 published opinions in civil rights cases, and have argued numerous appellate cases before the Ninth Circuit. Many consider me to be the leading civil rights trial attorney in the country.

9.     I handled the MSJ hearing in front of this Court and the Ninth Circuit oral argument. To prepare for these oral arguments, it was necessary for me to read, re-read, and analyze each and every case cited in the Parties' MSJ briefing, the Parties' appellate briefs, and the District Court's MSJ order.

10.     I currently have four attorney fee motions pending, in addition to the instant case. In the 2025 case *Lewis v. County of Kern* (No. 1:21-cv-00378-KES-CBD), I am requesting $1,400/hour in the pending attorney fee motion. In the 2026 cases *Petit v. City of Los Angeles* (No. 2:23-cv-00789-ODW-PVC), *Barber v. County of San Bernardino* (No. 5:22-cv-00625-KK-DTB), and *Quan v. County of Los Angeles* (No. 2:24-cv-04805-MCS-KS), I am requesting $1,500/hour. This hourly rate is in line with the *current* prevailing market rates in Los Angeles. Notably, in the *Petit* case, Defendants City of Los Angeles and its involved officers did not even contest my request of $1,500/hour, implying that the rate is reasonable. [*See* Dkt. 218 in Case No. 2:23-cv-00789-ODW-PVC].

11.     John Fattahi was employed by my firm as an associate from 2009 to 2011, following employment as a law clerk to the Honorable Virginia A. Phillips and as a partnership-track associate at Quinn Emanuel.  During that time frame, Mr. Fattahi was an exceptional employee, with outstanding research and writing abilities, and amazing attention to detail on the civil rights cases assigned to him.

SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

There were several substantial settlements we obtained and several jury trials we participated in together in which we prevailed.  After Mr. Fattahi left my employ in 2011 to start his own practice, we continued to associate with each other and work on cases together.  We have had tremendous success working together with multiple large verdicts and settlements.  On all my major jury verdicts, I have Mr. Fattahi directly involved in oppositions to post-trial motions and in working on appeals.  He has done amazing work with incredible results on these post-trial motions and appeals, and I trust my post-trial motions and appeals to Mr. Fattahi because of his outstanding skills and abilities as an attorney.  I am familiar with the market rates of attorneys engaged in similarly complex federal litigation, particularly civil rights litigation, including judicial fee awards in the numerous such cases I have handled personally.  The quality of Mr. Fattahi's work is as good as or better than many attorneys who have been in practice for much longer.  Based on Mr. Fattahi's exceptional abilities and experience as a civil rights attorney, I strongly believe his time is well worth the $1,115 per hour being sought in the instant action.  Mr. Fattahi's insight and contribution to the central legal issues in the case will be instrumental to helping Plaintiffs prevail on post-trial motions and on anticipated appeal.

12.    My additional time spent working on this case is reflected in the chart below.

| Date | Description of Work | Hours |
|---|---|---|
| 6/5/2026 | Review Defendants' Post-Verdict Motion | 1.5 |
| 6/17/2026 | Zoom meeting with J. Fattahi re: issues raised in Defendants' Post-Verdict Motion (0.5) | 0.5 |
| 6/18/2026 | Discuss Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion with Ms. Masongsong | 0.5 |
| 6/22/2026 | Review draft of Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion and | 1.1 |

SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

| | | |
|---|---|---|
| | provide feedback and revisions | |
| 6/24/2026 | Call with J. Fattahi re: issues raised in Defendants' Post-Verdict Motion | 0.4 |
| 6/26/2026 | Review draft of Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion and provide feedback and revisions | 1.2 |
| 6/30/2026 | Review draft of Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion and provide feedback and revisions | 0.9 |
| 7/1/2026 | Review final draft of Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion and provide feedback and revisions | 0.8 |
| 7/2/2026 | Review Defendants' Opposition to Garcia Plaintiffs' Attorney Fee Motion | 0.6 |
| 7/10/2026 | Review draft of Plaintiffs' Reply In Support of Plaintiffs' Motion for Attorneys' Fees and provide feedback and revisions | 1.2 |
| 7/13/2026 | Review draft of Plaintiffs' Reply In Support of Plaintiffs' Motion for Attorneys' Fees and provide feedback and revisions | 0.8 |
| 7/14/2026 | Review draft of Plaintiffs' Reply In Support of Plaintiffs' Motion for Attorneys' Fees, along with my declaration, and provide feedback and revisions | 0.9 |
| 7/15/2026 | Review draft of Plaintiffs' Reply In Support of Plaintiffs' Motion for Attorneys' Fees, along with my declaration, and provide feedback and revisions | 1.1 |
| **Total Additional Hours: 11.5** | | |
| **Total Hours: 579.2** | | |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 15th day of July 2026 at Woodland Hills, California.

/s/ *Dale K. Galipo*

Dale K. Galipo

-4-                                    8:22-cv-00131-SPG-KES

SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES