**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
rvalentine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Attorneys for Plaintiffs Emily Garcia and C.G.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors-in-interest,

Plaintiffs,

vs.

CITY OF TUSTIN and ESTELA SILVA,

Defendants.

_Consolidated with_:
WENDY GALICIA RAMIREZ and KEVIN GALICIA RAMIREZ,

Plaintiffs,

vs.

CITY OF TUSTIN and ESTELA SILVA,

Defendants.

Case No. 8:22-cv-00131-SPG-KES

Assigned to:
_District Judge Sherilyn Peace Garnett_
_Magistrate Judge Karen E. Scott_

**SUPPLEMENTAL DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF GARCIA PLAINTIFFS' MOTION FOR ATTORNEY FEES**

[_Filed Concurrently with the Garcia Plaintiffs' Reply in Support of the Garcia Plaintiffs' Attorney Fee Motion_]

Date:        July 29, 2026
Time:        1:30 p.m.
Crtrm:       5C

SUPPLEMENTAL DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF GARCIA PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

## <u>DECLARATION OF RENEE V. MASONGSONG</u>

I, Renee V. Masongsong, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California.  I make this supplemental declaration in support of the Garcia Plaintiffs' Motion for Attorneys' Fees, filed concurrently with the Garcia Plaintiffs' Reply in support of the Garcia Plaintiffs' Motion for Attorneys' Fees.  I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.      As of this date, I have spent 503.6 hours of billable time in connection with tasks reasonably necessary to the favorable resolution of this action.

3.      Since the filing of the Garcia Plaintiffs' Motion for Attorneys' Fees, I have continued to maintain contemporaneous time records reflecting the work activity and time spent on this case. I personally performed the work attributed to me in this billing statement and can personally attest that the hours I spent on this case have been reasonably expended in pursuit of litigation.

4.      In December 2023, I requested an hourly rate of $700 in the case *Zelaya v. City of Los Angeles*, Case No. 2:20-cv-08382-ODW. In January 2024, I requested an hourly rate of $800 in the case *French v. City of Los Angeles*, Case No. 5:20-cv-00416-JGB. Neither the *Zelaya* court nor the *French* court reduced the hourly rate I requested in the attorney fee motions in those cases.

5.      Although my most recently awarded hourly rate is $800, I also have three other pending attorney fee motions, in addition to this case. In the 2025 case *Lewis v. County of Kern*, No. 1:21-cv-00378-KES-CBD, I am requesting $850/hour in the pending attorney fee motion. In the 2026 cases *Petit v. City of Los Angeles* (No. 2:23-cv-00789-ODW-PVC) and *Barber v. County of San Bernardino* (No. 5:22-cv-00625-KK-DTB), I am requesting $900/hour in those pending attorney fee motions.

6.      I was an integral part of Plaintiffs' team in this case. I handled the Garcia Plaintiffs' portions of the Joint MSJ and drafted the Garcia Plaintiffs' Ninth Circuit appellate briefing, which ultimately allowed the case to proceed to trial. I also handled expert retention and consultation, conducted both expert and fact depositions, assisted Mr. Galipo with preparation for the MSJ hearing and Ninth Circuit oral argument, argued the MSJ as to the state law claims following the Ninth Circuit reversal, handled all pretrial documents and trial exhibits, and was Mr. Galipo's primary support during the trial. I was also the primary attorney who drafted Plaintiffs' Joint opposition to Defendants' post-trial motions, and my participation in trial aided my ability to competently handle said opposition and any anticipated appellate work on this case.

7.      My additional time spent working on this case (63.9 hours) is reflected in the chart below.

| Date | Description of Work | Hours |
|------|---------------------|-------|
| 6/5/2026 | Review Defendants' Post-Verdict Motion | 0.5 |
| 6/9/2026 | Review trial transcripts (3.2); Review email from consulting attorney John Fattahi re: issues raised in Defendants' Post-Verdict Motion (0.5) | 3.7 |
| 6/10/2026 | Review trial transcripts | 4.0 |
| 6/11/2026 | Review trial transcripts | 2.8 |
| 6/16/2026 | Work on Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion (outlining and preliminary legal research) | 1.4 |
| 6/17/2026 | Zoom meeting with J. Fattahi re: issues raised in Defendants' Post-Verdict Motion (0.8); Continue to work on Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion (drafting, legal research, and further review of trial transcripts (1.2) | 2.0 |
| 6/18/2026 | Work on Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion (drafting, legal research, discussion with Mr. Galipo, | 2.5 |

2

| | | |
|---|---|---|
| | continued review of trial transcripts) | |
| 6/19/2026 | Review additional (digitally recorded portions) trial transcripts | 1.0 |
| 6/22/2026 | Work on Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion (drafting and legal research, review Ninth Cir. Memorandum) | 4.0 |
| 6/23/2026 | Work on Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion (drafting and legal research, review jury instructions given) | 4.5 |
| 6/24/2026 | Call with J. Fattahi re: issues raised in Defendants' Post-Verdict Motion (0.3); Compile verdict forms from prior cases as exhibits for the damages section (1.8) | 2.1 |
| 6/25/2026 | Work on Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion (drafting and legal research, further review of trial transcripts) | 3.0 |
| 6/26/2026 | Work on Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion (drafting and legal research) | 3.5 |
| 6/29/2026 | Work on Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion (drafting and legal research, compile and organize exhibits) | 4.2 |
| 6/30/2026 | Work on Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion (incorporate suggestions from attorney J. Fattahi; cut down the brief to meet the word limit) | 2.6 |
| 7/1/2026 | Finalize Plaintiffs' Joint Opposition to Defendants' Post-Verdict Motion (rewrite certain sections and continue to cut down the brief to meet the word limit) and exhibits A-T thereto (5.4); File the brief, my declaration, and exhibits (0.3) | 5.8 |
| 7/8/2026 | Review Defendants' Opposition to Garcia Plaintiffs' Attorney Fee Motion (0.6); Work | 2.1 |

3

| | | |
|---|---|---|
| | on Plaintiffs' Reply In Support of Plaintiffs' Motion for Attorneys' Fees (drafting and legal research) (1.5) | |
| 7/9/2026 | Work on Plaintiffs' Reply In Support of Plaintiffs' Motion for Attorneys' Fees (drafting and legal research) | 5.5 |
| 7/10/2026 | Work on Plaintiffs' Reply In Support of Plaintiffs' Motion for Attorneys' Fees (drafting and legal research) | 6.0 |
| 7/13/2026 | Revise Plaintiffs' Reply In Support of Plaintiffs' Motion for Attorneys' Fees per Mr. Galipo (0.3); Draft supplemental declaration of Mr. Galipo (0.3) | 0.6 |
| 7/14/2026 | Revise Plaintiffs' Reply In Support of Plaintiffs' Motion for Attorneys' Fees per Mr. Galipo | 0.3 |
| 7/15/2026 | Finalize Plaintiffs' Reply In Support of Plaintiffs' Motion for Attorneys' Fees (0.3); Prepare my Declaration with supplemental time sheet (1.5) | 1.8 |
| **Total Additional Hours: 63.9** | | |
| **Total Hours: 503.6** | | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 15th day of July 2026 in Woodland Hills, California.


                    /s/      *Renee V. Masongsong*
                    Renee V. Masongsong

SUPPLEMENTAL DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF THE GARCIA PLAINTIFFS' MOTION FOR ATTORNEYS' FEES