# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors-in-interest, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF TUSTIN and ESTELA SILVA, <br><br> Defendants. <br><br> *Consolidated with*: <br> WENDY GALICIA RAMIREZ and KEVIN GALICIA RAMIREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF TUSTIN and ESTELA SILVA, <br><br> Defendants. | Case No. 8:22-cv-00131-SPG-KES <br><br> Assigned to: <br> *District Judge Sherilyn Peace Garnett* <br><br><br> **UPDATED [PROPOSED] ORDER GRANTING GARCIA PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

Case No. 8:22-cv-00131-SPG-KES

UPDATED [PROPOSED] ORDER GRANTING GARCIA PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

The Court having considered Plaintiff EMILY GARCIA and C.G.'s Motion for Attorneys' Fees, along with declarations and exhibits in support thereof, as well as the Garcia Plaintiffs' Reply Brief in Support of the Garcia Plaintiffs' Motion for Attorneys' Fees, IT IS HEREBY ORDERED that the Garcia Plaintiffs' Motion for Attorneys' Fees is granted.  The Court awards attorneys' fees as follows:

| Attorney/Biller | Yrs. Practice | Rate | Hours | Total |
|---|---|---|---|---|
| Dale K. Galipo | 36 | $1,500 | 579.2 | $868,800 |
| John Fattahi | 20 | $1,115 | 17.5 | $19,512.50 |
| Renee V. Masongsong | 15 | $900 | 503.6 | $453,240 |
| Michael S. Carrillo | 18 | $1,000 | 99.15 | $99,150 |
| J. Miguel Flores | 20 | $1,000 | 63.45 | $63,450 |
| Darci Gilbert | Legal Assist. | $250 | 24.8 | $6,200 |
| Alejandro Monguia | Legal Assist. | $250 | 33.6 | $8,400 |
| Santiago Laurel | Legal Assist. | $250 | 33.25 | $8,312.50 |
| **Subtotal**: | | | | $1,527,065 |
| **Total with 2.0 multiplier:** | | | | $3,054,130 |
| **In the alternative, total with 1.5 multiplier:** | | | | $2,290,597.50 |

IT IS SO ORDERED.

DATED:

_____
Honorable Sherilyn Peace Garnett
United States District Judge