Luis A. Carrillo, Esq. (SBN 70398)
*Lac4justice@gmail.com*
Michael S. Carrillo, Esq. (SBN 258878)
*mc@carrillofirm.com*
**CARRILLO LAW FIRM, LLP**
1499 Huntington Dr., Ste. 402
South Pasadena, CA 91030
Tel: (626) 799-9375 / Fax: (626) 799-9380

Dale K. Galipo, Esq. (SBN 144074)
*dalekgalipo@yahoo.com*
Renee V. Masongsong, Esq. (SBN 281819)
*rvalentine@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EMILY GARCIA and C.G., by and through her guardian ad litem, Rosalia Becerra, individually and as successors-in-interest,

Plaintiff(s),

vs.

CITY OF TUSTIN, ESTELA SILVA

Defendant(s)

Consolidated with WENDY LORENA GALICIA RAMIREZ, et al v. City of Tustin, et al.

Case No. 8:22-cv-00131-SPG-KES

Assigned to:
*District Judge Sherilyn Peace Garnett*
*Magistrate Judge Karen E. Scott*

**PLAINTIFFS' NOTICE OF LODGING [PROPOSED] JUDGMENT**

-1-
PLAINTIFFS' NOTICE OF LODGING [PROPOSED] JUDGMENT

# NOTICE OF LODGING

Pursuant to this Court's Order at Docket ECF No. 198, Plaintiffs hereby lodge their Proposed Judgment, attached hereto as Exhibit A.

DATED: August 12, 2026          **LAW OFFICES OF DALE K. GALIPO**

By:  */s/ Renee V. Masongsong*
Dale K. Galipo
Renee V. Masongsong
*Attorneys for Plaintiffs* Emily Garcia and C.G.

PLAINTIFFS' NOTICE OF LODGING [PROPOSED] JUDGMENT