Bruce D. Praet, SBN 119430
**JONES MAYER**
3777 North Harbor Boulevard
Fullerton, CA 92835
Telephone: (714) 446-1400
Facsimile: (714) 446-1448
bpraet@aol.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY GARCIA and C.G., by and through her guardian ad litem, Rosala Becerra, individually and as successors-in-interest; WENDY LOREN GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Wife) and KEVIN JOSUE GALICIA RAMIREZ, Individually and as Successor in Interest (Decedent's Son),<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TUSTIN, ESTELLA SILVA and Does 1 through 10, Inclusive,<br><br>Defendants. | Case No: 8:22-cv-00131 SPG KES<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett*<br>*Magistrate Judge Karen E. Scott*<br>*Courtroom 5C, 5th Floor*<br><br>**DEFENDANTS' OBJECTION TO PROPOSED JUDGMENT**<br>. |

Upon receipt of Plaintiffs' proposed judgment [Doc. 199-1], Defendants respectfully object on the basis that Plaintiffs appear to leave open the additional recovery of costs. As the Court ruled in its recent order [Doc. 198], the amount of fees and costs has already expressly been determined by the Court -- "the Garcia Plaintiffs are awarded $2,140,880 in attorney's fees and costs" and "the Galicia Plaintiffs are awarded $448,206 in attorney's fees

-1-
**DEFENDANT'S OBJECTION TO PROPOSED JUDGMENT**



and costs" for a total judgment of $19,589,086.  Yet, in their proposed judgment, Plaintiffs now submit that they are entitled to the total $19,589,086 "plus costs" in spite of the Court already considering all briefing related to both fees and costs.

As such, Defendants respectfully request that the Court modify the proposed judgment to reflect the Court's Order totaling $19,589,086 in attorney's fees and costs.

DATED: August 13, 2026                          JONES MAYER

By: */s/ Bruce D. Praet*
Bruce D. Praet, Attorneys for
Defendants

**DEFENDANTS' OBJECTION TO PROPOSED JUDGMENT**