**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY GARCIA, et al.<br>Plaintiff(s),<br>vs.<br><br>CITY OF TUSTIN, ESTELLA SILVA, et al.<br>Defendant(s) | Case No: **8:22-cv-00131 SPG KES**<br><br>**[PROPOSED] ORDER**<br><br>Assigned to:<br>*District Judge Sherilyn Peace Garnett* |
| Consolidated with WENDY LORENA GALICIA RAMIREZ, et al.,<br>Plaintiffs,<br>v.<br>CITY OF TUSTIN, et al.<br>Defendants | Hearing Date: November 11, 2026<br>Time: 1:30 p.m.<br>*The Honorable Sherilyn Peace Garnett*<br>*Crtrm: 5C, United States District Court* |

The Court having considered Plaintiffs WENDY LORENA GALICIA RAMIREZ and KEVIN GALICIA RAMIREZ's Motion to Compel Disclosure of Post Verdict Settlement Agreement, with declarations and exhibits in support thereof, HEREBY ORDERS that the Galicia Plaintiffs' Motion is granted.

Within seven days, Defendants and the Garcia Plaintiffs are ordered to disclose and produce:

a) The complete documentation of their post-verdict settlement agreement;
b) Any executed side agreement, release, covenant, assignment, satisfaction, term sheet, or other final document embodying or modifying the settlement's operative terms;
c) All provisions reflecting the settlement consideration, allocation, releases, satisfaction terms, credits, offsets, setoffs, assignments, waivers, and nonmonetary consideration affecting the verdict, judgment, survival cause of action, or $10,000,000 survival award;

Alternatively, within seven days, Defendants and the Garcia Plaintiffs are ordered to:

a) Submit the post-verdict settlement agreement materials to the Court for in camera review and disclose to counsel all material terms identified by the Court;
b) Disclosure the materials subject to an appropriate protective order, including an attorneys'-eyes-only restriction;
c) Production under any protective order does not determine in any way the settlement's validity or any legal effect and does not modify the verdict or the judgment entered on May 1, 2026, in this Court.

IT SO ORDERED

DATED:

______________________________
Honorable Sherilyn Peace Garnett
United States District Judge